Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-de9a69d7-605d-434a-9f7b-5cef43957fdf 2014-01-26 01:12:56.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3 was infringed upon by a computer at IP Address 205.209.85.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-de9a69d7-605d-434a-9f7b-5cef43957fdf

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-de9a69d7-605d-434a-9f7b-5cef43957fdf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-de9a69d7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 01:12:56.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-de9a69d7-605d-434a-9f7b-5cef43957fdf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-de9a69d7-605d-434a-9f7b-5cef43957fdf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-de9a69d7-605d-434a-9f7b-5cef43957fdf</URL_Base>
<UserName>TC-de9a69d7-605d-434a-9f7b-5cef43957fdf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-de9a69d7-605d-434a-9f7b-5cef43957fdf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <322917252.589003.1390763978385.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a4d6448f-dfb7-4111-affb-bce845ba0d81
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a4d6448f-dfb7-4111-affb-bce845ba0d81 2014-01-26 01:12:56.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-26 01:12

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a4d6448f-dfb7-4111-affb-bce845ba0d81

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a4d6448f-dfb7-4111-affb-bce845ba0d81

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a4d6448f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 01:12:56.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-01-2

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a4d6448f-dfb7-4111-affb-bce845ba0d81</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a4d6448f-dfb7-4111-affb-bce845ba0d81</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a4d6448f-dfb7-4111-affb-bce845ba0d81</URL_Base>
<UserName>TC-a4d6448f-dfb7-4111-affb-bce845ba0d81</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a4d6448f-dfb7-4111-affb-bce845ba0d81" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <174696561.589004.1390763978461.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2 2014-01-26 01:12:56.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-26 01:12:56

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f86f5c46-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 01:12:56.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-26 01:1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2</URL_Base>
<UserName>TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f86f5c46-f26d-4f19-807a-56f7f9bc68f2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <494259936.589005.1390763978518.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-b80298e7-92a7-43f4-96fa-f9295c956464
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b80298e7-92a7-43f4-96fa-f9295c956464 2014-01-26 01:12:56.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-26

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b80298e7-92a7-43f4-96fa-f9295c956464

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b80298e7-92a7-43f4-96fa-f9295c956464

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b80298e7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 01:12:56.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b80298e7-92a7-43f4-96fa-f9295c956464</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b80298e7-92a7-43f4-96fa-f9295c956464</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b80298e7-92a7-43f4-96fa-f9295c956464</URL_Base>
<UserName>TC-b80298e7-92a7-43f4-96fa-f9295c956464</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b80298e7-92a7-43f4-96fa-f9295c956464" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1608943938.589006.1390763978575.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-86f00266-db04-4f62-a205-8ba46e00368e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-86f00266-db04-4f62-a205-8ba46e00368e 2014-01-26 01:12:56.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3 was infringed upon by a computer at IP Address 205.209.85.159

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-86f00266-db04-4f62-a205-8ba46e00368e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-86f00266-db04-4f62-a205-8ba46e00368e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-86f00266-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 01:12:56.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little 

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-86f00266-db04-4f62-a205-8ba46e00368e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-86f00266-db04-4f62-a205-8ba46e00368e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-86f00266-db04-4f62-a205-8ba46e00368e</URL_Base>
<UserName>TC-86f00266-db04-4f62-a205-8ba46e00368e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-86f00266-db04-4f62-a205-8ba46e00368e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 01:12:56.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <886352548.685929.1390781023299.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c3203fe0-9528-4fe3-ac53-036b22ef066d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c3203fe0-9528-4fe3-ac53-036b22ef066d 2014-01-26 04:17:25.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Wingman.flac was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-26 04:17:25.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c3203fe0-9528-4fe3-ac53-036b22ef066d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Billy Currington musical compositions, including the musical compositions listed below. It 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c3203fe0-9528-4fe3-ac53-036b22ef066d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c3203fe0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 04:17:25.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wingman | 02 Wingman.flac | 2014-01-26 04:17:25.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c3203fe0-9528-4fe3-ac53-036b22ef066d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c3203fe0-9528-4fe3-ac53-036b22ef066d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 04:17:25.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c3203fe0-9528-4fe3-ac53-036b22ef066d</URL_Base>
<UserName>TC-c3203fe0-9528-4fe3-ac53-036b22ef066d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c3203fe0-9528-4fe3-ac53-036b22ef066d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 04:17:25.0 GMT</TimeStamp>
<Title>Wingman</Title>
<Artist>Billy Currington</Artist>
<FileName>02 Wingman.flac</FileName>
<FileSize>28.5 MB (29,976,534 bytes)</FileSize>
<Hash Type="Hash">B0A78A831E8F994090D80134ED5A0FE42C182585</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1530805979.24130.1390713731851.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-46ec2335-ef5f-4c7f-885a-37934162c4ea
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-46ec2335-ef5f-4c7f-885a-37934162c4ea 2014-01-26 04:56:43.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 2

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-46ec2335-ef5f-4c7f-885a-37934162c4ea

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-46ec2335-ef5f-4c7f-885a-37934162c4ea

Infringement Source: Torrent
Timestamp: 2014-01-26 04:56:43.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-46ec2

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-46ec2335-ef5f-4c7f-885a-37934162c4ea</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-46ec2335-ef5f-4c7f-885a-37934162c4ea</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-26 04:56:43.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-46ec2335-ef5f-4c7f-885a-37934162c4ea</URL_Base>
<UserName>TC-46ec2335-ef5f-4c7f-885a-37934162c4ea</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-46ec2335-ef5f-4c7f-885a-37934162c4ea" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 04:56:43.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2645440.413071.1390747972442.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-6ed45cf1-8122-4859-8c77-f0ab27e23280
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-6ed45cf1-8122-4859-8c77-f0ab27e23280 2014-01-26 14:21:31.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Supernatural - 01x01 - Pilot.avi was infringed upon by a computer at IP address 66.63.123.196 on 2014-01-26 14:21:

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6ed45cf1-8122-4859-8c77-f0ab27e23280

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6ed45cf1-8122-4859-8c77-f0ab27e23280

Infringement Source: Torrent
Timestamp: 2014-01-26 14:21:31.0 GMT
Infringers IP Address: 66.63.123.196
Infringers Port: 8665

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S01E01 | Supernatural - 01x01 - Pilot.avi | 2014-01-26 14:21:31

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-6ed45

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6ed45cf1-8122-4859-8c77-f0ab27e23280</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6ed45cf1-8122-4859-8c77-f0ab27e23280</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<IP_Address>66.63.123.196</IP_Address>
<Port>8665</Port>
<DNS_Name>66.63.123.196:8665</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6ed45cf1-8122-4859-8c77-f0ab27e23280</URL_Base>
<UserName>TC-6ed45cf1-8122-4859-8c77-f0ab27e23280</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6ed45cf1-8122-4859-8c77-f0ab27e23280" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<Title>Supernatural S01E01</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural - 01x01 - Pilot.avi</FileName>
<FileSize>372.28 MB</FileSize>
<Hash Type="Hash">781E3B658F2F02ADA190BB2BD9A9BBE76AF9AFE2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <837260459.413074.1390747972514.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f 2014-01-26 14:21:31.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Supernatural - 01x02 - Wendigo.avi was infringed upon by a computer at IP address 66.63.123.196 on 2014-01-26 14:2

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f

Infringement Source: Torrent
Timestamp: 2014-01-26 14:21:31.0 GMT
Infringers IP Address: 66.63.123.196
Infringers Port: 8665

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S01E02 | Supernatural - 01x02 - Wendigo.avi | 2014-01-26 14:21:

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-709a4

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<IP_Address>66.63.123.196</IP_Address>
<Port>8665</Port>
<DNS_Name>66.63.123.196:8665</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f</URL_Base>
<UserName>TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-709a4eb1-6cf5-41ed-b74b-77f0bb70906f" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<Title>Supernatural S01E02</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural - 01x02 - Wendigo.avi</FileName>
<FileSize>346.98 MB</FileSize>
<Hash Type="Hash">781E3B658F2F02ADA190BB2BD9A9BBE76AF9AFE2</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <953641154.413078.1390747972596.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e1443bc9-0a94-4254-bf94-be7eccd60c67
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-e1443bc9-0a94-4254-bf94-be7eccd60c67 2014-01-26 14:21:31.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Supernatural - 01x03 - Dead in the Water.avi was infringed upon by a computer at IP address 66.63.123.196 on 2014-

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e1443bc9-0a94-4254-bf94-be7eccd60c67

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e1443bc9-0a94-4254-bf94-be7eccd60c67

Infringement Source: Torrent
Timestamp: 2014-01-26 14:21:31.0 GMT
Infringers IP Address: 66.63.123.196
Infringers Port: 8665

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S01E03 | Supernatural - 01x03 - Dead in the Water.avi | 2014-01

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-e1443

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e1443bc9-0a94-4254-bf94-be7eccd60c67</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e1443bc9-0a94-4254-bf94-be7eccd60c67</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<IP_Address>66.63.123.196</IP_Address>
<Port>8665</Port>
<DNS_Name>66.63.123.196:8665</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e1443bc9-0a94-4254-bf94-be7eccd60c67</URL_Base>
<UserName>TC-e1443bc9-0a94-4254-bf94-be7eccd60c67</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e1443bc9-0a94-4254-bf94-be7eccd60c67" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<Title>Supernatural S01E03</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural - 01x03 - Dead in the Water.avi</FileName>
<FileSize>349.43 MB</FileSize>
<Hash Type="Hash">781E3B658F2F02ADA190BB2BD9A9BBE76AF9AFE2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <212886559.413081.1390747972673.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c6ede20f-6fab-438e-896d-2dca8c5ef973
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c6ede20f-6fab-438e-896d-2dca8c5ef973 2014-01-26 14:21:31.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Supernatural - 01x04 - Phantom Traveler.avi was infringed upon by a computer at IP address 66.63.123.196 on 2014-0

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c6ede20f-6fab-438e-896d-2dca8c5ef973

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c6ede20f-6fab-438e-896d-2dca8c5ef973

Infringement Source: Torrent
Timestamp: 2014-01-26 14:21:31.0 GMT
Infringers IP Address: 66.63.123.196
Infringers Port: 8665

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S01E04 | Supernatural - 01x04 - Phantom Traveler.avi | 2014-01-

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-c6ede

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c6ede20f-6fab-438e-896d-2dca8c5ef973</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c6ede20f-6fab-438e-896d-2dca8c5ef973</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<IP_Address>66.63.123.196</IP_Address>
<Port>8665</Port>
<DNS_Name>66.63.123.196:8665</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c6ede20f-6fab-438e-896d-2dca8c5ef973</URL_Base>
<UserName>TC-c6ede20f-6fab-438e-896d-2dca8c5ef973</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c6ede20f-6fab-438e-896d-2dca8c5ef973" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<Title>Supernatural S01E04</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural - 01x04 - Phantom Traveler.avi</FileName>
<FileSize>338.42 MB</FileSize>
<Hash Type="Hash">781E3B658F2F02ADA190BB2BD9A9BBE76AF9AFE2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1586618899.413083.1390747972745.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a 2014-01-26 14:21:31.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Supernatural - 01x05 - Bloody Mary.avi was infringed upon by a computer at IP address 66.63.123.196 on 2014-01-26

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a

Infringement Source: Torrent
Timestamp: 2014-01-26 14:21:31.0 GMT
Infringers IP Address: 66.63.123.196
Infringers Port: 8665

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S01E05 | Supernatural - 01x05 - Bloody Mary.avi | 2014-01-26 14

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-2b25c

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<IP_Address>66.63.123.196</IP_Address>
<Port>8665</Port>
<DNS_Name>66.63.123.196:8665</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a</URL_Base>
<UserName>TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2b25c4fa-1d5e-4f9e-9e5a-c80f3b3fe55a" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 14:21:31.0 GMT</TimeStamp>
<Title>Supernatural S01E05</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural - 01x05 - Bloody Mary.avi</FileName>
<FileSize>347.43 MB</FileSize>
<Hash Type="Hash">781E3B658F2F02ADA190BB2BD9A9BBE76AF9AFE2</Hash>

</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2110589827.852030.1390797728616.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9f30c156-f629-4d98-ac98-34fe026283a7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9f30c156-f629-4d98-ac98-34fe026283a7 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Time to Pretend.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9f30c156-f629-4d98-ac98-34fe026283a7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9f30c156-f629-4d98-ac98-34fe026283a7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9f30c156-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Time To Pretend | 01 Time to Pretend.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9f30c156-f629-4d98-ac98-34fe026283a7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9f30c156-f629-4d98-ac98-34fe026283a7</Ref_URL>
<Status>Pending</Status>
</Case>

<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9f30c156-f629-4d98-ac98-34fe026283a7</URL_Base>
<UserName>TC-9f30c156-f629-4d98-ac98-34fe026283a7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9f30c156-f629-4d98-ac98-34fe026283a7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Time To Pretend</Title>
<Artist>MGMT</Artist>
<FileName>01 Time to Pretend.mp3</FileName>
<FileSize>8.18 MB (8,582,919 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <412885887.852032.1390797728697.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-14e030ca-6069-4cfd-a2af-5cd781cd472f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-14e030ca-6069-4cfd-a2af-5cd781cd472f 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Weekend Wars.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-14e030ca-6069-4cfd-a2af-5cd781cd472f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-14e030ca-6069-4cfd-a2af-5cd781cd472f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-14e030ca-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Weekend Wars | 02 Weekend Wars.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-14e030ca-6069-4cfd-a2af-5cd781cd472f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-14e030ca-6069-4cfd-a2af-5cd781cd472f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-14e030ca-6069-4cfd-a2af-5cd781cd472f</URL_Base>
<UserName>TC-14e030ca-6069-4cfd-a2af-5cd781cd472f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-14e030ca-6069-4cfd-a2af-5cd781cd472f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Weekend Wars</Title>
<Artist>MGMT</Artist>
<FileName>02 Weekend Wars.mp3</FileName>
<FileSize>8.01 MB (8,409,776 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1163679244.852034.1390797728759.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-cf43c77a-75cb-43ab-8c00-6f24d607c906
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cf43c77a-75cb-43ab-8c00-6f24d607c906 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 The Youth.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.

This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cf43c77a-75cb-43ab-8c00-6f24d607c906

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cf43c77a-75cb-43ab-8c00-6f24d607c906

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cf43c77a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Youth | 03 The Youth.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cf43c77a-75cb-43ab-8c00-6f24d607c906</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cf43c77a-75cb-43ab-8c00-6f24d607c906</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cf43c77a-75cb-43ab-8c00-6f24d607c906</URL_Base>
<UserName>TC-cf43c77a-75cb-43ab-8c00-6f24d607c906</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cf43c77a-75cb-43ab-8c00-6f24d607c906" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>The Youth</Title>
<Artist>MGMT</Artist>
<FileName>03 The Youth.mp3</FileName>
<FileSize>7.33 MB (7,687,884 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>

</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1668980766.852036.1390797728843.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9cf26ad5-396d-488a-9de0-9161a8e145dc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9cf26ad5-396d-488a-9de0-9161a8e145dc 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Electric Feel.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9cf26ad5-396d-488a-9de0-9161a8e145dc

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9cf26ad5-396d-488a-9de0-9161a8e145dc

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9cf26ad5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Electric Feel | 04 Electric Feel.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9cf26ad5-396d-488a-9de0-9161a8e145dc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9cf26ad5-396d-488a-9de0-9161a8e145dc</Ref_URL>
<Status>Pending</Status>
</Case>

<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9cf26ad5-396d-488a-9de0-9161a8e145dc</URL_Base>
<UserName>TC-9cf26ad5-396d-488a-9de0-9161a8e145dc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9cf26ad5-396d-488a-9de0-9161a8e145dc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Electric Feel</Title>
<Artist>MGMT</Artist>
<FileName>04 Electric Feel.mp3</FileName>
<FileSize>7.27 MB (7,624,041 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1081471572.852038.1390797728907.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Kids.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1ef26858-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Kids | 05 Kids.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a</URL_Base>
<UserName>TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1ef26858-81b3-4091-b11b-a63c67ac5a5a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Kids</Title>
<Artist>MGMT</Artist>
<FileName>05 Kids.mp3</FileName>
<FileSize>9.62 MB (10,089,136 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1619709173.852040.1390797728976.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-3afd274b-d0c2-448f-b368-f4c217e35a3c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3afd274b-d0c2-448f-b368-f4c217e35a3c 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 4th Dimensional Transition.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3afd274b-d0c2-448f-b368-f4c217e35a3c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3afd274b-d0c2-448f-b368-f4c217e35a3c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3afd274b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): 4th Dimensional Transition | 06 4th Dimensional Transition.mp3 | 2014-01-26 1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3afd274b-d0c2-448f-b368-f4c217e35a3c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3afd274b-d0c2-448f-b368-f4c217e35a3c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3afd274b-d0c2-448f-b368-f4c217e35a3c</URL_Base>
<UserName>TC-3afd274b-d0c2-448f-b368-f4c217e35a3c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3afd274b-d0c2-448f-b368-f4c217e35a3c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>4th Dimensional Transition</Title>
<Artist>MGMT</Artist>
<FileName>06 4th Dimensional Transition.mp3</FileName>
<FileSize>7.55 MB (7,921,754 bytes)</FileSize>

<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1545096186.852042.1390797729049.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 Pieces of What.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2814f568-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pieces Of What | 07 Pieces of What.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a</Ref_URL>
<Status>Pending</Status>

</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a</URL_Base>
<UserName>TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2814f568-5d7a-4467-be1f-95a6a1b38c5a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Pieces Of What</Title>
<Artist>MGMT</Artist>
<FileName>07 Pieces of What.mp3</FileName>
<FileSize>4.83 MB (5,075,501 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1471446651.852044.1390797729120.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-10663494-1d81-472a-97c4-f7936f3085c0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-10663494-1d81-472a-97c4-f7936f3085c0 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Of Moons, Birds & Monsters.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-10663494-1d81-472a-97c4-f7936f3085c0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-10663494-1d81-472a-97c4-f7936f3085c0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-10663494-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Of Moons, Birds & Monsters | 08 Of Moons, Birds & Monsters.mp3 | 2014-01-26 1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-10663494-1d81-472a-97c4-f7936f3085c0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-10663494-1d81-472a-97c4-f7936f3085c0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-10663494-1d81-472a-97c4-f7936f3085c0</URL_Base>
<UserName>TC-10663494-1d81-472a-97c4-f7936f3085c0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-10663494-1d81-472a-97c4-f7936f3085c0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Of Moons, Birds & Monsters</Title>
<Artist>MGMT</Artist>
<FileName>08 Of Moons, Birds & Monsters.mp3</FileName>
<FileSize>8.97 MB (9,411,323 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1287346958.852046.1390797729189.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-63b37302-efe3-423b-b127-3d10fb54bef4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63b37302-efe3-423b-b127-3d10fb54bef4 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Congratulations.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.

This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63b37302-efe3-423b-b127-3d10fb54bef4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63b37302-efe3-423b-b127-3d10fb54bef4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63b37302-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Congratulations | 09 Congratulations.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63b37302-efe3-423b-b127-3d10fb54bef4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63b37302-efe3-423b-b127-3d10fb54bef4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63b37302-efe3-423b-b127-3d10fb54bef4</URL_Base>
<UserName>TC-63b37302-efe3-423b-b127-3d10fb54bef4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63b37302-efe3-423b-b127-3d10fb54bef4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Congratulations</Title>
<Artist>MGMT</Artist>
<FileName>09 Congratulations.mp3</FileName>
<FileSize>7.31 MB (7,666,505 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>

</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2096772770.852047.1390797729501.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 The Handshake.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-54d8e6d1-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Handshake | 09 The Handshake.mp3 | 2014-01-26 16:55:59.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7</Ref_URL>
<Status>Pending</Status>
</Case>

<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7</URL_Base>
<UserName>TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-54d8e6d1-acaa-47d3-94a5-358ac0747cb7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>The Handshake</Title>
<Artist>MGMT</Artist>
<FileName>09 The Handshake.mp3</FileName>
<FileSize>6.77 MB (7,107,018 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <868914486.852048.1390797729576.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e0b72393-3d68-482e-8b58-ef625096b739
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e0b72393-3d68-482e-8b58-ef625096b739 2014-01-26 16:55:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 Future Reflections.mp3 was infringed upon by a computer at IP Address 66.63.113.161 on 2014-01-26 16:55:59.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e0b72393-3d68-482e-8b58-ef625096b739

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for MGMT musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e0b72393-3d68-482e-8b58-ef625096b739

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e0b72393-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-26 16:55:59.0 GMT

Infringers IP Address: 66.63.113.161

Infringers Port: 37580

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Future Reflections | 10 Future Reflections.mp3 | 2014-01-26 16:55:59.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e0b72393-3d68-482e-8b58-ef625096b739</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e0b72393-3d68-482e-8b58-ef625096b739</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<IP_Address>66.63.113.161</IP_Address>
<Port>37580</Port>
<DNS_Name>66.63.113.161:37580</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e0b72393-3d68-482e-8b58-ef625096b739</URL_Base>
<UserName>TC-e0b72393-3d68-482e-8b58-ef625096b739</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e0b72393-3d68-482e-8b58-ef625096b739" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 16:55:59.0 GMT</TimeStamp>
<Title>Future Reflections</Title>
<Artist>MGMT</Artist>
<FileName>10 Future Reflections.mp3</FileName>
<FileSize>7.57 MB (7,941,722 bytes)</FileSize>
<Hash Type="Hash">DD29263B13605A0C6C519660B359F78E8F175B11</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1094666687.585968.1390763614625.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3 2014-01-26 18:34:21.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file The.Mentalist.S06E04.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.207.221 on 2014-01-26

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3

Infringement Source: Torrent
Timestamp: 2014-01-26 18:34:21.0 GMT
Infringers IP Address: 66.55.207.221
Infringers Port: 18212

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Mentalist S06E04 | The.Mentalist.S06E04.HDTV.x264-LOL.mp4 | 2014-01-26 1

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-f5a72

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 18:34:21.0 GMT</TimeStamp>
<IP_Address>66.55.207.221</IP_Address>
<Port>18212</Port>
<DNS_Name>66.55.207.221:18212</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3</URL_Base>
<UserName>TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f5a726be-4c4d-48d5-a9e5-0b54a87815a3" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 18:34:21.0 GMT</TimeStamp>
<Title>The Mentalist S06E04</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>

<FileName>The.Mentalist.S06E04.HDTV.x264-LOL.mp4</FileName>
<FileSize>240 MB (252,564,112 bytes)</FileSize>
<Hash Type="Hash">9B3BA8753A9F91AFE47514BC97BCA2A79DE9891B</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2004394134.613049.1390768677822.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e 2014-01-26 19:48:30.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-2

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e

Infringement Source: Torrent
Timestamp: 2014-01-26 19:48:30.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-26 19:48:30

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-0d1f9

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>

<Case>
<ID>TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 19:48:30.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e</URL_Base>
<UserName>TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0d1f9884-4b6f-43a4-b0b5-77b7f2710e2e" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 19:48:30.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1457044778.642255.1390772345099.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4 2014-01-26 21:01:00.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-26 21:01:00.

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4

Infringement Source: Torrent
Timestamp: 2014-01-26 21:01:00.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-01-26 21:01:00.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-c3ba1

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-26 21:01:00.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4</URL_Base>
<UserName>TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c3ba1832-28f6-4d46-aee7-eca3b0f7aee4" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-26 21:01:00.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1994486422.984127.1390814342485.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4c41b76d-f409-4df2-bd21-2a248e804c1b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4c41b76d-f409-4df2-bd21-2a248e804c1b 2014-01-27 00:51:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4c41b76d-f409-4df2-bd21-2a248e804c1b



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4c41b76d-f409-4df2-bd21-2a248e804c1b



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4c41b76d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4c41b76d-f409-4df2-bd21-2a248e804c1b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4c41b76d-f409-4df2-bd21-2a248e804c1b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4c41b76d-f409-4df2-bd21-2a248e804c1b</URL_Base>
<UserName>TC-4c41b76d-f409-4df2-bd21-2a248e804c1b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4c41b76d-f409-4df2-bd21-2a248e804c1b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1092916721.984128.1390814342560.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-074506d0-affd-4902-abf8-46b38cbe165c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-074506d0-affd-4902-abf8-46b38cbe165c 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-074506d0-affd-4902-abf8-46b38cbe165c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-074506d0-affd-4902-abf8-46b38cbe165c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-074506d0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't W

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-074506d0-affd-4902-abf8-46b38cbe165c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-074506d0-affd-4902-abf8-46b38cbe165c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-074506d0-affd-4902-abf8-46b38cbe165c</URL_Base>
<UserName>TC-074506d0-affd-4902-abf8-46b38cbe165c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-074506d0-affd-4902-abf8-46b38cbe165c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <778068838.984130.1390814342628.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b9058db6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb</URL_Base>
<UserName>TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b9058db6-91b4-4b58-9ae1-2ddaf899bffb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1451103543.984132.1390814342688.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:14.0 G

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-30a4c522-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-01-27 00:51:14.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0</URL_Base>
<UserName>TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-30a4c522-932f-4b77-8f0a-f1fee1cb51b0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <886764557.984133.1390814342921.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1b38798a-e2a2-4313-a280-69ab0e569512
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1b38798a-e2a2-4313-a280-69ab0e569512 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:14.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1b38798a-e2a2-4313-a280-69ab0e569512

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1b38798a-e2a2-4313-a280-69ab0e569512

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1b38798a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-01-27 00:51:14.0 | SH

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1b38798a-e2a2-4313-a280-69ab0e569512</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1b38798a-e2a2-4313-a280-69ab0e569512</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1b38798a-e2a2-4313-a280-69ab0e569512</URL_Base>
<UserName>TC-1b38798a-e2a2-4313-a280-69ab0e569512</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1b38798a-e2a2-4313-a280-69ab0e569512" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <926713637.984134.1390814342987.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9f7816d2-b274-4a96-a1f4-4321cba194d3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9f7816d2-b274-4a96-a1f4-4321cba194d3 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:14.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9f7816d2-b274-4a96-a1f4-4321cba194d3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9f7816d2-b274-4a96-a1f4-4321cba194d3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9f7816d2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-01-27 00:51:14

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9f7816d2-b274-4a96-a1f4-4321cba194d3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9f7816d2-b274-4a96-a1f4-4321cba194d3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9f7816d2-b274-4a96-a1f4-4321cba194d3</URL_Base>
<UserName>TC-9f7816d2-b274-4a96-a1f4-4321cba194d3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9f7816d2-b274-4a96-a1f4-4321cba194d3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <114007899.984135.1390814343045.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f56c3a07-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 |

--Start ACNS XML


<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06</URL_Base>
<UserName>TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f56c3a07-0f3d-48e4-b89d-9f0dbd712a06" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1858237989.984136.1390814343103.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e8633368-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-01-27

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e</URL_Base>
<UserName>TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e8633368-ee0d-45a4-b64f-42f2b1d8d39e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1968523703.984137.1390814343162.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-2

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ee3fa93f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a</URL_Base>
<UserName>TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ee3fa93f-1fac-4741-b38d-4976f1cf816a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1718019356.984138.1390814343220.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-b36c168d-298c-4e91-9004-632a84a6db57
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b36c168d-298c-4e91-9004-632a84a6db57 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b36c168d-298c-4e91-9004-632a84a6db57

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b36c168d-298c-4e91-9004-632a84a6db57

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b36c168d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-01-27 00:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b36c168d-298c-4e91-9004-632a84a6db57</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b36c168d-298c-4e91-9004-632a84a6db57</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b36c168d-298c-4e91-9004-632a84a6db57</URL_Base>
<UserName>TC-b36c168d-298c-4e91-9004-632a84a6db57</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b36c168d-298c-4e91-9004-632a84a6db57" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <593649060.984139.1390814343284.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1e871821-9d29-4fd2-8b31-57a3d463f24d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1e871821-9d29-4fd2-8b31-57a3d463f24d 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3 was infringed upon by a computer at IP Address 205.209.85.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1e871821-9d29-4fd2-8b31-57a3d463f24d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1e871821-9d29-4fd2-8b31-57a3d463f24d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1e871821-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1e871821-9d29-4fd2-8b31-57a3d463f24d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1e871821-9d29-4fd2-8b31-57a3d463f24d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1e871821-9d29-4fd2-8b31-57a3d463f24d</URL_Base>
<UserName>TC-1e871821-9d29-4fd2-8b31-57a3d463f24d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1e871821-9d29-4fd2-8b31-57a3d463f24d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1471523787.984141.1390814343346.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e5c8c5df-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-01-27 00:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5</URL_Base>
<UserName>TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e5c8c5df-65bf-4ddf-a0b9-d439890481b5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <77403233.984143.1390814343404.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-34deaecf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede</URL_Base>
<UserName>TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-34deaecf-93eb-43a3-9618-e8d2e8b43ede" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <137331867.984144.1390814343466.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a1e0ca0c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-01-27

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927</URL_Base>
<UserName>TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a1e0ca0c-dc19-4c89-91a5-38dd1be98927" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1968906620.984146.1390814343524.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1a3c8225-28a6-401c-af65-f0b7649cff7b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1a3c8225-28a6-401c-af65-f0b7649cff7b 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3 was infringed upon by a computer at IP Address 205.209.85.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1a3c8225-28a6-401c-af65-f0b7649cff7b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1a3c8225-28a6-401c-af65-f0b7649cff7b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1a3c8225-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1a3c8225-28a6-401c-af65-f0b7649cff7b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1a3c8225-28a6-401c-af65-f0b7649cff7b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1a3c8225-28a6-401c-af65-f0b7649cff7b</URL_Base>
<UserName>TC-1a3c8225-28a6-401c-af65-f0b7649cff7b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1a3c8225-28a6-401c-af65-f0b7649cff7b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2098164220.984148.1390814343588.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-18c1de20-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-01-2

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b</URL_Base>
<UserName>TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-18c1de20-c678-43e9-9fc8-ef1a462cd46b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1011874063.984149.1390814343652.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27 00:51:14

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ab905590-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-27 00:5

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7</URL_Base>
<UserName>TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ab905590-bfb6-4f37-a660-e365b1cbb8b7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1041243170.984151.1390814343722.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-27

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3947dddb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1</URL_Base>
<UserName>TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3947dddb-f6ea-4e39-bbaf-6b634fb2c6f1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <611797761.984153.1390814343797.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0093a59a-b894-4401-8315-13d7f40a218d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0093a59a-b894-4401-8315-13d7f40a218d 2014-01-27 00:51:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3 was infringed upon by a computer at IP Address 205.209.85.159

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0093a59a-b894-4401-8315-13d7f40a218d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0093a59a-b894-4401-8315-13d7f40a218d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0093a59a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 00:51:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0093a59a-b894-4401-8315-13d7f40a218d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0093a59a-b894-4401-8315-13d7f40a218d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0093a59a-b894-4401-8315-13d7f40a218d</URL_Base>
<UserName>TC-0093a59a-b894-4401-8315-13d7f40a218d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0093a59a-b894-4401-8315-13d7f40a218d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 00:51:14.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <716777228.747143.1390786602611.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-eb3728a9-1787-404d-a459-ed1dbcf83de5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-eb3728a9-1787-404d-a459-ed1dbcf83de5 2014-01-27 01:11:59.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file The.Mentalist.S06E04.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.207.221 on 2014-01-27

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-eb3728a9-1787-404d-a459-ed1dbcf83de5

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-eb3728a9-1787-404d-a459-ed1dbcf83de5

Infringement Source: Torrent
Timestamp: 2014-01-27 01:11:59.0 GMT
Infringers IP Address: 66.55.207.221
Infringers Port: 18212

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Mentalist S06E04 | The.Mentalist.S06E04.HDTV.x264-LOL.mp4 | 2014-01-27 0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-eb372

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-eb3728a9-1787-404d-a459-ed1dbcf83de5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-eb3728a9-1787-404d-a459-ed1dbcf83de5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 01:11:59.0 GMT</TimeStamp>
<IP_Address>66.55.207.221</IP_Address>
<Port>18212</Port>
<DNS_Name>66.55.207.221:18212</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-eb3728a9-1787-404d-a459-ed1dbcf83de5</URL_Base>
<UserName>TC-eb3728a9-1787-404d-a459-ed1dbcf83de5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-eb3728a9-1787-404d-a459-ed1dbcf83de5" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 01:11:59.0 GMT</TimeStamp>
<Title>The Mentalist S06E04</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Mentalist.S06E04.HDTV.x264-LOL.mp4</FileName>
<FileSize>240 MB (252,564,112 bytes)</FileSize>
<Hash Type="Hash">9B3BA8753A9F91AFE47514BC97BCA2A79DE9891B</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2088172194.837995.1390794359948.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2 2014-01-27 03:20:12.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file The.Mentalist.S06E05.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.207.221 on 2014-01-27

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2

Infringement Source: Torrent
Timestamp: 2014-01-27 03:20:12.0 GMT
Infringers IP Address: 66.55.207.221
Infringers Port: 18212

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Mentalist S06E05 | The.Mentalist.S06E05.HDTV.x264-LOL.mp4 | 2014-01-27 0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-ca091

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 03:20:12.0 GMT</TimeStamp>
<IP_Address>66.55.207.221</IP_Address>
<Port>18212</Port>
<DNS_Name>66.55.207.221:18212</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2</URL_Base>
<UserName>TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ca091064-d260-4a19-a76c-88d6cdb6c2e2" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 03:20:12.0 GMT</TimeStamp>
<Title>The Mentalist S06E05</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Mentalist.S06E05.HDTV.x264-LOL.mp4</FileName>
<FileSize>292 MB (306,268,554 bytes)</FileSize>
<Hash Type="Hash">5B4768E7F9786CE5C6D7C0DCD1751E8A01F0AD61</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1255567539.1098569.1390829647248.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e54ee736-8442-4468-9318-cda7d004f91b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e54ee736-8442-4468-9318-cda7d004f91b 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Talkin' to my heart.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e54ee736-8442-4468-9318-cda7d004f91b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e54ee736-8442-4468-9318-cda7d004f91b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e54ee736-

For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e54ee736-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Talkin' To My Heart | 01 Talkin' to my heart.mp3 | 2014-01-27 04:15:12.0 | SH.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e54ee736-8442-4468-9318-cda7d004f91b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e54ee736-8442-4468-9318-cda7d004f91b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e54ee736-8442-4468-9318-cda7d004f91b</URL_Base>
<UserName>TC-e54ee736-8442-4468-9318-cda7d004f91b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e54ee736-8442-4468-9318-cda7d004f91b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>Talkin' To My Heart</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>01 Talkin' to my heart.mp3</FileName>
<FileSize>11.3 MB (11,866,703 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2028123539.1098570.1390829647307.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-10a25c0b-7cab-4504-9b26-f3e176889a50
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-10a25c0b-7cab-4504-9b26-f3e176889a50 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Do You Know.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-10a25c0b-7cab-4504-9b26-f3e176889a50

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-10a25c0b-7cab-4504-9b26-f3e176889a50

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-10a25c0b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Do You Know | 04 Do You Know.mp3 | 2014-01-27 04:15:12.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-10a25c0b-7cab-4504-9b26-f3e176889a50</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-10a25c0b-7cab-4504-9b26-f3e176889a50</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-10a25c0b-7cab-4504-9b26-f3e176889a50</URL_Base>
<UserName>TC-10a25c0b-7cab-4504-9b26-f3e176889a50</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-10a25c0b-7cab-4504-9b26-f3e176889a50" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>Do You Know</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>04 Do You Know.mp3</FileName>
<FileSize>9.89 MB (10,380,879 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <861464263.1098571.1390829647364.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 When The Sun Goes Down.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d1f8142d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): When The Sun Goes Down | 07 When The Sun Goes Down.mp3 | 2014-01-27 04:15:12.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb</URL_Base>
<UserName>TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d1f8142d-2c06-4a50-a07e-7ea3821230cb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>When The Sun Goes Down</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>07 When The Sun Goes Down.mp3</FileName>
<FileSize>7.58 MB (7,950,479 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1544905846.1098572.1390829647421.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ

Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 Hard Feelings.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a2a4f65b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Hard Feelings | 10 Hard Feelings.mp3 | 2014-01-27 04:15:12.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9</URL_Base>
<UserName>TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a2a4f65b-317b-4eb0-9a37-c20a94955fd9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>Hard Feelings</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>10 Hard Feelings.mp3</FileName>
<FileSize>11.2 MB (11,789,413 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1873222095.1098573.1390829647479.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-7254ed41-2301-4223-a88e-d968cb943a0d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7254ed41-2301-4223-a88e-d968cb943a0d 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 I got it in for you.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7254ed41-2301-4223-a88e-d968cb943a0d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG')

Rightscorp, Inc. represents the following "copyright owner(s)" BMG Rights Management (US) LLC ("BMG").

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7254ed41-2301-4223-a88e-d968cb943a0d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7254ed41-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Got It In For You | 11 I got it in for you.mp3 | 2014-01-27 04:15:12.0 | SH

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7254ed41-2301-4223-a88e-d968cb943a0d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7254ed41-2301-4223-a88e-d968cb943a0d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7254ed41-2301-4223-a88e-d968cb943a0d</URL_Base>
<UserName>TC-7254ed41-2301-4223-a88e-d968cb943a0d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7254ed41-2301-4223-a88e-d968cb943a0d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>I Got It In For You</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>11 I got it in for you.mp3</FileName>
<FileSize>9.57 MB (10,036,030 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <165802978.1098574.1390829647536.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2 2014-01-27 04:15:12.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 13 These strange times.mp3 was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-27 04:15:12.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ec32d2bb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 04:15:12.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): These Strange Times | 13 These strange times.mp3 | 2014-01-27 04:15:12.0 | SH

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2</URL_Base>
<UserName>TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ec32d2bb-d28a-4720-b911-dd5c96eed9e2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 04:15:12.0 GMT</TimeStamp>
<Title>These Strange Times</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>13 These strange times.mp3</FileName>
<FileSize>16.3 MB (17,094,805 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1672467526.893387.1390801600661.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8 2014-01-27 05:20:32.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file The.Mentalist.S06E06.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.207.221 on 2014-01-27

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8

Infringement Source: Torrent
Timestamp: 2014-01-27 05:20:32.0 GMT
Infringers IP Address: 66.55.207.221
Infringers Port: 18212

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Mentalist S06E06 | The.Mentalist.S06E06.HDTV.x264-LOL.mp4 | 2014-01-27 0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-95e2f

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 05:20:32.0 GMT</TimeStamp>
<IP_Address>66.55.207.221</IP_Address>
<Port>18212</Port>
<DNS_Name>66.55.207.221:18212</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8</URL_Base>
<UserName>TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-95e2fcb1-6d0a-4160-a986-7ae0a8454ec8" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 05:20:32.0 GMT</TimeStamp>
<Title>The Mentalist S06E06</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Mentalist.S06E06.HDTV.x264-LOL.mp4</FileName>
<FileSize>230 MB (242,043,806 bytes)</FileSize>
<Hash Type="Hash">7C9C2FC35D7A14B494740EB30CC53C8C7F8FD4BA</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <523523060.1086493.1390828060331.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-da982d21-415e-4d4c-acc6-d7dccdc70547
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-da982d21-415e-4d4c-acc6-d7dccdc70547 2014-01-27 12:45:37.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 2

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-da982d21-415e-4d4c-acc6-d7dccdc70547

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-da982d21-415e-4d4c-acc6-d7dccdc70547

Infringement Source: Torrent
Timestamp: 2014-01-27 12:45:37.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-da982

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-da982d21-415e-4d4c-acc6-d7dccdc70547</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-da982d21-415e-4d4c-acc6-d7dccdc70547</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 12:45:37.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-da982d21-415e-4d4c-acc6-d7dccdc70547</URL_Base>
<UserName>TC-da982d21-415e-4d4c-acc6-d7dccdc70547</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-da982d21-415e-4d4c-acc6-d7dccdc70547" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 12:45:37.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1326832461.1128359.1390833912886.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c 2014-01-27 14:03:51.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-27 14:03:51.

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c

Infringement Source: Torrent
Timestamp: 2014-01-27 14:03:51.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-01-27 14:03:51.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-75367

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 14:03:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c</URL_Base>
<UserName>TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-75367d6b-ebb0-4402-b775-3c0e9aeb911c" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 14:03:51.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <761212192.45697.1390890055711.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a71868db-efba-4e02-8ad4-c134927f2fae
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a71868db-efba-4e02-8ad4-c134927f2fae 2014-01-27 16:48:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 0076 - Johnny Cash - I Walk the Line.mp3 was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-27 16:48:57.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a71868db-efba-4e02-8ad4-c134927f2fae

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a71868db-efba-4e02-8ad4-c134927f2fae

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a71868db-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 16:48:57.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 0076 - Johnny Cash - I Walk the Line.mp3 | 2014-01-27 16:48

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a71868db-efba-4e02-8ad4-c134927f2fae</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a71868db-efba-4e02-8ad4-c134927f2fae</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a71868db-efba-4e02-8ad4-c134927f2fae</URL_Base>
<UserName>TC-a71868db-efba-4e02-8ad4-c134927f2fae</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a71868db-efba-4e02-8ad4-c134927f2fae" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<Title>I WALK THE LINE</Title>
<Artist>Johnny Cash</Artist>
<FileName>0076 - Johnny Cash - I Walk the Line.mp3</FileName>
<FileSize>(6,604,904 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <92967112.45698.1390890055770.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by SHAPIRO BERNSTEIN & CO INC

Reference#: TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656 2014-01-27 16:48:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 0868 - Air - Kelly, Watch The Stars!.mp3 was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-27 16:48:57.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656

Rightscorp, Inc. represents the following 'copyright owner(s)' SHAPIRO BERNSTEIN & CO INC ('SBC').

SBC is the exclusive owners of copyrights for Air musical compositions, including the musical compositions listed below. It has come to o

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SBC will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SBC, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6bfe5438-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 16:48:57.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): KELLY WATCH THE STARS | 0868 - Air - Kelly, Watch The Stars!.mp3 | 2014-01-27

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-27 16:48:57.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.66.162&lt;/IP_Address&gt;
&lt;Port&gt;6881&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.66.162:6881&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656&lt;/URL_Base&gt;
&lt;UserName&gt;TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-6bfe5438-9f0b-4ae3-8f2d-5c26cd89c656" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-27 16:48:57.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;KELLY WATCH THE STARS&lt;/Title&gt;
&lt;Artist&gt;Air&lt;/Artist&gt;
&lt;FileName&gt;0868 - Air - Kelly, Watch The Stars!.mp3&lt;/FileName&gt;
&lt;FileSize&gt;(4,534,858 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;6EB2F52DACF8D0A0840B24039CFB8127AAB39529&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;
```

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <393724130.45700.1390890055834.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4 2014-01-27 16:48:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 0958 - Foo Fighters - Best Of You.mp3 was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-27 16:48:57.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for FOO FIGHTERS musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-768e0957-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 16:48:57.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BEST OF YOU | 0958 - Foo Fighters - Best Of You.mp3 | 2014-01-27 16:48:57.0 |

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
```

<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4</URL_Base>
<UserName>TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-768e0957-aa9f-4ac3-b1ce-cfdd1188eab4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<Title>BEST OF YOU</Title>
<Artist>FOO FIGHTERS</Artist>
<FileName>0958 - Foo Fighters - Best Of You.mp3</FileName>
<FileSize>(6,129,171 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <356364812.45702.1390890055894.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-919d6e60-e19d-4b6a-b468-145bb167ae11
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-919d6e60-e19d-4b6a-b468-145bb167ae11 2014-01-27 16:48:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 0989 - Kings Of Leon - Sex On Fire.mp3 was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-27 16:48:57.0 GI

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-919d6e60-e19d-4b6a-b468-145bb167ae11

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-919d6e60-e19d-4b6a-b468-145bb167ae11

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-919d6e60-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 16:48:57.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sex On Fire | 0989 - Kings Of Leon - Sex On Fire.mp3 | 2014-01-27 16:48:57.0

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-919d6e60-e19d-4b6a-b468-145bb167ae11</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-919d6e60-e19d-4b6a-b468-145bb167ae11</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-919d6e60-e19d-4b6a-b468-145bb167ae11</URL_Base>
<UserName>TC-919d6e60-e19d-4b6a-b468-145bb167ae11</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-919d6e60-e19d-4b6a-b468-145bb167ae11" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 16:48:57.0 GMT</TimeStamp>
<Title>Sex On Fire</Title>
<Artist>Kings of Leon</Artist>
<FileName>0989 - Kings Of Leon - Sex On Fire.mp3</FileName>
<FileSize>(8,272,000 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1132098854.51093.1390890423716.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-07468314-0d0c-41ee-b7fb-5a6814949078
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-07468314-0d0c-41ee-b7fb-5a6814949078 2014-01-27 17:20:46.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Skillet - Rise.mp3 was infringed upon by a computer at IP Address 66.63.112.72 on 2014-01-27 17:20:46.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-07468314-0d0c-41ee-b7fb-5a6814949078

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-07468314-0d0c-41ee-b7fb-5a6814949078

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-07468314-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 17:20:46.0 GMT

Infringers IP Address: 66.63.112.72

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rise | Skillet - Rise.mp3 | 2014-01-27 17:20:46.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-07468314-0d0c-41ee-b7fb-5a6814949078</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-07468314-0d0c-41ee-b7fb-5a6814949078</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 17:20:46.0 GMT</TimeStamp>
<IP_Address>66.63.112.72</IP_Address>
<Port>6881</Port>
<DNS_Name>66.63.112.72:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-07468314-0d0c-41ee-b7fb-5a6814949078</URL_Base>
<UserName>TC-07468314-0d0c-41ee-b7fb-5a6814949078</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-07468314-0d0c-41ee-b7fb-5a6814949078" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 17:20:46.0 GMT</TimeStamp>
<Title>Rise</Title>
<Artist>Skillet</Artist>
<FileName>Skillet - Rise.mp3</FileName>
<FileSize>10558201</FileSize>
<Hash Type="Hash">ED57AC0E55500A5645C602B34798641E1E86147D</Hash>
</Item>
</Content>
</Infringement>
```

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <460792633.51094.1390890423775.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9acda438-f19b-42c3-9f14-85689688d787
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9acda438-f19b-42c3-9f14-85689688d787 2014-01-27 17:20:46.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Skillet - Sick of It.mp3 was infringed upon by a computer at IP Address 66.63.112.72 on 2014-01-27 17:20:46.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9acda438-f19b-42c3-9f14-85689688d787

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9acda438-f19b-42c3-9f14-85689688d787

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9acda438-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-27 17:20:46.0 GMT

Infringers IP Address: 66.63.112.72

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sick Of It | Skillet - Sick of It.mp3 | 2014-01-27 17:20:46.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9acda438-f19b-42c3-9f14-85689688d787</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9acda438-f19b-42c3-9f14-85689688d787</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>

<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 17:20:46.0 GMT</TimeStamp>
<IP_Address>66.63.112.72</IP_Address>
<Port>6881</Port>
<DNS_Name>66.63.112.72:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9acda438-f19b-42c3-9f14-85689688d787</URL_Base>
<UserName>TC-9acda438-f19b-42c3-9f14-85689688d787</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9acda438-f19b-42c3-9f14-85689688d787" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 17:20:46.0 GMT</TimeStamp>
<Title>Sick Of It</Title>
<Artist>Skillet</Artist>
<FileName>Skillet - Sick of It.mp3</FileName>
<FileSize>7740123</FileSize>
<Hash Type="Hash">ED57AC0E55500A5645C602B34798641E1E86147D</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1079298467.1202.1390884174178.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e2b57368-5376-4485-b64b-c8cfd79f51b2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-e2b57368-5376-4485-b64b-c8cfd79f51b2 2014-01-27 18:13:55.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-2

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e2b57368-5376-4485-b64b-c8cfd79f51b2

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limit

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e2b57368-5376-4485-b64b-c8cfd79f51b2

Infringement Source: Torrent
Timestamp: 2014-01-27 18:13:55.0 GMT
Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-27 18:13:55

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-e2b57

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e2b57368-5376-4485-b64b-c8cfd79f51b2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e2b57368-5376-4485-b64b-c8cfd79f51b2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-27 18:13:55.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e2b57368-5376-4485-b64b-c8cfd79f51b2</URL_Base>
<UserName>TC-e2b57368-5376-4485-b64b-c8cfd79f51b2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e2b57368-5376-4485-b64b-c8cfd79f51b2" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-27 18:13:55.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1910205537.455540.1388765503982.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9 2014-01-03 00:17:15.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. Country Must Be Country Wide.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-03 00:17:15.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brantley Gilbert musical compositions, including the musical compositions listed below. It 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5b112f17-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-03 00:17:15.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Country Must Be Country Wide | 08. Country Must Be Country Wide.mp3 | 2014-01

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 00:17:15.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9</URL_Base>
<UserName>TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5b112f17-ac0f-4566-95bf-399ca6a2d7b9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 00:17:15.0 GMT</TimeStamp>
<Title>Country Must Be Country Wide</Title>
<Artist>Brantley Gilbert</Artist>
<FileName>08. Country Must Be Country Wide.mp3</FileName>
<FileSize>8.22 MB (8,628,184 bytes)</FileSize>
<Hash Type="Hash">A1510695C78C7EB68283498EADF78F51E06DD5AC</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1178417985.461838.1388766208804.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a063a714-ac6e-4ff2-994d-0927c3b1d221
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a063a714-ac6e-4ff2-994d-0927c3b1d221 2014-01-03 00:33:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file OCEANS.mp3 was infringed upon by a computer at IP Address 205.209.78.96 on 2014-01-03 00:33:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a063a714-ac6e-4ff2-994d-0927c3b1d221

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jay Z musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a063a714-ac6e-4ff2-994d-0927c3b1d221

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a063a714-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 00:33:53.0 GMT

Infringers IP Address: 205.209.78.96

Infringers Port: 35604

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oceans | OCEANS.mp3 | 2014-01-03 00:33:53.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a063a714-ac6e-4ff2-994d-0927c3b1d221</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a063a714-ac6e-4ff2-994d-0927c3b1d221</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 00:33:53.0 GMT</TimeStamp>
<IP_Address>205.209.78.96</IP_Address>
<Port>35604</Port>
<DNS_Name>205.209.78.96:35604</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a063a714-ac6e-4ff2-994d-0927c3b1d221</URL_Base>
<UserName>TC-a063a714-ac6e-4ff2-994d-0927c3b1d221</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a063a714-ac6e-4ff2-994d-0927c3b1d221" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 00:33:53.0 GMT</TimeStamp>
<Title>Oceans</Title>
<Artist>Jay Z</Artist>
<FileName>OCEANS.mp3</FileName>
<FileSize>4.54 MB (4,765,173 bytes)</FileSize>
<Hash Type="Hash">80F72F106C81BA5F8741870E2192F1B4E7228D26</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <216225697.476515.1388768007804.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a 2014-01-03 01:12:58.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11-brett_eldredge-raymond.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-03 01:12:58.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1eb679a8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 01:12:58.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Raymond | 11-brett_eldredge-raymond.mp3 | 2014-01-03 01:12:58.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a</URL_Base>
<UserName>TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1eb679a8-3f9f-4fb9-945e-171df5488b7a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<Title>Raymond</Title>
<Artist>Brett Eldredge</Artist>
<FileName>11-brett_eldredge-raymond.mp3</FileName>
<FileSize>8.34 MB (8,746,593 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1982330250.476516.1388768007868.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2 2014-01-03 01:12:58.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10-brett_eldredge-signs.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-03 01:12:58.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f0351ee2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 01:12:58.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Signs | 10-brett_eldredge-signs.mp3 | 2014-01-03 01:12:58.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2</URL_Base>
<UserName>TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f0351ee2-7de0-49a2-8668-a5e5822c4aa2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<Title>Signs</Title>
<Artist>Brett Eldredge</Artist>
<FileName>10-brett_eldredge-signs.mp3</FileName>
<FileSize>8.92 MB (9,358,915 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <975579858.476517.1388768007931.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6 2014-01-03 01:12:58.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06-brett_eldredge-one_mississippi.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-03 01:12:58.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-421486ae-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 01:12:58.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): One Mississippi | 06-brett_eldredge-one_mississippi.mp3 | 2014-01-03 01:12:58

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6</URL_Base>
<UserName>TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-421486ae-d06b-42cb-9fed-1ba6c6eebca6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 01:12:58.0 GMT</TimeStamp>
<Title>One Mississippi</Title>
<Artist>Brett Eldredge</Artist>
<FileName>06-brett_eldredge-one_mississippi.mp3</FileName>
<FileSize>8.64 MB (9,062,961 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2136587757.486706.1388769208811.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-153ce42c-32e8-425e-ac99-34257067ac27
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Imagem USA

Reference#: TC-153ce42c-32e8-425e-ac99-34257067ac27 2014-01-03 01:38:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Let It Snow, Let It Snow, Let It.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-03 01:38:23.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-153ce42c-32e8-425e-ac99-34257067ac27

Rightscorp, Inc. represents the following 'copyright owner(s)' Imagem USA ('IMG').

IMG is the exclusive owners of copyrights for Lady Antebellum musical compositions, including the musical compositions listed below. It h

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-153ce42c-32e8-425e-ac99-34257067ac27

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-153ce42c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 01:38:23.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | 08 Let It Snow, Let It Snow, Let It.mp3 | 2014-01-03 01:38:23.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-153ce42c-32e8-425e-ac99-34257067ac27</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-153ce42c-32e8-425e-ac99-34257067ac27</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-03 01:38:23.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-153ce42c-32e8-425e-ac99-34257067ac27</URL_Base>
<UserName>TC-153ce42c-32e8-425e-ac99-34257067ac27</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-153ce42c-32e8-425e-ac99-34257067ac27" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 01:38:23.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Lady Antebellum</Artist>
<FileName>08 Let It Snow, Let It Snow, Let It.mp3</FileName>
<FileSize>6254414</FileSize>
<Hash Type="Hash">BECCBAF91D6F536D2F52ED54E57DF651C8FB61BC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <540087305.494319.1388770182736.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2 2014-01-03 02:02:17.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. C U Next Tuesday (www.RNBxBeatz.com).mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-03 02:02:1

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kesha musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-27fb2fbf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 02:02:17.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cunxtuesday | 08. C U Next Tuesday (www.RNBxBeatz.com).mp3 | 2014-01-03 02:02

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 02:02:17.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2</URL_Base>
<UserName>TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-27fb2fbf-06e3-4a4a-a13a-7e55d8b60aa2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 02:02:17.0 GMT</TimeStamp>
<Title>Cunxtuesday</Title>
<Artist>Kesha</Artist>
<FileName>08. C U Next Tuesday (www.RNBxBeatz.com).mp3</FileName>
<FileSize>8.96 MB (9,400,521 bytes)</FileSize>
<Hash Type="Hash">EEB3A580EB5FD13F486B56821DBF216A07411C2F</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1423779116.540152.1388775765865.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-456e28fc-df1d-497e-b597-2980b1dc9b22
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-456e28fc-df1d-497e-b597-2980b1dc9b22 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-456e28fc-df1d-497e-b597-2980b1dc9b22

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-456e28fc-df1d-497e-b597-2980b1dc9b22

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-456e28fc-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-456e28fc-df1d-497e-b597-2980b1dc9b22</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-456e28fc-df1d-497e-b597-2980b1dc9b22</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-456e28fc-df1d-497e-b597-2980b1dc9b22</URL_Base>
<UserName>TC-456e28fc-df1d-497e-b597-2980b1dc9b22</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-456e28fc-df1d-497e-b597-2980b1dc9b22" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <815014283.540153.1388775787686.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-915feea6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4</URL_Base>
<UserName>TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-915feea6-6ae4-4acb-9cbc-a55e6552f3b4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1932239196.540154.1388775787763.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f6a4c054-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7</URL_Base>
<UserName>TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f6a4c054-37e4-453b-9408-d0dc9e6e3ea7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Cyborg Beetle</Title>
<Artist>CLUTCH</Artist>
<FileName>09_clutch-cyborg_bette-fih.mp3</FileName>
<FileSize>7.01 MB (7,354,048 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <11531714.540155.1388775787831.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7839a83b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-01-03 05:00:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6</URL_Base>
<UserName>TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7839a83b-38cd-49d9-8f62-dbd698ec36c6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <328692954.540156.1388775787889.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-37e4ab53-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a</URL_Base>
<UserName>TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-37e4ab53-20ee-4b4e-b09d-cd1711f3757a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <316546578.540157.1388775787956.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-20390463-ac38-481f-ae31-28ff89f57cc0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-20390463-ac38-481f-ae31-28ff89f57cc0 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-20390463-ac38-481f-ae31-28ff89f57cc0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-20390463-ac38-481f-ae31-28ff89f57cc0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-20390463-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-20390463-ac38-481f-ae31-28ff89f57cc0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-20390463-ac38-481f-ae31-28ff89f57cc0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-20390463-ac38-481f-ae31-28ff89f57cc0</URL_Base>
<UserName>TC-20390463-ac38-481f-ae31-28ff89f57cc0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-20390463-ac38-481f-ae31-28ff89f57cc0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1534180030.540158.1388775788020.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7ace90b7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-01-03 05:00:51.0 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d</URL_Base>
<UserName>TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7ace90b7-49f5-4a04-b5df-adf7ad598d2d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Unto The Breach</Title>
<Artist>CLUTCH</Artist>
<FileName>05_clutch-unto_the_breach-fih.mp3</FileName>
<FileSize>7.39 MB (7,754,794 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1875474225.540159.1388775788080.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ddab18bf-7684-4709-b588-ab0730c4b6f0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ddab18bf-7684-4709-b588-ab0730c4b6f0 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ddab18bf-7684-4709-b588-ab0730c4b6f0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ddab18bf-7684-4709-b588-ab0730c4b6f0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ddab18bf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-01-03 05:00:51.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ddab18bf-7684-4709-b588-ab0730c4b6f0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ddab18bf-7684-4709-b588-ab0730c4b6f0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ddab18bf-7684-4709-b588-ab0730c4b6f0</URL_Base>
<UserName>TC-ddab18bf-7684-4709-b588-ab0730c4b6f0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ddab18bf-7684-4709-b588-ab0730c4b6f0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <290524045.540160.1388775788144.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bc11aa96-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb</URL_Base>
<UserName>TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bc11aa96-3b08-40c2-b4a7-7dc0bdf70ecb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <604958375.540161.1388775788204.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-213cf6e4-1277-4f2c-8899-8cf9085f6561
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-213cf6e4-1277-4f2c-8899-8cf9085f6561 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-213cf6e4-1277-4f2c-8899-8cf9085f6561

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-213cf6e4-1277-4f2c-8899-8cf9085f6561

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-213cf6e4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial_velocity-fih.mp3 | 2014-01-03 05:00:51.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-213cf6e4-1277-4f2c-8899-8cf9085f6561</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-213cf6e4-1277-4f2c-8899-8cf9085f6561</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-213cf6e4-1277-4f2c-8899-8cf9085f6561</URL_Base>
<UserName>TC-213cf6e4-1277-4f2c-8899-8cf9085f6561</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-213cf6e4-1277-4f2c-8899-8cf9085f6561" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1839231126.540162.1388775788271.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a0cd420f-c84c-4b67-836a-1093fb97b380
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a0cd420f-c84c-4b67-836a-1093fb97b380 2014-01-03 05:00:51.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-03 05:00:51.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a0cd420f-c84c-4b67-836a-1093fb97b380

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a0cd420f-c84c-4b67-836a-1093fb97b380

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a0cd420f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-03 05:00:51.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-01-03 05:00:51.0 | SHA1

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a0cd420f-c84c-4b67-836a-1093fb97b380</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a0cd420f-c84c-4b67-836a-1093fb97b380</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
```

<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a0cd420f-c84c-4b67-836a-1093fb97b380</URL_Base>
<UserName>TC-a0cd420f-c84c-4b67-836a-1093fb97b380</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a0cd420f-c84c-4b67-836a-1093fb97b380" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 05:00:51.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1496654924.198155.1388730205012.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2346a174-3cc7-4377-a848-b978ab04da51
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-2346a174-3cc7-4377-a848-b978ab04da51 2014-01-03 06:19:11.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S06E20.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 216.195.180.99 on 2014

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2346a174-3cc7-4377-a848-b978ab04da51

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2346a174-3cc7-4377-a848-b978ab04da51

Infringement Source: Torrent
Timestamp: 2014-01-03 06:19:11.0 GMT
Infringers IP Address: 216.195.180.99
Infringers Port: 57030

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S06E20 | The.Big.Bang.Theory.S06E20.HDTV.x264-LOL.mp4 |

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec

CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-2346a

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2346a174-3cc7-4377-a848-b978ab04da51</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2346a174-3cc7-4377-a848-b978ab04da51</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-03 06:19:11.0 GMT</TimeStamp>
<IP_Address>216.195.180.99</IP_Address>
<Port>57030</Port>
<DNS_Name>216.195.180.99:57030</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2346a174-3cc7-4377-a848-b978ab04da51</URL_Base>
<UserName>TC-2346a174-3cc7-4377-a848-b978ab04da51</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2346a174-3cc7-4377-a848-b978ab04da51" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-03 06:19:11.0 GMT</TimeStamp>
<Title>The Big Bang Theory S06E20</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S06E20.HDTV.x264-LOL.mp4</FileName>
<FileSize>(145,492,338 bytes)</FileSize>
<Hash Type="Hash">232DB31BFA957866DAD7D58CD3A8DB1357BBF49C</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1652858549.697186.1388801471452.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-230e4637-b239-47dd-bb4b-6c89acc8934c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-230e4637-b239-47dd-bb4b-6c89acc8934c 2014-01-04 01:58:28.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-14 I Saw Mommy Kissing Santa Claus.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 01:58:2

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-230e4637-b239-47dd-bb4b-6c89acc8934c



Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-230e4637-b239-47dd-bb4b-6c89acc8934c



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-230e4637-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-04 01:58:28.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD22-14 I Saw Mommy Kissing Santa Claus.mp3

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-230e4637-b239-47dd-bb4b-6c89acc8934c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-230e4637-b239-47dd-bb4b-6c89acc8934c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 01:58:28.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-230e4637-b239-47dd-bb4b-6c89acc8934c</URL_Base>
<UserName>TC-230e4637-b239-47dd-bb4b-6c89acc8934c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-230e4637-b239-47dd-bb4b-6c89acc8934c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 01:58:28.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD22-14 I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6539896</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1393680722.697187.1388801471507.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d42b030d-a1a7-4c92-97b4-df15117f9683
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-d42b030d-a1a7-4c92-97b4-df15117f9683 2014-01-04 01:58:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-04 Let It Snow! Let It Snow! Let I.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 01:58:2

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d42b030d-a1a7-4c92-97b4-df15117f9683

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d42b030d-a1a7-4c92-97b4-df15117f9683

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d42b030d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 01:58:28.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD22-04 Let It Snow! Let It Snow! Let I.mp3 | 2014-01-04 01:58:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d42b030d-a1a7-4c92-97b4-df15117f9683</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d42b030d-a1a7-4c92-97b4-df15117f9683</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 01:58:28.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d42b030d-a1a7-4c92-97b4-df15117f9683</URL_Base>
<UserName>TC-d42b030d-a1a7-4c92-97b4-df15117f9683</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d42b030d-a1a7-4c92-97b4-df15117f9683" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 01:58:28.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD22-04 Let It Snow! Let It Snow! Let I.mp3</FileName>
<FileSize>4881680</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1336357702.703570.1388802508033.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-32b8e456-397f-4937-b9e1-19ff276a2adb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-32b8e456-397f-4937-b9e1-19ff276a2adb 2014-01-04 02:12:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11-brett_eldredge-raymond.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 02:12:57.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-32b8e456-397f-4937-b9e1-19ff276a2adb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-32b8e456-397f-4937-b9e1-19ff276a2adb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-32b8e456-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Raymond | 11-brett_eldredge-raymond.mp3 | 2014-01-04 02:12:57.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-32b8e456-397f-4937-b9e1-19ff276a2adb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-32b8e456-397f-4937-b9e1-19ff276a2adb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-32b8e456-397f-4937-b9e1-19ff276a2adb</URL_Base>
<UserName>TC-32b8e456-397f-4937-b9e1-19ff276a2adb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-32b8e456-397f-4937-b9e1-19ff276a2adb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<Title>Raymond</Title>
<Artist>Brett Eldredge</Artist>
<FileName>11-brett_eldredge-raymond.mp3</FileName>
<FileSize>8.34 MB (8,746,593 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <685514424.703572.1388802508204.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03 2014-01-04 02:12:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10-brett_eldredge-signs.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 02:12:57.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-89ae0956-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Signs | 10-brett_eldredge-signs.mp3 | 2014-01-04 02:12:57.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03</URL_Base>
<UserName>TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-89ae0956-5bd1-4caa-952b-00cb3ed29b03" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<Title>Signs</Title>
<Artist>Brett Eldredge</Artist>
<FileName>10-brett_eldredge-signs.mp3</FileName>
<FileSize>8.92 MB (9,358,915 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <6501185.703574.1388802508417.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a 2014-01-04 02:12:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06-brett_eldredge-one_mississippi.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 02:12:57.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2cc1279c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): One Mississippi | 06-brett_eldredge-one_mississippi.mp3 | 2014-01-04 02:12:57

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a</URL_Base>
<UserName>TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2cc1279c-4d21-4472-bb70-189eb1b39e2a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:12:57.0 GMT</TimeStamp>
<Title>One Mississippi</Title>
<Artist>Brett Eldredge</Artist>
<FileName>06-brett_eldredge-one_mississippi.mp3</FileName>
<FileSize>8.64 MB (9,062,961 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1645651269.733370.1388806366179.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-237db1be-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
```

<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190</URL_Base>
<UserName>TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-237db1be-8ca4-4fe4-bb69-c392b1ac4190" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <715993158.733371.1388806366252.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e160f2c2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3</URL_Base>
<UserName>TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e160f2c2-fe09-4d0f-949e-8860bb05b5a3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <706437410.733372.1388806366314.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2d6b8208-94eb-49a7-afed-c178384589ea
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2d6b8208-94eb-49a7-afed-c178384589ea 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2d6b8208-94eb-49a7-afed-c178384589ea

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2d6b8208-94eb-49a7-afed-c178384589ea

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2d6b8208-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-2d6b8208-94eb-49a7-afed-c178384589ea&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-2d6b8208-94eb-49a7-afed-c178384589ea&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-04 02:55:53.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.66.218&lt;/IP_Address&gt;
&lt;Port&gt;36079&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.66.218:36079&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-2d6b8208-94eb-49a7-afed-c178384589ea&lt;/URL_Base&gt;
&lt;UserName&gt;TC-2d6b8208-94eb-49a7-afed-c178384589ea&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-2d6b8208-94eb-49a7-afed-c178384589ea" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-04 02:55:53.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Cyborg Beetle&lt;/Title&gt;
&lt;Artist&gt;CLUTCH&lt;/Artist&gt;
&lt;FileName&gt;09_clutch-cyborg_bette-fih.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7.01 MB (7,354,048 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;18B2F7AB69832EEF8E6825A93559851426C2B57E&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;
```

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <627408463.733374.1388806366381.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d62ff7f2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-01-04 02:55:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933</URL_Base>
<UserName>TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d62ff7f2-31a2-4791-af15-0dc5a06e7933" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <697585476.733376.1388806366458.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c5567428-af18-44a5-8243-bc0bd26123af
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c5567428-af18-44a5-8243-bc0bd26123af 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c5567428-af18-44a5-8243-bc0bd26123af

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c5567428-af18-44a5-8243-bc0bd26123af

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c5567428-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c5567428-af18-44a5-8243-bc0bd26123af</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c5567428-af18-44a5-8243-bc0bd26123af</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c5567428-af18-44a5-8243-bc0bd26123af</URL_Base>
<UserName>TC-c5567428-af18-44a5-8243-bc0bd26123af</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c5567428-af18-44a5-8243-bc0bd26123af" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1278358718.733378.1388806366532.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f2a1a5d2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4</URL_Base>
<UserName>TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f2a1a5d2-1259-49c2-9a86-be62b699b3f4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <470843516.733379.1388806366599.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-113c0f65-7c2c-4a5c-a072-853a2c715d40
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-113c0f65-7c2c-4a5c-a072-853a2c715d40 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-113c0f65-7c2c-4a5c-a072-853a2c715d40

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-113c0f65-7c2c-4a5c-a072-853a2c715d40

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-113c0f65-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-01-04 02:55:53.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-113c0f65-7c2c-4a5c-a072-853a2c715d40</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-113c0f65-7c2c-4a5c-a072-853a2c715d40</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-113c0f65-7c2c-4a5c-a072-853a2c715d40</URL_Base>
<UserName>TC-113c0f65-7c2c-4a5c-a072-853a2c715d40</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-113c0f65-7c2c-4a5c-a072-853a2c715d40" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Unto The Breach</Title>
<Artist>CLUTCH</Artist>
<FileName>05_clutch-unto_the_breach-fih.mp3</FileName>
<FileSize>7.39 MB (7,754,794 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1564872848.733381.1388806366678.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-27f2d364-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-01-04 02:55:53.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e</URL_Base>
<UserName>TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-27f2d364-3615-41ff-bfd9-cb8c2cd1b63e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <383591698.733383.1388806366755.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-29aac2ae-851f-4cf1-b431-417443bdb17b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-29aac2ae-851f-4cf1-b431-417443bdb17b 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-29aac2ae-851f-4cf1-b431-417443bdb17b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-29aac2ae-851f-4cf1-b431-417443bdb17b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-29aac2ae-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-29aac2ae-851f-4cf1-b431-417443bdb17b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-29aac2ae-851f-4cf1-b431-417443bdb17b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-29aac2ae-851f-4cf1-b431-417443bdb17b</URL_Base>
<UserName>TC-29aac2ae-851f-4cf1-b431-417443bdb17b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-29aac2ae-851f-4cf1-b431-417443bdb17b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1916500130.733385.1388806366824.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-acd4a620-5b9f-4706-849a-533e010837d3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-acd4a620-5b9f-4706-849a-533e010837d3 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-acd4a620-5b9f-4706-849a-533e010837d3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-acd4a620-5b9f-4706-849a-533e010837d3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-acd4a620-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial_velocity-fih.mp3 | 2014-01-04 02:55:53.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-acd4a620-5b9f-4706-849a-533e010837d3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-acd4a620-5b9f-4706-849a-533e010837d3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-acd4a620-5b9f-4706-849a-533e010837d3</URL_Base>
<UserName>TC-acd4a620-5b9f-4706-849a-533e010837d3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-acd4a620-5b9f-4706-849a-533e010837d3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <462724884.733386.1388806366890.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-68f175c0-a7a1-451b-a659-61dcec347d66
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-68f175c0-a7a1-451b-a659-61dcec347d66 2014-01-04 02:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-04 02:55:53.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-68f175c0-a7a1-451b-a659-61dcec347d66

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-68f175c0-a7a1-451b-a659-61dcec347d66

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-68f175c0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 02:55:53.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-01-04 02:55:53.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-68f175c0-a7a1-451b-a659-61dcec347d66</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-68f175c0-a7a1-451b-a659-61dcec347d66</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-68f175c0-a7a1-451b-a659-61dcec347d66</URL_Base>
<UserName>TC-68f175c0-a7a1-451b-a659-61dcec347d66</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-68f175c0-a7a1-451b-a659-61dcec347d66" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 02:55:53.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1944502868.738581.1388807049154.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Imagem USA

Reference#: TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1 2014-01-04 03:13:11.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Let It Snow, Let It Snow, Let It.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 03:13:11.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1

Rightscorp, Inc. represents the following 'copyright owner(s)' Imagem USA ('IMG').

IMG is the exclusive owners of copyrights for Lady Antebellum musical compositions, including the musical compositions listed below. It h

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8ddcc3ef-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 03:13:11.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | 08 Let It Snow, Let It Snow, Let It.mp3 | 2014-01-04 03:13:11.0

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 03:13:11.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1</URL_Base>
<UserName>TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8ddcc3ef-0770-4fbe-9481-98012f77d7f1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 03:13:11.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Lady Antebellum</Artist>
<FileName>08 Let It Snow, Let It Snow, Let It.mp3</FileName>
<FileSize>6254414</FileSize>
<Hash Type="Hash">BECCBAF91D6F536D2F52ED54E57DF651C8FB61BC</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <826837063.745401.1388808230758.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-dc3610d6-7c6c-4439-b666-48923549c75a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-dc3610d6-7c6c-4439-b666-48923549c75a 2014-01-04 03:54:24.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-dc3610d6-7c6c-4439-b666-48923549c75a

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-dc3610d6-7c6c-4439-b666-48923549c75a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-dc3610d6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 03:54:24.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD214. The Ronettes - I Saw Mommy Kissing S

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-dc3610d6-7c6c-4439-b666-48923549c75a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-dc3610d6-7c6c-4439-b666-48923549c75a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 03:54:24.0 GMT</TimeStamp>
```

<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-dc3610d6-7c6c-4439-b666-48923549c75a</URL_Base>
<UserName>TC-dc3610d6-7c6c-4439-b666-48923549c75a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-dc3610d6-7c6c-4439-b666-48923549c75a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 03:54:24.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6823936</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <51856038.745403.1388808230859.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931 2014-01-04 03:54:24.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3 was infringed upon by a computer at IP Address 205.209.85.159 o

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b843bb44-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 03:54:24.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 03:54:24.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931</URL_Base>
<UserName>TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b843bb44-2b9a-4bb1-919a-f4158f0b2931" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 03:54:24.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3</FileName>
<FileSize>5007360</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <139977319.767508.1388812367008.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-18001a33-618c-487f-9f61-d1ab0575cda0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-18001a33-618c-487f-9f61-d1ab0575cda0 2014-01-04 04:52:06.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. Country Must Be Country Wide.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-04 04:52:06.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-18001a33-618c-487f-9f61-d1ab0575cda0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brantley Gilbert musical compositions, including the musical compositions listed below. It

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-18001a33-618c-487f-9f61-d1ab0575cda0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-18001a33-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-04 04:52:06.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Country Must Be Country Wide | 08. Country Must Be Country Wide.mp3 | 2014-01

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-18001a33-618c-487f-9f61-d1ab0575cda0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-18001a33-618c-487f-9f61-d1ab0575cda0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-04 04:52:06.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-18001a33-618c-487f-9f61-d1ab0575cda0</URL_Base>
<UserName>TC-18001a33-618c-487f-9f61-d1ab0575cda0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-18001a33-618c-487f-9f61-d1ab0575cda0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-04 04:52:06.0 GMT</TimeStamp>
<Title>Country Must Be Country Wide</Title>
<Artist>Brantley Gilbert</Artist>
<FileName>08. Country Must Be Country Wide.mp3</FileName>
<FileSize>8.22 MB (8,628,184 bytes)</FileSize>
<Hash Type="Hash">A1510695C78C7EB68283498EADF78F51E06DD5AC</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <647370399.955366.1388884083855.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913 2014-01-05 00:53:18.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01. Goodbye My Friend.mp3  was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cea1673f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Goodbye My Friend | 01. Goodbye My Friend.mp3 | 2014-01-05 00:53:18.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913</URL_Base>
<UserName>TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cea1673f-deeb-4bb9-ab13-2c7d16bf3913" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Goodbye My Friend</Title>
<Artist>Pop Evil</Artist>
<FileName>01. Goodbye My Friend.mp3</FileName>
<FileSize>8.90 MB (9,338,127 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <845719861.955367.1388884083916.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f962f042-d267-4c72-812f-2d9d5538aac5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f962f042-d267-4c72-812f-2d9d5538aac5 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02. Deal With The Devil.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f962f042-d267-4c72-812f-2d9d5538aac5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f962f042-d267-4c72-812f-2d9d5538aac5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f962f042-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Deal with the Devil | 02. Deal With The Devil.mp3 | 2014-01-05 00:53:18.0 | S

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f962f042-d267-4c72-812f-2d9d5538aac5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f962f042-d267-4c72-812f-2d9d5538aac5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f962f042-d267-4c72-812f-2d9d5538aac5</URL_Base>
<UserName>TC-f962f042-d267-4c72-812f-2d9d5538aac5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f962f042-d267-4c72-812f-2d9d5538aac5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Deal with the Devil</Title>
<Artist>Pop Evil</Artist>
<FileName>02. Deal With The Devil.mp3</FileName>
<FileSize>7.76 MB (8,140,678 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <123788937.955368.1388884083980.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-aa22a4fb-c190-4fad-b165-a544690f2c0b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-aa22a4fb-c190-4fad-b165-a544690f2c0b 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03. Trenches.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-aa22a4fb-c190-4fad-b165-a544690f2c0b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-aa22a4fb-c190-4fad-b165-a544690f2c0b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-aa22a4fb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Trenches | 03. Trenches.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-aa22a4fb-c190-4fad-b165-a544690f2c0b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-aa22a4fb-c190-4fad-b165-a544690f2c0b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-aa22a4fb-c190-4fad-b165-a544690f2c0b</URL_Base>
<UserName>TC-aa22a4fb-c190-4fad-b165-a544690f2c0b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-aa22a4fb-c190-4fad-b165-a544690f2c0b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Trenches</Title>
<Artist>Pop Evil</Artist>
<FileName>03. Trenches.mp3</FileName>
<FileSize>8.39 MB (8,798,941 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2082143779.955369.1388884084036.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04. Torn To Pieces.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-408a8d4d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Torn to Pieces | 04. Torn To Pieces.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f</URL_Base>
<UserName>TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-408a8d4d-d0aa-4a05-9288-b04148d77e6f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Torn to Pieces</Title>
<Artist>Pop Evil</Artist>
<FileName>04. Torn To Pieces.mp3</FileName>
<FileSize>7.56 MB (7,933,778 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1979849436.955370.1388884084094.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05. Divide.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6b2c4833-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Divide | 05. Divide.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1</URL_Base>
<UserName>TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6b2c4833-e09c-4ad0-8e5b-36c2904832b1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Divide</Title>
<Artist>Pop Evil</Artist>
<FileName>05. Divide.mp3</FileName>
<FileSize>9.89 MB (10,378,823 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1434379859.955371.1388884084153.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06. Beautiful.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9fcdcb49-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Beautiful | 06. Beautiful.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd</URL_Base>
<UserName>TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9fcdcb49-2fbf-45c6-98eb-15ce8ba4defd" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Beautiful</Title>
<Artist>Pop Evil</Artist>
<FileName>06. Beautiful.mp3</FileName>
<FileSize>7.83 MB (8,210,666 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1743844686.955372.1388884084210.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9b78f8d9-99c1-46d2-9af2-54977541856c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9b78f8d9-99c1-46d2-9af2-54977541856c 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07. Silence & Scars.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9b78f8d9-99c1-46d2-9af2-54977541856c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9b78f8d9-99c1-46d2-9af2-54977541856c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9b78f8d9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Silence & Scars | 07. Silence & Scars.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9b78f8d9-99c1-46d2-9af2-54977541856c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9b78f8d9-99c1-46d2-9af2-54977541856c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9b78f8d9-99c1-46d2-9af2-54977541856c</URL_Base>
<UserName>TC-9b78f8d9-99c1-46d2-9af2-54977541856c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9b78f8d9-99c1-46d2-9af2-54977541856c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Silence & Scars</Title>
<Artist>Pop Evil</Artist>
<FileName>07. Silence & Scars.mp3</FileName>
<FileSize>8.15 MB (8,550,270 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <618273423.955373.1388884084269.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a8f635e4-c005-4566-a3b9-55b5bde16f19
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a8f635e4-c005-4566-a3b9-55b5bde16f19 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. Sick Sense.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a8f635e4-c005-4566-a3b9-55b5bde16f19

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a8f635e4-c005-4566-a3b9-55b5bde16f19

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a8f635e4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sick Sense | 08. Sick Sense.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a8f635e4-c005-4566-a3b9-55b5bde16f19</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a8f635e4-c005-4566-a3b9-55b5bde16f19</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a8f635e4-c005-4566-a3b9-55b5bde16f19</URL_Base>
<UserName>TC-a8f635e4-c005-4566-a3b9-55b5bde16f19</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a8f635e4-c005-4566-a3b9-55b5bde16f19" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Sick Sense</Title>
<Artist>Pop Evil</Artist>
<FileName>08. Sick Sense.mp3</FileName>
<FileSize>7.83 MB (8,220,072 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1136285581.955374.1388884084325.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09. Fly Away.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e8a832b0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Away | 09. Fly Away.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d</URL_Base>
<UserName>TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e8a832b0-1fcb-4fa8-b043-c1a630836e5d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Fly Away</Title>
<Artist>Pop Evil</Artist>
<FileName>09. Fly Away.mp3</FileName>
<FileSize>7.94 MB (8,327,692 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <50922345.955375.1388884084381.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10. Behind Closed Doors.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c1d0f506-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Behind Closed Doors | 10. Behind Closed Doors.mp3 | 2014-01-05 00:53:18.0 | S

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92</URL_Base>
<UserName>TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c1d0f506-22aa-4fc3-bb47-54f667b5eb92" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Behind Closed Doors</Title>
<Artist>Pop Evil</Artist>
<FileName>10. Behind Closed Doors.mp3</FileName>
<FileSize>9.88 MB (10,363,176 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1934134667.955376.1388884084442.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2bee9f22-5096-42b0-a26b-16f008ea429e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2bee9f22-5096-42b0-a26b-16f008ea429e 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11. Welcome To Reality.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2bee9f22-5096-42b0-a26b-16f008ea429e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2bee9f22-5096-42b0-a26b-16f008ea429e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2bee9f22-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Welcome to Reality | 11. Welcome To Reality.mp3 | 2014-01-05 00:53:18.0 | SHA

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2bee9f22-5096-42b0-a26b-16f008ea429e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2bee9f22-5096-42b0-a26b-16f008ea429e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2bee9f22-5096-42b0-a26b-16f008ea429e</URL_Base>
<UserName>TC-2bee9f22-5096-42b0-a26b-16f008ea429e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2bee9f22-5096-42b0-a26b-16f008ea429e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Welcome to Reality</Title>
<Artist>Pop Evil</Artist>
<FileName>11. Welcome To Reality.mp3</FileName>
<FileSize>8.57 MB (8,987,043 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <146457071.955377.1388884084498.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-40192c7c-1604-4dbb-8616-b1711e037675
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-40192c7c-1604-4dbb-8616-b1711e037675 2014-01-05 00:53:18.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 12. Flawed.mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 00:53:18.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40192c7c-1604-4dbb-8616-b1711e037675

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Pop Evil musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40192c7c-1604-4dbb-8616-b1711e037675

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-40192c7c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:53:18.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Flawed | 12. Flawed.mp3 | 2014-01-05 00:53:18.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40192c7c-1604-4dbb-8616-b1711e037675</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40192c7c-1604-4dbb-8616-b1711e037675</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40192c7c-1604-4dbb-8616-b1711e037675</URL_Base>
<UserName>TC-40192c7c-1604-4dbb-8616-b1711e037675</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40192c7c-1604-4dbb-8616-b1711e037675" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:53:18.0 GMT</TimeStamp>
<Title>Flawed</Title>
<Artist>Pop Evil</Artist>
<FileName>12. Flawed.mp3</FileName>
<FileSize>10.1 MB (10,663,035 bytes)</FileSize>
<Hash Type="Hash">A32B103518B523B6C1A3F97580F333467A461805</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2091342247.963948.1388884998418.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6 2014-01-05 00:55:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 David Gray White Ladder This Years Love.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 00:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for David Gray musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9fca3e18-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 00:55:53.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Years Love | 08 David Gray White Ladder This Years Love.mp3 | 2014-01-05

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 00:55:53.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6</URL_Base>
<UserName>TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9fca3e18-1f62-4571-8a1e-9487a706b0d6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 00:55:53.0 GMT</TimeStamp>
<Title>This Years Love</Title>
<Artist>David Gray</Artist>
<FileName>08 David Gray White Ladder This Years Love.mp3</FileName>
<FileSize>9818080</FileSize>
<Hash Type="Hash">A3FCBAE2FBC0AB046F44237C969EBA0AF56D9566</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <16869794.982452.1388886822613.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f633e176-f37f-4be0-b944-cc7be10ace63
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f633e176-f37f-4be0-b944-cc7be10ace63 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 The One That Got Away.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f633e176-f37f-4be0-b944-cc7be10ace63

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f633e176-f37f-4be0-b944-cc7be10ace63

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f633e176-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The One That Got Away | 01 The One That Got Away.mp3 | 2014-01-05 01:21:23.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f633e176-f37f-4be0-b944-cc7be10ace63</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f633e176-f37f-4be0-b944-cc7be10ace63</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f633e176-f37f-4be0-b944-cc7be10ace63</URL_Base>
<UserName>TC-f633e176-f37f-4be0-b944-cc7be10ace63</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f633e176-f37f-4be0-b944-cc7be10ace63" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>The One That Got Away</Title>
<Artist>Civil Wars</Artist>
<FileName>01 The One That Got Away.mp3</FileName>
<FileSize>8.16 MB (8,566,133 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <280748780.982454.1388886822669.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 I Had Me a Girl.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-98d167a2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Had Me A Girl | 02 I Had Me a Girl.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad</URL_Base>
<UserName>TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-98d167a2-6c1a-4b7a-a348-2a51f06568ad" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>I Had Me A Girl</Title>
<Artist>Civil Wars</Artist>
<FileName>02 I Had Me a Girl.mp3</FileName>
<FileSize>8.64 MB (9,065,766 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <789763956.982455.1388886822726.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 Same Old Same Old.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d15b8955-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Same Old Same Old | 03 Same Old Same Old.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c</URL_Base>
<UserName>TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d15b8955-5730-4699-9b8a-b3c0d04aca1c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Same Old Same Old</Title>
<Artist>Civil Wars</Artist>
<FileName>03 Same Old Same Old.mp3</FileName>
<FileSize>8.76 MB (9,190,940 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1305208774.982457.1388886822784.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Dust to Dust.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-af2da5bd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dust To Dust | 04 Dust to Dust.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c</URL_Base>
<UserName>TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-af2da5bd-d0b9-4f81-b6ee-925a2bc9ee4c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Dust To Dust</Title>
<Artist>Civil Wars</Artist>
<FileName>04 Dust to Dust.mp3</FileName>
<FileSize>8.81 MB (9,244,219 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <423083801.982458.1388886822844.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e4bc5d98-f697-4864-8560-fb473b1f9e31
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e4bc5d98-f697-4864-8560-fb473b1f9e31 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Eavesdrop.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e4bc5d98-f697-4864-8560-fb473b1f9e31

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e4bc5d98-f697-4864-8560-fb473b1f9e31

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e4bc5d98-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Eavesdrop | 05 Eavesdrop.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e4bc5d98-f697-4864-8560-fb473b1f9e31</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e4bc5d98-f697-4864-8560-fb473b1f9e31</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>

<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e4bc5d98-f697-4864-8560-fb473b1f9e31</URL_Base>
<UserName>TC-e4bc5d98-f697-4864-8560-fb473b1f9e31</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e4bc5d98-f697-4864-8560-fb473b1f9e31" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Eavesdrop</Title>
<Artist>Civil Wars</Artist>
<FileName>05 Eavesdrop.mp3</FileName>
<FileSize>8.27 MB (8,673,733 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1830965941.982460.1388886822912.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Devil's Backbone.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ca7289f9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Devil's Backbone | 06 Devil's Backbone.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d</URL_Base>
<UserName>TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ca7289f9-9aaa-4761-a80b-6d8a810bfb2d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Devil's Backbone</Title>
<Artist>Civil Wars</Artist>
<FileName>06 Devil's Backbone.mp3</FileName>
<FileSize>5.75 MB (6,035,380 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <831059988.982462.1388886822971.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-792c6883-3566-4a74-b024-b306ecf0b1fb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-792c6883-3566-4a74-b024-b306ecf0b1fb 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 From This Valley.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-792c6883-3566-4a74-b024-b306ecf0b1fb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-792c6883-3566-4a74-b024-b306ecf0b1fb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-792c6883-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): From This Valley | 07 From This Valley.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-792c6883-3566-4a74-b024-b306ecf0b1fb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-792c6883-3566-4a74-b024-b306ecf0b1fb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-792c6883-3566-4a74-b024-b306ecf0b1fb</URL_Base>
<UserName>TC-792c6883-3566-4a74-b024-b306ecf0b1fb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-792c6883-3566-4a74-b024-b306ecf0b1fb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>From This Valley</Title>
<Artist>Civil Wars</Artist>
<FileName>07 From This Valley.mp3</FileName>
<FileSize>8.19 MB (8,594,329 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <284541973.982464.1388886823029.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Oh Henry.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f6888007-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh Henry | 09 Oh Henry.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d</URL_Base>
<UserName>TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f6888007-13fc-43a4-b7c6-27dbbba7f76d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Oh Henry</Title>
<Artist>Civil Wars</Artist>
<FileName>09 Oh Henry.mp3</FileName>
<FileSize>8.16 MB (8,567,117 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <975405423.982466.1388886823096.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e8ef111e-33fa-42d7-98a7-d4c29e919607
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e8ef111e-33fa-42d7-98a7-d4c29e919607 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 Sacred Heart.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e8ef111e-33fa-42d7-98a7-d4c29e919607

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e8ef111e-33fa-42d7-98a7-d4c29e919607

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e8ef111e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sacred Heart | 11 Sacred Heart.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e8ef111e-33fa-42d7-98a7-d4c29e919607</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e8ef111e-33fa-42d7-98a7-d4c29e919607</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e8ef111e-33fa-42d7-98a7-d4c29e919607</URL_Base>
<UserName>TC-e8ef111e-33fa-42d7-98a7-d4c29e919607</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e8ef111e-33fa-42d7-98a7-d4c29e919607" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>Sacred Heart</Title>
<Artist>Civil Wars</Artist>
<FileName>11 Sacred Heart.mp3</FileName>
<FileSize>7.65 MB (8,029,005 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2013905559.982467.1388886823157.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9 2014-01-05 01:21:23.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 D'Arline.mp3 was infringed upon by a computer at IP Address 205.209.95.158 on 2014-01-05 01:21:23.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2ba2dca5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:21:23.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D'Arline | 12 D'Arline.mp3 | 2014-01-05 01:21:23.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9</URL_Base>
<UserName>TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2ba2dca5-a3d7-4119-8f94-feaa895dc0e9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:21:23.0 GMT</TimeStamp>
<Title>D'Arline</Title>
<Artist>Civil Wars</Artist>
<FileName>12 D'Arline.mp3</FileName>
<FileSize>7.23 MB (7,581,781 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <254338106.988690.1388887347158.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-91986943-20b9-44ed-ace8-5470e35da46b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-91986943-20b9-44ed-ace8-5470e35da46b 2014-01-05 01:44:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-04 Let It Snow! Let It Snow! Let I.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 01:44:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-91986943-20b9-44ed-ace8-5470e35da46b

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-91986943-20b9-44ed-ace8-5470e35da46b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-91986943-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:44:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD22-04 Let It Snow! Let It Snow! Let I.mp3 | 2014-01-05 01:44:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-91986943-20b9-44ed-ace8-5470e35da46b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-91986943-20b9-44ed-ace8-5470e35da46b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 01:44:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-91986943-20b9-44ed-ace8-5470e35da46b</URL_Base>
<UserName>TC-91986943-20b9-44ed-ace8-5470e35da46b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-91986943-20b9-44ed-ace8-5470e35da46b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:44:59.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD22-04 Let It Snow! Let It Snow! Let I.mp3</FileName>
<FileSize>4881680</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1940814457.988691.1388887347217.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e5b3ded6-2239-4935-be47-47042db1e319
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-e5b3ded6-2239-4935-be47-47042db1e319 2014-01-05 01:44:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-14 I Saw Mommy Kissing Santa Claus.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 01:44:5

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e5b3ded6-2239-4935-be47-47042db1e319

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e5b3ded6-2239-4935-be47-47042db1e319

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e5b3ded6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:44:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD22-14 I Saw Mommy Kissing Santa Claus.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e5b3ded6-2239-4935-be47-47042db1e319</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e5b3ded6-2239-4935-be47-47042db1e319</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:44:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e5b3ded6-2239-4935-be47-47042db1e319</URL_Base>
<UserName>TC-e5b3ded6-2239-4935-be47-47042db1e319</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e5b3ded6-2239-4935-be47-47042db1e319" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:44:59.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD22-14 I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6539896</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1525940758.988685.1388887346846.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d5680455-a7b0-4887-a073-f2cc3acf3bab
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d5680455-a7b0-4887-a073-f2cc3acf3bab 2014-01-05 01:44:24.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. C U Next Tuesday (www.RNBxBeatz.com).mp3 was infringed upon by a computer at IP Address 66.63.123.254 on 2014-01-05 01:44:2

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d5680455-a7b0-4887-a073-f2cc3acf3bab

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kesha musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d5680455-a7b0-4887-a073-f2cc3acf3bab

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d5680455-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 01:44:24.0 GMT

Infringers IP Address: 66.63.123.254

Infringers Port: 20421

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cunxtuesday | 08. C U Next Tuesday (www.RNBxBeatz.com).mp3 | 2014-01-05 01:44

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d5680455-a7b0-4887-a073-f2cc3acf3bab</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d5680455-a7b0-4887-a073-f2cc3acf3bab</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 01:44:24.0 GMT</TimeStamp>
<IP_Address>66.63.123.254</IP_Address>
<Port>20421</Port>
<DNS_Name>66.63.123.254:20421</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d5680455-a7b0-4887-a073-f2cc3acf3bab</URL_Base>
<UserName>TC-d5680455-a7b0-4887-a073-f2cc3acf3bab</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d5680455-a7b0-4887-a073-f2cc3acf3bab" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 01:44:24.0 GMT</TimeStamp>
<Title>Cunxtuesday</Title>
<Artist>Kesha</Artist>
<FileName>08. C U Next Tuesday (www.RNBxBeatz.com).mp3</FileName>
<FileSize>8.96 MB (9,400,521 bytes)</FileSize>
<Hash Type="Hash">EEB3A580EB5FD13F486B56821DBF216A07411C2F</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1318044945.1008967.1388890344486.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-df25295f-e199-41d9-8adc-a9c2e7241dd1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df25295f-e199-41d9-8adc-a9c2e7241dd1 2014-01-05 02:33:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06-brett_eldredge-one_mississippi.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 02:33:14.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df25295f-e199-41d9-8adc-a9c2e7241dd1

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df25295f-e199-41d9-8adc-a9c2e7241dd1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df25295f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 02:33:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): One Mississippi | 06-brett_eldredge-one_mississippi.mp3 | 2014-01-05 02:33:14

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df25295f-e199-41d9-8adc-a9c2e7241dd1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df25295f-e199-41d9-8adc-a9c2e7241dd1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df25295f-e199-41d9-8adc-a9c2e7241dd1</URL_Base>
<UserName>TC-df25295f-e199-41d9-8adc-a9c2e7241dd1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df25295f-e199-41d9-8adc-a9c2e7241dd1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>
<Title>One Mississippi</Title>
<Artist>Brett Eldredge</Artist>
<FileName>06-brett_eldredge-one_mississippi.mp3</FileName>
<FileSize>8.64 MB (9,062,961 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1269095134.1008969.1388890344549.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831 2014-01-05 02:33:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10-brett_eldredge-signs.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 02:33:14.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8127713c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 02:33:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Signs | 10-brett_eldredge-signs.mp3 | 2014-01-05 02:33:14.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831</URL_Base>
<UserName>TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8127713c-dfa2-4e2c-9ba9-73a8918ac831" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>
<Title>Signs</Title>
<Artist>Brett Eldredge</Artist>
<FileName>10-brett_eldredge-signs.mp3</FileName>
<FileSize>8.92 MB (9,358,915 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1336204843.1008971.1388890344608.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf 2014-01-05 02:33:14.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11-brett_eldredge-raymond.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 02:33:14.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6548dfb0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 02:33:14.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Raymond | 11-brett_eldredge-raymond.mp3 | 2014-01-05 02:33:14.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf</URL_Base>
<UserName>TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6548dfb0-3557-4dd0-b0fb-0a3355a06abf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 02:33:14.0 GMT</TimeStamp>
<Title>Raymond</Title>
<Artist>Brett Eldredge</Artist>
<FileName>11-brett_eldredge-raymond.mp3</FileName>
<FileSize>8.34 MB (8,746,593 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <593848593.1027957.1388893385356.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Imagem USA

Reference#: TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db 2014-01-05 03:32:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Let It Snow, Let It Snow, Let It.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 03:32:59.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db

Rightscorp, Inc. represents the following 'copyright owner(s)' Imagem USA ('IMG').

IMG is the exclusive owners of copyrights for Lady Antebellum musical compositions, including the musical compositions listed below. It h

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-92724ef0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 03:32:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | 08 Let It Snow, Let It Snow, Let It.mp3 | 2014-01-05 03:32:59.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-05 03:32:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db</URL_Base>
<UserName>TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-92724ef0-6bd7-4d40-9b18-4f0300d4e2db" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 03:32:59.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Lady Antebellum</Artist>
<FileName>08 Let It Snow, Let It Snow, Let It.mp3</FileName>
<FileSize>6254414</FileSize>
<Hash Type="Hash">BECCBAF91D6F536D2F52ED54E57DF651C8FB61BC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <114308744.1090974.1388906803148.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-82481247-ec15-4333-9f31-e005cba9c69a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-82481247-ec15-4333-9f31-e005cba9c69a 2014-01-05 07:11:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3 was infringed upon by a computer at IP Address 205.209.85.159 o

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-82481247-ec15-4333-9f31-e005cba9c69a

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-82481247-ec15-4333-9f31-e005cba9c69a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-82481247-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 07:11:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-82481247-ec15-4333-9f31-e005cba9c69a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-82481247-ec15-4333-9f31-e005cba9c69a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 07:11:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-82481247-ec15-4333-9f31-e005cba9c69a</URL_Base>
<UserName>TC-82481247-ec15-4333-9f31-e005cba9c69a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-82481247-ec15-4333-9f31-e005cba9c69a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 07:11:59.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3</FileName>
<FileSize>5007360</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1107250712.1090976.1388906803294.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c25b5350-e458-455d-bafa-79b539318fb3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-c25b5350-e458-455d-bafa-79b539318fb3 2014-01-05 07:11:59.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c25b5350-e458-455d-bafa-79b539318fb3

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c25b5350-e458-455d-bafa-79b539318fb3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c25b5350-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 07:11:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD214. The Ronettes - I Saw Mommy Kissing S

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c25b5350-e458-455d-bafa-79b539318fb3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c25b5350-e458-455d-bafa-79b539318fb3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 07:11:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c25b5350-e458-455d-bafa-79b539318fb3</URL_Base>
<UserName>TC-c25b5350-e458-455d-bafa-79b539318fb3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c25b5350-e458-455d-bafa-79b539318fb3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 07:11:59.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6823936</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1469566318.1094746.1388910161317.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-390b8954-e595-41ae-974c-c5eaa85c2ef8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-390b8954-e595-41ae-974c-c5eaa85c2ef8 2014-01-05 07:18:01.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. Country Must Be Country Wide.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-05 07:18:01.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-390b8954-e595-41ae-974c-c5eaa85c2ef8

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brantley Gilbert musical compositions, including the musical compositions listed below. It

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-390b8954-e595-41ae-974c-c5eaa85c2ef8

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-390b8954-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 07:18:01.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Country Must Be Country Wide | 08. Country Must Be Country Wide.mp3 | 2014-01

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-390b8954-e595-41ae-974c-c5eaa85c2ef8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-390b8954-e595-41ae-974c-c5eaa85c2ef8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 07:18:01.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-390b8954-e595-41ae-974c-c5eaa85c2ef8</URL_Base>
<UserName>TC-390b8954-e595-41ae-974c-c5eaa85c2ef8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-390b8954-e595-41ae-974c-c5eaa85c2ef8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 07:18:01.0 GMT</TimeStamp>
<Title>Country Must Be Country Wide</Title>
<Artist>Brantley Gilbert</Artist>
<FileName>08. Country Must Be Country Wide.mp3</FileName>
<FileSize>8.22 MB (8,628,184 bytes)</FileSize>
<Hash Type="Hash">A1510695C78C7EB68283498EADF78F51E06DD5AC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <195196626.1195794.1388957832669.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07 2014-01-05 21:27:34.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - Do You Think I Really Care.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-05 21:27:34.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for THE ROLLING STONES musical compositions, including the musical compositions listed below. I

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a64cf55e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 21:27:34.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Do You Think I Really Care | 03 - Do You Think I Really Care.mp3 | 2014-01-05

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 21:27:34.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07</URL_Base>
<UserName>TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a64cf55e-ab79-40a2-8b7e-aef6b13b8b07" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 21:27:34.0 GMT</TimeStamp>
<Title>Do You Think I Really Care</Title>
<Artist>THE ROLLING STONES</Artist>
<FileName>03 - Do You Think I Really Care.mp3</FileName>
<FileSize>11.7 MB (12,341,614 bytes)</FileSize>
<Hash Type="Hash">8F5A83AC628305E57D67E7A5C6D58E8790F4D8C0</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <744420969.1210519.1388962933495.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-74db130f-82ac-4453-9843-1a38d5757fca
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-74db130f-82ac-4453-9843-1a38d5757fca 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-74db130f-82ac-4453-9843-1a38d5757fca

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-74db130f-82ac-4453-9843-1a38d5757fca

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-74db130f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-74db130f-82ac-4453-9843-1a38d5757fca</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-74db130f-82ac-4453-9843-1a38d5757fca</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-74db130f-82ac-4453-9843-1a38d5757fca</URL_Base>
<UserName>TC-74db130f-82ac-4453-9843-1a38d5757fca</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-74db130f-82ac-4453-9843-1a38d5757fca" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <279138175.1210520.1388962933559.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-659ae318-eed1-437f-b820-520b44413a9f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-659ae318-eed1-437f-b820-520b44413a9f 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-659ae318-eed1-437f-b820-520b44413a9f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-659ae318-eed1-437f-b820-520b44413a9f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-659ae318-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial_velocity-fih.mp3 | 2014-01-05 22:48:03.0

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-659ae318-eed1-437f-b820-520b44413a9f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-659ae318-eed1-437f-b820-520b44413a9f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
```

<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-659ae318-eed1-437f-b820-520b44413a9f</URL_Base>
<UserName>TC-659ae318-eed1-437f-b820-520b44413a9f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-659ae318-eed1-437f-b820-520b44413a9f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <270196529.1210521.1388962933616.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-43f6a7bd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1 |

--Start ACNS XML


<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e</URL_Base>
<UserName>TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-43f6a7bd-7c78-4901-bd2f-0661ba0c806e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <673637844.1210523.1388962933673.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-39ddaafe-b866-4bf8-a728-86502a01aeb3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-39ddaafe-b866-4bf8-a728-86502a01aeb3 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-39ddaafe-b866-4bf8-a728-86502a01aeb3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-39ddaafe-b866-4bf8-a728-86502a01aeb3

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-39ddaafe-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-01-05 22:48:03.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-39ddaafe-b866-4bf8-a728-86502a01aeb3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-39ddaafe-b866-4bf8-a728-86502a01aeb3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-39ddaafe-b866-4bf8-a728-86502a01aeb3</URL_Base>
<UserName>TC-39ddaafe-b866-4bf8-a728-86502a01aeb3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-39ddaafe-b866-4bf8-a728-86502a01aeb3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <352551989.1210525.1388962933736.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-054fefa7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-01-05 22:48:03.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>

<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc</URL_Base>
<UserName>TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-054fefa7-3c90-4140-ac10-c9d4dcaabddc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Unto The Breach</Title>
<Artist>CLUTCH</Artist>
<FileName>05_clutch-unto_the_breach-fih.mp3</FileName>
<FileSize>7.39 MB (7,754,794 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <512915324.1210526.1388962933821.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1b113bb4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64</URL_Base>
<UserName>TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1b113bb4-e6cb-4996-ba76-253bb43b6e64" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <38995585.1210528.1388962933886.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cc7bfc2c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e</URL_Base>
<UserName>TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cc7bfc2c-01e1-40d0-abe0-57a0b9cd8a4e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <196970260.1210530.1388962933954.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-51bdfdd7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-01-05 22:48:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>

<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c</URL_Base>
<UserName>TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-51bdfdd7-89a4-4e66-86d1-a1907916f50c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <585311053.1210532.1388962934019.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f97247de-a02c-43f0-87f0-14d756348fab
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f97247de-a02c-43f0-87f0-14d756348fab 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f97247de-a02c-43f0-87f0-14d756348fab

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f97247de-a02c-43f0-87f0-14d756348fab

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f97247de-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f97247de-a02c-43f0-87f0-14d756348fab</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f97247de-a02c-43f0-87f0-14d756348fab</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f97247de-a02c-43f0-87f0-14d756348fab</URL_Base>
<UserName>TC-f97247de-a02c-43f0-87f0-14d756348fab</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f97247de-a02c-43f0-87f0-14d756348fab" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Cyborg Beetle</Title>
<Artist>CLUTCH</Artist>
<FileName>09_clutch-cyborg_bette-fih.mp3</FileName>
<FileSize>7.01 MB (7,354,048 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <617117110.1210533.1388962934217.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:48:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e5f5d5a5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-01-05 22:48:03.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32</URL_Base>
<UserName>TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e5f5d5a5-dd10-496e-af0a-bfdfa8dedb32" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1962193959.1210534.1388962934273.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a 2014-01-05 22:48:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-05 22:4

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f654c8ff-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-05 22:48:03.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>

<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a</URL_Base>
<UserName>TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f654c8ff-7ae8-4adf-b3bb-65287f1b526a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-05 22:48:03.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <978437417.1242780.1388968982731.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Imagem USA

Reference#: TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c 2014-01-06 00:20:06.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Let It Snow, Let It Snow, Let It.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 00:20:06.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c

Rightscorp, Inc. represents the following 'copyright owner(s)' Imagem USA ('IMG').

IMG is the exclusive owners of copyrights for Lady Antebellum musical compositions, including the musical compositions listed below. It h

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7bde0ea1-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:20:06.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | 08 Let It Snow, Let It Snow, Let It.mp3 | 2014-01-06 00:20:06.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:20:06.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c</URL_Base>
<UserName>TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7bde0ea1-33bd-4511-a8f4-c95d780a392c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:20:06.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Lady Antebellum</Artist>
<FileName>08 Let It Snow, Let It Snow, Let It.mp3</FileName>
<FileSize>6254414</FileSize>
<Hash Type="Hash">BECCBAF91D6F536D2F52ED54E57DF651C8FB61BC</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <998431284.1244038.1388969060155.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-3172c196-c408-47ca-a2ca-af3defd21643
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3172c196-c408-47ca-a2ca-af3defd21643 2014-01-06 00:27:32.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06-brett_eldredge-one_mississippi.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 00:27:32.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3172c196-c408-47ca-a2ca-af3defd21643

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3172c196-c408-47ca-a2ca-af3defd21643

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3172c196-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:32.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): One Mississippi | 06-brett_eldredge-one_mississippi.mp3 | 2014-01-06 00:27:32

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3172c196-c408-47ca-a2ca-af3defd21643</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3172c196-c408-47ca-a2ca-af3defd21643</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3172c196-c408-47ca-a2ca-af3defd21643</URL_Base>
<UserName>TC-3172c196-c408-47ca-a2ca-af3defd21643</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3172c196-c408-47ca-a2ca-af3defd21643" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<Title>One Mississippi</Title>
<Artist>Brett Eldredge</Artist>
<FileName>06-brett_eldredge-one_mississippi.mp3</FileName>
<FileSize>8.64 MB (9,062,961 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1525360742.1244039.1388969060216.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-396d0cfe-be68-43a6-8264-80ac0feb1797
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-396d0cfe-be68-43a6-8264-80ac0feb1797 2014-01-06 00:27:32.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10-brett_eldredge-signs.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 00:27:32.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-396d0cfe-be68-43a6-8264-80ac0feb1797

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-396d0cfe-be68-43a6-8264-80ac0feb1797

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-396d0cfe-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:32.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Signs | 10-brett_eldredge-signs.mp3 | 2014-01-06 00:27:32.0 | SHA1 |

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-396d0cfe-be68-43a6-8264-80ac0feb1797&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-396d0cfe-be68-43a6-8264-80ac0feb1797&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
```

<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-396d0cfe-be68-43a6-8264-80ac0feb1797</URL_Base>
<UserName>TC-396d0cfe-be68-43a6-8264-80ac0feb1797</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-396d0cfe-be68-43a6-8264-80ac0feb1797" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<Title>Signs</Title>
<Artist>Brett Eldredge</Artist>
<FileName>10-brett_eldredge-signs.mp3</FileName>
<FileSize>8.92 MB (9,358,915 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1229040544.1244040.1388969060272.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-56f63481-1c7d-4cce-b765-6fef35267235
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-56f63481-1c7d-4cce-b765-6fef35267235 2014-01-06 00:27:32.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11-brett_eldredge-raymond.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 00:27:32.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-56f63481-1c7d-4cce-b765-6fef35267235

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brett Eldredge musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-56f63481-1c7d-4cce-b765-6fef35267235

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-56f63481-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:32.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Raymond | 11-brett_eldredge-raymond.mp3 | 2014-01-06 00:27:32.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-56f63481-1c7d-4cce-b765-6fef35267235</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-56f63481-1c7d-4cce-b765-6fef35267235</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-56f63481-1c7d-4cce-b765-6fef35267235</URL_Base>
<UserName>TC-56f63481-1c7d-4cce-b765-6fef35267235</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-56f63481-1c7d-4cce-b765-6fef35267235" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:32.0 GMT</TimeStamp>
<Title>Raymond</Title>
<Artist>Brett Eldredge</Artist>
<FileName>11-brett_eldredge-raymond.mp3</FileName>
<FileSize>8.34 MB (8,746,593 bytes)</FileSize>
<Hash Type="Hash">39046A5E4DF73756B259CBB8A9474EE64B61E397</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1302925817.1244063.1388969061677.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e3d9975c-3654-49ab-91a1-b78905ce06bb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e3d9975c-3654-49ab-91a1-b78905ce06bb 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e3d9975c-3654-49ab-91a1-b78905ce06bb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e3d9975c-3654-49ab-91a1-b78905ce06bb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e3d9975c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e3d9975c-3654-49ab-91a1-b78905ce06bb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e3d9975c-3654-49ab-91a1-b78905ce06bb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e3d9975c-3654-49ab-91a1-b78905ce06bb</URL_Base>
<UserName>TC-e3d9975c-3654-49ab-91a1-b78905ce06bb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e3d9975c-3654-49ab-91a1-b78905ce06bb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <177828373.1244064.1388969061736.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5eb4f2fd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial_velocity-fih.mp3 | 2014-01-06 00:27:39.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6</URL_Base>
<UserName>TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5eb4f2fd-003f-451c-a8da-fdafd939b6e6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1580939552.1244065.1388969062054.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-17ad66cf-6959-4572-bb93-6082897e337e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-17ad66cf-6959-4572-bb93-6082897e337e 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-17ad66cf-6959-4572-bb93-6082897e337e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-17ad66cf-6959-4572-bb93-6082897e337e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-17ad66cf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-17ad66cf-6959-4572-bb93-6082897e337e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-17ad66cf-6959-4572-bb93-6082897e337e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-17ad66cf-6959-4572-bb93-6082897e337e</URL_Base>
<UserName>TC-17ad66cf-6959-4572-bb93-6082897e337e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-17ad66cf-6959-4572-bb93-6082897e337e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <188546518.1244066.1388969062125.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-27d5475c-464b-4f45-a839-c58554fc3da7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-27d5475c-464b-4f45-a839-c58554fc3da7 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-27d5475c-464b-4f45-a839-c58554fc3da7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-27d5475c-464b-4f45-a839-c58554fc3da7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-27d5475c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-01-06 00:27:39.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-27d5475c-464b-4f45-a839-c58554fc3da7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-27d5475c-464b-4f45-a839-c58554fc3da7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-27d5475c-464b-4f45-a839-c58554fc3da7</URL_Base>
<UserName>TC-27d5475c-464b-4f45-a839-c58554fc3da7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-27d5475c-464b-4f45-a839-c58554fc3da7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <357072072.1244067.1388969062193.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-731f51e3-47bd-432a-a265-99fe20e08ba0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-731f51e3-47bd-432a-a265-99fe20e08ba0 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-731f51e3-47bd-432a-a265-99fe20e08ba0

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-731f51e3-47bd-432a-a265-99fe20e08ba0

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-731f51e3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-01-06 00:27:39.0 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-731f51e3-47bd-432a-a265-99fe20e08ba0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-731f51e3-47bd-432a-a265-99fe20e08ba0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-731f51e3-47bd-432a-a265-99fe20e08ba0</URL_Base>
<UserName>TC-731f51e3-47bd-432a-a265-99fe20e08ba0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-731f51e3-47bd-432a-a265-99fe20e08ba0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Unto The Breach</Title>
<Artist>CLUTCH</Artist>
<FileName>05_clutch-unto_the_breach-fih.mp3</FileName>
<FileSize>7.39 MB (7,754,794 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1994968032.1244068.1388969062258.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-28b5372a-5e64-417f-8db6-718ec18d1c21
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-28b5372a-5e64-417f-8db6-718ec18d1c21 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-28b5372a-5e64-417f-8db6-718ec18d1c21

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-28b5372a-5e64-417f-8db6-718ec18d1c21

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-28b5372a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-28b5372a-5e64-417f-8db6-718ec18d1c21</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-28b5372a-5e64-417f-8db6-718ec18d1c21</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-28b5372a-5e64-417f-8db6-718ec18d1c21</URL_Base>
<UserName>TC-28b5372a-5e64-417f-8db6-718ec18d1c21</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-28b5372a-5e64-417f-8db6-718ec18d1c21" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1263045422.1244069.1388969062327.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-5c523a30-28ee-4461-818b-14f6d85c3107
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5c523a30-28ee-4461-818b-14f6d85c3107 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5c523a30-28ee-4461-818b-14f6d85c3107

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5c523a30-28ee-4461-818b-14f6d85c3107

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5c523a30-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5c523a30-28ee-4461-818b-14f6d85c3107</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5c523a30-28ee-4461-818b-14f6d85c3107</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5c523a30-28ee-4461-818b-14f6d85c3107</URL_Base>
<UserName>TC-5c523a30-28ee-4461-818b-14f6d85c3107</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5c523a30-28ee-4461-818b-14f6d85c3107" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1230480401.1244070.1388969062634.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-eb837fc2-376c-4cc1-b49c-e5218aa94027
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-eb837fc2-376c-4cc1-b49c-e5218aa94027 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-eb837fc2-376c-4cc1-b49c-e5218aa94027

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-eb837fc2-376c-4cc1-b49c-e5218aa94027

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-eb837fc2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-01-06 00:27:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-eb837fc2-376c-4cc1-b49c-e5218aa94027</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-eb837fc2-376c-4cc1-b49c-e5218aa94027</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-eb837fc2-376c-4cc1-b49c-e5218aa94027</URL_Base>
<UserName>TC-eb837fc2-376c-4cc1-b49c-e5218aa94027</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-eb837fc2-376c-4cc1-b49c-e5218aa94027" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <646513359.1244071.1388969062714.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0c788d4c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d</URL_Base>
<UserName>TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0c788d4c-67fa-4657-9fcd-5dffc142c26d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Cyborg Beetle</Title>
<Artist>CLUTCH</Artist>
<FileName>09_clutch-cyborg_bette-fih.mp3</FileName>
<FileSize>7.01 MB (7,354,048 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <532294152.1244072.1388969062778.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:27:39.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4b9e3cb3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-01-06 00:27:39.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74</URL_Base>
<UserName>TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4b9e3cb3-0a13-42a6-a748-b1c4594baf74" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <849592483.1244073.1388969062845.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52 2014-01-06 00:27:39.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3 was infringed upon by a computer at IP Address 205.209.66.218 on 2014-01-06 00:2

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-212ac6a7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:27:39.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52</URL_Base>
<UserName>TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-212ac6a7-90b0-4a84-8475-0fb0e2505e52" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 00:27:39.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1224886172.1254480.1388970029104.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6 2014-01-06 00:43:50.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - Do You Think I Really Care.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 00:43:50.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for THE ROLLING STONES musical compositions, including the musical compositions listed below. I

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f5011e43-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 00:43:50.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Do You Think I Really Care | 03 - Do You Think I Really Care.mp3 | 2014-01-06

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-06 00:43:50.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;66.63.103.102&lt;/IP_Address&gt;
&lt;Port&gt;43611&lt;/Port&gt;
&lt;DNS_Name&gt;66.63.103.102:43611&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6&lt;/URL_Base&gt;
&lt;UserName&gt;TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-f5011e43-b9be-4a32-8bd2-cfd96d8957b6" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-06 00:43:50.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Do You Think I Really Care&lt;/Title&gt;
&lt;Artist&gt;THE ROLLING STONES&lt;/Artist&gt;
&lt;FileName&gt;03 - Do You Think I Really Care.mp3&lt;/FileName&gt;
&lt;FileSize&gt;11.7 MB (12,341,614 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;8F5A83AC628305E57D67E7A5C6D58E8790F4D8C0&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;
```

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <723258151.1263314.1388971092908.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-6700d498-f42f-4399-a08e-a2f03a3c068e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6700d498-f42f-4399-a08e-a2f03a3c068e 2014-01-06 01:04:44.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08. Country Must Be Country Wide.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 01:04:44.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6700d498-f42f-4399-a08e-a2f03a3c068e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Brantley Gilbert musical compositions, including the musical compositions listed below. It

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6700d498-f42f-4399-a08e-a2f03a3c068e

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6700d498-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:04:44.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Country Must Be Country Wide | 08. Country Must Be Country Wide.mp3 | 2014-01

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6700d498-f42f-4399-a08e-a2f03a3c068e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6700d498-f42f-4399-a08e-a2f03a3c068e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:04:44.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6700d498-f42f-4399-a08e-a2f03a3c068e</URL_Base>
<UserName>TC-6700d498-f42f-4399-a08e-a2f03a3c068e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6700d498-f42f-4399-a08e-a2f03a3c068e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:04:44.0 GMT</TimeStamp>
<Title>Country Must Be Country Wide</Title>
<Artist>Brantley Gilbert</Artist>
<FileName>08. Country Must Be Country Wide.mp3</FileName>
<FileSize>8.22 MB (8,628,184 bytes)</FileSize>
<Hash Type="Hash">A1510695C78C7EB68283498EADF78F51E06DD5AC</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1383962380.1310796.1388975428881.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 - The Promised Land.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Grateful Dead musical compositions, including the musical compositions listed below. It

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3eb7d07a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Promised Land | 01 - The Promised Land.mp3 | 2014-01-06 01:49:05.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>

<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045</URL_Base>
<UserName>TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3eb7d07a-0c50-4fc0-b873-0a77dfdee045" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>Promised Land</Title>
<Artist>The Grateful Dead</Artist>
<FileName>01 - The Promised Land.mp3</FileName>
<FileSize>7,822,377 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <98150760.1310797.1388975428949.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9051628b-be30-4991-a88c-341127dc364f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9051628b-be30-4991-a88c-341127dc364f 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - Good Mornin' Little Schoolgirl.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 G

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9051628b-be30-4991-a88c-341127dc364f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9051628b-be30-4991-a88c-341127dc364f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9051628b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): GOOD MORNING LITTLE SCHOOL GIRL | 03 - Good Mornin' Little Schoolgirl.mp3 | 2

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9051628b-be30-4991-a88c-341127dc364f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9051628b-be30-4991-a88c-341127dc364f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9051628b-be30-4991-a88c-341127dc364f</URL_Base>
<UserName>TC-9051628b-be30-4991-a88c-341127dc364f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9051628b-be30-4991-a88c-341127dc364f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>GOOD MORNING LITTLE SCHOOL GIRL</Title>
<Artist>Grateful Dead</Artist>
<FileName>03 - Good Mornin' Little Schoolgirl.mp3</FileName>
<FileSize>15,812,526 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1174853250.1310799.1388975429014.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 - Sitting On Top Of The World.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-be8a8261-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SITTING ON TOP OF THE WORLD | 04 - Sitting On Top Of The World.mp3 | 2014-01-

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391</URL_Base>
<UserName>TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-be8a8261-5d8d-4aa2-8f6f-63ec85f2f391" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>SITTING ON TOP OF THE WORLD</Title>
<Artist>Grateful Dead</Artist>
<FileName>04 - Sitting On Top Of The World.mp3</FileName>
<FileSize>9,279,898 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <221605594.1310801.1388975429079.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 - Sittin' On Top Of The World.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d32821c5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SITTING ON TOP OF THE WORLD | 05 - Sittin' On Top Of The World.mp3 | 2014-01-

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5</URL_Base>
<UserName>TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d32821c5-a697-42c0-b5de-fac82f5ad2f5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>SITTING ON TOP OF THE WORLD</Title>
<Artist>Grateful Dead</Artist>
<FileName>05 - Sittin' On Top Of The World.mp3</FileName>
<FileSize>6,679,429 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1982287054.1310803.1388975429144.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 - Little Red Rooster.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-dc1eba8f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Little Red Rooster | 06 - Little Red Rooster.mp3 | 2014-01-06 01:49:05.0 | SH.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5</URL_Base>
<UserName>TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-dc1eba8f-9c0c-428c-8491-868bdfd911c5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>Little Red Rooster</Title>
<Artist>Grateful Dead</Artist>
<FileName>06 - Little Red Rooster.mp3</FileName>
<FileSize>10.4 MB (10,924,032 bytes)</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1776496486.1310805.1388975429204.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c3be68eb-d9df-4326-b364-c191356d3254
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c3be68eb-d9df-4326-b364-c191356d3254 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 - Smokestack Lightnin'.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c3be68eb-d9df-4326-b364-c191356d3254

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c3be68eb-d9df-4326-b364-c191356d3254

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c3be68eb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SMOKESTACK LIGHTNING | 06 - Smokestack Lightnin'.mp3 | 2014-01-06 01:49:05.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c3be68eb-d9df-4326-b364-c191356d3254</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c3be68eb-d9df-4326-b364-c191356d3254</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c3be68eb-d9df-4326-b364-c191356d3254</URL_Base>
<UserName>TC-c3be68eb-d9df-4326-b364-c191356d3254</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c3be68eb-d9df-4326-b364-c191356d3254" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>SMOKESTACK LIGHTNING</Title>
<Artist>Grateful Dead</Artist>
<FileName>06 - Smokestack Lightnin'.mp3</FileName>
<FileSize>43,169,874 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1429030279.1310807.1388975429278.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-37a3a72d-103a-40ff-a843-b0cd0b271896
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-37a3a72d-103a-40ff-a843-b0cd0b271896 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 - Smokestack Lightnin' (Version Two).mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-37a3a72d-103a-40ff-a843-b0cd0b271896

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-37a3a72d-103a-40ff-a843-b0cd0b271896

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-37a3a72d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SMOKESTACK LIGHTNING | 10 - Smokestack Lightnin' (Version Two).mp3 | 2014-01-

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-37a3a72d-103a-40ff-a843-b0cd0b271896&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-37a3a72d-103a-40ff-a843-b0cd0b271896&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
```

<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-37a3a72d-103a-40ff-a843-b0cd0b271896</URL_Base>
<UserName>TC-37a3a72d-103a-40ff-a843-b0cd0b271896</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-37a3a72d-103a-40ff-a843-b0cd0b271896" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>SMOKESTACK LIGHTNING</Title>
<Artist>Grateful Dead</Artist>
<FileName>10 - Smokestack Lightnin' (Version Two).mp3</FileName>
<FileSize>36,458,988 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2117319107.1310809.1388975429349.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7 2014-01-06 01:49:05.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 - Sitting On Top Of The World.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-06 01:49:05.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Grateful Dead musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-700b2f8e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 01:49:05.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SITTING ON TOP OF THE WORLD | 11 - Sitting On Top Of The World.mp3 | 2014-01-

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7</URL_Base>
<UserName>TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-700b2f8e-b8a1-4a69-8c6a-219cf1ce3dc7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 01:49:05.0 GMT</TimeStamp>
<Title>SITTING ON TOP OF THE WORLD</Title>
<Artist>Grateful Dead</Artist>
<FileName>11 - Sitting On Top Of The World.mp3</FileName>
<FileSize>8,011,121 bytes</FileSize>
<Hash Type="Hash">776AF766906550733FDD85296568B2FADAE57B35</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1246550424.1373719.1388984835422.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b 2014-01-06 04:54:44.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3 was infringed upon by a computer at IP Address 205.209.85.159 o

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ab79db53-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 04:54:44.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 04:54:44.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b</URL_Base>
<UserName>TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ab79db53-3aa5-43c7-aee3-2f2ab3116c5b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 04:54:44.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD204. Dean Martin - Let It Snow! Let It Snow! Let It Snow!.mp3</FileName>
<FileSize>5007360</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1629672254.1373720.1388984835481.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0f597893-6187-4b00-a4b1-38536be65d55
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-0f597893-6187-4b00-a4b1-38536be65d55 2014-01-06 04:54:44.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0f597893-6187-4b00-a4b1-38536be65d55

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0f597893-6187-4b00-a4b1-38536be65d55

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0f597893-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 04:54:44.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD214. The Ronettes - I Saw Mommy Kissing S

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0f597893-6187-4b00-a4b1-38536be65d55</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0f597893-6187-4b00-a4b1-38536be65d55</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 04:54:44.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0f597893-6187-4b00-a4b1-38536be65d55</URL_Base>
<UserName>TC-0f597893-6187-4b00-a4b1-38536be65d55</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0f597893-6187-4b00-a4b1-38536be65d55" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 04:54:44.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD214. The Ronettes - I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6823936</FileSize>
<Hash Type="Hash">7E558F3CE62039A1FB37358AB67E7CAE1A2E5568</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <140802667.1455714.1389013549762.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9249405e-502a-4b64-9684-f45538c20918
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by IMAGEM USA

Reference#: TC-9249405e-502a-4b64-9684-f45538c20918 2014-01-06 12:52:11.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-04 Let It Snow! Let It Snow! Let I.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 12:52:1

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9249405e-502a-4b64-9684-f45538c20918

Rightscorp, Inc. represents the following 'copyright owner(s)' IMAGEM USA ('IMG').

IMG is the exclusive owners of copyrights for Dean Martin musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

IMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from IMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9249405e-502a-4b64-9684-f45538c20918

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9249405e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 12:52:11.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Let It Snow | CD22-04 Let It Snow! Let It Snow! Let I.mp3 | 2014-01-06 12:52:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9249405e-502a-4b64-9684-f45538c20918</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9249405e-502a-4b64-9684-f45538c20918</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 12:52:11.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9249405e-502a-4b64-9684-f45538c20918</URL_Base>
<UserName>TC-9249405e-502a-4b64-9684-f45538c20918</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9249405e-502a-4b64-9684-f45538c20918" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 12:52:11.0 GMT</TimeStamp>
<Title>Let It Snow</Title>
<Artist>Dean Martin</Artist>
<FileName>CD22-04 Let It Snow! Let It Snow! Let I.mp3</FileName>
<FileSize>4881680</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1706655719.1455716.1389013549829.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-5bf27972-59b6-4d77-a9dc-69419251a320
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-5bf27972-59b6-4d77-a9dc-69419251a320 2014-01-06 12:52:11.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file CD22-14 I Saw Mommy Kissing Santa Claus.mp3 was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-06 12:52:1

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5bf27972-59b6-4d77-a9dc-69419251a320

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for The Ronettes musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5bf27972-59b6-4d77-a9dc-69419251a320

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5bf27972-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 12:52:11.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 56687

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Mommy Kissing Santa Claus | CD22-14 I Saw Mommy Kissing Santa Claus.mp3

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5bf27972-59b6-4d77-a9dc-69419251a320</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5bf27972-59b6-4d77-a9dc-69419251a320</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 12:52:11.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>56687</Port>
<DNS_Name>205.209.85.159:56687</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5bf27972-59b6-4d77-a9dc-69419251a320</URL_Base>
<UserName>TC-5bf27972-59b6-4d77-a9dc-69419251a320</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5bf27972-59b6-4d77-a9dc-69419251a320" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 12:52:11.0 GMT</TimeStamp>
<Title>I Saw Mommy Kissing Santa Claus</Title>
<Artist>The Ronettes</Artist>
<FileName>CD22-14 I Saw Mommy Kissing Santa Claus.mp3</FileName>
<FileSize>6539896</FileSize>
<Hash Type="Hash">D8003E84518FDAA68381C75E4E82681B656F18AB</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <423696127.1473384.1389029049155.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79 2014-01-06 16:52:57.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 i saw her standing there.mp3 was infringed upon by a computer at IP Address 216.195.178.208 on 2014-01-06 16:52:57.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5cb49de0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 16:52:57.0 GMT

Infringers IP Address: 216.195.178.208

Infringers Port: 54312

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I SAW HER STANDING THERE | 04 i saw her standing there.mp3 | 2014-01-06 16:52

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

<TimeStamp>2014-01-06 16:52:57.0 GMT</TimeStamp>
<IP_Address>216.195.178.208</IP_Address>
<Port>54312</Port>
<DNS_Name>216.195.178.208:54312</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79</URL_Base>
<UserName>TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5cb49de0-3e82-4bf2-a8a4-b561272b4b79" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 16:52:57.0 GMT</TimeStamp>
<Title>I SAW HER STANDING THERE</Title>
<Artist>The Beatles</Artist>
<FileName>04 i saw her standing there.mp3</FileName>
<FileSize>4,613,734 bytes</FileSize>
<Hash Type="Hash">0898A4B562C1098EB69B9B801C61A51D788DF0F5</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1544391763.1482192.1389034007608.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133 2014-01-06 18:25:53.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 12. The Monster (Feat. Rihanna).mp3 was infringed upon by a computer at IP Address 216.195.178.208 on 2014-01-06 18:25:53.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eminem musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d0b3a1ea-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 18:25:53.0 GMT

Infringers IP Address: 216.195.178.208

Infringers Port: 54312

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Monster | 12. The Monster (Feat. Rihanna).mp3 | 2014-01-06 18:25:53.0 | S

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 18:25:53.0 GMT</TimeStamp>
<IP_Address>216.195.178.208</IP_Address>
<Port>54312</Port>
<DNS_Name>216.195.178.208:54312</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133</URL_Base>
<UserName>TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d0b3a1ea-2733-4b8a-b78f-07ebe6f6d133" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 18:25:53.0 GMT</TimeStamp>
<Title>The Monster</Title>
<Artist>Eminem</Artist>
<FileName>12. The Monster (Feat. Rihanna).mp3</FileName>
<FileSize>5.85 MB (6,136,835 bytes)</FileSize>
<Hash Type="Hash">20ABEA07F1DCC3D56D8E6B74B818E281340F83BE</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <458854337.1485958.1389036124111.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950 2014-01-06 19:06:26.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Payphone (feat. Wiz Khalifa).mp3 was infringed upon by a computer at IP Address 216.195.178.208 on 2014-01-06 19:06:26.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Maroon 5 musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-20a0ebb8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-06 19:06:26.0 GMT

Infringers IP Address: 216.195.178.208

Infringers Port: 54312

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Payphone | 02 Payphone (feat. Wiz Khalifa).mp3 | 2014-01-06 19:06:26.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-06 19:06:26.0 GMT</TimeStamp>
<IP_Address>216.195.178.208</IP_Address>
<Port>54312</Port>
<DNS_Name>216.195.178.208:54312</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950</URL_Base>
<UserName>TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-20a0ebb8-fb0b-4ef3-9ddf-728c8717d950" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-06 19:06:26.0 GMT</TimeStamp>
<Title>Payphone</Title>
<Artist>Maroon 5</Artist>
<FileName>02 Payphone (feat. Wiz Khalifa).mp3</FileName>
<FileSize>9.07 MB (9,512,779 bytes)</FileSize>
<Hash Type="Hash">B8FFB6703596B778CF2D4C61FE4A4D2C1A4E401F</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1759460247.59917.1389158409181.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8 2014-01-07 02:05:19.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 - The Return (feat. Freddie Gibbs).mp3  was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-07 02:05:19.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Danny Brown musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63c4a5d7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-07 02:05:19.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Return | 02 - The Return (feat. Freddie Gibbs).mp3 | 2014-01-07 02:05:19.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 02:05:19.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8</URL_Base>
<UserName>TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63c4a5d7-bda5-44ed-affc-1afaf0777fa8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 02:05:19.0 GMT</TimeStamp>
<Title>The Return</Title>
<Artist>Danny Brown</Artist>
<FileName>02 - The Return (feat. Freddie Gibbs).mp3</FileName>
<FileSize>7.25 MB (7,608,992 bytes)</FileSize>
<Hash Type="Hash">A546101B8365553B5ADB1EBB2E11D9E37646FB8E</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <726441935.77972.1389159754685.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d 2014-01-07 02:37:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - These Arms Of Mine.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-07 02:37:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for OTIS REDDING musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a6784e93-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-07 02:37:03.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): These Arms Of Mine | 03 - These Arms Of Mine.mp3 | 2014-01-07 02:37:03.0 | SH

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d</URL_Base>
<UserName>TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a6784e93-1e4a-4331-8ef1-8927fa1e8c4d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<Title>These Arms Of Mine</Title>
<Artist>OTIS REDDING</Artist>
<FileName>03 - These Arms Of Mine.mp3</FileName>
<FileSize>(6,161,473 bytes)</FileSize>
<Hash Type="Hash">7E162A429C90F276636EC0517FBD3CC65C8B0240</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <692511447.77974.1389159754755.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-cf211612-faf1-412a-ba23-5c80bff392a7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cf211612-faf1-412a-ba23-5c80bff392a7 2014-01-07 02:37:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 1 - Pain In My Heart.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-07 02:37:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cf211612-faf1-412a-ba23-5c80bff392a7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for OTIS REDDING musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cf211612-faf1-412a-ba23-5c80bff392a7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cf211612-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-07 02:37:03.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): PAIN IN MY HEART | 1 - Pain In My Heart.mp3 | 2014-01-07 02:37:03.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cf211612-faf1-412a-ba23-5c80bff392a7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cf211612-faf1-412a-ba23-5c80bff392a7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cf211612-faf1-412a-ba23-5c80bff392a7</URL_Base>
<UserName>TC-cf211612-faf1-412a-ba23-5c80bff392a7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cf211612-faf1-412a-ba23-5c80bff392a7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<Title>PAIN IN MY HEART</Title>
<Artist>OTIS REDDING</Artist>
<FileName>1 - Pain In My Heart.mp3</FileName>
<FileSize>(5,787,818 bytes)</FileSize>
<Hash Type="Hash">7E162A429C90F276636EC0517FBD3CC65C8B0240</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1127533624.77976.1389159754820.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d 2014-01-07 02:37:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 - That's What My Heart Needs.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-07 02:37:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for OTIS REDDING musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a1e189ec-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-07 02:37:03.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): That's What My Heart Needs | 11 - That's What My Heart Needs.mp3 | 2014-01-07

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d</URL_Base>
<UserName>TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a1e189ec-b3da-46fc-ae55-3bb416b9b54d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<Title>That's What My Heart Needs</Title>
<Artist>OTIS REDDING</Artist>
<FileName>11 - That's What My Heart Needs.mp3</FileName>
<FileSize>(6,475,361 bytes)</FileSize>
<Hash Type="Hash">7E162A429C90F276636EC0517FBD3CC65C8B0240</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <849812677.77978.1389159754880.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Sunflower Entertainment

Reference#: TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce 2014-01-07 02:37:03.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 7 - For Your Precious Love.mp3 was infringed upon by a computer at IP Address 66.63.103.102 on 2014-01-07 02:37:03.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce

Rightscorp, Inc. represents the following 'copyright owner(s)' Sunflower Entertainment ('SE').

SE is the exclusive owners of copyrights for OTIS REDDING musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SE will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which ar

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SE, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-eeb7d062-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-07 02:37:03.0 GMT

Infringers IP Address: 66.63.103.102

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): For Your Precious Love | 7 - For Your Precious Love.mp3 | 2014-01-07 02:37:03

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<IP_Address>66.63.103.102</IP_Address>
<Port>43611</Port>
<DNS_Name>66.63.103.102:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce</URL_Base>
<UserName>TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-eeb7d062-ff99-4e3b-8b5a-32e7c59343ce" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 02:37:03.0 GMT</TimeStamp>
<Title>For Your Precious Love</Title>
<Artist>OTIS REDDING</Artist>
<FileName>7 - For Your Precious Love.mp3</FileName>
<FileSize>(6,972,384 bytes)</FileSize>
<Hash Type="Hash">7E162A429C90F276636EC0517FBD3CC65C8B0240</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <415593823.3868.1389154117812.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-72d70a05-2f77-4a57-a296-2e0903079743
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-72d70a05-2f77-4a57-a296-2e0903079743 2014-01-07 14:18:28.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-0

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-72d70a05-2f77-4a57-a296-2e0903079743

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-72d70a05-2f77-4a57-a296-2e0903079743

Infringement Source: Torrent
Timestamp: 2014-01-07 14:18:28.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-07 14:18:28

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-72d70

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-72d70a05-2f77-4a57-a296-2e0903079743</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-72d70a05-2f77-4a57-a296-2e0903079743</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-07 14:18:28.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-72d70a05-2f77-4a57-a296-2e0903079743</URL_Base>
<UserName>TC-72d70a05-2f77-4a57-a296-2e0903079743</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-72d70a05-2f77-4a57-a296-2e0903079743" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 14:18:28.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1564992073.5031.1389154182526.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9f185107-03e6-416d-a45a-2aa0499d9bb1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-9f185107-03e6-416d-a45a-2aa0499d9bb1 2014-01-07 18:03:09.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Two.and.a.Half.Men.S11E04.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.194.47 on 2014-01

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9f185107-03e6-416d-a45a-2aa0499d9bb1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9f185107-03e6-416d-a45a-2aa0499d9bb1

Infringement Source: Torrent
Timestamp: 2014-01-07 18:03:09.0 GMT
Infringers IP Address: 66.55.194.47
Infringers Port: 40757

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Two and a Half Men S11E04 | Two.and.a.Half.Men.S11E04.HDTV.x264-LOL.mp4 | 20

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-9f185

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9f185107-03e6-416d-a45a-2aa0499d9bb1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9f185107-03e6-416d-a45a-2aa0499d9bb1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 18:03:09.0 GMT</TimeStamp>
<IP_Address>66.55.194.47</IP_Address>
<Port>40757</Port>
<DNS_Name>66.55.194.47:40757</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9f185107-03e6-416d-a45a-2aa0499d9bb1</URL_Base>
<UserName>TC-9f185107-03e6-416d-a45a-2aa0499d9bb1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9f185107-03e6-416d-a45a-2aa0499d9bb1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 18:03:09.0 GMT</TimeStamp>
<Title>Two and a Half Men S11E04</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Two.and.a.Half.Men.S11E04.HDTV.x264-LOL.mp4</FileName>
<FileSize>203 MB (213,502,436 bytes)</FileSize>
<Hash Type="Hash">810717C8869064A4D1C8986B123F5680A8218A8C</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1131744910.6117.1389154244836.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10 2014-01-07 20:42:20.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file two.and.a.half.men.1106.hdtv-lol.mp4 was infringed upon by a computer at IP address 66.55.194.47 on 2014-01-07 20:

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10

Infringement Source: Torrent
Timestamp: 2014-01-07 20:42:20.0 GMT
Infringers IP Address: 66.55.194.47
Infringers Port: 40757

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Two and a Half Men S11E06 | two.and.a.half.men.1106.hdtv-lol.mp4 | 2014-01-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-ea07f

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 20:42:20.0 GMT</TimeStamp>
<IP_Address>66.55.194.47</IP_Address>
<Port>40757</Port>
<DNS_Name>66.55.194.47:40757</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10</URL_Base>
<UserName>TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ea07fb2a-79d8-4483-9f5c-b5cbbc3eaf10" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 20:42:20.0 GMT</TimeStamp>
<Title>Two and a Half Men S11E06</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>two.and.a.half.men.1106.hdtv-lol.mp4</FileName>
<FileSize>186 MB (196,002,407 bytes)</FileSize>
<Hash Type="Hash">62DBF35CB135517E56FFF70A74327934C3F31C13</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <1099395886.6267.1389154253257.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e 2014-01-07 20:57:15.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Two.and.a.Half.Men.S11E05.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 66.55.194.47 on 2014-01

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e

Infringement Source: Torrent
Timestamp: 2014-01-07 20:57:15.0 GMT
Infringers IP Address: 66.55.194.47
Infringers Port: 40757

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Two and a Half Men S11E05 | Two.and.a.Half.Men.S11E05.HDTV.x264-LOL.mp4 | 20

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-28c46

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-07 20:57:15.0 GMT</TimeStamp>
<IP_Address>66.55.194.47</IP_Address>
<Port>40757</Port>
<DNS_Name>66.55.194.47:40757</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e</URL_Base>
<UserName>TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-28c466e8-23a7-4f0d-be18-0e0b9f59ea2e" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-07 20:57:15.0 GMT</TimeStamp>
<Title>Two and a Half Men S11E05</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Two.and.a.Half.Men.S11E05.HDTV.x264-LOL.mp4</FileName>
<FileSize>191 MB (200,753,226 bytes)</FileSize>
<Hash Type="Hash">3E72FA0839B533AF0AE3D34663897AD17D7BB9B9</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <142451692.9718.1389154458316.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50 2014-01-08 01:24:10.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-0

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50

Infringement Source: Torrent
Timestamp: 2014-01-08 01:24:10.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-08 01:24:10

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-c6a0b

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 01:24:10.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50</URL_Base>
<UserName>TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c6a0b921-211d-410e-b1c0-04ecbf9abb50" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 01:24:10.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <681749859.17065.1389354817292.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00 2014-01-08 03:49:30.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Eminem- 10 - Without Me.mp3 was infringed upon by a computer at IP Address 205.209.91.234 on 2014-01-08 03:49:30.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eminem musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ca4714f3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 03:49:30.0 GMT

Infringers IP Address: 205.209.91.234

Infringers Port: 56804

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Without Me | Eminem- 10 - Without Me.mp3 | 2014-01-08 03:49:30.0 | SHA1 |

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<IP_Address>205.209.91.234</IP_Address>
<Port>56804</Port>
<DNS_Name>205.209.91.234:56804</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00</URL_Base>
<UserName>TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ca4714f3-4671-4b1e-a9c1-c5ae9cf0ca00" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<Title>Without Me</Title>
<Artist>Eminem</Artist>
<FileName>Eminem- 10 - Without Me.mp3</FileName>
<FileSize>6.64 MB (6,971,853 bytes)</FileSize>
<Hash Type="Hash">351AABA0546EFE1D2436240FDFB4B682CA875F49</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1651721908.17067.1389354817370.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b 2014-01-08 03:49:30.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Eminem- 12 - Sing For The Moment.mp3 was infringed upon by a computer at IP Address 205.209.91.234 on 2014-01-08 03:49:30.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eminem musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0cf4e094-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 03:49:30.0 GMT

Infringers IP Address: 205.209.91.234

Infringers Port: 56804

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sing For The Moment | Eminem- 12 - Sing For The Moment.mp3 | 2014-01-08 03:49

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<IP_Address>205.209.91.234</IP_Address>
<Port>56804</Port>
<DNS_Name>205.209.91.234:56804</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b</URL_Base>
<UserName>TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0cf4e094-5c75-48f2-aaf5-1cd22339cc8b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<Title>Sing For The Moment</Title>
<Artist>Eminem</Artist>
<FileName>Eminem- 12 - Sing For The Moment.mp3</FileName>
<FileSize>7.77 MB (8,153,006 bytes)</FileSize>
<Hash Type="Hash">351AABA0546EFE1D2436240FDFB4B682CA875F49</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <10847727.17069.1389354817444.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71 2014-01-08 03:49:30.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file Eminem- 19 - My Dad's Gone Crazy.mp3 was infringed upon by a computer at IP Address 205.209.91.234 on 2014-01-08 03:49:30.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eminem musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df5d4a2c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 03:49:30.0 GMT

Infringers IP Address: 205.209.91.234

Infringers Port: 56804

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Dad's Gone Crazy | Eminem- 19 - My Dad's Gone Crazy.mp3 | 2014-01-08 03:49

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<IP_Address>205.209.91.234</IP_Address>
<Port>56804</Port>
<DNS_Name>205.209.91.234:56804</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71</URL_Base>
<UserName>TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df5d4a2c-ec9e-4b47-8261-53a41bd25a71" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 03:49:30.0 GMT</TimeStamp>
<Title>My Dad's Gone Crazy</Title>
<Artist>Eminem</Artist>
<FileName>Eminem- 19 - My Dad's Gone Crazy.mp3</FileName>
<FileSize>6.11 MB (6,412,624 bytes)</FileSize>
<Hash Type="Hash">351AABA0546EFE1D2436240FDFB4B682CA875F49</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <643289200.133537.1389364657755.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e20a40a6-23b2-494a-b199-00e2dd58b254
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e20a40a6-23b2-494a-b199-00e2dd58b254 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 - Kings Of Leon - Supersoaker.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e20a40a6-23b2-494a-b199-00e2dd58b254

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e20a40a6-23b2-494a-b199-00e2dd58b254

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e20a40a6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): supersoaker | 01 - Kings Of Leon - Supersoaker.mp3 | 2014-01-08 13:50:28.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e20a40a6-23b2-494a-b199-00e2dd58b254</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e20a40a6-23b2-494a-b199-00e2dd58b254</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e20a40a6-23b2-494a-b199-00e2dd58b254</URL_Base>
<UserName>TC-e20a40a6-23b2-494a-b199-00e2dd58b254</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e20a40a6-23b2-494a-b199-00e2dd58b254" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>supersoaker</Title>
<Artist>Kings of Leon</Artist>
<FileName>01 - Kings Of Leon - Supersoaker.mp3</FileName>
<FileSize>8.84 MB (9,276,952 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <955480228.133539.1389364657832.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-25d9a36f-6685-40b4-b345-e6a7ba499893

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-25d9a36f-6685-40b4-b345-e6a7ba499893 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 - Kings Of Leon - Rock City.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-25d9a36f-6685-40b4-b345-e6a7ba499893

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-25d9a36f-6685-40b4-b345-e6a7ba499893

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-25d9a36f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rock City | 02 - Kings Of Leon - Rock City.mp3 | 2014-01-08 13:50:28.0 | SHA1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-25d9a36f-6685-40b4-b345-e6a7ba499893</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-25d9a36f-6685-40b4-b345-e6a7ba499893</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-25d9a36f-6685-40b4-b345-e6a7ba499893</URL_Base>
<UserName>TC-25d9a36f-6685-40b4-b345-e6a7ba499893</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-25d9a36f-6685-40b4-b345-e6a7ba499893" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Rock City</Title>
<Artist>Kings of Leon</Artist>
<FileName>02 - Kings Of Leon - Rock City.mp3</FileName>
<FileSize>6.81 MB (7,143,266 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1336695620.133541.1389364657912.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-10236029-ac18-4049-a19a-c9a34a22d556
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-10236029-ac18-4049-a19a-c9a34a22d556 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - Kings Of Leon - Don't Matter.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-10236029-ac18-4049-a19a-c9a34a22d556

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-10236029-ac18-4049-a19a-c9a34a22d556

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-10236029-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Don't Matter | 03 - Kings Of Leon - Don't Matter.mp3 | 2014-01-08 13:50:28.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-10236029-ac18-4049-a19a-c9a34a22d556</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-10236029-ac18-4049-a19a-c9a34a22d556</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-10236029-ac18-4049-a19a-c9a34a22d556</URL_Base>
<UserName>TC-10236029-ac18-4049-a19a-c9a34a22d556</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-10236029-ac18-4049-a19a-c9a34a22d556" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Don't Matter</Title>
<Artist>Kings of Leon</Artist>
<FileName>03 - Kings Of Leon - Don't Matter.mp3</FileName>
<FileSize>6.55 MB (6,878,913 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <591542085.133542.1389364657971.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-b474fff8-e802-49c4-81fd-2f096d4850bf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b474fff8-e802-49c4-81fd-2f096d4850bf 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 - Kings Of Leon - Beautiful War.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 G

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b474fff8-e802-49c4-81fd-2f096d4850bf

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b474fff8-e802-49c4-81fd-2f096d4850bf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b474fff8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Beautiful War | 04 - Kings Of Leon - Beautiful War.mp3 | 2014-01-08 13:50:28.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b474fff8-e802-49c4-81fd-2f096d4850bf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b474fff8-e802-49c4-81fd-2f096d4850bf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b474fff8-e802-49c4-81fd-2f096d4850bf</URL_Base>
<UserName>TC-b474fff8-e802-49c4-81fd-2f096d4850bf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b474fff8-e802-49c4-81fd-2f096d4850bf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Beautiful War</Title>
<Artist>Kings of Leon</Artist>
<FileName>04 - Kings Of Leon - Beautiful War.mp3</FileName>
<FileSize>11.8 MB (12,464,940 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <976024526.133543.1389364658030.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 - Kings Of Leon - Temple.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7fc5048d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Temple | 05 - Kings Of Leon - Temple.mp3 | 2014-01-08 13:50:28.0 | SHA1 |

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
```

</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51</URL_Base>
<UserName>TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7fc5048d-6d6e-48bc-b77c-0647f315dc51" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Temple</Title>
<Artist>Kings of Leon</Artist>
<FileName>05 - Kings Of Leon - Temple.mp3</FileName>
<FileSize>9.61 MB (10,085,693 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <694758745.133544.1389364658146.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-1325cc56-ecd2-48da-a774-1ef01796d23f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1325cc56-ecd2-48da-a774-1ef01796d23f 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 - Kings Of Leon - Wait for Me.mp3  was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1325cc56-ecd2-48da-a774-1ef01796d23f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1325cc56-ecd2-48da-a774-1ef01796d23f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1325cc56-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wait For Me | 06 - Kings Of Leon - Wait for Me.mp3 | 2014-01-08 13:50:28.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1325cc56-ecd2-48da-a774-1ef01796d23f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1325cc56-ecd2-48da-a774-1ef01796d23f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1325cc56-ecd2-48da-a774-1ef01796d23f</URL_Base>
<UserName>TC-1325cc56-ecd2-48da-a774-1ef01796d23f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1325cc56-ecd2-48da-a774-1ef01796d23f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Wait For Me</Title>
<Artist>Kings of Leon</Artist>
<FileName>06 - Kings Of Leon - Wait for Me.mp3</FileName>
<FileSize>8.08 MB (8,473,426 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <780700350.133546.1389364658202.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 - Kings Of Leon - Family Tree.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8232ef3c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Family Tree | 07 - Kings Of Leon - Family Tree.mp3 | 2014-01-08 13:50:28.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb</URL_Base>
<UserName>TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8232ef3c-9cd5-4373-9086-0f820c32ccdb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Family Tree</Title>
<Artist>Kings of Leon</Artist>
<FileName>07 - Kings Of Leon - Family Tree.mp3</FileName>
<FileSize>8.86 MB (9,295,760 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1117084554.133547.1389364658269.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 - Kings Of Leon - Comeback Story.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-66bb8cf4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Comeback Story | 08 - Kings Of Leon - Comeback Story.mp3 | 2014-01-08 13:50:2

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8</URL_Base>
<UserName>TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-66bb8cf4-161f-4d1c-ac1b-997ac0b1f7c8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Comeback Story</Title>
<Artist>Kings of Leon</Artist>
<FileName>08 - Kings Of Leon - Comeback Story.mp3</FileName>
<FileSize>9.18 MB (9,630,134 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <132601766.133549.1389364658325.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 - Kings Of Leon - Tonight.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-adb9f052-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tonight | 09 - Kings Of Leon - Tonight.mp3 | 2014-01-08 13:50:28.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d</URL_Base>
<UserName>TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-adb9f052-ab2e-4208-b6b0-b8bad47bbf3d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Tonight</Title>
<Artist>Kings of Leon</Artist>
<FileName>09 - Kings Of Leon - Tonight.mp3</FileName>
<FileSize>10.4 MB (10,994,756 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1694424374.133551.1389364658394.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-26706efd-b902-4a43-bf30-3eadaf0e1926
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-26706efd-b902-4a43-bf30-3eadaf0e1926 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 - Kings Of Leon - Coming Back Again.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-26706efd-b902-4a43-bf30-3eadaf0e1926

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-26706efd-b902-4a43-bf30-3eadaf0e1926

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-26706efd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Coming Back Again | 10 - Kings Of Leon - Coming Back Again.mp3 | 2014-01-08 1

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-26706efd-b902-4a43-bf30-3eadaf0e1926&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-26706efd-b902-4a43-bf30-3eadaf0e1926&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-08 13:50:28.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.84.204&lt;/IP_Address&gt;
&lt;Port&gt;37774&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.84.204:37774&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-26706efd-b902-4a43-bf30-3eadaf0e1926&lt;/URL_Base&gt;
&lt;UserName&gt;TC-26706efd-b902-4a43-bf30-3eadaf0e1926&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-26706efd-b902-4a43-bf30-3eadaf0e1926" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-08 13:50:28.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Coming Back Again&lt;/Title&gt;
&lt;Artist&gt;Kings of Leon&lt;/Artist&gt;
&lt;FileName&gt;10 - Kings Of Leon - Coming Back Again.mp3&lt;/FileName&gt;
&lt;FileSize&gt;8.03 MB (8,422,239 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;72AB32723717AE1BB38B07F5D29007B9D42F3C64&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;
```

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <110353777.133553.1389364658452.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-9883b0b7-35cd-498c-a084-51f5b7ba055f

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9883b0b7-35cd-498c-a084-51f5b7ba055f 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 - Kings Of Leon - On The Chin.mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 13:50:28.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9883b0b7-35cd-498c-a084-51f5b7ba055f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9883b0b7-35cd-498c-a084-51f5b7ba055f

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9883b0b7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): On The Chin | 11 - Kings Of Leon - On The Chin.mp3 | 2014-01-08 13:50:28.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9883b0b7-35cd-498c-a084-51f5b7ba055f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9883b0b7-35cd-498c-a084-51f5b7ba055f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9883b0b7-35cd-498c-a084-51f5b7ba055f</URL_Base>
<UserName>TC-9883b0b7-35cd-498c-a084-51f5b7ba055f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9883b0b7-35cd-498c-a084-51f5b7ba055f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>On The Chin</Title>
<Artist>Kings of Leon</Artist>
<FileName>11 - Kings Of Leon - On The Chin.mp3</FileName>
<FileSize>9.85 MB (10,335,435 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <484308774.133554.1389364658511.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-df61792b-4756-4462-b2e5-be76b53a7a67
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df61792b-4756-4462-b2e5-be76b53a7a67 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 - Kings Of Leon - Work on Me (Bonus Track).mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-08 1

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df61792b-4756-4462-b2e5-be76b53a7a67

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df61792b-4756-4462-b2e5-be76b53a7a67

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df61792b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Work On Me | 12 - Kings Of Leon - Work on Me (Bonus Track).mp3 | 2014-01-08 1

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df61792b-4756-4462-b2e5-be76b53a7a67</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df61792b-4756-4462-b2e5-be76b53a7a67</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df61792b-4756-4462-b2e5-be76b53a7a67</URL_Base>
<UserName>TC-df61792b-4756-4462-b2e5-be76b53a7a67</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df61792b-4756-4462-b2e5-be76b53a7a67" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Work On Me</Title>
<Artist>Kings of Leon</Artist>
<FileName>12 - Kings Of Leon - Work on Me (Bonus Track).mp3</FileName>
<FileSize>9.38 MB (9,846,448 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <186367191.133556.1389364658575.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69 2014-01-08 13:50:28.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 13 - Kings Of Leon - Last Mile Home (Bonus Track).mp3 was infringed upon by a computer at IP Address 205.209.84.204 on 2014-01-

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3330f88c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-08 13:50:28.0 GMT

Infringers IP Address: 205.209.84.204

Infringers Port: 37774

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Last Mile Home | 13 - Kings Of Leon - Last Mile Home (Bonus Track).mp3 | 2014

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.84.204</IP_Address>
<Port>37774</Port>
<DNS_Name>205.209.84.204:37774</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69</URL_Base>
<UserName>TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3330f88c-eb7d-4227-bb82-7c0f9212dc69" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 13:50:28.0 GMT</TimeStamp>
<Title>Last Mile Home</Title>
<Artist>Kings of Leon</Artist>
<FileName>13 - Kings Of Leon - Last Mile Home (Bonus Track).mp3</FileName>
<FileSize>9.64 MB (10,116,040 bytes)</FileSize>
<Hash Type="Hash">72AB32723717AE1BB38B07F5D29007B9D42F3C64</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <175740094.199691.1389224762975.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a 2014-01-08 22:10:24.0 GMT

Dear Sir or Madam:

Your ISP has forwarded you this notice.

This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-08 22:10:24.

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a

Infringement Source: Torrent
Timestamp: 2014-01-08 22:10:24.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-01-08 22:10:24.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-f89b8

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-08 22:10:24.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a</URL_Base>
<UserName>TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f89b8c7f-31a2-4f22-9b5d-ae62ed41a98a" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-08 22:10:24.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <20576595.2289.1389353105418.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-58980a3c-65ef-4292-acd7-283a910f5a0d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-58980a3c-65ef-4292-acd7-283a910f5a0d 2014-01-09 12:58:25.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for


Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-0

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive 

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-58980a3c-65ef-4292-acd7-283a910f5a0d

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-58980a3c-65ef-4292-acd7-283a910f5a0d


Infringement Source: Torrent
Timestamp: 2014-01-09 12:58:25.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-09 12:58:25

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,
```

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-58980

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-58980a3c-65ef-4292-acd7-283a910f5a0d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-58980a3c-65ef-4292-acd7-283a910f5a0d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 12:58:25.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-58980a3c-65ef-4292-acd7-283a910f5a0d</URL_Base>
<UserName>TC-58980a3c-65ef-4292-acd7-283a910f5a0d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-58980a3c-65ef-4292-acd7-283a910f5a0d" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 12:58:25.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1863145463.341886.1389377462191.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 030 Johnny Cash - I Walk the Line.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ca626ec0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 030 Johnny Cash - I Walk the Line.mp3 | 2014-01-09 18:16:40

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b</URL_Base>
<UserName>TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ca626ec0-15f4-4608-96c1-c863d2d83a5b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>I WALK THE LINE</Title>
<Artist>Johnny Cash</Artist>
<FileName>030 Johnny Cash - I Walk the Line.mp3</FileName>
<FileSize>2,621,440 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1265626278.341887.1389377462260.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 062 Bo Diddley - Bo Diddley.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for BO DIDDLEY musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-726d8a82-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BO DIDDLEY | 062 Bo Diddley - Bo Diddley.mp3 | 2014-01-09 18:16:40.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5</URL_Base>
<UserName>TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-726d8a82-c239-41fa-a3e7-cbd1f008f0c5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>BO DIDDLEY</Title>
<Artist>BO DIDDLEY</Artist>
<FileName>062 Bo Diddley - Bo Diddley.mp3</FileName>
<FileSize>2,359,296 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1115571638.341889.1389377462322.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-eae4323b-2cbe-4481-9ec5-53875f318368
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-eae4323b-2cbe-4481-9ec5-53875f318368 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 064 The Beatles - She Loves You.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-eae4323b-2cbe-4481-9ec5-53875f318368

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-eae4323b-2cbe-4481-9ec5-53875f318368

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-eae4323b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SHE LOVES YOU | 064 The Beatles - She Loves You.mp3 | 2014-01-09 18:16:40.0 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-eae4323b-2cbe-4481-9ec5-53875f318368</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-eae4323b-2cbe-4481-9ec5-53875f318368</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-eae4323b-2cbe-4481-9ec5-53875f318368</URL_Base>
<UserName>TC-eae4323b-2cbe-4481-9ec5-53875f318368</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-eae4323b-2cbe-4481-9ec5-53875f318368" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>SHE LOVES YOU</Title>
<Artist>The Beatles</Artist>
<FileName>064 The Beatles - She Loves You.mp3</FileName>
<FileSize>2,212,495 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2015968338.341890.1389377462382.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 132 Bo Diddley - Who Do You Love.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for BO DIDDLEY musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0a93c45d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): WHO DO YOU LOVE | 132 Bo Diddley - Who Do You Love.mp3 | 2014-01-09 18:16:40.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c</URL_Base>
<UserName>TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0a93c45d-8eaa-4ee8-b271-735d828b2d1c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>WHO DO YOU LOVE</Title>
<Artist>BO DIDDLEY</Artist>
<FileName>132 Bo Diddley - Who Do You Love.mp3</FileName>
<FileSize>2,443,182 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <314954686.341892.1389377462439.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-474e36f3-a302-451f-986e-d9af908af2a5

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-474e36f3-a302-451f-986e-d9af908af2a5 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 139 The Beatles - I Saw Her Standing There.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-474e36f3-a302-451f-986e-d9af908af2a5

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-474e36f3-a302-451f-986e-d9af908af2a5

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-474e36f3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I SAW HER STANDING THERE | 139 The Beatles - I Saw Her Standing There.mp3 | 2

--Start ACNS XML

```
&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-474e36f3-a302-451f-986e-d9af908af2a5&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-474e36f3-a302-451f-986e-d9af908af2a5&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
```

</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-474e36f3-a302-451f-986e-d9af908af2a5</URL_Base>
<UserName>TC-474e36f3-a302-451f-986e-d9af908af2a5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-474e36f3-a302-451f-986e-d9af908af2a5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>I SAW HER STANDING THERE</Title>
<Artist>The Beatles</Artist>
<FileName>139 The Beatles - I Saw Her Standing There.mp3</FileName>
<FileSize>4,278,190     bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2130014986.341894.1389377462498.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 164 Johnny Cash - Folsom Prison Blues.mp3  was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-282eebf6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): FOLSOM PRISON BLUES | 164 Johnny Cash - Folsom Prison Blues.mp3 | 2014-01-09

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca</URL_Base>
<UserName>TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-282eebf6-4c17-4b62-bb6a-b80b45bd05ca" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>FOLSOM PRISON BLUES</Title>
<Artist>Johnny Cash</Artist>
<FileName>164 Johnny Cash - Folsom Prison Blues.mp3</FileName>
<FileSize>2,747,269     bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1668120605.341895.1389377462560.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a30e0d87-8d4c-401f-abb6-5d901fe89628
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a30e0d87-8d4c-401f-abb6-5d901fe89628 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 218 John Lee Hooker - Boom Boom.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a30e0d87-8d4c-401f-abb6-5d901fe89628

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for John Lee Hooker musical compositions, including the musical compositions listed below. It h

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a30e0d87-8d4c-401f-abb6-5d901fe89628

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a30e0d87-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BOOM BOOM | 218 John Lee Hooker - Boom Boom.mp3 | 2014-01-09 18:16:40.0 | SHA

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a30e0d87-8d4c-401f-abb6-5d901fe89628</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a30e0d87-8d4c-401f-abb6-5d901fe89628</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a30e0d87-8d4c-401f-abb6-5d901fe89628</URL_Base>
<UserName>TC-a30e0d87-8d4c-401f-abb6-5d901fe89628</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a30e0d87-8d4c-401f-abb6-5d901fe89628" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>BOOM BOOM</Title>
<Artist>John Lee Hooker</Artist>
<FileName>218 John Lee Hooker - Boom Boom.mp3</FileName>
<FileSize>2,464,154     bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <790106050.341897.1389377462623.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-edcd93be-e300-4885-b0f6-31ce027bd15c

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-edcd93be-e300-4885-b0f6-31ce027bd15c 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 260 The Dells - Oh, What A Night.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-edcd93be-e300-4885-b0f6-31ce027bd15c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for THE DELLS musical compositions, including the musical compositions listed below. It has com

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-edcd93be-e300-4885-b0f6-31ce027bd15c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-edcd93be-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): OH WHAT A NIGHT | 260 The Dells - Oh, What A Night.mp3 | 2014-01-09 18:16:40.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-edcd93be-e300-4885-b0f6-31ce027bd15c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-edcd93be-e300-4885-b0f6-31ce027bd15c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-edcd93be-e300-4885-b0f6-31ce027bd15c</URL_Base>
<UserName>TC-edcd93be-e300-4885-b0f6-31ce027bd15c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-edcd93be-e300-4885-b0f6-31ce027bd15c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>OH WHAT A NIGHT</Title>
<Artist>THE DELLS</Artist>
<FileName>260 The Dells - Oh, What A Night.mp3</FileName>
<FileSize>4,141,875 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <141767032.341899.1389377462680.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 269 The Modern Lovers - Roadrunner.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GM

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jonathan Richman & The Modern Lover musical compositions, including the musical composition

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ce1f66c7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): ROAD RUNNER | 269 The Modern Lovers - Roadrunner.mp3 | 2014-01-09 18:16:40.0

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf</URL_Base>
<UserName>TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ce1f66c7-d1bd-4b1c-b0bc-343dcced6bbf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>ROAD RUNNER</Title>
<Artist>Jonathan Richman & The Modern Lover</Artist>
<FileName>269 The Modern Lovers - Roadrunner.mp3</FileName>
<FileSize>3,932,160 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1995432907.341901.1389377462736.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 285 Howlin' Wolf - Smoke Stack Lightning.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:4

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Howling Wolf musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bb80ca6d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SMOKESTACK LIGHTNING | 285 Howlin' Wolf - Smoke Stack Lightning.mp3 | 2014-01

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1</URL_Base>
<UserName>TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bb80ca6d-e8c0-4bcb-9eee-94765a136bf1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>SMOKESTACK LIGHTNING</Title>
<Artist>Howling Wolf</Artist>
<FileName>285 Howlin' Wolf - Smoke Stack Lightning.mp3</FileName>
<FileSize>3,774,874 bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1314918783.341903.1389377462796.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 369 Bo Diddley - I'm a Man.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:40.0 GMT.

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for BO DIDDLEY musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e7f9bdc4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I'M A MAN | 369 Bo Diddley - I'm a Man.mp3 | 2014-01-09 18:16:40.0 | SHA1 |

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7</URL_Base>
<UserName>TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e7f9bdc4-ae14-4815-b7b3-fe7b89839cd7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>I'M A MAN</Title>
<Artist>BO DIDDLEY</Artist>
<FileName>369 Bo Diddley - I'm a Man.mp3</FileName>
<FileSize>2,705,326     bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <626144783.341905.1389377462865.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-18d464a4-f031-4280-a05d-150556ccbede
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-18d464a4-f031-4280-a05d-150556ccbede 2014-01-09 18:16:40.0

Dear Sir or Madam:

Your ISP has forwarded you this notice.
Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
Your ISP service could be suspended if this matter is not resolved.
You could be liable for up to $150,000 per infringement in civil penalties.

The file 374 Chuck Berry - Brown Eyed Handsome Man.mp3 was infringed upon by a computer at IP Address 205.209.84.54 on 2014-01-09 18:16:

We represent the copyright owner.
This notice is an offer of settlement.
If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-18d464a4-f031-4280-a05d-150556ccbede

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Chuck Berry musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-18d464a4-f031-4280-a05d-150556ccbede

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-18d464a4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-09 18:16:40.0 GMT

Infringers IP Address: 205.209.84.54

Infringers Port: 50188

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BROWN EYED HANDSOME MAN | 374 Chuck Berry - Brown Eyed Handsome Man.mp3 | 201

--Start ACNS XML


```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-18d464a4-f031-4280-a05d-150556ccbede</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-18d464a4-f031-4280-a05d-150556ccbede</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<IP_Address>205.209.84.54</IP_Address>
<Port>50188</Port>
<DNS_Name>205.209.84.54:50188</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-18d464a4-f031-4280-a05d-150556ccbede</URL_Base>
<UserName>TC-18d464a4-f031-4280-a05d-150556ccbede</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-18d464a4-f031-4280-a05d-150556ccbede" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-09 18:16:40.0 GMT</TimeStamp>
<Title>BROWN EYED HANDSOME MAN</Title>
<Artist>Chuck Berry</Artist>
<FileName>374 Chuck Berry - Brown Eyed Handsome Man.mp3</FileName>
<FileSize>4,404,019     bytes</FileSize>
<Hash Type="Hash">AFC35B2122FF79CA0622BA3C2EEB2781E8FBC7E0</Hash>
</Item>
</Content>
</Infringement>
```


--End ACNS XML