Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ ]

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1707941375.3267.1390884290441.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c5db20df-2ce3-41ed-881a-2eba97fa347b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c5db20df-2ce3-41ed-881a-2eba97fa347b 2014-01-28 00:11:29.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-2

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c5db20df-2ce3-41ed-881a-2eba97fa347b

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c5db20df-2ce3-41ed-881a-2eba97fa347b


Infringement Source: Torrent
Timestamp: 2014-01-28 00:11:29.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-28 00:11:29

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

PDF processed with CutePDF evaluation edition www.CutePDF.com

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-c5db2(

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c5db20df-2ce3-41ed-881a-2eba97fa347b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c5db20df-2ce3-41ed-881a-2eba97fa347b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:11:29.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c5db20df-2ce3-41ed-881a-2eba97fa347b</URL_Base>
<UserName>TC-c5db20df-2ce3-41ed-881a-2eba97fa347b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c5db20df-2ce3-41ed-881a-2eba97fa347b" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:11:29.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <755851720.174827.1390905990629.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 The One That Got Away.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2d0a6e83-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The One That Got Away | 01 The One That Got Away.flac | 2014-01-28 00:27:16.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c</URL_Base>
<UserName>TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2d0a6e83-09d9-4413-ba23-2caf6ae3ab5c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>The One That Got Away</Title>
<Artist>The Civil Wars</Artist>
<FileName>01 The One That Got Away.flac</FileName>
<FileSize>21461847</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <198784083.174829.1390905990692.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-186bc8e6-8606-4888-9994-4de373905bd0

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-186bc8e6-8606-4888-9994-4de373905bd0 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 I Had Me a Girl.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-186bc8e6-8606-4888-9994-4de373905bd0


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-186bc8e6-8606-4888-9994-4de373905bd0


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-186bc8e6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Had Me A Girl | 02 I Had Me a Girl.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-186bc8e6-8606-4888-9994-4de373905bd0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-186bc8e6-8606-4888-9994-4de373905bd0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-186bc8e6-8606-4888-9994-4de373905bd0</URL_Base>
<UserName>TC-186bc8e6-8606-4888-9994-4de373905bd0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-186bc8e6-8606-4888-9994-4de373905bd0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>I Had Me A Girl</Title>
<Artist>The Civil Wars</Artist>
<FileName>02 I Had Me a Girl.flac</FileName>
<FileSize>24785950</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1916053399.174831.1390905990751.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d23bbd43-7405-4b95-abe4-19f2370b581c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d23bbd43-7405-4b95-abe4-19f2370b581c 2014-01-28 00:27:16.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 Same Old Same Old.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d23bbd43-7405-4b95-abe4-19f2370b581c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d23bbd43-7405-4b95-abe4-19f2370b581c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d23bbd43-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Same Old Same Old | 03 Same Old Same Old.flac | 2014-01-28 00:27:16.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d23bbd43-7405-4b95-abe4-19f2370b581c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d23bbd43-7405-4b95-abe4-19f2370b581c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d23bbd43-7405-4b95-abe4-19f2370b581c</URL_Base>
<UserName>TC-d23bbd43-7405-4b95-abe4-19f2370b581c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d23bbd43-7405-4b95-abe4-19f2370b581c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>Same Old Same Old</Title>
<Artist>The Civil Wars</Artist>
<FileName>03 Same Old Same Old.flac</FileName>
<FileSize>19924382</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <480442374.174833.1390905990812.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Dust to Dust.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions in and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2d04d685-l

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dust To Dust | 04 Dust to Dust.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2</URL_Base>
<UserName>TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2d04d685-ba5f-48a6-800d-4b19e04ab8b2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>Dust To Dust</Title>
<Artist>The Civil Wars</Artist>
<FileName>04 Dust to Dust.flac</FileName>
<FileSize>19818960</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <465392266.174835.1390905990870.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-71e16dfd-10d2-4cee-b454-88e8c7204a37

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-71e16dfd-10d2-4cee-b454-88e8c7204a37 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Eavesdrop.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-71e16dfd-10d2-4cee-b454-88e8c7204a37


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-71e16dfd-10d2-4cee-b454-88e8c7204a37


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-71e16dfd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Eavesdrop | 05 Eavesdrop.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-71e16dfd-10d2-4cee-b454-88e8c7204a37</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-71e16dfd-10d2-4cee-b454-88e8c7204a37</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-71e16dfd-10d2-4cee-b454-88e8c7204a37</URL_Base>
<UserName>TC-71e16dfd-10d2-4cee-b454-88e8c7204a37</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-71e16dfd-10d2-4cee-b454-88e8c7204a37" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>Eavesdrop</Title>
<Artist>The Civil Wars</Artist>
<FileName>05 Eavesdrop.flac</FileName>
<FileSize>22989379</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <423168100.174837.1390905990976.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f 2014-01-28 00:27:16.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Devil's Backbone.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-462e4f79-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Devil's Backbone | 06 Devil's Backbone.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f</URL_Base>
<UserName>TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-462e4f79-04ed-4d56-a2b2-ba21cd555a4f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>Devil's Backbone</Title>
<Artist>Civil Wars</Artist>
<FileName>06 Devil's Backbone.flac</FileName>
<FileSize>14192802</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1912968512.174839.1390905991039.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-55fd27f3-9395-486b-8d19-061388da2ca9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-55fd27f3-9395-486b-8d19-061388da2ca9 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 From This Valley.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-55fd27f3-9395-486b-8d19-061388da2ca9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-55fd27f3-9395-486b-8d19-061388da2ca9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-55fd27f3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): From This Valley | 07 From This Valley.flac | 2014-01-28 00:27:16.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-55fd27f3-9395-486b-8d19-061388da2ca9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-55fd27f3-9395-486b-8d19-061388da2ca9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-55fd27f3-9395-486b-8d19-061388da2ca9</URL_Base>
<UserName>TC-55fd27f3-9395-486b-8d19-061388da2ca9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-55fd27f3-9395-486b-8d19-061388da2ca9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>From This Valley</Title>
<Artist>Civil Wars</Artist>
<FileName>07 From This Valley.flac</FileName>
<FileSize>22980920</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <846547676.174841.1390905991108.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a 2014-01-28 00:27:16.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Oh Henry.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Civil Wars musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3cc4439c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh Henry | 09 Oh Henry.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a</URL_Base>
<UserName>TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3cc4439c-6b75-4e7f-a317-f496e55a9b0a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>Oh Henry</Title>
<Artist>The Civil Wars</Artist>
<FileName>09 Oh Henry.flac</FileName>
<FileSize>24130330</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1451992877.174843.1390905991185.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1 2014-01-28 00:27:16.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 D'Arline.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:27:16.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-317cd706-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-01-28 00:27:16.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D'Arline | 12 D'Arline.flac | 2014-01-28 00:27:16.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1</URL_Base>
<UserName>TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-317cd706-55a8-4c8e-b2ff-e1881a0af6e1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:27:16.0 GMT</TimeStamp>
<Title>D'Arline</Title>
<Artist>Civil Wars</Artist>
<FileName>12 D'Arline.flac</FileName>
<FileSize>16354066</FileSize>
<Hash Type="Hash">67DF2D6069AA1F383F187CB1D07DE5C7E8486A4A</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <228165.201316.1390907905842.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-06031e16-c80c-4d84-a90f-b599fc031bfa
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-06031e16-c80c-4d84-a90f-b599fc031bfa 2014-01-28 00:49:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 - Bible on the Dash (Feat. Hayes Carll).flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-06031e16-c80c-4d84-a90f-b599fc031bfa


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Corb Lund musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its ager

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reasona

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-06031e16-c80c-4d84-a90f-b599fc031bfa


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-06031e16-c

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:49:22.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bible On The Dash | 03 - Bible on the Dash (Feat. Hayes Carll).flac | 2014-01

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-06031e16-c80c-4d84-a90f-b599fc031bfa</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-06031e16-c80c-4d84-a90f-b599fc031bfa</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:49:22.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-06031e16-c80c-4d84-a90f-b599fc031bfa</URL_Base>
<UserName>TC-06031e16-c80c-4d84-a90f-b599fc031bfa</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-06031e16-c80c-4d84-a90f-b599fc031bfa" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:49:22.0 GMT</TimeStamp>
<Title>Bible On The Dash</Title>
<Artist>Corb Lund</Artist>
<FileName>03 - Bible on the Dash (Feat. Hayes Carll).flac</FileName>
<FileSize>30398068</FileSize>
<Hash Type="Hash">EF52F680F371638A9EEC13BCCF8904FF57BA9173</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <570487391.208738.1390908511410.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04 2014-01-28 00:56:27.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 - My Favorite Picture Of You.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 00:56:27.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Guy Clark musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2904e3ee-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 00:56:27.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Favorite Picture Of You | 02 - My Favorite Picture Of You.flac | 2014-01-2

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 00:56:27.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04</URL_Base>
<UserName>TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2904e3ee-9c8e-4b06-a77e-0b3e60273c04" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 00:56:27.0 GMT</TimeStamp>
<Title>My Favorite Picture Of You</Title>
<Artist>Guy Clark</Artist>
<FileName>02 - My Favorite Picture Of You.flac</FileName>
<FileSize>20.5 MB (21,536,195 bytes)</FileSize>
<Hash Type="Hash">25AD11D4E1CC5D4E5D3D4BBB3F496E3A7E8EE207</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <923304539.227425.1390909892564.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c346c536-1409-4bae-b73d-c881a7942634
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c346c536-1409-4bae-b73d-c881a7942634 2014-01-28 01:14:23.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Billy Idol - 14 - Christmas Love.flac  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-28 01:14:23.0 G

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c346c536-1409-4bae-b73d-c881a7942634


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Billy Idol musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c346c536-1409-4bae-b73d-c881a7942634


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c346c536-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-28 01:14:23.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Christmas Love | Billy Idol - 14 - Christmas Love.flac | 2014-01-28 01:14:23.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c346c536-1409-4bae-b73d-c881a7942634</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c346c536-1409-4bae-b73d-c881a7942634</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 01:14:23.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c346c536-1409-4bae-b73d-c881a7942634</URL_Base>
<UserName>TC-c346c536-1409-4bae-b73d-c881a7942634</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c346c536-1409-4bae-b73d-c881a7942634" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 01:14:23.0 GMT</TimeStamp>
<Title>Christmas Love</Title>
<Artist>Billy Idol</Artist>
<FileName>Billy Idol - 14 - Christmas Love.flac</FileName>
<FileSize>27788392</FileSize>
<Hash Type="Hash">697A11A3E8E8265DE3754F256B1861FE608907E6</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1713932344.325553.1390918984836.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cd50c8a4-d71a-4237-946e-ee620818ea5a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cd50c8a4-d71a-4237-946e-ee620818ea5a 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L) 02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cd50c8a4-d71a-4237-946e-ee620818ea5a


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical composition listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cd50c8a4-d71a-4237-946e-ee620818ea5a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cd50c8a4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 | 2

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cd50c8a4-d71a-4237-946e-ee620818ea5a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cd50c8a4-d71a-4237-946e-ee620818ea5a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cd50c8a4-d71a-4237-946e-ee620818ea5a</URL_Base>
<UserName>TC-cd50c8a4-d71a-4237-946e-ee620818ea5a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cd50c8a4-d71a-4237-946e-ee620818ea5a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1195702413.325554.1390918984903.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0fe41cff-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't Wh

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4</URL_Base>
<UserName>TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0fe41cff-5bd8-46cc-b2a7-d912c8d1e1e4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1467733487.325555.1390918984970.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0f141886-28e2-4422-bf97-23d9d1718662
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0f141886-28e2-4422-bf97-23d9d1718662 2014-01-28 04:07:33.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 0

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0f141886-28e2-4422-bf97-23d9d1718662


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0f141886-28e2-4422-bf97-23d9d1718662


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0f141886-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 | :

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0f141886-28e2-4422-bf97-23d9d1718662</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0f141886-28e2-4422-bf97-23d9d1718662</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0f141886-28e2-4422-bf97-23d9d1718662</URL_Base>
<UserName>TC-0f141886-28e2-4422-bf97-23d9d1718662</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0f141886-28e2-4422-bf97-23d9d1718662" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <995652111.325556.1390918985026.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:33.0 GI

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical composition listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-beaa17c6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-01-28 04:07:33.0

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a</URL_Base>
<UserName>TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-beaa17c6-0c9c-47c0-b8e2-bd15235e127a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <271270105.325557.1390918985108.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
    TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:33.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a004b955-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-01-28 04:07:33.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf</URL_Base>
<UserName>TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a004b955-4d1e-4213-a7c4-369ab1ff8baf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <194144320.325558.1390918985164.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-fbad3737-0e6b-4c87-a763-174a454bebf9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-fbad3737-0e6b-4c87-a763-174a454bebf9 2014-01-28 04:07:33.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:33.0 (

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-fbad3737-0e6b-4c87-a763-174a454bebf9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-fbad3737-0e6b-4c87-a763-174a454bebf9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-fbad3737-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-01-28 04:07:33

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-fbad3737-0e6b-4c87-a763-174a454bebf9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-fbad3737-0e6b-4c87-a763-174a454bebf9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-fbad3737-0e6b-4c87-a763-174a454bebf9</URL_Base>
<UserName>TC-fbad3737-0e6b-4c87-a763-174a454bebf9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-fbad3737-0e6b-4c87-a763-174a454bebf9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <930631522.325559.1390918985231.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d2ffab65-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f</URL_Base>
<UserName>TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d2ffab65-f003-4ade-a14e-0b1ceeab0a9f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <724604786.325560.1390918985287.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-29a03c7d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-01-28

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7</URL_Base>
<UserName>TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-29a03c7d-2a10-4d0f-9443-9f5dd0bd44d7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1778958944.325561.1390918985344.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2fca7d4e-b8f8-4285-87fc-393819c35849
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2fca7d4e-b8f8-4285-87fc-393819c35849 2014-01-28 04:07:33.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-2

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2fca7d4e-b8f8-4285-87fc-393819c35849


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2fca7d4e-b8f8-4285-87fc-393819c35849


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2fca7d4e-

If you need immediate assistance or if you have general questions please call the number listed above

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2fca7d4e-b8f8-4285-87fc-393819c35849</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2fca7d4e-b8f8-4285-87fc-393819c35849</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2fca7d4e-b8f8-4285-87fc-393819c35849</URL_Base>
<UserName>TC-2fca7d4e-b8f8-4285-87fc-393819c35849</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2fca7d4e-b8f8-4285-87fc-393819c35849" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1484475428.325562.1390918985403.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-73def74b-eceb-4022-bc5b-6640c233733f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-73def74b-eceb-4022-bc5b-6640c233733f 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-73def74b-eceb-4022-bc5b-6640c233733f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical composition listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-73def74b-eceb-4022-bc5b-6640d233733f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-73def74b-e

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-01-28 04:

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-73def74b-eceb-4022-bc5b-6640d233733f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-73def74b-eceb-4022-bc5b-6640d233733f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-73def74b-eceb-4022-bc5b-6640d233733f</URL_Base>
<UserName>TC-73def74b-eceb-4022-bc5b-6640d233733f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-73def74b-eceb-4022-bc5b-6640d233733f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <755914314.325563.1390918985460.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0 2014-01-28 04:07:33.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8d3220c0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0</URL_Base>
<UserName>TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8d3220c0-78ed-4136-a4f0-d4db6a463db0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1909797674.325564.1390918985521.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-59dd919e-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-01-28 04:

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3</URL_Base>
<UserName>TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-59dd919e-c4b1-4953-90a8-19a0ddbed9a3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1801574859.325565.1390918985580.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical composition listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-04e6ef12-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp3

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3</URL_Base>
<UserName>TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-04e6ef12-0abd-40d1-9c7b-e0d4a062d2a3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <273152607.325566.1390918985640.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6230a045-9033-45e0-b73d-32752412503d
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6230a045-9033-45e0-b73d-32752412503d 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6230a045-9033-45e0-b73d-32752412503d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6230a045-9033-45e0-b73d-32752412503d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6230a045-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44044

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-01-28

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6230a045-9033-45e0-b73d-32752412503d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6230a045-9033-45e0-b73d-32752412503d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6230a045-9033-45e0-b73d-32752412503d</URL_Base>
<UserName>TC-6230a045-9033-45e0-b73d-32752412503d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6230a045-9033-45e0-b73d-32752412503d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1611298960.325567.1390918985695.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d4ed05c6-f160-4187-9751-ce19ebdc0136
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d4ed05c6-f160-4187-9751-ce19ebdc0136 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d4ed05c6-f160-4187-9751-ce19ebdc0136


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d4ed05c6-f160-4187-9751-ce19ebdc0136


Very truly yours,

Christopher Sabec


CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d4ed05c6-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d4ed05c6-f160-4187-9751-ce19ebdc0136</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d4ed05c6-f160-4187-9751-ce19ebdc0136</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d4ed05c6-f160-4187-9751-ce19ebdc0136</URL_Base>
<UserName>TC-d4ed05c6-f160-4187-9751-ce19ebdc0136</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d4ed05c6-f160-4187-9751-ce19ebdc0136" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1228611120.325568.1390918985753.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical composition listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7f48aa95-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-01-2

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380</URL_Base>
<UserName>TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7f48aa95-b1b4-470b-ae1e-8c1ebbef0380" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <457195397.325569.1390918985808.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28 04:07:33

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-def2342f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-28 04:0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c</URL_Base>
<UserName>TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-def2342f-91fe-461e-a6c0-5ecc5c85c98c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <581145116.325570.1390918985866.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1d166fe7-1e45-4620-b053-c9cc3f470459
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1d166fe7-1e45-4620-b053-c9cc3f470459 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-28

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1d166fe7-1e45-4620-b053-c9cc3f470459


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1d166fe7-1e45-4620-b053-c9cc3f470459


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1d166fe7

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1d166fe7-1e45-4620-b053-c9cc3f470459</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1d166fe7-1e45-4620-b053-c9cc3f470459</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1d166fe7-1e45-4620-b053-c9cc3f470459</URL_Base>
<UserName>TC-1d166fe7-1e45-4620-b053-c9cc3f470459</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1d166fe7-1e45-4620-b053-c9cc3f470459" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1325534194.325571.1390918985927.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a 2014-01-28 04:07:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f2ab2548-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:07:33.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a</URL_Base>
<UserName>TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f2ab2548-247d-4bdf-af1c-67c3d5da759a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:07:33.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1697758453.342375.1390921318510.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Start.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0d4dc244-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Start | 01 Start.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8</URL_Base>
<UserName>TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0d4dc244-9d61-45e9-88b5-825ca4160dc8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Start</Title>
<Artist>Frank Ocean</Artist>
<FileName>01 Start.mp3</FileName>
<FileSize>1.76 MB (1,854,608 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1522530820.342376.1390921318570.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-245b241b-1c14-4316-a5b9-da26c0b132e3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-245b241b-1c14-4316-a5b9-da26c0b132e3 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Thinkin Bout You.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-245b241b-1c14-4316-a5b9-da26c0b132e3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-245b241b-1c14-4316-a5b9-da26c0b132e3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-245b241b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Thinkin Bout You | 02 Thinkin Bout You.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-245b241b-1c14-4316-a5b9-da26c0b132e3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-245b241b-1c14-4316-a5b9-da26c0b132e3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-245b241b-1c14-4316-a5b9-da26c0b132e3</URL_Base>
<UserName>TC-245b241b-1c14-4316-a5b9-da26c0b132e3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-245b241b-1c14-4316-a5b9-da26c0b132e3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Thinkin Bout You</Title>
<Artist>Frank Ocean</Artist>
<FileName>02 Thinkin Bout You.mp3</FileName>
<FileSize>7.68 MB (8,059,226 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <950478788.342377.1390921318632.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Sierra Leone.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical composition listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.

3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-dd1e2dc0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sierra Leone | 04 Sierra Leone.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286</URL_Base>
<UserName>TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-dd1e2dc0-a8a5-4d60-91ad-ed0a4fd53286" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Sierra Leone</Title>
<Artist>Frank Ocean</Artist>
<FileName>04 Sierra Leone.mp3</FileName>
<FileSize>5.69 MB (5,974,319 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <967478793.342378.1390921318696.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c
MIME-Version: 1.0

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Sweet Life.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e41a79ee-b

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sweet Life | 05 Sweet Life.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c</URL_Base>
<UserName>TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e41a79ee-b8d7-43c5-a520-367cf2ed5d7c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Sweet Life</Title>
<Artist>Frank Ocean</Artist>
<FileName>05 Sweet Life.mp3</FileName>
<FileSize>10.0 MB (10,531,126 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1088001517.342379.1390921318754.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8f91d444-a5c0-4d16-bd11-f09be2db061b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8f91d444-a5c0-4d16-bd11-f09be2db061b 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 Super Rich Kids (feat. Earl Sweat.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8f91d444-a5c0-4d16-bd11-f09be2db061b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8f91d444-a5c0-4d16-bd11-f09be2db061b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8f91d444-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Super Rich Kids | 07 Super Rich Kids (feat. Earl Sweat.mp3 | 2014-01-28 04:40

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8f91d444-a5c0-4d16-bd11-f09be2db061b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8f91d444-a5c0-4d16-bd11-f09be2db061b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8f91d444-a5c0-4d16-bd11-f09be2db061b</URL_Base>
<UserName>TC-8f91d444-a5c0-4d16-bd11-f09be2db061b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8f91d444-a5c0-4d16-bd11-f09be2db061b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Super Rich Kids</Title>
<Artist>Frank Ocean</Artist>
<FileName>07 Super Rich Kids (feat. Earl Sweat.mp3</FileName>
<FileSize>11.6 MB (12,219,078 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <91460222.342380.1390921318811.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3e7500a7-70e6-436c-9772-ca2175c45a6f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3e7500a7-70e6-436c-9772-ca2175c45a6f 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 Pilot Jones.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3e7500a7-70e6-436c-9772-ca2175c45a6f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3e7500a7-70e6-436c-9772-ca2175c45a6f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3e7500a7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pilot Jones | 08 Pilot Jones.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3e7500a7-70e6-436c-9772-ca2175c45a6f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3e7500a7-70e6-436c-9772-ca2175c45a6f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3e7500a7-70e6-436c-9772-ca2175c45a6f</URL_Base>
<UserName>TC-3e7500a7-70e6-436c-9772-ca2175c45a6f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3e7500a7-70e6-436c-9772-ca2175c45a6f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Pilot Jones</Title>
<Artist>Frank Ocean</Artist>
<FileName>08 Pilot Jones.mp3</FileName>
<FileSize>7.04 MB (7,387,023 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1100240196.342381.1390921318875.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6e08669a-f55a-4386-8483-ab45e5793580
MIME-Version: 1.0

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6e08669a-f55a-4386-8483-ab45e5793580 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Crack Rock.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6e08669a-f55a-4386-8483-ab45e5793580


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6e08669a-f55a-4386-8483-ab45e5793580


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6e08669a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crack Rock | 09 Crack Rock.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6e08669a-f55a-4386-8483-ab45e5793580</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6e08669a-f55a-4386-8483-ab45e5793580</Ref_URL>
<Status>Pending</Status>
</Case>

<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6e08669a-f55a-4386-8483-ab45e5793580</URL_Base>
<UserName>TC-6e08669a-f55a-4386-8483-ab45e5793580</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6e08669a-f55a-4386-8483-ab45e5793580" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Crack Rock</Title>
<Artist>Frank Ocean</Artist>
<FileName>09 Crack Rock.mp3</FileName>
<FileSize>8.57 MB (8,990,938 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1735260637.342382.1390921318932.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 Pyramids.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other remedy which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b83b5e4b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pyramids | 10 Pyramids.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9</URL_Base>
<UserName>TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b83b5e4b-06fc-4b78-9c3b-859275e555b9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Pyramids</Title>
<Artist>Frank Ocean</Artist>
<FileName>10 Pyramids.mp3</FileName>
<FileSize>22.6 MB (23,745,224 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <92087751.342383.1390921318991.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 Lost.mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e1c420bc-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Lost | 11 Lost.mp3 | 2014-01-28 04:40:47.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023</URL_Base>
<UserName>TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e1c420bc-85e2-49b2-aaf6-6b44bc861023" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>Lost</Title>
<Artist>Frank Ocean</Artist>
<FileName>11 Lost.mp3</FileName>
<FileSize>8.95 MB (9,388,007 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <175274706.342384.1390921319047.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7e38fd42-9951-46d8-b8db-5b302811b592
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7e38fd42-9951-46d8-b8db-5b302811b592 2014-01-28 04:40:47.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 White (feat. John Mayer).mp3  was infringed upon by a computer at IP Address 205.209.75.152 on 2014-01-28 04:40:47.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7e38fd42-9951-46d8-b8db-5b302811b592


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Frank Ocean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7e38fd42-9951-46d8-b8db-5b302811b592


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7e38fd42-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-28 04:40:47.0 GMT

Infringers IP Address: 205.209.75.152

Infringers Port: 58542

Listing of infringement(s) (Title/Filename/Timestamp/Hash): White [ft. John Mayer] | 12 White (feat. John Mayer).mp3 | 2014-01-28 04:40:4

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7e38fd42-9951-46d8-b8db-5b302811b592</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7e38fd42-9951-46d8-b8db-5b302811b592</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```xml
</Source_Address>
<Source>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<IP_Address>205.209.75.152</IP_Address>
<Port>58542</Port>
<DNS_Name>205.209.75.152:58542</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7e38fd42-9951-46d8-b8db-5b302811b592</URL_Base>
<UserName>TC-7e38fd42-9951-46d8-b8db-5b302811b592</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7e38fd42-9951-46d8-b8db-5b302811b592" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-28 04:40:47.0 GMT</TimeStamp>
<Title>White [ft. John Mayer]</Title>
<Artist>Frank Ocean</Artist>
<FileName>12 White (feat. John Mayer).mp3</FileName>
<FileSize>2.93 MB (3,075,789 bytes)</FileSize>
<Hash Type="Hash">9AA0CCBB65E8738E21BA415E9F54DF5533B749FF</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ Go get them ]

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <844349052.3281.1390986646830.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d75440ab-4563-46a0-ba28-16b37bf154d2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-d75440ab-4563-46a0-ba28-16b37bf154d2 2014-01-29 00:20:13.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 20

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d75440ab-4563-46a0-ba28-16b37bf154d2

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d75440ab-4563-46a0-ba28-16b37bf154d2


Infringement Source: Torrent
Timestamp: 2014-01-29 00:20:13.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-d7544(

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d75440ab-4563-46a0-ba28-16b37bf154d2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d75440ab-4563-46a0-ba28-16b37bf154d2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:20:13.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d75440ab-4563-46a0-ba28-16b37bf154d2</URL_Base>
<UserName>TC-d75440ab-4563-46a0-ba28-16b37bf154d2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d75440ab-4563-46a0-ba28-16b37bf154d2" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:20:13.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1528941531.3758.1390986669136.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8b725a25-b3ca-45cb-b486-73f7a34554a9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-8b725a25-b3ca-45cb-b486-73f7a34554a9 2014-01-29 00:42:03.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Jack.the.Giant.Slayer.2013.1080p.BluRay.x264.YIFY.mp4 was infringed upon by a computer at IP address 205.209.66.61

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8b725a25-b3ca-45cb-b486-73f7a34554a9

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8b725a25-b3ca-45cb-b486-73f7a34554a9


Infringement Source: Torrent
Timestamp: 2014-01-29 00:42:03.0 GMT
Infringers IP Address: 205.209.66.61
Infringers Port: 22896

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Jack the Giant Slayer | Jack.the.Giant.Slayer.2013.1080p.BluRay.x264.YIFY.mp

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-8b725

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8b725a25-b3ca-45cb-b486-73f7a34554a9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8b725a25-b3ca-45cb-b486-73f7a34554a9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:42:03.0 GMT</TimeStamp>
<IP_Address>205.209.66.61</IP_Address>
<Port>22896</Port>
<DNS_Name>205.209.66.61:22896</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8b725a25-b3ca-45cb-b486-73f7a34554a9</URL_Base>
<UserName>TC-8b725a25-b3ca-45cb-b486-73f7a34554a9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8b725a25-b3ca-45cb-b486-73f7a34554a9" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:42:03.0 GMT</TimeStamp>
<Title>Jack the Giant Slayer</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Jack.the.Giant.Slayer.2013.1080p.BluRay.x264.YIFY.mp4</FileName>
<FileSize>1.84 GB (1,978,835,294 bytes)</FileSize>
<Hash Type="Hash">1A94F13B7732358840456C7792D8AE426A375EE8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1927897693.3796.1390986670542.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
  TC-53785242-80df-4df2-92fb-fd133d7e47b1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-53785242-80df-4df2-92fb-fd133d7e47b1 2014-01-29 00:43:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-2

              Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-53785242-80df-4df2-92fb-fd133d7e47b1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-53785242-80df-4df2-92fb-fd133d7e47b1


Infringement Source: Torrent
Timestamp: 2014-01-29 00:43:34.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-29 00:43:34

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-53785

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-53785242-80df-4df2-92fb-fd133d7e47b1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-53785242-80df-4df2-92fb-fd133d7e47b1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:43:34.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-53785242-80df-4df2-92fb-fd133d7e47b1</URL_Base>
<UserName>TC-53785242-80df-4df2-92fb-fd133d7e47b1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-53785242-80df-4df2-92fb-fd133d7e47b1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:43:34.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1546428640.231514.1391002796277.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e 2014-01-29 00:46:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 19 I Saw Her Standing There (Live At.m4a  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-29 00:46:34.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e


Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510
```

\*\* For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ff87bf1a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:46:34.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Saw Her Standing There | 19 I Saw Her Standing There (Live At.m4a | 2014-01

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e</URL_Base>
<UserName>TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ff87bf1a-c193-47b8-9073-c633cdd06b7e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<Title>I Saw Her Standing There</Title>
<Artist>The Beatles</Artist>
<FileName>19 I Saw Her Standing There (Live At.m4a</FileName>
<FileSize>5263738</FileSize>
<Hash Type="Hash">2782AAB2804EFFD16B56DD71857A56C58B743E93</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <832918642.231516.1391002796344.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

\*\*NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE\*\*\*

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1 2014-01-29 00:46:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rig
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 21 From Me to You (Live At BBC For.m4a  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-29 00:46:34.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8808ec3b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:46:34.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): From Me to You | 21 From Me to You (Live At  BBC For.m4a | 2014-01-29 00:46:3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1</URL_Base>
<UserName>TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8808ec3b-53bc-45ae-bdfa-386d4d2937c1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<Title>From Me to You</Title>
<Artist>The Beatles</Artist>
<FileName>21 From Me to You (Live At  BBC For.m4a</FileName>
<FileSize>3823882</FileSize>
<Hash Type="Hash">2782AAB2804EFFD16B56DD71857A56C58B743E93</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <1827038209.231518.1391002796406.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb 2014-01-29 00:46:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 27 She Loves You (Live At  BBC For _.m4a  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-29 00:46:34.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb


Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9b6c1a35-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:46:34.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): She Loves You | 27 She Loves You (Live At  BBC For _.m4a | 2014-01-29 00:46:3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb</URL_Base>
<UserName>TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9b6c1a35-6dfb-4007-86c6-725af8e8d2fb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<Title>She Loves You</Title>
<Artist>The Beatles</Artist>
<FileName>27 She Loves You (Live At  BBC For _.m4a</FileName>
<FileSize>5065001</FileSize>
<Hash Type="Hash">2782AAB2804EFFD16B56DD71857A56C58B743E93</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1507966089.231521.1391002796716.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-34290bce-798b-4ae8-9992-36c3107bb417
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by SHAPIRO BERNSTEIN & CO INC

Reference#: TC-34290bce-798b-4ae8-9992-36c3107bb417 2014-01-29 00:46:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 37 Anna (Live At  BBC For _Pop Go Th.m4a  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-29 00:46:34.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-34290bce-798b-4ae8-9992-36c3107bb417


Rightscorp, Inc. represents the following 'copyright owner(s)' SHAPIRO BERNSTEIN & CO INC ('SBC').

SBC is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SBC will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SBC, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-34290bce-798b-4ae8-9992-36c3107bb417


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-34290bce-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:46:34.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Anna | 37 Anna (Live At  BBC For _Pop Go Th.m4a | 2014-01-29 00:46:34.0 | SHA

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-34290bce-798b-4ae8-9992-36c3107bb417</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-34290bce-798b-4ae8-9992-36c3107bb417</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-34290bce-798b-4ae8-9992-36c3107bb417</URL_Base>
<UserName>TC-34290bce-798b-4ae8-9992-36c3107bb417</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-34290bce-798b-4ae8-9992-36c3107bb417" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<Title>Anna</Title>
<Artist>The Beatles</Artist>
<FileName>37 Anna (Live At  BBC For _Pop Go Th.m4a</FileName>
<FileSize>6287423</FileSize>
<Hash Type="Hash">2782AAB2804EFFD16B56DD71857A56C58B743E93</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1978830221.231523.1391002796811.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Round Hill Music

Reference#: TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b 2014-01-29 00:46:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 45 I Saw Her Standing There (Live At.m4a  was infringed upon by a computer at IP Address 216.195.185.190 on 2014-01-29 00:46:34.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b

Rightscorp, Inc. represents the following 'copyright owner(s)' Round Hill Music ('RHM').

RHM is the exclusive owners of copyrights for The Beatles musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

RHM will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from RHM, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3a64cc4e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:46:34.0 GMT

Infringers IP Address: 216.195.185.190

Infringers Port: 26235

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I SAW HER STANDING THERE | 45 I Saw Her Standing There (Live At.m4a | 2014-01

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<IP_Address>216.195.185.190</IP_Address>
<Port>26235</Port>
<DNS_Name>216.195.185.190:26235</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b</URL_Base>
<UserName>TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3a64cc4e-0cfe-433c-9bc2-b83db678a34b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:46:34.0 GMT</TimeStamp>
<Title>I SAW HER STANDING THERE</Title>
<Artist>The Beatles</Artist>
<FileName>45 I Saw Her Standing There (Live At.m4a</FileName>
<FileSize>5559021</FileSize>
<Hash Type="Hash">2782AAB2804EFFD16B56DD71857A56C58B743E93</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1970268535.238875.1391003308337.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0ad41dd3-10df-46e3-927b-aaec755de26f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0ad41dd3-10df-46e3-927b-aaec755de26f 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0ad41dd3-10df-46e3-927b-aaec755de26f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0ad41dd3-10df-46e3-927b-aaec755de26f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0ad41dd3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0ad41dd3-10df-46e3-927b-aaec755de26f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0ad41dd3-10df-46e3-927b-aaec755de26f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0ad41dd3-10df-46e3-927b-aaec755de26f</URL_Base>
<UserName>TC-0ad41dd3-10df-46e3-927b-aaec755de26f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0ad41dd3-10df-46e3-927b-aaec755de26f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <304892260.238876.1391003308400.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-61fb9b20-d185-43f6-af61-da290e937003
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-61fb9b20-d185-43f6-af61-da290e937003 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-61fb9b20-d185-43f6-af61-da290e937003


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-61fb9b20-d185-43f6-af61-da290e937003


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510
```

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-61fb9b20-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't Wh

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-61fb9b20-d185-43f6-af61-da290e937003</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-61fb9b20-d185-43f6-af61-da290e937003</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-61fb9b20-d185-43f6-af61-da290e937003</URL_Base>
<UserName>TC-61fb9b20-d185-43f6-af61-da290e937003</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-61fb9b20-d185-43f6-af61-da290e937003" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1078833849.238877.1391003308464.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7e48226e-1122-4012-8e57-52de412e4e6e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7e48226e-1122-4012-8e57-52de412e4e6e 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7e48226e-1122-4012-8e57-52de412e4e6e

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other remedies which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7e48226e-1122-4012-8e57-52de412e4e6e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7e48226e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7e48226e-1122-4012-8e57-52de412e4e6e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7e48226e-1122-4012-8e57-52de412e4e6e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7e48226e-1122-4012-8e57-52de412e4e6e</URL_Base>
<UserName>TC-7e48226e-1122-4012-8e57-52de412e4e6e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7e48226e-1122-4012-8e57-52de412e4e6e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <582909955.238878.1391003308520.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-d0948b23-15a9-4398-96f1-a99e8261d0e9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d0948b23-15a9-4398-96f1-a99e8261d0e9 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rig
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:29.0 GI

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d0948b23-15a9-4398-96f1-a99e8261d0e9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d0948b23-15a9-4398-96f1-a99e8261d0e9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d0948b23-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-01-29 00:55:29.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d0948b23-15a9-4398-96f1-a99e8261d0e9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d0948b23-15a9-4398-96f1-a99e8261d0e9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d0948b23-15a9-4398-96f1-a99e8261d0e9</URL_Base>
<UserName>TC-d0948b23-15a9-4398-96f1-a99e8261d0e9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d0948b23-15a9-4398-96f1-a99e8261d0e9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <359343953.238879.1391003308574.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-442e355c-66e0-4c59-b2b1-b1a1741db81f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-442e355c-66e0-4c59-b2b1-b1a1741db81f 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:29.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-442e355c-66e0-4c59-b2b1-b1a1741db81f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-442e355c-66e0-4c59-b2b1-b1a1741db81f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405

Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-442e355c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-01-29 00:55:29.0 | SH.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-442e355c-66e0-4c59-b2b1-b1a1741db81f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-442e355c-66e0-4c59-b2b1-b1a1741db81f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-442e355c-66e0-4c59-b2b1-b1a1741db81f</URL_Base>
<UserName>TC-442e355c-66e0-4c59-b2b1-b1a1741db81f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-442e355c-66e0-4c59-b2b1-b1a1741db81f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1632607021.238880.1391003308630.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cdf720a4-011d-4d20-871f-97db4d5819c4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cdf720a4-011d-4d20-871f-97db4d5819c4 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:29.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cdf720a4-011d-4d20-871f-97db4d5819c4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cdf720a4-011d-4d20-871f-97db4d5819c4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cdf720a4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-01-29 00:55:29

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cdf720a4-011d-4d20-871f-97db4d5819c4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cdf720a4-011d-4d20-871f-97db4d5819c4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cdf720a4-011d-4d20-871f-97db4d5819c4</URL_Base>
<UserName>TC-cdf720a4-011d-4d20-871f-97db4d5819c4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cdf720a4-011d-4d20-871f-97db4d5819c4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <964958377.238881.1391003308684.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-06309e0f-f079-41f1-90b7-e24823b23461
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-06309e0f-f079-41f1-90b7-e24823b23461 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-06309e0f-f079-41f1-90b7-e24823b23461


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-06309e0f-f079-41f1-90b7-e24823b23461


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-06309e0f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-06309e0f-f079-41f1-90b7-e24823b23461</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-06309e0f-f079-41f1-90b7-e24823b23461</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-06309e0f-f079-41f1-90b7-e24823b23461</URL_Base>
<UserName>TC-06309e0f-f079-41f1-90b7-e24823b23461</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-06309e0f-f079-41f1-90b7-e24823b23461" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1204307843.238882.1391003308739.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:5

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510
```

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e30d2b6a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-01-29

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335</URL_Base>
<UserName>TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e30d2b6a-1928-4126-9fbb-5e200aaa9335" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1957834024.238883.1391003308795.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-38ef9041-b797-40cb-8e72-e759486fca57
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-38ef9041-b797-40cb-8e72-e759486fca57 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-2

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-38ef9041-b797-40cb-8e72-e759486fca57

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-38ef9041-b797-40cb-8e72-e759486fca57


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-38ef9041-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-38ef9041-b797-40cb-8e72-e759486fca57</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-38ef9041-b797-40cb-8e72-e759486fca57</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-38ef9041-b797-40cb-8e72-e759486fca57</URL_Base>
<UserName>TC-38ef9041-b797-40cb-8e72-e759486fca57</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-38ef9041-b797-40cb-8e72-e759486fca57" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <146876397.238884.1391003308851.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
   TC-d920e356-43ac-4a41-82b7-80c75c4d384d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d920e356-43ac-4a41-82b7-80c75c4d384d 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d920e356-43ac-4a41-82b7-80c75c4d384d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d920e356-43ac-4a41-82b7-80c75c4d384d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d920e356-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-01-29 00:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d920e356-43ac-4a41-82b7-80c75c4d384d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d920e356-43ac-4a41-82b7-80c75c4d384d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

```
</Complaindiate>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d920e356-43ac-4a41-82b7-80c75c4d384d</URL_Base>
<UserName>TC-d920e356-43ac-4a41-82b7-80c75c4d384d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d920e356-43ac-4a41-82b7-80c75c4d384d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L) 08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <597066192.238885.1391003308910.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-70083968-1b1e-4ed4-82db-49dbea590f06

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-70083968-1b1e-4ed4-82db-49dbea590f06 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-70083968-1b1e-4ed4-82db-49dbea590f06


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-70083968-1b1e-4ed4-82db-49dbea590f06


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-70083968

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-70083968-1b1e-4ed4-82db-49dbea590f06</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-70083968-1b1e-4ed4-82db-49dbea590f06</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-70083968-1b1e-4ed4-82db-49dbea590f06</URL_Base>
<UserName>TC-70083968-1b1e-4ed4-82db-49dbea590f06</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-70083968-1b1e-4ed4-82db-49dbea590f06" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <581416206.238886.1391003308969.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-17d56352-9b5c-446f-8d01-421594ac2438
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-17d56352-9b5c-446f-8d01-421594ac2438 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-17d56352-9b5c-446f-8d01-421594ac2438

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-17d56352-9b5c-446f-8d01-421594ac2438


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-17d56352-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-01-29 00:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-17d56352-9b5c-446f-8d01-421594ac2438</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-17d56352-9b5c-446f-8d01-421594ac2438</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-17d56352-9b5c-446f-8d01-421594ac2438</URL_Base>
<UserName>TC-17d56352-9b5c-446f-8d01-421594ac2438</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-17d56352-9b5c-446f-8d01-421594ac2438" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <1563006247.238887.1391003309024.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit


**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d2f40de2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31</URL_Base>
<UserName>TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d2f40de2-24b3-4bf8-baf3-89273e8b1f31" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B6C84</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1254842055.238888.1391003309079.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8ab394a4-bf95-4450-87d8-afcafff29bb9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8ab394a4-bf95-4450-87d8-afcafff29bb9 2014-01-29 00:55:29.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:5

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8ab394a4-bf95-4450-87d8-afcafff29bb9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8ab394a4-bf95-4450-87d8-afcafff29bb9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8ab394a4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-01-29

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8ab394a4-bf95-4450-87d8-afcafff29bb9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8ab394a4-bf95-4450-87d8-afcafff29bb9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8ab394a4-bf95-4450-87d8-afcafff29bb9</URL_Base>
<UserName>TC-8ab394a4-bf95-4450-87d8-afcafff29bb9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8ab394a4-bf95-4450-87d8-afcafff29bb9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <147837512.238889.1391003309139.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7603592c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca</URL_Base>
<UserName>TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7603592c-5f6f-49b8-a83b-58a62d9b69ca" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

To: legal@.net

Message-ID: <820412878.238890.1391003309197.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
 TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c

MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-77f2af08-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-01-2

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c</URL_Base>
<UserName>TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-77f2af08-5e60-41f0-9cfb-a5065d4cf12c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <722175757.238891.1391003309254.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3450230d-937d-4bf2-a0ff-6b033dfba411
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3450230d-937d-4bf2-a0ff-6b033dfba411 2014-01-29 00:55:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-29 00:55:29

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3450230d-937d-4bf2-a0ff-6b033dfba411


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3450230d-937d-4bf2-a0ff-6b033dfba411


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3450230d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-29 00:55:29.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-29 00:5

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3450230d-937d-4bf2-a0ff-6b033dfba411</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3450230d-937d-4bf2-a0ff-6b033dfba411</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3450230d-937d-4bf2-a0ff-6b033dfba411</URL_Base>
<UserName>TC-3450230d-937d-4bf2-a0ff-6b033dfba411</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3450230d-937d-4bf2-a0ff-6b033dfba411" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-29 00:55:29.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ text area ]

[ Go get them ]

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1940330861.566161.1391044280497.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-21117ae8-08b7-4d75-bbf1-bad525f395d3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-21117ae8-08b7-4d75-bbf1-bad525f395d3 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-21117ae8-08b7-4d75-bbf1-bad525f395d3


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-21117ae8-08b7-4d75-bbf1-bad525f395d3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-21117ae8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-21117ae8-08b7-4d75-bbf1-bad525f395d3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-21117ae8-08b7-4d75-bbf1-bad525f395d3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-21117ae8-08b7-4d75-bbf1-bad525f395d3</URL_Base>
<UserName>TC-21117ae8-08b7-4d75-bbf1-bad525f395d3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-21117ae8-08b7-4d75-bbf1-bad525f395d3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <800560303.566163.1391044280555.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63f8d6df-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't W

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53</URL_Base>
<UserName>TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63f8d6df-43f3-4938-bbe3-50ea7e09ac53" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1038027477.566168.1391044280852.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90401
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-442b6b71-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c</URL_Base>
<UserName>TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-442b6b71-4b98-4059-a0c9-d0e57b875b5c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>


 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1610871547.566170.1391044280944.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ac425f04-f863-4880-865a-aa379639fd15
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit


**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ac425f04-f863-4880-865a-aa379639fd15 2014-01-30 00:02:40.0


Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:40.0 GM

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ac425f04-f863-4880-865a-aa379639fd15



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ac425f04-f863-4880-865a-aa379639fd15



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ac425f04-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-01-30 00:02:40.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ac425f04-f863-4880-865a-aa379639fd15</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ac425f04-f863-4880-865a-aa379639fd15</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ac425f04-f863-4880-865a-aa379639fd15</URL_Base>
<UserName>TC-ac425f04-f863-4880-865a-aa379639fd15</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ac425f04-f863-4880-865a-aa379639fd15" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1166686717.566172.1391044281017.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a0bb9854-0166-4bd1-aba4-56f1931b9748
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a0bb9854-0166-4bd1-aba4-56f1931b9748 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:40.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a0bb9854-0166-4bd1-aba4-56f1931b9748


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a0bb9854-0166-4bd1-aba4-56f1931b9748


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a0bb9854-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L) 01. Wide Open .mp3 | 2014-01-30 00:02:40.0 | SHA

    --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a0bb9854-0166-4bd1-aba4-56f1931b9748</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a0bb9854-0166-4bd1-aba4-56f1931b9748</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a0bb9854-0166-4bd1-aba4-56f1931b9748</URL_Base>
<UserName>TC-a0bb9854-0166-4bd1-aba4-56f1931b9748</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a0bb9854-0166-4bd1-aba4-56f1931b9748" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L) 01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

    --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1428905434.566174.1391044281081.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2 2014-01-30 00:02:40.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:40.0

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5c0f16fb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-01-30 00:02:40

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2</URL_Base>
<UserName>TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5c0f16fb-b1a0-4201-a8cd-88817a1ebdd2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1278647620.566176.1391044281153.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9a7c2794-8cff-4092-a75b-383398e3f26d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9a7c2794-8cff-4092-a75b-383398e3f26d 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9a7c2794-8cff-4092-a75b-383398e3f26d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9a7c2794-8cff-4092-a75b-383398e3f26d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9a7c2794-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L) 01. Tattoos On This Town.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9a7c2794-8cff-4092-a75b-383398e3f26d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9a7c2794-8cff-4092-a75b-383398e3f26d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9a7c2794-8cff-4092-a75b-383398e3f26d</URL_Base>
<UserName>TC-9a7c2794-8cff-4092-a75b-383398e3f26d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9a7c2794-8cff-4092-a75b-383398e3f26d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L) 01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1281198307.566178.1391044281219.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L) 05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e553843f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-01-30

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8</URL_Base>
<UserName>TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e553843f-d162-4bf4-aadd-ebb1b4c744f8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1128824522.566180.1391044281293.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
```

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f 2014-01-30 00:02:40.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-3

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-40c55f1b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

```
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f</URL_Base>
<UserName>TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40c55f1b-183a-477b-a6fe-f1f3cb3c676f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1813153778.566182.1391044281358.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-efa035ad-667d-44e2-8970-2f1a284923a6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-efa035ad-667d-44e2-8970-2f1a284923a6 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-efa035ad-667d-44e2-8970-2f1a284923a6


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-efa035ad-667d-44e2-8970-2f1a284923a6


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-efa035ad-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-01-30 00:

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-efa035ad-667d-44e2-8970-2f1a284923a6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-efa035ad-667d-44e2-8970-2f1a284923a6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-efa035ad-667d-44e2-8970-2f1a284923a6</URL_Base>
<UserName>TC-efa035ad-667d-44e2-8970-2f1a284923a6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-efa035ad-667d-44e2-8970-2f1a284923a6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <662493477.566184.1391044281426.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c6990696-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf</URL_Base>
<UserName>TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c6990696-6e82-41b0-a314-0f23f6f1a7cf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1341049026.566186.1391044281499.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907 2014-01-30 00:02:40.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2b61adfd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-01-30 00:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907</URL_Base>
<UserName>TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2b61adfd-ae63-4fdd-a121-d9bdfa744907" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <794709591.566187.1391044281689.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-87665a9c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d</URL_Base>
<UserName>TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-87665a9c-5b5e-4d4f-bc4c-bcc55eb7ea2d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1752991532.566188.1391044281747.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a8c38698-ffd6-4bd0-9353-95325b0325f2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a8c38698-ffd6-4bd0-9353-95325b0325f2 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a8c38698-ffd6-4bd0-9353-95325b0325f2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a8c38698-ffd6-4bd0-9353-95325b0325f2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a8c38698-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-01-30

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a8c38698-ffd6-4bd0-9353-95325b0325f2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a8c38698-ffd6-4bd0-9353-95325b0325f2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a8c38698-ffd6-4bd0-9353-95325b0325f2</URL_Base>
<UserName>TC-a8c38698-ffd6-4bd0-9353-95325b0325f2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a8c38698-ffd6-4bd0-9353-95325b0325f2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1617013152.566189.1391044281813.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e 2014-01-30 00:02:40.0

Dear Sir or Madam:

 Your ISP has forwarded you this notice.
 Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rig
 Your ISP service could be suspended if this matter is not resolved.
 You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

 We represent the copyright owner.
 This notice is an offer of settlement.
 If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

 Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4de0cd9b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e</URL_Base>
<UserName>TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4de0cd9b-81b5-464d-8d8a-976ca306b45e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1045293151.566191.1391044281873.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-695d6a7d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-01-3(

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8</URL_Base>
<UserName>TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-695d6a7d-e6e4-4a8a-80ba-0170b87384f8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <321299027.56619.1391044281929.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63291872-8119-4784-89a5-6e207087354f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63291872-8119-4784-89a5-6e207087354f 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30 00:02:40

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63291872-8119-4784-89a5-6e207087354f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has e

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63291872-8119-4784-89a5-6e207087354f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63291872-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-30 00:0

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63291872-8119-4784-89a5-6e207087354f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63291872-8119-4784-89a5-6e207087354f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63291872-8119-4784-89a5-6e207087354f</URL_Base>
<UserName>TC-63291872-8119-4784-89a5-6e207087354f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63291872-8119-4784-89a5-6e207087354f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1755107633.566194.1391044281992.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b1c5claa-646c-4426-a9cb-bc6ae4a0d8b3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3 2014-01-30 00:02:40.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-30

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b1c5c1aa-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>

```
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3</URL_Base>
<UserName>TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b1c5c1aa-646c-4426-a9cb-bc6ae4a0d8b3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2135503622.566196.1391044282052.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0d3fc939-f235-4906-82ca-20322e456b8b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0d3fc939-f235-4906-82ca-20322e456b8b 2014-01-30 00:02:40.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159 a

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0d3fc939-f235-4906-82ca-20322e456b8b


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0d3fc939-f235-4906-82ca-20322e456b8b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0d3fc939-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-01-30 00:02:40.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0d3fc939-f235-4906-82ca-20322e456b8b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0d3fc939-f235-4906-82ca-20322e456b8b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0d3fc939-f235-4906-82ca-20322e456b8b</URL_Base>
<UserName>TC-0d3fc939-f235-4906-82ca-20322e456b8b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0d3fc939-f235-4906-82ca-20322e456b8b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 00:02:40.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1344677732.684725.1391056048168.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-64439d31-0bce-4a6a-b7cb-39ae18499716
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-64439d31-0bce-4a6a-b7cb-39ae18499716 2014-01-30 02:19:13.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0076 - Johnny Cash - I Walk the Line.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-30 02:19:13.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-64439d31-0bce-4a6a-b7cb-39ae18499716


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-64439d31-0bce-4a6a-b7cb-39ae18499716


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-64439d31-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 02:19:13.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 0076 - Johnny Cash - I Walk the Line.mp3 | 2014-01-30 02:19

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-64439d31-0bce-4a6a-b7cb-39ae18499716</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-64439d31-0bce-4a6a-b7cb-39ae18499716</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-64439d31-0bce-4a6a-b7cb-39ae18499716</URL_Base>
<UserName>TC-64439d31-0bce-4a6a-b7cb-39ae18499716</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-64439d31-0bce-4a6a-b7cb-39ae18499716" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<Title>I WALK THE LINE</Title>
<Artist>Johnny Cash</Artist>
<FileName>0076 - Johnny Cash - I Walk the Line.mp3</FileName>
<FileSize>(6,604,904 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2010788886.684726.1391056048252.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by SHAPIRO BERNSTEIN & CO INC

Reference#: TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6 2014-01-30 02:19:13.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 0868 - Air - Kelly, Watch The Stars!.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-30 02:19:13.0

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6


Rightscorp, Inc. represents the following 'copyright owner(s) SHAPIRO BERNSTEIN & CO INC ('SBC').

SBC is the exclusive owners of copyrights for Air musical compositions, including the musical compositions listed below. It has come to o

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SBC will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SBC, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5c3c4358-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 02:19:13.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): KELLY WATCH THE STARS | 0868 - Air - Kelly, Watch The Stars!.mp3 | 2014-01-30

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
```

```
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6</URL_Base>
<UserName>TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5c3c4358-d4ce-49c4-b48f-38e6cf890ac6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<Title>KELLY WATCH THE STARS</Title>
<Artist>Air</Artist>
<FileName>0868 - Air - Kelly, Watch The Stars!.mp3</FileName>
<FileSize>(4,534,858 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1046471480.684727.1391056048328.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7 2014-01-30 02:19:13.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0958 - Foo Fighters - Best Of You.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-30 02:19:13.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for FOO FIGHTERS musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b9ba49bc-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 02:19:13.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BEST OF YOU | 0958 - Foo Fighters - Best Of You.mp3 | 2014-01-30 02:19:13.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7</URL_Base>
<UserName>TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b9ba49bc-75e9-408e-822b-3f1dbe7449e7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<Title>BEST OF YOU</Title>
<Artist>FOO FIGHTERS</Artist>
<FileName>0958 - Foo Fighters - Best Of You.mp3</FileName>
<FileSize>(6,129,171 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1791228199.684728.1391056048384.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659 2014-01-30 02:19:13.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0989 - Kings Of Leon - Sex On Fire.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-30 02:19:13.0 G

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-aaa8859a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 02:19:13.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sex On Fire | 0989 - Kings Of Leon - Sex On Fire.mp3 | 2014-01-30 02:19:13.0

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659</URL_Base>
<UserName>TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-aaa8859a-2442-4d31-b4f3-9fa9d9eeb659" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 02:19:13.0 GMT</TimeStamp>
<Title>Sex On Fire</Title>
<Artist>Kings of Leon</Artist>
<FileName>0989 - Kings Of Leon - Sex On Fire.mp3</FileName>
<FileSize>(8,272,000 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1609687960.682079.1391055815198.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2 2014-01-30 03:45:15.0 GMT

Dear Sir or Madam:

     Your ISP has forwarded you this notice.

     This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

     Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-30 03:45:15.

     Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2


Infringement Source: Torrent
Timestamp: 2014-01-30 03:45:15.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-01-30 03:45:15.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-03cd0

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
```

</Service_Provider>
<Source>
<TimeStamp>2014-01-30 03:45:15.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2</URL_Base>
<UserName>TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-03cd0f14-be13-49d6-b6ef-a0e446bdabc2" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 03:45:15.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <245813312.763075.1391064872985.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198 2014-01-30 06:32:50.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Mentalist.S06E10.HDTV.x264-LOL was infringed upon by a computer at IP address 66.55.207.221 on 2014-01-30 06:3

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has cop

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198


Infringement Source: Torrent
Timestamp: 2014-01-30 06:32:50.0 GMT
Infringers IP Address: 66.55.207.221
Infringers Port: 18212

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Mentalist S06E10 | The.Mentalist.S06E10.HDTV.x264-LOL | 2014-01-30 06:32

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and add

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-46432

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 06:32:50.0 GMT</TimeStamp>
<IP_Address>66.55.207.221</IP_Address>
<Port>18212</Port>
<DNS_Name>66.55.207.221:18212</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198</URL_Base>
<UserName>TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-46432d9d-4ecf-4d3c-8405-6a2d7c8e0198" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 06:32:50.0 GMT</TimeStamp>
<Title>The Mentalist S06E10</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Mentalist.S06E10.HDTV.x264-LOL</FileName>
<FileSize>249 MB (261,990,325 bytes)</FileSize>
<Hash Type="Hash">704AE03FCEAC65495B2B23CE592DE84C84A64622</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1182078780.791217.1391070538427.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7484728e-2f39-4386-bf77-8c5af27de78f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7484728e-2f39-4386-bf77-8c5af27de78f 2014-01-30 06:37:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 - You May Die  (Intro).mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 06:37:26.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7484728e-2f39-4386-bf77-8c5af27de78f

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Outkast musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7484728e-2f39-4386-bf77-8c5af27de78f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7484728e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 06:37:26.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): You May Die (Intro) | 01 - You May Die  (Intro).mp3 | 2014-01-30 06:37:26.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7484728e-2f39-4386-bf77-8c5af27de78f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7484728e-2f39-4386-bf77-8c5af27de78f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 06:37:26.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7484728e-2f39-4386-bf77-8c5af27de78f</URL_Base>
<UserName>TC-7484728e-2f39-4386-bf77-8c5af27de78f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7484728e-2f39-4386-bf77-8c5af27de78f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 06:37:26.0 GMT</TimeStamp>
<Title>You May Die (Intro)</Title>
<Artist>Outkast</Artist>
<FileName>01 - You May Die  (Intro).mp3</FileName>
<FileSize>2787992</FileSize>
<Hash Type="Hash">F7CB0BB99DE1236551705512AA689FF92A587998</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <839472804.791219.1391070538485.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
 TC-3913dab4-a293-4e75-8cdd-8b93ece7852c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3913dab4-a293-4e75-8cdd-8b93ece7852c 2014-01-30 06:37:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 - Jazzy Belle.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 06:37:26.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3913dab4-a293-4e75-8cdd-8b93ece7852c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Outkast musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3913dab4-a293-4e75-8cdd-8b93ece7852c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3913dab4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 06:37:26.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Jazzybelle | 05 - Jazzy Belle.mp3 | 2014-01-30 06:37:26.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3913dab4-a293-4e75-8cdd-8b93ece7852c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3913dab4-a293-4e75-8cdd-8b93ece7852c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-30 06:37:26.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;216.195.168.33&lt;/IP_Address&gt;
&lt;Port&gt;43611&lt;/Port&gt;
&lt;DNS_Name&gt;216.195.168.33:43611&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-3913dab4-a293-4e75-8cdd-8b93ece7852c&lt;/URL_Base&gt;
&lt;UserName&gt;TC-3913dab4-a293-4e75-8cdd-8b93ece7852c&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-3913dab4-a293-4e75-8cdd-8b93ece7852c" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-30 06:37:26.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Jazzybelle&lt;/Title&gt;
&lt;Artist&gt;Outkast&lt;/Artist&gt;
&lt;FileName&gt;05 - Jazzy Belle.mp3&lt;/FileName&gt;
&lt;FileSize&gt;10226604&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;F7CB0BB99DE1236551705512AA689FF92A587998&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <645851168.791221.1391070538542.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit


**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9 2014-01-30 06:37:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 - Millennium.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 06:37:26.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Outkast musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-43213a4b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 06:37:26.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Millennium | 12 - Millennium.mp3 | 2014-01-30 06:37:26.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 06:37:26.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9</URL_Base>
<UserName>TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-43213a4b-900a-49b1-a3ed-4ff7a49072f9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 06:37:26.0 GMT</TimeStamp>
<Title>Millennium</Title>
<Artist>Outkast</Artist>
<FileName>12 - Millennium.mp3</FileName>
<FileSize>7720938</FileSize>
<Hash Type="Hash">F7CB0BB99DE1236551705512AA689FF92A587998</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <857043205.780313.1391067112171.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3 2014-01-30 07:07:16.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 2

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3


Infringement Source: Torrent
Timestamp: 2014-01-30 07:07:16.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-6e4f1

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 07:07:16.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3</URL_Base>
<UserName>TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6e4f12c2-b420-4947-b6aa-3c6287175fa3" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 07:07:16.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com

```
To: legal@gwi.net
Message-ID: <400928898.792059.1391070613629.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1 2014-01-30 07:37:45.0 GMT

Dear Sir or Madam:

>        Your ISP has forwarded you this notice.

>        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

>        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S07E13.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 216.195.180.99 on 2014

>            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1


Infringement Source: Torrent
Timestamp: 2014-01-30 07:37:45.0 GMT
Infringers IP Address: 216.195.180.99
Infringers Port: 57030

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S07E13 | The.Big.Bang.Theory.S07E13.HDTV.x264-LOL.mp4 | 

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-98f1f

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>

```
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 07:37:45.0 GMT</TimeStamp>
<IP_Address>216.195.180.99</IP_Address>
<Port>57030</Port>
<DNS_Name>216.195.180.99:57030</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1</URL_Base>
<UserName>TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-98f1f4f0-4290-4c30-a5a4-ef0cd12338a1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 07:37:45.0 GMT</TimeStamp>
<Title>The Big Bang Theory S07E13</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S07E13.HDTV.x264-LOL.mp4</FileName>
<FileSize>159 MB (166,836,049 bytes)</FileSize>
<Hash Type="Hash">ABA2E4DA0D8EC93263DD2F5EA2FD616EB1BCB3AD</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <675827046.803972.1391071556113.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37 2014-01-30 07:23:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Juicy J Feat Wale & Trey Songz - Bounce It.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 07:2

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Juicy J musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,

Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-072ed0d9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 07:23:33.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bounce It | Juicy J Feat Wale & Trey Songz - Bounce It.mp3 | 2014-01-30 07:23

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 07:23:33.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37</URL_Base>
<UserName>TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-072ed0d9-5a75-4560-8c9e-5c2145e7dc37" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 07:23:33.0 GMT</TimeStamp>
<Title>Bounce It</Title>
<Artist>Juicy J</Artist>
<FileName>Juicy J Feat Wale & Trey Songz - Bounce It.mp3</FileName>
<FileSize>10666026</FileSize>
<Hash Type="Hash">9FB51F7C96DF35B88D03B0B5D3833638B2D28DBB</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <84549961.808246.1391072061650.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88 2014-01-30 07:45:37.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Skillet - Rise.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 07:45:37.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f5a23c19-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 07:45:37.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rise | 01 Skillet - Rise.mp3 | 2014-01-30 07:45:37.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 07:45:37.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88</URL_Base>
<UserName>TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f5a23c19-a9c7-4aee-8c69-8e7350889c88" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 07:45:37.0 GMT</TimeStamp>
<Title>Rise</Title>
<Artist>Skillet</Artist>
<FileName>01 Skillet - Rise.mp3</FileName>
<FileSize>10559406</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1646631388.808247.1391072061700.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0701d9fb-6228-4581-9b60-88bb53018bcd
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0701d9fb-6228-4581-9b60-88bb53018bcd 2014-01-30 07:45:37.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Skillet - Sick of It.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-30 07:45:37.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0701d9fb-6228-4581-9b60-88bb53018bcd


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0701d9fb-6228-4581-9b60-88bb53018bcd


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0701d9fb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 07:45:37.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sick Of It | 02 Skillet - Sick of It.mp3 | 2014-01-30 07:45:37.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0701d9fb-6228-4581-9b60-88bb53018bcd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0701d9fb-6228-4581-9b60-88bb53018bcd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>

```
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 07:45:37.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0701d9fb-6228-4581-9b60-88bb53018bcd</URL_Base>
<UserName>TC-0701d9fb-6228-4581-9b60-88bb53018bcd</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0701d9fb-6228-4581-9b60-88bb53018bcd" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 07:45:37.0 GMT</TimeStamp>
<Title>Sick Of It</Title>
<Artist>Skillet</Artist>
<FileName>02 Skillet - Sick of It.mp3</FileName>
<FileSize>7741316</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <883333702.830907.1391075946023.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-db72b861-ea3e-49b0-b4d1-28f300091683
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-db72b861-ea3e-49b0-b4d1-28f300091683 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Talkin' to my heart.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-db72b861-ea3e-49b0-b4d1-28f300091683


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-db72b861-ea3e-49b0-b4d1-28f300091683


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
```

Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-db72b861-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Talkin' To My Heart | 01 Talkin' to my heart.mp3 | 2014-01-30 09:23:46.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-db72b861-ea3e-49b0-b4d1-28f300091683</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-db72b861-ea3e-49b0-b4d1-28f300091683</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-db72b861-ea3e-49b0-b4d1-28f300091683</URL_Base>
<UserName>TC-db72b861-ea3e-49b0-b4d1-28f300091683</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-db72b861-ea3e-49b0-b4d1-28f300091683" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>Talkin' To My Heart</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>01 Talkin' to my heart.mp3</FileName>
<FileSize>11.3 MB (11,866,703 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <758909431.830908.1391075946080.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-bd0bb210-56b2-453e-8afa-053644de9576
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bd0bb210-56b2-453e-8afa-053644de9576 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Do You Know.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bd0bb210-56b2-453e-8afa-053644de9576

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bd0bb210-56b2-453e-8afa-053644de9576


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bd0bb210-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Do You Know | 04 Do You Know.mp3 | 2014-01-30 09:23:46.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bd0bb210-56b2-453e-8afa-053644de9576</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bd0bb210-56b2-453e-8afa-053644de9576</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bd0bb210-56b2-453e-8afa-053644de9576</URL_Base>
<UserName>TC-bd0bb210-56b2-453e-8afa-053644de9576</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bd0bb210-56b2-453e-8afa-053644de9576" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>Do You Know</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>04 Do You Know.mp3</FileName>
<FileSize>9.89 MB (10,380,879 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <274028228.830909.1391075946140.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 When The Sun Goes Down.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2929c89c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): When The Sun Goes Down | 07 When The Sun Goes Down.mp3 | 2014-01-30 09:23:46.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>

```
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc</URL_Base>
<UserName>TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2929c89c-057c-49bd-ac0b-55a9d34cd5bc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>When The Sun Goes Down</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>07 When The Sun Goes Down.mp3</FileName>
<FileSize>7.58 MB (7,950,479 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2147293070.830910.1391075946198.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 10 Hard Feelings.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
```

Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2f4a96cd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Hard Feelings | 10 Hard Feelings.mp3 | 2014-01-30 09:23:46.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748</URL_Base>
<UserName>TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2f4a96cd-d2fd-4987-ab02-8ac2d47e4748" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>Hard Feelings</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>10 Hard Feelings.mp3</FileName>
<FileSize>11.2 MB (11,789,413 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1982017970.830911.1391075946254.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b558187d-8908-4c76-bda5-968df0547c80
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b558187d-8908-4c76-bda5-968df0547c80 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 I got it in for you.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b558187d-8908-4c76-bda5-968df0547c80

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b558187d-8908-4c76-bda5-968df0547c80


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b558187d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Got It In For You | 11 I got it in for you.mp3 | 2014-01-30 09:23:46.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b558187d-8908-4c76-bda5-968df0547c80</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b558187d-8908-4c76-bda5-968df0547c80</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b558187d-8908-4c76-bda5-968df0547c80</URL_Base>
<UserName>TC-b558187d-8908-4c76-bda5-968df0547c80</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b558187d-8908-4c76-bda5-968df0547c80" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>I Got It In For You</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>11 I got it in for you.mp3</FileName>
<FileSize>9.57 MB (10,036,030 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1790589957.830912.1391075946350.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db 2014-01-30 09:23:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 13 These strange times.mp3  was infringed upon by a computer at IP Address 216.195.179.199 on 2014-01-30 09:23:46.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Fleetwood Mac musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cd9d2fc6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-30 09:23:46.0 GMT

Infringers IP Address: 216.195.179.199

Infringers Port: 7926

Listing of infringement(s) (Title/Filename/Timestamp/Hash): These Strange Times | 13 These strange times.mp3 | 2014-01-30 09:23:46.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>

```
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<IP_Address>216.195.179.199</IP_Address>
<Port>7926</Port>
<DNS_Name>216.195.179.199:7926</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db</URL_Base>
<UserName>TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cd9d2fc6-6dae-4ab2-8bb8-49f9aae117db" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-30 09:23:46.0 GMT</TimeStamp>
<Title>These Strange Times</Title>
<Artist>Fleetwood Mac</Artist>
<FileName>13 These strange times.mp3</FileName>
<FileSize>16.3 MB (17,094,805 bytes)</FileSize>
<Hash Type="Hash">664338BBAC037CD7BCBAB9DA998F1D4D194B75AC</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ ]

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2068115650.964939.1391128253877.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1 2014-01-31 00:04:40.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 2

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1


Infringement Source: Torrent
Timestamp: 2014-01-31 00:04:40.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,
```

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-0bfa3

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 00:04:40.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1</URL_Base>
<UserName>TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0bfa3ca6-f4c0-41f2-a42b-6678f2e8b3c1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 00:04:40.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <957370230.1218353.1391158609259.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a 2014-01-31 08:31:29.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Skillet - Rise.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-31 08:31:29.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f70fb33e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 08:31:29.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rise | 01 Skillet - Rise.mp3 | 2014-01-31 08:31:29.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 08:31:29.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a</URL_Base>
<UserName>TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f70fb33e-bd15-4d59-98f1-92ed2f106b9a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 08:31:29.0 GMT</TimeStamp>
<Title>Rise</Title>
<Artist>Skillet</Artist>
<FileName>01 Skillet - Rise.mp3</FileName>
<FileSize>10559406</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1048647056.1218354.1391158609315.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f 2014-01-31 08:31:29.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Skillet - Sick of It.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-01-31 08:31:29.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8fb5c2c5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 08:31:29.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sick Of It | 02 Skillet - Sick of It.mp3 | 2014-01-31 08:31:29.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 08:31:29.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f</URL_Base>
<UserName>TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8fb5c2c5-e5ab-440e-87d0-41c728fc895f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 08:31:29.0 GMT</TimeStamp>
<Title>Sick Of It</Title>
<Artist>Skillet</Artist>
<FileName>02 Skillet - Sick of It.mp3</FileName>
<FileSize>7741316</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1173933205.1239796.1391165806306.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f 2014-01-31 10:12:57.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L) 02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 1

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-aa27cb35-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 |
```

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f</URL_Base>
<UserName>TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-aa27cb35-e5b5-4c03-b238-0e8f7813060f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <735658397.1239798.1391165806366.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-21da741f-82ec-4292-96d1-3a8b66501342
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-21da741f-82ec-4292-96d1-3a8b66501342 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-21da741f-82ec-4292-96d1-3a8b66501342


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has ca

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-21da741f-82ec-4292-96d1-3a8b66501342


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-21da741f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't Wh

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-21da741f-82ec-4292-96d1-3a8b66501342</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-21da741f-82ec-4292-96d1-3a8b66501342</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-21da741f-82ec-4292-96d1-3a8b66501342</URL_Base>
<UserName>TC-21da741f-82ec-4292-96d1-3a8b66501342</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-21da741f-82ec-4292-96d1-3a8b66501342" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1822687133.1239800.1391165806425.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-01907e78-48db-44f1-a492-375ea9b79ff0

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-01907e78-48db-44f1-a492-375ea9b79ff0 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-01907e78-48db-44f1-a492-375ea9b79ff0


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-01907e78-48db-44f1-a492-375ea9b79ff0


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-01907e78-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 | 

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-01907e78-48db-44f1-a492-375ea9b79ff0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-01907e78-48db-44f1-a492-375ea9b79ff0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-01907e78-48db-44f1-a492-375ea9b79ff0</URL_Base>
<UserName>TC-01907e78-48db-44f1-a492-375ea9b79ff0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-01907e78-48db-44f1-a492-375ea9b79ff0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <12076496.1239802.1391165806481.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c 2014-01-31 10:12:57.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:57.0 G

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3e1c660f-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-01-31 10:12:57.0

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c</URL_Base>
<UserName>TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3e1c660f-fe4a-44e8-9298-b5c42ae0324c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <883773513.1239804.1391165806541.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:57.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d0e3c982-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-01-31 10:12:57.0 | SHA

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce</URL_Base>
<UserName>TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d0e3c982-c5e9-4ff8-826e-ccf4cd1afdce" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <40926359.1239805.1391165806603.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d

```
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:57.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-32f005c3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-01-31 10:12:57

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
```

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d</URL_Base>
<UserName>TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-32f005c3-9a2f-483b-831f-f0a57c21fc9d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2049765509.1239807.1391165806665.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9 2014-01-31 10:12:57.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f78ca3ad-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L) 01. Tattoos On This Town.mp3 | :

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9</URL_Base>
<UserName>TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f78ca3ad-4285-46d1-aaef-4b159973c4c9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L) 01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1962221695.1239809.1391165806737.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L) 05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:1:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has a

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9fb78f7a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-01-31

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87</URL_Base>
<UserName>TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9fb78f7a-a9ac-4d25-bfe5-db02471e4c87" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1573088185.1239811.1391165807166.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-42c3aec9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753</URL_Base>
<UserName>TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-42c3aec9-f6c7-42ed-bacd-22f1dfd2c753" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1134243688.1239813.1391165807234.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb 2014-01-31 10:12:57.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-dc94e9b0-l

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-01-31 10:

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb</URL_Base>
<UserName>TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-dc94e9b0-bf41-4c51-b7d8-5df2ad8ccbeb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <288921705.1239815.1391165807289.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3b3bf3bd-659d-424e-93ca-6eba709154a1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3b3bf3bd-659d-424e-93ca-6eba709154a1 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3b3bf3bd-659d-424e-93ca-6eba709154a1


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3b3bf3bd-659d-424e-93ca-6eba709154a1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3b3bf3bd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Heartac

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3b3bf3bd-659d-424e-93ca-6eba709154a1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3b3bf3bd-659d-424e-93ca-6eba709154a1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3b3bf3bd-659d-424e-93ca-6eba709154a1</URL_Base>
<UserName>TC-3b3bf3bd-659d-424e-93ca-6eba709154a1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3b3bf3bd-659d-424e-93ca-6eba709154a1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <244379124.1239817.1391165807344.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-31b5e350-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-01-31 10:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c</URL_Base>
<UserName>TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-31b5e350-f1aa-4a8c-9c8b-315ac3fe773c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <992002093.1239819.1391165807401.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-40689acc-99e3-4c92-a18c-3f93cec69e2c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-40689acc-99e3-4c92-a18c-3f93cec69e2c 2014-01-31 10:12:57.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40689acc-99e3-4c92-a18c-3f93cec69e2c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40689acc-99e3-4c92-a18c-3f93cec69e2c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-40689acc-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40689acc-99e3-4c92-a18c-3f93cec69e2c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40689acc-99e3-4c92-a18c-3f93cec69e2c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40689acc-99e3-4c92-a18c-3f93cec69e2c</URL_Base>
<UserName>TC-40689acc-99e3-4c92-a18c-3f93cec69e2c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40689acc-99e3-4c92-a18c-3f93cec69e2c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <213486322.1239821.1391165807463.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4f6dd19e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-01-31

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83</URL_Base>
<UserName>TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4f6dd19e-7f45-4af4-b67f-fccca59e0a83" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <255642059.1239822.1391165807520.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-0615dc8b-9780-4618-a2d6-7aa3f8350854

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0615dc8b-9780-4618-a2d6-7aa3f8350854 2014-01-31 10:12:57.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0615dc8b-9780-4618-a2d6-7aa3f8350854


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0615dc8b-9780-4618-a2d6-7aa3f8350854


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0615dc8b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0615dc8b-9780-4618-a2d6-7aa3f8350854</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0615dc8b-9780-4618-a2d6-7aa3f8350854</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0615dc8b-9780-4618-a2d6-7aa3f8350854</URL_Base>
<UserName>TC-0615dc8b-9780-4618-a2d6-7aa3f8350854</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0615dc8b-9780-4618-a2d6-7aa3f8350854" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2141523961.1239823.1391165807577.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0fafd9ef-cf37-418c-b90f-53eea43af477
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0fafd9ef-cf37-418c-b90f-53eea43af477 2014-01-31 10:12:57.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0fafd9ef-cf37-418c-b90f-53eea43af477


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0fafd9ef-cf37-418c-b90f-53eea43af477


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0fafd9ef-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L) 01. This Nothin' Town.mp3 | 2014-01-3
```

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0fafd9ef-cf37-418c-b90f-53eea43af477</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0fafd9ef-cf37-418c-b90f-53eea43af477</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0fafd9ef-cf37-418c-b90f-53eea43af477</URL_Base>
<UserName>TC-0fafd9ef-cf37-418c-b90f-53eea43af477</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0fafd9ef-cf37-418c-b90f-53eea43af477" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L) 01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <183679014.1239824.1391165807632.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L) 04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31 10:12:57

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8dd4a72a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-01-31 10:1

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56</URL_Base>
<UserName>TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8dd4a72a-fc07-45da-8527-b4b8610c8c56" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1189568542.1239825.1391165807694.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-bf046027-0738-44fa-bc2c-6257c36f1ad3

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bf046027-0738-44fa-bc2c-6257c36f1ad3 2014-01-31 10:12:57.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-01-31

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bf046027-0738-44fa-bc2c-6257c36f1ad3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bf046027-0738-44fa-bc2c-6257c36f1ad3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bf046027-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bf046027-0738-44fa-bc2c-6257c36f1ad3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bf046027-0738-44fa-bc2c-6257c36f1ad3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bf046027-0738-44fa-bc2c-6257c36f1ad3</URL_Base>
<UserName>TC-bf046027-0738-44fa-bc2c-6257c36f1ad3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bf046027-0738-44fa-bc2c-6257c36f1ad3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L) 08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1845485500.1239826.1391165807750.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c 2014-01-31 10:12:57.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159 

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7d0a2141-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 10:12:57.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little R

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c</URL_Base>
<UserName>TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7d0a2141-5a9d-4f7f-b82b-63de3e17635c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 10:12:57.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1896667065.1264753.1391179713431.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-15ab6f84-169b-4433-933e-1a70af6e592c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-15ab6f84-169b-4433-933e-1a70af6e592c 2014-01-31 14:06:35.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for


Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-31 14:06:35.

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-15ab6f84-169b-4433-933e-1a70af6e592c

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-15ab6f84-169b-4433-933e-1a70af6e592c


Infringement Source: Torrent
Timestamp: 2014-01-31 14:06:35.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-01-31 14:06:35.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-15ab6

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-15ab6f84-169b-4433-933e-1a70af6e592c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-15ab6f84-169b-4433-933e-1a70af6e592c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 14:06:35.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-15ab6f84-169b-4433-933e-1a70af6e592c</URL_Base>
<UserName>TC-15ab6f84-169b-4433-933e-1a70af6e592c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-15ab6f84-169b-4433-933e-1a70af6e592c" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 14:06:35.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <355455253.1266726.1391180846278.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
   TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a 2014-01-31 14:28:52.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0076 - Johnny Cash - I Walk the Line.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-31 14:28:52.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0be262fc-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 14:28:52.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 0076 - Johnny Cash - I Walk the Line.mp3 | 2014-01-31 14:28

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-01-31 14:28:52.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.66.162&lt;/IP_Address&gt;
&lt;Port&gt;6881&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.66.162:6881&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a&lt;/URL_Base&gt;
&lt;UserName&gt;TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-0be262fc-fa6d-4ff5-9ea7-27df36bf709a" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-01-31 14:28:52.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;I WALK THE LINE&lt;/Title&gt;
&lt;Artist&gt;Johnny Cash&lt;/Artist&gt;
&lt;FileName&gt;0076 - Johnny Cash - I Walk The Line.mp3&lt;/FileName&gt;
&lt;FileSize&gt;(6,604,904 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;6EB2F52DACF8D0A0840B24039CFB8127AAB39529&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: &lt;1639581338.1266727.1391180846332.JavaMail.root@svn&gt;
Subject: Unauthorized Use of Copyrights RE:
 TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by SHAPIRO BERNSTEIN & CO INC

Reference#: TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a 2014-01-31 14:28:52.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0868 - Air - Kelly, Watch The Stars!.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-31 14:28:52.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a


Rightscorp, Inc. represents the following 'copyright owner(s)' SHAPIRO BERNSTEIN & CO INC ('SBC').

SBC is the exclusive owners of copyrights for Air musical compositions, including the musical compositions listed below. It has come to o

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SBC will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SBC, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f8b22ead-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 14:28:52.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): KELLY WATCH THE STARS | 0868 - Air - Kelly, Watch The Stars!.mp3 | 2014-01-31

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a</URL_Base>
<UserName>TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f8b22ead-56a3-4eb0-bdef-cdcf62c1131a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<Title>KELLY WATCH THE STARS</Title>
<Artist>Air</Artist>
<FileName>0868 - Air - Kelly, Watch The Stars!.mp3</FileName>
<FileSize>(4,534,858 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1463151568.1266728.1391180846387.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7 2014-01-31 14:28:52.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0958 - Foo Fighters - Best Of You.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-31 14:28:52.0 GM

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for FOO FIGHTERS musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-60540ebb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 14:28:52.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BEST OF YOU | 0958 - Foo Fighters - Best Of You.mp3 | 2014-01-31 14:28:52.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7</URL_Base>
<UserName>TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-60540ebb-f4aa-49a8-9f2d-ce8b5bbe40c7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<Title>BEST OF YOU</Title>
<Artist>FOO FIGHTERS</Artist>
<FileName>0958 - Foo Fighters - Best Of You.mp3</FileName>
<FileSize>(6,129,171 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2089341592.1266729.1391180846443.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
 TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c 2014-01-31 14:28:52.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0989 - Kings Of Leon - Sex On Fire.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-01-31 14:28:52.0 G

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d2e1f7d2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 14:28:52.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sex On Fire | 0989 - Kings Of Leon - Sex On Fire.mp3 | 2014-01-31 14:28:52.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service Provider>

```
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c</URL_Base>
<UserName>TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d2e1f7d2-f8c8-40ad-8ba4-06047e502b1c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 14:28:52.0 GMT</TimeStamp>
<Title>Sex On Fire</Title>
<Artist>Kings of Leon</Artist>
<FileName>0989 - Kings Of Leon - Sex On Fire.mp3</FileName>
<FileSize>(8,272,000 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1746395225.1327541.1391205864205.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20 2014-01-31 21:22:34.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for


Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-01-3

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20


Infringement Source: Torrent
Timestamp: 2014-01-31 21:22:34.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-01-31 21:22:34

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad
```

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-b3df2...

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 21:22:34.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20</URL_Base>
<UserName>TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b3df2d21-a8e7-49b5-9c6d-d4286d9b9f20" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 21:22:34.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1808805195.1332309.1391207418532.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476 2014-01-31 22:01:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 The Return (feat. Freddie Gibbs).m4a  was infringed upon by a computer at IP Address 66.55.192.78 on 2014-01-31 22:01:55.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Danny Brown musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5fb27bda-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:01:55.0 GMT

Infringers IP Address: 66.55.192.78

Infringers Port: 58485

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Return | 02 The Return (feat. Freddie Gibbs).m4a | 2014-01-31 22:01:55.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:01:55.0 GMT</TimeStamp>
<IP_Address>66.55.192.78</IP_Address>
<Port>58485</Port>
<DNS_Name>66.55.192.78:58485</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476</URL_Base>
<UserName>TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5fb27bda-0eb8-4054-a5ff-899d0cd35476" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:01:55.0 GMT</TimeStamp>
<Title>The Return</Title>
<Artist>Danny Brown</Artist>
<FileName>02 The Return (feat. Freddie Gibbs).m4a</FileName>
<FileSize>6569493</FileSize>
<Hash Type="Hash">340D6E013871BD0433BF9EB553B28CAEE7F722A2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

```
To: legal@gwi.net
Message-ID: <47943627.1333611.1391207912367.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - (Reach Up for the) Sunrise.mp3  was infringed upon by a computer at IP Address 216.19

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a77ee5bb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): (Reach Up For The) Sunrise | Duran Duran Greatest Hits Cd1Duran Duran - (Reac

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
```

<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392</URL_Base>
<UserName>TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a77ee5bb-5be6-45c0-a335-0e2a1e09b392" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>(Reach Up For The) Sunrise</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits CdlDuran Duran - (Reach Up for the) Sunrise.mp3</FileName>
<FileSize>8287129</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1398314617.1333612.1391207912424.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7c0a470e-f17d-466e-bbde-55f3f568b469
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7c0a470e-f17d-466e-bbde-55f3f568b469 2014-01-31 22:12:32.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits CdlDuran Duran - Come Undone.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 201

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7c0a470e-f17d-466e-bbde-55f3f568b469


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7c0a470e-f17d-466e-bbde-55f3f568b469


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7c0a470e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Come Undone | Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3 | 20

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7c0a470e-f17d-466e-bbde-55f3f568b469</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7c0a470e-f17d-466e-bbde-55f3f568b469</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7c0a470e-f17d-466e-bbde-55f3f568b469</URL_Base>
<UserName>TC-7c0a470e-f17d-466e-bbde-55f3f568b469</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7c0a470e-f17d-466e-bbde-55f3f568b469" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Come Undone</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3</FileName>
<FileSize>11236876</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1822008116.1333613.1391207912480.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-48e2814e-698b-48de-a3cd-c1983e72b97f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-48e2814e-698b-48de-a3cd-c1983e72b97f 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Electric Barbarella.mp3  was infringed upon by a computer at IP Address 216.195.134.4

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-48e2814e-698b-48de-a3cd-c1983e72b97f

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-48e2814e-698b-48de-a3cd-c1983e72b97f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-48e2814e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Electric Barbarella | Duran Duran Greatest Hits Cd1Duran Duran - Electric Barl

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-48e2814e-698b-48de-a3cd-c1983e72b97f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-48e2814e-698b-48de-a3cd-c1983e72b97f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-48e2814e-698b-48de-a3cd-c1983e72b97f</URL_Base>
<UserName>TC-48e2814e-698b-48de-a3cd-c1983e72b97f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-48e2814e-698b-48de-a3cd-c1983e72b97f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Electric Barbarella</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Electric Barbarella.mp3</FileName>
<FileSize>12694508</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <1197302585.1333614.1391207912534.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-68995b38-a3a9-4e2a-80c6-8c167a603425
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-68995b38-a3a9-4e2a-80c6-8c167a603425 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat Justin Timberlake.mp3  was infringed upon by a computer at IP Addre

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-68995b38-a3a9-4e2a-80c6-8c167a603425


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-68995b38-a3a9-4e2a-80c6-8c167a603425


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-68995b38-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Falling Down | Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat J

 --Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-68995b38-a3a9-4e2a-80c6-8c167a603425&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-68995b38-a3a9-4e2a-80c6-8c167a603425&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-68995b38-a3a9-4e2a-80c6-8c167a603425</URL_Base>
<UserName>TC-68995b38-a3a9-4e2a-80c6-8c167a603425</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-68995b38-a3a9-4e2a-80c6-8c167a603425" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Falling Down</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat Justin Timberlake.mp3</FileName>
<FileSize>13675668</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1651404814.1333615.1391207912590.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-568bd4a1-6368-4a9f-842f-1c11593d55e7

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-568bd4a1-6368-4a9f-842f-1c11593d55e7 2014-01-31 22:12:32.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-568bd4a1-6368-4a9f-842f-1c11593d55e7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-568bd4a1-6368-4a9f-842f-1c11593d55e7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510
```

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-568bd4a1-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Notorious | Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3 | 2014-0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-568bd4a1-6368-4a9f-842f-1c11593d55e7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-568bd4a1-6368-4a9f-842f-1c11593d55e7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-568bd4a1-6368-4a9f-842f-1c11593d55e7</URL_Base>
<UserName>TC-568bd4a1-6368-4a9f-842f-1c11593d55e7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-568bd4a1-6368-4a9f-842f-1c11593d55e7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Notorious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3</FileName>
<FileSize>10371700</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1718242967.1333616.1391207912649.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-56173c13-e0b5-49d5-95a5-50e100a523a6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-56173c13-e0b5-49d5-95a5-50e100a523a6 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on :

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-56173c13-e0b5-49d5-95a5-50e100a523a6

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-56173c13-e0b5-49d5-95a5-50e100a523a6


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-56173c13-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Ordinary World | Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-56173c13-e0b5-49d5-95a5-50e100a523a6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-56173c13-e0b5-49d5-95a5-50e100a523a6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-56173c13-e0b5-49d5-95a5-50e100a523a6</URL_Base>
<UserName>TC-56173c13-e0b5-49d5-95a5-50e100a523a6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-56173c13-e0b5-49d5-95a5-50e100a523a6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Ordinary World</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3</FileName>
<FileSize>13597300</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com

```
To: legal@gwi.net
Message-ID: <1480442681.1333617.1391207912711.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit


**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits CdlDuran Duran - Serious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-01

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d



Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-64908f34-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Serious | Duran Duran Greatest Hits CdlDuran Duran - Serious.mp3 | 2014-01-31

  --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
```

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d</URL_Base>
<UserName>TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-64908f34-544a-4a55-a62a-5ea8c1d1b65d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Serious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3</FileName>
<FileSize>10411406</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1570839284.1333618.1391207912766.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7e130641-d31e-4429-b683-e17f07c25bbe
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7e130641-d31e-4429-b683-e17f07c25bbe 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Too Much Information.mp3  was infringed upon by a computer at IP Address 216.195.134.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7e130641-d31e-4429-b683-e17f07c25bbe


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7e130641-d31e-4429-b683-e17f07c25bbe


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7e130641-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Too Much Information | Duran Duran Greatest Hits Cd1Duran Duran - Too Much In

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7e130641-d31e-4429-b683-e17f07c25bbe</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7e130641-d31e-4429-b683-e17f07c25bbe</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7e130641-d31e-4429-b683-e17f07c25bbe</URL_Base>
<UserName>TC-7e130641-d31e-4429-b683-e17f07c25bbe</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7e130641-d31e-4429-b683-e17f07c25bbe" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Too Much Information</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Too Much Information.mp3</FileName>
<FileSize>11876353</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1797737204.1333619.1391207913077.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-01a9aa7d-364b-40e4-9167-4d646e18966f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-01a9aa7d-364b-40e4-9167-4d646e18966f 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - What Happens Tomorrow.mp3  was infringed upon by a computer at IP Address 216.195.134

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-01a9aa7d-364b-40e4-9167-4d646e18966f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-01a9aa7d-364b-40e4-9167-4d646e18966f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-01a9aa7d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): What Happens Tomorrow | Duran Duran Greatest Hits Cd1Duran Duran - What Happen

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-01a9aa7d-364b-40e4-9167-4d646e18966f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-01a9aa7d-364b-40e4-9167-4d646e18966f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-01a9aa7d-364b-40e4-9167-4d646e18966f</URL_Base>
<UserName>TC-01a9aa7d-364b-40e4-9167-4d646e18966f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-01a9aa7d-364b-40e4-9167-4d646e18966f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>What Happens Tomorrow</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - What Happens Tomorrow.mp3</FileName>
<FileSize>9832533</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

TO: legal@gr1.net
Message-ID: <1024006171.1333620.1391207913151.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-87a924a9-3647-47f6-8a91-48348913b4d5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-87a924a9-3647-47f6-8a91-48348913b4d5 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-01

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-87a924a9-3647-47f6-8a91-48348913b4d5


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-87a924a9-3647-47f6-8a91-48348913b4d5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-87a924a9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Zoom In | Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3 | 2014-01-31

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-87a924a9-3647-47f6-8a91-48348913b4d5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-87a924a9-3647-47f6-8a91-48348913b4d5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

```
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-87a924a9-3647-47f6-8a91-48348913b4d5</URL_Base>
<UserName>TC-87a924a9-3647-47f6-8a91-48348913b4d5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-87a924a9-3647-47f6-8a91-48348913b4d5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Zoom In</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3</FileName>
<FileSize>8324745</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1671371197.1333621.1391207913216.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3  was infringed upon by a computer at IP Address 216.195.134.49 o

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5b218d6a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): All She Wants Is | Duran Duran Greatest Hits Cd2Duran Duran - All She Wants I

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa</URL_Base>
<UserName>TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5b218d6a-0df2-4169-8de5-6a7cf36385fa" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>All She Wants Is</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3</FileName>
<FileSize>10826231</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <901032963.1333622.1391207913280.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 20

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-33e99212-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bedroom Toys | Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3 | .

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa</URL_Base>
<UserName>TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-33e99212-5ae4-4c67-b340-0e21d5a5beaa" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Bedroom Toys</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3</FileName>
<FileSize>9217088</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

Message-ID: <2141263133.1333623.1391207913347.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-c68085e4-989d-41eb-9ee2-b060443811cc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c68085e4-989d-41eb-9ee2-b060443811cc 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c68085e4-989d-41eb-9ee2-b060443811cc


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c68085e4-989d-41eb-9ee2-b060443811cc


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c68085e4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Big Thing | Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3 | 2014-0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c68085e4-989d-41eb-9ee2-b060443811cc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c68085e4-989d-41eb-9ee2-b060443811cc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

```
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c68085e4-989d-41eb-9ee2-b060443811cc</URL_Base>
<UserName>TC-c68085e4-989d-41eb-9ee2-b060443811cc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c68085e4-989d-41eb-9ee2-b060443811cc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Big Thing</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3</FileName>
<FileSize>8831521</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2020645269.1333624.1391207913410.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-01

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510
```

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-19a7c5db-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Liberty | Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3 | 2014-01-31

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da</URL_Base>
<UserName>TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-19a7c5db-91d8-4fc3-9adf-a3cbaced08da" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Liberty</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3</FileName>
<FileSize>11927553</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <657587758.1333625.1391207913469.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-53df1790-1b9f-450e-b19c-882e44214a44
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-53df1790-1b9f-450e-b19c-882e44214a44 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3  was infringed upon by a computer

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-53df1790-1b9f-450e-b19c-882e44214a44

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-53df1790-1b9f-450e-b19c-882e44214a44


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-53df1790-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Nite-Runner | Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Tim

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-53df1790-1b9f-450e-b19c-882e44214a44</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-53df1790-1b9f-450e-b19c-882e44214a44</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-53df1790-1b9f-450e-b19c-882e44214a44</URL_Base>
<UserName>TC-53df1790-1b9f-450e-b19c-882e44214a44</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-53df1790-1b9f-450e-b19c-882e44214a44" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Nite-Runner</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3</FileName>
<FileSize>9446966</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

TO: legal@i.net
Message-ID: <423792309.1333626.1391207913525.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848 2014-01-31 22:12:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f9bf9b1a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-01-31 22:12:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Out Of My Mind | Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

```
</Compliance>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848</URL_Base>
<UserName>TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f9bf9b1a-8e6f-4554-a97e-69857efa2848" />
</Source>
<Content>
<Item>
<TimeStamp>2014-01-31 22:12:32.0 GMT</TimeStamp>
<Title>Out Of My Mind</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3</FileName>
<FileSize>10112566</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <504246023.1375707.1391216738355.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2 2014-02-01 00:20:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0076 - Johnny Cash - I Walk the Line.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-02-01 00:20:49.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG).

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-33c2e9c6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-01 00:20:49.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 0076 - Johnny Cash - I Walk the Line.mp3 | 2014-02-01 00:20

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2</URL_Base>
<UserName>TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-33c2e9c6-9381-42eb-938c-2f866a3c35d2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<Title>I WALK THE LINE</Title>
<Artist>Johnny Cash</Artist>
<FileName>0076 - Johnny Cash - I Walk the Line.mp3</FileName>
<FileSize>(6,604,904 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>
```

```
 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <171255045.1375708.1391216738410.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f8109e4a-bf26-46a8-aa59-c2df681a8428
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by SHAPIRO BERNSTEIN & CO INC

Reference#: TC-f8109e4a-bf26-46a8-aa59-c2df681a8428 2014-02-01 00:20:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 0868 - Air - Kelly, Watch The Stars!.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-02-01 00:20:49.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f8109e4a-bf26-46a8-aa59-c2df681a8428


Rightscorp, Inc. represents the following 'copyright owner(s)' SHAPIRO BERNSTEIN & CO INC ('SBC').

SBC is the exclusive owners of copyrights for Air musical compositions, including the musical compositions listed below. It has come to o
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

SBC will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from SBC, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f8109e4a-bf26-46a8-aa59-c2df681a8428


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f8109e4a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 00:20:49.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): KELLY WATCH THE STARS | 0868 - Air - Kelly, Watch The Stars!.mp3 | 2014-02-01

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f8109e4a-bf26-46a8-aa59-c2df681a8428</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f8109e4a-bf26-46a8-aa59-c2df681a8428</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f8109e4a-bf26-46a8-aa59-c2df681a8428</URL_Base>
<UserName>TC-f8109e4a-bf26-46a8-aa59-c2df681a8428</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f8109e4a-bf26-46a8-aa59-c2df681a8428" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<Title>KELLY WATCH THE STARS</Title>
<Artist>Air</Artist>
<FileName>0868 - Air - Kelly, Watch The Stars!.mp3</FileName>
<FileSize>(4,534,858 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1944021450.1375709.1391216738470.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1 2014-02-01 00:20:49.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 0958 - Foo Fighters - Best Of You.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-02-01 00:20:49.0 GMT

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for FOO FIGHTERS musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-52e33cb9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 00:20:49.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): BEST OF YOU | 0958 - Foo Fighters - Best Of You.mp3 | 2014-02-01 00:20:49.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1</URL_Base>
<UserName>TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-52e33cb9-cd0b-4f31-ae9a-3639a7bb0ae1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<Title>BEST OF YOU</Title>
<Artist>FOO FIGHTERS</Artist>
<FileName>0958 - Foo Fighters - Best Of You.mp3</FileName>
<FileSize>(6,129,171 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1365522243.1375710.1391216738536.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7177d217-5d59-432f-b48f-ebfccb47f954
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7177d217-5d59-432f-b48f-ebfccb47f954 2014-02-01 00:20:49.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 0989 - Kings Of Leon - Sex On Fire.mp3  was infringed upon by a computer at IP Address 205.209.66.162 on 2014-02-01 00:20:49.0 GM

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7177d217-5d59-432f-b48f-ebfccb47f954


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Kings of Leon musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7177d217-5d59-432f-b48f-ebfccb47f954


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7177d217-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-01 00:20:49.0 GMT

Infringers IP Address: 205.209.66.162

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sex On Fire | 0989 - Kings Of Leon - Sex On Fire.mp3 | 2014-02-01 00:20:49.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7177d217-5d59-432f-b48f-ebfccb47f954</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7177d217-5d59-432f-b48f-ebfccb47f954</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7177d217-5d59-432f-b48f-ebfccb47f954</URL_Base>
<UserName>TC-7177d217-5d59-432f-b48f-ebfccb47f954</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7177d217-5d59-432f-b48f-ebfccb47f954" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 00:20:49.0 GMT</TimeStamp>
<Title>Sex On Fire</Title>
<Artist>Kings of Leon</Artist>
<FileName>0989 - Kings Of Leon - Sex On Fire.mp3</FileName>
<FileSize>(8,272,000 bytes)</FileSize>
<Hash Type="Hash">6EB2F52DACF8D0A0840B24039CFB8127AAB39529</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1255350771.1383421.1391217590122.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8030b5b2-cc4e-4cd7-9072-73101422cc98
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-8030b5b2-cc4e-4cd7-9072-73101422cc98 2014-02-01 00:41:18.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for


Specifically, the file We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi was infringed upon by a computer at IP address 205.209.94.130 on 20

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8030b5b2-cc4e-4cd7-9072-73101422cc98

Further Information and Legal Basis for this Notification:
```

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8030b5b2-cc4e-4cd7-9072-73101422cc98


Infringement Source: Torrent
Timestamp: 2014-02-01 00:41:18.0 GMT
Infringers IP Address: 205.209.94.130
Infringers Port: 64392

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi | 2014-0

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adr

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-8030b

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8030b5b2-cc4e-4cd7-9072-73101422cc98</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8030b5b2-cc4e-4cd7-9072-73101422cc98</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 00:41:18.0 GMT</TimeStamp>
<IP_Address>205.209.94.130</IP_Address>
<Port>64392</Port>
<DNS_Name>205.209.94.130:64392</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8030b5b2-cc4e-4cd7-9072-73101422cc98</URL_Base>
<UserName>TC-8030b5b2-cc4e-4cd7-9072-73101422cc98</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8030b5b2-cc4e-4cd7-9072-73101422cc98" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 00:41:18.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're.the.Millers.2013.DVDRip.XviD.AC3-PsiX.avi</FileName>
<FileSize>1561373488</FileSize>
<Hash Type="Hash">46E7817B60C962AD1A20D1F0A7EFD9F49DA85B6C</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <983582203.1465196.1391225310849.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-cea2974c-851a-4448-b8dd-27a80f9076b1

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cea2974c-851a-4448-b8dd-27a80f9076b1 2014-02-01 02:46:48.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 18 - Dear Lover.wma  was infringed upon by a computer at IP Address 207.5.190.5 on 2014-02-01 02:46:48.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cea2974c-851a-4448-b8dd-27a80f9076b1


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for The Foo Fighters musical compositions, including the musical compositions listed below. It

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cea2974c-851a-4448-b8dd-27a80f9076b1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cea2974c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 02:46:48.0 GMT

Infringers IP Address: 207.5.190.5

Infringers Port: 60935

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dear Lover | 18 - Dear Lover.wma | 2014-02-01 02:46:48.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cea2974c-851a-4448-b8dd-27a80f9076b1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cea2974c-851a-4448-b8dd-27a80f9076b1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 02:46:48.0 GMT</TimeStamp>
<IP_Address>207.5.190.5</IP_Address>
<Port>60935</Port>
<DNS_Name>207.5.190.5:60935</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cea2974c-851a-4448-b8dd-27a80f9076b1</URL_Base>
<UserName>TC-cea2974c-851a-4448-b8dd-27a80f9076b1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cea2974c-851a-4448-b8dd-27a80f9076b1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 02:46:48.0 GMT</TimeStamp>
<Title>Dear Lover</Title>
<Artist>The Foo Fighters</Artist>
<FileName>18 - Dear Lover.wma</FileName>
<FileSize>10.6 MB (11,135,304 bytes)</FileSize>
<Hash Type="Hash">3479FAC2C162E6ADFA211E5D24D6FCAE7AC55C4B</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1732991383.1473702.1391226258872.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-44ed0076-8d32-4339-8a27-012c8296de3f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-44ed0076-8d32-4339-8a27-012c8296de3f 2014-02-01 03:20:02.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S07E01.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.85.233 on 2014

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-44ed0076-8d32-4339-8a27-012c8296de3f

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-44ed0076-8d32-4339-8a27-012c8296de3f

Infringement Source: Torrent
Timestamp: 2014-02-01 03:20:02.0 GMT
Infringers IP Address: 205.209.85.233
Infringers Port: 19762

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S07E01 | The.Big.Bang.Theory.S07E01.HDTV.x264-LOL.mp4 | 2

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

```
Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-44ed0

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-44ed0076-8d32-4339-8a27-012c8296de3f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-44ed0076-8d32-4339-8a27-012c8296de3f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:20:02.0 GMT</TimeStamp>
<IP_Address>205.209.85.233</IP_Address>
<Port>19762</Port>
<DNS_Name>205.209.85.233:19762</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-44ed0076-8d32-4339-8a27-012c8296de3f</URL_Base>
<UserName>TC-44ed0076-8d32-4339-8a27-012c8296de3f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-44ed0076-8d32-4339-8a27-012c8296de3f" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:20:02.0 GMT</TimeStamp>
<Title>The Big Bang Theory S07E01</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S07E01.HDTV.x264-LOL.mp4</FileName>
<FileSize>171 MB (179,929,380 bytes)</FileSize>
<Hash Type="Hash">EFEA7E5E0DA70FCC19E9D4ABAF5D198EAEF5A08B</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2074820093.1489591.1391227883839.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e
```

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6dc30c35-b

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 | 2

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e</URL_Base>
<UserName>TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6dc30c35-b4ef-4c48-8444-a8e569c7689e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <798591871.1489592.1391227883903.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-14120714-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't Wl

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-01 03:33:35.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.85.159&lt;/IP_Address&gt;
&lt;Port&gt;44444&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.85.159:44444&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7&lt;/URL_Base&gt;
&lt;UserName&gt;TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-14120714-ebdd-4d45-a8e6-0284d8f1bcd7" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-01 03:33:35.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;My Memory Ain't What It Used To Be&lt;/Title&gt;
&lt;Artist&gt;Jason Aldean&lt;/Artist&gt;
&lt;FileName&gt;2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3&lt;/FileName&gt;
&lt;FileSize&gt;10230714&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2119876016.1489593.1391227884122.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ad112645-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 | :

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75</URL_Base>
<UserName>TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ad112645-bb4c-455a-bcb0-3d65ab40ca75" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <858469670.1489594.1391227884208.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-40f8c5a7-93b2-4c52-b360-880f4923baee
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-40f8c5a7-93b2-4c52-b360-880f4923baee 2014-02-01 03:33:35.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:35.0 GI

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40f8c5a7-93b2-4c52-b360-880f4923baee

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40f8c5a7-93b2-4c52-b360-880f4923baee


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-40f8c5a7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-02-01 03:33:35.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40f8c5a7-93b2-4c52-b360-880f4923baee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40f8c5a7-93b2-4c52-b360-880f4923baee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40f8c5a7-93b2-4c52-b360-880f4923baee</URL_Base>
<UserName>TC-40f8c5a7-93b2-4c52-b360-880f4923baee</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40f8c5a7-93b2-4c52-b360-880f4923baee" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1277782513.1489595.1391227884281.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-65572137-f061-400c-b56a-ba3216a0f258
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-65572137-f061-400c-b56a-ba3216a0f258 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:35.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-65572137-f061-400c-b56a-ba3216a0f258


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-65572137-f061-400c-b56a-ba3216a0f258


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-65572137-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-02-01 03:33:35.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-65572137-f061-400c-b56a-ba3216a0f258</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-65572137-f061-400c-b56a-ba3216a0f258</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-65572137-f061-400c-b56a-ba3216a0f258</URL_Base>
<UserName>TC-65572137-f061-400c-b56a-ba3216a0f258</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-65572137-f061-400c-b56a-ba3216a0f258" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>


 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <924586700.1489596.1391227884336.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-bcd0d434-6813-48db-90e5-476157cc4770
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit


**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bcd0d434-6813-48db-90e5-476157cc4770 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:35.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bcd0d434-6813-48db-90e5-476157cc4770


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bcd0d434-6813-48db-90e5-476157cc4770


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bcd0d434-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-02-01 03:33:35

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bcd0d434-6813-48db-90e5-476157cc4770</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bcd0d434-6813-48db-90e5-476157cc4770</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bcd0d434-6813-48db-90e5-476157cc4770</URL_Base>
<UserName>TC-bcd0d434-6813-48db-90e5-476157cc4770</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bcd0d434-6813-48db-90e5-476157cc4770" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <997697717.1489597.1391227884397.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1576d72b-884e-4e63-93ba-6b14e18d908b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1576d72b-884e-4e63-93ba-6b14e18d908b 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1576d72b-884e-4e63-93ba-6b14e18d908b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1576d72b-884e-4e63-93ba-6b14e18d908b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1576d72b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1576d72b-884e-4e63-93ba-6b14e18d908b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1576d72b-884e-4e63-93ba-6b14e18d908b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1576d72b-884e-4e63-93ba-6b14e18d908b</URL_Base>
<UserName>TC-1576d72b-884e-4e63-93ba-6b14e18d908b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1576d72b-884e-4e63-93ba-6b14e18d908b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1947840853.1489598.1391227884460.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-13290156-0478-4094-b9e1-7a707caa58e7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-13290156-0478-4094-b9e1-7a707caa58e7 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-13290156-0478-4094-b9e1-7a707caa58e7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-13290156-0478-4094-b9e1-7a707caa58e7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-13290156-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-02-01

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-13290156-0478-4094-b9e1-7a707caa58e7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-13290156-0478-4094-b9e1-7a707caa58e7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-13290156-0478-4094-b9e1-7a707caa58e7</URL_Base>
<UserName>TC-13290156-0478-4094-b9e1-7a707caa58e7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-13290156-0478-4094-b9e1-7a707caa58e7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <984660378.1489599.1391227884514.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c362097b-f25e-4e10-bd63-d727fe88483c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c362097b-f25e-4e10-bd63-d727fe88483c 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c362097b-f25e-4e10-bd63-d727fe88483c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c362097b-f25e-4e10-bd63-d727fe88483c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c362097b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c362097b-f25e-4e10-bd63-d727fe88483c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c362097b-f25e-4e10-bd63-d727fe88483c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c362097b-f25e-4e10-bd63-d727fe88483c</URL_Base>
<UserName>TC-c362097b-f25e-4e10-bd63-d727fe88483c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c362097b-f25e-4e10-bd63-d727fe88483c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <417329066.1489600.1391227884569.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-55cb6eb7-876e-4199-abaa-53e57be05df3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-55cb6eb7-876e-4199-abaa-53e57be05df3 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-55cb6eb7-876e-4199-abaa-53e57be05df3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-55cb6eb7-876e-4199-abaa-53e57be05df3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-55cb6eb7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-02-01 03:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-55cb6eb7-876e-4199-abaa-53e57be05df3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-55cb6eb7-876e-4199-abaa-53e57be05df3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-55cb6eb7-876e-4199-abaa-53e57be05df3</URL_Base>
<UserName>TC-55cb6eb7-876e-4199-abaa-53e57be05df3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-55cb6eb7-876e-4199-abaa-53e57be05df3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <578732760.1489601.1391227884624.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-f512b4ec-e858-41f9-965b-42e202531654
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f512b4ec-e858-41f9-965b-42e202531654 2014-02-01 03:33:35.0

Dear Sir or Madam:

          Your ISP has forwarded you this notice.
          Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
          Your ISP service could be suspended if this matter is not resolved.
          You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

          We represent the copyright owner.
          This notice is an offer of settlement.
          If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

          Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f512b4ec-e858-41f9-965b-42e202531654


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f512b4ec-e858-41f9-965b-42e202531654


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f512b4ec-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f512b4ec-e858-41f9-965b-42e202531654</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f512b4ec-e858-41f9-965b-42e202531654</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f512b4ec-e858-41f9-965b-42e202531654</URL_Base>
<UserName>TC-f512b4ec-e858-41f9-965b-42e202531654</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f512b4ec-e858-41f9-965b-42e202531654" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>


 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <378794371.1489602.1391227884679.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ac1e5e61-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-02-01 03:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2</URL_Base>
<UserName>TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ac1e5e61-4ae0-4101-98d4-69712dbcc0d2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1551389248.1489603.1391227884733.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3bbd0fcd-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b</URL_Base>
<UserName>TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3bbd0fcd-fddb-469b-964c-9b2b6028af6b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <496090182.1489604.1391227884787.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
   TC-abbf6b5f-b649-4384-8bb8-63f30011df16
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-abbf6b5f-b649-4384-8bb8-63f30011df16 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-abbf6b5f-b649-4384-8bb8-63f30011df16


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-abbf6b5f-b649-4384-8bb8-63f30011df16


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-abbf6b5f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-02-01

  --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-abbf6b5f-b649-4384-8bb8-63f30011df16</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-abbf6b5f-b649-4384-8bb8-63f30011df16</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-abbf6b5f-b649-4384-8bb8-63f30011df16</URL_Base>
<UserName>TC-abbf6b5f-b649-4384-8bb8-63f30011df16</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-abbf6b5f-b649-4384-8bb8-63f30011df16" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <557960883.1489605.1391227884841.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8cf1752a-a...

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5</URL_Base>
<UserName>TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8cf1752a-adb0-46f6-9f3b-fc541e1b5dd5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <902432687.1489606.1391227884896.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cc95cb42-f566-4fc4-99d1-748f09118ef3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cc95cb42-f566-4fc4-99d1-748f09118ef3 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cc95cb42-f566-4fc4-99d1-748f09118ef3

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cc95cb42-f566-4fc4-99d1-748f09118ef3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cc95cb42-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-02-0

 --Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cc95cb42-f566-4fc4-99d1-748f09118ef3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cc95cb42-f566-4fc4-99d1-748f09118ef3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cc95cb42-f566-4fc4-99d1-748f09118ef3</URL_Base>
<UserName>TC-cc95cb42-f566-4fc4-99d1-748f09118ef3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cc95cb42-f566-4fc4-99d1-748f09118ef3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1280059710.1489607.1391227884951.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-e82bc611-c26e-47db-9aee-160a2ae838cf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e82bc611-c26e-47db-9aee-160a2ae838cf 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 03:33:35

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e82bc611-c26e-47db-9aee-160a2ae838cf


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e82bc611-c26e-47db-9aee-160a2ae838cf


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e82bc611-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-02-01 03:33

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e82bc611-c26e-47db-9aee-160a2ae838cf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e82bc611-c26e-47db-9aee-160a2ae838cf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e82bc611-c26e-47db-9aee-160a2ae838cf</URL_Base>
<UserName>TC-e82bc611-c26e-47db-9aee-160a2ae838cf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e82bc611-c26e-47db-9aee-160a2ae838cf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1295857767.1489608.1391227885011.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8ba1900b-a117-455a-a1a7-ac3029e20fab
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8ba1900b-a117-455a-a1a7-ac3029e20fab 2014-02-01 03:33:35.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-01 0

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8ba1900b-a117-455a-a1a7-ac3029e20fab


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8ba1900b-a117-455a-a1a7-ac3029e20fab


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8ba1900b-a

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8ba1900b-a117-455a-a1a7-ac3029e20fab</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8ba1900b-a117-455a-a1a7-ac3029e20fab</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8ba1900b-a117-455a-a1a7-ac3029e20fab</URL_Base>
<UserName>TC-8ba1900b-a117-455a-a1a7-ac3029e20fab</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8ba1900b-a117-455a-a1a7-ac3029e20fab" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <900488175.1489609.1391227885065.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842 2014-02-01 03:33:35.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159 .

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-24205fb3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 03:33:35.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842</URL_Base>
<UserName>TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-24205fb3-4fd5-4ba1-ac7b-60f42dc93842" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 03:33:35.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1056593090.1515683.1391230880301.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-13544e27-afc1-45aa-966f-09ff7c635339
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-13544e27-afc1-45aa-966f-09ff7c635339 2014-02-01 04:31:51.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Zombie LiveRob Zombie - Zombie Live - 15. The Devil's Rejects.flac  was infringed upon by a computer at IP Address 205.209.67.13

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-13544e27-afc1-45aa-966f-09ff7c635339


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Rob Zombie musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-13544e27-afc1-45aa-966f-09ff7c635339


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-13544e27-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 04:31:51.0 GMT

Infringers IP Address: 205.209.67.134

Infringers Port: 39961

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Devil's Rejects | Zombie LiveRob Zombie - Zombie Live - 15. The Devil's R

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-13544e27-afc1-45aa-966f-09ff7c635339</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-13544e27-afc1-45aa-966f-09ff7c635339</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 04:31:51.0 GMT</TimeStamp>
<IP_Address>205.209.67.134</IP_Address>
<Port>39961</Port>
<DNS_Name>205.209.67.134:39961</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-13544e27-afc1-45aa-966f-09ff7c635339</URL_Base>
<UserName>TC-13544e27-afc1-45aa-966f-09ff7c635339</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-13544e27-afc1-45aa-966f-09ff7c635339" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 04:31:51.0 GMT</TimeStamp>
<Title>The Devil's Rejects</Title>
<Artist>Rob Zombie</Artist>
<FileName>Zombie LiveRob Zombie - Zombie Live - 15. The Devil's Rejects.flac</FileName>
<FileSize>29030313</FileSize>
<Hash Type="Hash">5021A61B8A007545B00FB6A09E605E88C1958D5B</Hash>
</Item>
</Content>
</Infringement>


 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1202549049.1541323.1391235012990.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace 2014-02-01 05:28:14.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 Skillet - Rise.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-01 05:28:14.0 GMT.

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f2fd84d9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 05:28:14.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rise | 01 Skillet - Rise.mp3 | 2014-02-01 05:28:14.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 05:28:14.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace</URL_Base>
<UserName>TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f2fd84d9-668a-4956-8510-f3ee3b9a4ace" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 05:28:14.0 GMT</TimeStamp>
<Title>Rise</Title>
<Artist>Skillet</Artist>
<FileName>01 Skillet - Rise.mp3</FileName>
<FileSize>10559406</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <84026827.1541324.1391235013057.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75 2014-02-01 05:28:14.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Skillet - Sick of It.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-01 05:28:14.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Skillet musical compositions, including the musical compositions listed below. It has come

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3039c7fe-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 05:28:14.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sick Of It | 02 Skillet - Sick of It.mp3 | 2014-02-01 05:28:14.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 05:28:14.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75</URL_Base>
<UserName>TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3039c7fe-cef2-40ab-b49a-9e7169a0aa75" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 05:28:14.0 GMT</TimeStamp>
<Title>Sick Of It</Title>
<Artist>Skillet</Artist>
<FileName>02 Skillet - Sick of It.mp3</FileName>
<FileSize>7741316</FileSize>
<Hash Type="Hash">CFB3C05EE9892A5848440B25249428FA4701194F</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1300768132.1544078.1391235468958.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-6e03f509-b778-4fd5-9464-abd40ef591a2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6e03f509-b778-4fd5-9464-abd40ef591a2 2014-02-01 05:47:46.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 14-akon-rush_(ft._kardinal_offishall)-osc.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-01 05:47

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6e03f509-b778-4fd5-9464-abd40ef591a2


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Akon musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6e03f509-b778-4fd5-9464-abd40ef591a2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6e03f509-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-01 05:47:46.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rush | 14-akon-rush_(ft._kardinal_offishall)-osc.mp3 | 2014-02-01 05:47:46.0

 --Start ACNS XML
```

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6e03f509-b778-4fd5-9464-abd40ef591a2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6e03f509-b778-4fd5-9464-abd40ef591a2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 05:47:46.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6e03f509-b778-4fd5-9464-abd40ef591a2</URL_Base>
<UserName>TC-6e03f509-b778-4fd5-9464-abd40ef591a2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6e03f509-b778-4fd5-9464-abd40ef591a2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 05:47:46.0 GMT</TimeStamp>
<Title>Rush</Title>
<Artist>Akon</Artist>
<FileName>14-akon-rush_(ft._kardinal_offishall)-osc.mp3</FileName>
<FileSize>5317050</FileSize>
<Hash Type="Hash">E09AE78398F7F9AA12646E4C0350A733D913838B</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1436958080.1590806.1391246679495.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c13dd665-d84b-4a44-9265-818428c3aec2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c13dd665-d84b-4a44-9265-818428c3aec2 2014-02-01 08:58:26.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S07E02.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.85.233 on 2014

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c13dd665-d84b-4a44-9265-818428c3aec2

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c13dd665-d84b-4a44-9265-818428c3aec2

```
Infringement Source: Torrent
Timestamp: 2014-02-01 08:58:26.0 GMT
Infringers IP Address: 205.209.85.233
Infringers Port: 19762
```

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S07E02 | The.Big.Bang.Theory.S07E02.HDTV.x264-LOL.mp4 |

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and and

Very Truly Yours,

```
Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510


** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-c13dd

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c13dd665-d84b-4a44-9265-818428c3aec2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c13dd665-d84b-4a44-9265-818428c3aec2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-01 08:58:26.0 GMT</TimeStamp>
<IP_Address>205.209.85.233</IP_Address>
<Port>19762</Port>
<DNS_Name>205.209.85.233:19762</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c13dd665-d84b-4a44-9265-818428c3aec2</URL_Base>
<UserName>TC-c13dd665-d84b-4a44-9265-818428c3aec2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c13dd665-d84b-4a44-9265-818428c3aec2" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-01 08:58:26.0 GMT</TimeStamp>
<Title>The Big Bang Theory S07E02</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S07E02.HDTV.x264-LOL.mp4</FileName>
<FileSize>164 MB (172,207,440 bytes)</FileSize>
<Hash Type="Hash">15913522AED9CFEDB08D3F40D4A3D9C1EFA1EBB2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Dump text with one or more case numbers and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2090906701.166844.1392171093406.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8723def3-3738-440e-98ac-785ab949d53b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8723def3-3738-440e-98ac-785ab949d53b 2014-02-10 03:01:07.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Bruno Mars - Locked Out of Heaven.mp3  was infringed upon by a computer at IP Address 66.55.201.170 on 2014-02-10 03:01:07.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8723def3-3738-440e-98ac-785ab949d53b


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG).

BMG is the exclusive owners of copyrights for BRUNO MARS musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8723def3-3738-440e-98ac-785ab949d53b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8723def3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 03:01:07.0 GMT

Infringers IP Address: 66.55.201.170

Infringers Port: 6881

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Locked Out Of Heaven | Bruno Mars - Locked Out of Heaven.mp3 | 2014-02-10 03:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8723def3-3738-440e-98ac-785ab949d53b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8723def3-3738-440e-98ac-785ab949d53b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 03:01:07.0 GMT</TimeStamp>
<IP_Address>66.55.201.170</IP_Address>
<Port>6881</Port>
<DNS_Name>66.55.201.170:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8723def3-3738-440e-98ac-785ab949d53b</URL_Base>
<UserName>TC-8723def3-3738-440e-98ac-785ab949d53b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8723def3-3738-440e-98ac-785ab949d53b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 03:01:07.0 GMT</TimeStamp>
<Title>Locked Out Of Heaven</Title>
<Artist>BRUNO MARS</Artist>
<FileName>Bruno Mars - Locked Out of Heaven.mp3</FileName>
<FileSize>(9,443,573 bytes)</FileSize>
<Hash Type="Hash">18C1D467CB6543AB5FB88B659DE0B14058815845</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <799612570.188616.1392173785961.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c 2014-02-10 03:41:51.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Lately.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 03:41:51.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for David Gray musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-da7bb842-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 03:41:51.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Lately | Lately.mp3 | 2014-02-10 03:41:51.0 | SHA1 |

   --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 03:41:51.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c</URL_Base>
<UserName>TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-da7bb842-8ce8-4b5c-a990-3c9718ba043c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 03:41:51.0 GMT</TimeStamp>
<Title>Lately</Title>
<Artist>David Gray</Artist>
<FileName>Lately.mp3</FileName>
<FileSize>10198677</FileSize>
<Hash Type="Hash">8B92EDE9DE6F8A1FEF47DDEE438B7C228A963D20</Hash>
</Item>
</Content>
</Infringement>

   --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <113074482.240204.1392179703597.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01 The One That Got Away.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8d372e9a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The One That Got Away | 01 The One That Got Away.mp3 | 2014-02-10 05:13:58.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>

```
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72</URL_Base>
<UserName>TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8d372e9a-f8c8-4a42-a5d3-4ea220676f72" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>The One That Got Away</Title>
<Artist>Civil Wars</Artist>
<FileName>01 The One That Got Away.mp3</FileName>
<FileSize>8.16 MB (8,566,133 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <553437169.240205.1392179703653.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 I Had Me a Girl.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-aa0cbe3a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Had Me A Girl | 02 I Had Me a Girl.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa</URL_Base>
<UserName>TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-aa0cbe3a-a28a-4699-bac5-67531e1699fa" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>I Had Me A Girl</Title>
<Artist>Civil Wars</Artist>
<FileName>02 I Had Me a Girl.mp3</FileName>
<FileSize>8.64 MB (9,065,766 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <185705134.240206.1392179703708.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-145364a9-0037-4052-aa3d-61c8ec90b83f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-145364a9-0037-4052-aa3d-61c8ec90b83f 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 03 Same Old Same Old.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-145364a9-0037-4052-aa3d-61c8ec90b83f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-145364a9-0037-4052-aa3d-61c8ec90b83f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-145364a9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Same Old Same Old | 03 Same Old Same Old.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-145364a9-0037-4052-aa3d-61c8ec90b83f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-145364a9-0037-4052-aa3d-61c8ec90b83f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-145364a9-0037-4052-aa3d-61c8ec90b83f</URL_Base>
<UserName>TC-145364a9-0037-4052-aa3d-61c8ec90b83f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-145364a9-0037-4052-aa3d-61c8ec90b83f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Same Old Same Old</Title>
<Artist>Civil Wars</Artist>
<FileName>03 Same Old Same Old.mp3</FileName>
<FileSize>8.76 MB (9,190,940 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1230916792.240207.1392179703763.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3 2014-02-10 05:13:58.0

Dear Sir or Madam:

>     Your ISP has forwarded you this notice.
>     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
>     Your ISP service could be suspended if this matter is not resolved.
>     You could be liable for up to $150,000 per infringement in civil penalties.

The file 04 Dust to Dust.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

>     We represent the copyright owner.
>     This notice is an offer of settlement.
>     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

>     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b77adc3a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dust To Dust | 04 Dust to Dust.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>

```
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3</URL_Base>
<UserName>TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b77adc3a-ce77-45a1-8a7d-398af563b6c3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Dust To Dust</Title>
<Artist>Civil Wars</Artist>
<FileName>04 Dust to Dust.mp3</FileName>
<FileSize>8.81 MB (9,244,219 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <446594624.240208.1392179703818.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 Eavesdrop.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8ec02dec-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Eavesdrop | 05 Eavesdrop.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf</URL_Base>
<UserName>TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8ec02dec-4c4f-490e-ac27-dc3699f01edf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Eavesdrop</Title>
<Artist>Civil Wars</Artist>
<FileName>05 Eavesdrop.mp3</FileName>
<FileSize>8.27 MB (8,673,733 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <80721733.240209.1392179703872.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d27ebf58-0acd-4a2f-bf62-e009b4920490
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d27ebf58-0acd-4a2f-bf62-e009b4920490 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 06 Devil's Backbone.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d27ebf58-0acd-4a2f-bf62-e009b4920490


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d27ebf58-0acd-4a2f-bf62-e009b4920490


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d27ebf58-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Devil's Backbone | 06 Devil's Backbone.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d27ebf58-0acd-4a2f-bf62-e009b4920490</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d27ebf58-0acd-4a2f-bf62-e009b4920490</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d27ebf58-0acd-4a2f-bf62-e009b4920490</URL_Base>
<UserName>TC-d27ebf58-0acd-4a2f-bf62-e009b4920490</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d27ebf58-0acd-4a2f-bf62-e009b4920490" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Devil's Backbone</Title>
<Artist>Civil Wars</Artist>
<FileName>06 Devil's Backbone.mp3</FileName>
<FileSize>5.75 MB (6,035,380 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <459353691.240210.1392179703926.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4ea00be9-5385-4fd9-8353-11d1f676c763
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4ea00be9-5385-4fd9-8353-11d1f676c763 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 From This Valley.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4ea00be9-5385-4fd9-8353-11d1f676c763


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4ea00be9-5385-4fd9-8353-11d1f676c763


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4ea00be9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): From This Valley | 07 From This Valley.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4ea00be9-5385-4fd9-8353-11d1f676c763</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4ea00be9-5385-4fd9-8353-11d1f676c763</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4ea00be9-5385-4fd9-8353-11d1f676c763</URL_Base>
<UserName>TC-4ea00be9-5385-4fd9-8353-11d1f676c763</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4ea00be9-5385-4fd9-8353-11d1f676c763" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>From This Valley</Title>
<Artist>Civil Wars</Artist>
<FileName>07 From This Valley.mp3</FileName>
<FileSize>8.19 MB (8,594,329 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1051277963.240211.1392179703981.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Oh Henry.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9a0789f3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh Henry | 09 Oh Henry.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134</URL_Base>
<UserName>TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9a0789f3-1dae-430a-8d92-71fd6ea1e134" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Oh Henry</Title>
<Artist>Civil Wars</Artist>
<FileName>09 Oh Henry.mp3</FileName>
<FileSize>8.16 MB (8,567,117 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2097390068.240212.1392179704035.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-45885a5a-0212-4960-a207-fe3da8b1fde7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-45885a5a-0212-4960-a207-fe3da8b1fde7 2014-02-10 05:13:58.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11 Sacred Heart.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-45885a5a-0212-4960-a207-fe3da8b1fde7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-45885a5a-0212-4960-a207-fe3da8b1fde7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-45885a5a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Sacred Heart | 11 Sacred Heart.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-45885a5a-0212-4960-a207-fe3da8b1fde7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-45885a5a-0212-4960-a207-fe3da8b1fde7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-45885a5a-0212-4960-a207-fe3da8b1fde7</URL_Base>
<UserName>TC-45885a5a-0212-4960-a207-fe3da8b1fde7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-45885a5a-0212-4960-a207-fe3da8b1fde7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>Sacred Heart</Title>
<Artist>Civil Wars</Artist>
<FileName>11 Sacred Heart.mp3</FileName>
<FileSize>7.65 MB (8,029,005 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <898002582.240213.1392179704089.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541 2014-02-10 05:13:58.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 D'Arline.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 05:13:58.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Civil Wars musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4fe3422e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 05:13:58.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D'Arline | 12 D'Arline.mp3 | 2014-02-10 05:13:58.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541</URL_Base>
<UserName>TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4fe3422e-0ab8-41c2-a9e0-f716f8e5c541" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 05:13:58.0 GMT</TimeStamp>
<Title>D'Arline</Title>
<Artist>Civil Wars</Artist>
<FileName>12 D'Arline.mp3</FileName>
<FileSize>7.23 MB (7,581,781 bytes)</FileSize>
<Hash Type="Hash">79D0400E9DCC59B0B31B42CC889327D0111B0AC8</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1183869824.279898.1392184433833.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a 2014-02-10 07:17:55.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02 Locked Out Of Heaven.mp3  was infringed upon by a computer at IP Address 205.209.95.158 on 2014-02-10 07:17:55.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for BRUNO MARS musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c3695f46-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-10 07:17:55.0 GMT

Infringers IP Address: 205.209.95.158

Infringers Port: 43174

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Locked Out Of Heaven | 02 Locked Out Of Heaven.mp3 | 2014-02-10 07:17:55.0 | :

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 07:17:55.0 GMT</TimeStamp>
<IP_Address>205.209.95.158</IP_Address>
<Port>43174</Port>
<DNS_Name>205.209.95.158:43174</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a</URL_Base>
<UserName>TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c3695f46-204b-4fa0-b1b1-127b575e9a9a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 07:17:55.0 GMT</TimeStamp>
<Title>Locked Out Of Heaven</Title>
<Artist>BRUNO MARS</Artist>
<FileName>02 Locked Out Of Heaven.mp3</FileName>
<FileSize>(8,025,464 bytes)</FileSize>
<Hash Type="Hash">7DECE19AA7D678B9ED87BE46DD013B4BD33A0ADE</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <379940569.281962.1392184688012.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7 2014-02-10 07:23:25.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-10 07

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has c
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3ca068af-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-10 07:23:25.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 07:23:25.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7</URL_Base>
<UserName>TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3ca068af-74bf-45fe-a6dd-d3c2361927d7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 07:23:25.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacree (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1124529670.296389.1392036447986.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6 2014-02-10 12:29:56.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S07E15.720p.HDTV.X264-DIMENSION.mkv was infringed upon by a computer at IP address 205.209.95.

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6


Infringement Source: Torrent
Timestamp: 2014-02-10 12:29:56.0 GMT
Infringers IP Address: 205.209.95.185
Infringers Port: 62654

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S07E15 | The.Big.Bang.Theory.S07E15.720p.HDTV.X264-DIMEN

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-def2f

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 12:29:56.0 GMT</TimeStamp>
<IP_Address>205.209.95.185</IP_Address>
<Port>62654</Port>
<DNS_Name>205.209.95.185:62654</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6</URL_Base>
<UserName>TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-def2f3eb-a6b8-400b-bcf4-693b4d2d57a6" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 12:29:56.0 GMT</TimeStamp>
<Title>The Big Bang Theory S07E15</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S07E15.720p.HDTV.X264-DIMENSION.mkv</FileName>
<FileSize>485 MB (509,205,070 bytes)</FileSize>
<Hash Type="Hash">5E32C9F57FB1F71932C6233177284859645514C</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2055954219.297597.1392047571063.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-35a955bd-1d58-4509-8210-a2b406bd043e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-35a955bd-1d58-4509-8210-a2b406bd043e 2014-02-10 15:17:11.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for


Specifically, the file Supernatural.S03E01.HDTV.XviD-XOR.avi was infringed upon by a computer at IP address 216.195.184.116 on 2014-02-10

             Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-35a955bd-1d58-4509-8210-a2b406bd043e

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-35a955bd-1d58-4509-8210-a2b406bd043e


Infringement Source: Torrent
Timestamp: 2014-02-10 15:17:11.0 GMT
Infringers IP Address: 216.195.184.116
Infringers Port: 11136

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S03E01 | Supernatural.S03E01.HDTV.XviD-XOR.avi | 2014-02-10 15:

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,
```

```
Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-35a95

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-35a955bd-1d58-4509-8210-a2b406bd043e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-35a955bd-1d58-4509-8210-a2b406bd043e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<IP_Address>216.195.184.116</IP_Address>
<Port>11136</Port>
<DNS_Name>216.195.184.116:11136</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-35a955bd-1d58-4509-8210-a2b406bd043e</URL_Base>
<UserName>TC-35a955bd-1d58-4509-8210-a2b406bd043e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-35a955bd-1d58-4509-8210-a2b406bd043e" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<Title>Supernatural S03E01</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural.S03E01.HDTV.XviD-XOR.avi</FileName>
<FileSize>350.08 MB</FileSize>
<Hash Type="Hash">27FBA9B8BF679C7CE46D51916F600521BD0A9874</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1054137041.297598.1392047571149.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-be34b491-bede-45d3-a832-f168c897e530
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-be34b491-bede-45d3-a832-f168c897e530 2014-02-10 15:17:11.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Supernatural.S03E02.HDTV.XviD-STFU.avi was infringed upon by a computer at IP address 216.195.184.116 on 2014-02-1

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:
```

https://secure.digitalrightscorp.com/settle/TC-be34b491-bede-45d3-a832-f168c897e530

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-be34b491-bede-45d3-a832-f168c897e530


Infringement Source: Torrent
Timestamp: 2014-02-10 15:17:11.0 GMT
Infringers IP Address: 216.195.184.116
Infringers Port: 11136

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S03E02 | Supernatural.S03E02.HDTV.XviD-STFU.avi | 2014-02-10 15

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-be34b

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-be34b491-bede-45d3-a832-f168c897e530&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-be34b491-bede-45d3-a832-f168c897e530&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-10 15:17:11.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;216.195.184.116&lt;/IP_Address&gt;
&lt;Port&gt;11136&lt;/Port&gt;
&lt;DNS_Name&gt;216.195.184.116:11136&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-be34b491-bede-45d3-a832-f168c897e530&lt;/URL_Base&gt;
&lt;UserName&gt;TC-be34b491-bede-45d3-a832-f168c897e530&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-be34b491-bede-45d3-a832-f168c897e530" Password="" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-10 15:17:11.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Supernatural S03E02&lt;/Title&gt;
&lt;Artist&gt;WARNER BROS. ENTERTAINMENT&lt;/Artist&gt;
&lt;FileName&gt;Supernatural.S03E02.HDTV.XviD-STFU.avi&lt;/FileName&gt;
&lt;FileSize&gt;350 MB&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;27FBA9B8BF679C7CE46D51916F600521BD0A9874&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

```
To: legal@gwi.net
Message-ID: <1079161967.297599.1392047571226.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c344d5c4-32dd-48cc-99e6-371300f9cef1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c344d5c4-32dd-48cc-99e6-371300f9cef1 2014-02-10 15:17:11.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Supernatural.S03E03.HDTV.XViD-Caph.avi was infringed upon by a computer at IP address 216.195.184.116 on 2014-02-1

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c344d5c4-32dd-48cc-99e6-371300f9cef1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c344d5c4-32dd-48cc-99e6-371300f9cef1


Infringement Source: Torrent
Timestamp: 2014-02-10 15:17:11.0 GMT
Infringers IP Address: 216.195.184.116
Infringers Port: 11136

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S03E03 | Supernatural.S03E03.HDTV.XViD-Caph.avi | 2014-02-10 15

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-c344d

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c344d5c4-32dd-48cc-99e6-371300f9cef1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c344d5c4-32dd-48cc-99e6-371300f9cef1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
```

```
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
</Source>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<IP_Address>216.195.184.116</IP_Address>
<Port>11136</Port>
<DNS_Name>216.195.184.116:11136</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c344d5c4-32dd-48cc-99e6-371300f9cef1</URL_Base>
<UserName>TC-c344d5c4-32dd-48cc-99e6-371300f9cef1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c344d5c4-32dd-48cc-99e6-371300f9cef1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<Title>Supernatural S03E03</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural.S03E03.HDTV.XViD-Caph.avi</FileName>
<FileSize>346.78 MB</FileSize>
<Hash Type="Hash">27FBA9B8BF679C7CE46D51916F600521BD0A9874</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <402456817.297600.1392047571301.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66 2014-02-10 15:17:11.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Supernatural.S03E04.HDTV.XviD-LOL.avi was infringed upon by a computer at IP address 216.195.184.116 on 2014-02-10

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66

Infringement Source: Torrent
Timestamp: 2014-02-10 15:17:11.0 GMT
Infringers IP Address: 216.195.184.116
Infringers Port: 11136

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S03E04 | Supernatural.S03E04.HDTV.XviD-LOL.avi | 2014-02-10 15:

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-49bb0

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<IP_Address>216.195.184.116</IP_Address>
<Port>11136</Port>
<DNS_Name>216.195.184.116:11136</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66</URL_Base>
<UserName>TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-49bb0a66-65ee-4919-81f4-be1e8dde4f66" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<Title>Supernatural S03E04</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural.S03E04.HDTV.XviD-LOL.avi</FileName>
<FileSize>350.01 MB</FileSize>
<Hash Type="Hash">27FBA9B8BF679C7CE46D51916F600521BD0A9874</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1140998920.297601.1392047571369.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-35236337-dc61-492c-8c34-178421764012
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-35236337-dc61-492c-8c34-178421764012 2014-02-10 15:17:11.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Supernatural.S03E05.HDTV.XviD-NoTV.avi was infringed upon by a computer at IP address 216.195.184.116 on 2014-02-1

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-35236337-dc61-492c-8c34-178421764012

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-35236337-dc61-492c-8c34-178421764012


Infringement Source: Torrent
Timestamp: 2014-02-10 15:17:11.0 GMT
Infringers IP Address: 216.195.184.116
Infringers Port: 11136

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S03E05 | Supernatural.S03E05.HDTV.XviD-NoTV.avi | 2014-02-10 15

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-35236

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-35236337-dc61-492c-8c34-178421764012</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-35236337-dc61-492c-8c34-178421764012</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<IP_Address>216.195.184.116</IP_Address>
<Port>11136</Port>
<DNS_Name>216.195.184.116:11136</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-35236337-dc61-492c-8c34-178421764012</URL_Base>
<UserName>TC-35236337-dc61-492c-8c34-178421764012</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-35236337-dc61-492c-8c34-178421764012" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 15:17:11.0 GMT</TimeStamp>
<Title>Supernatural S03E05</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural.S03E05.HDTV.XviD-NoTV.avi</FileName>
<FileSize>348.49 MB</FileSize>
<Hash Type="Hash">27FBA9B8BF679C7CE46D51916F600521BD0A9874</Hash>

```
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <823671313.297832.1392049298599.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8 2014-02-10 15:50:33.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file 300.2006.BluRay.1080p.x264.YIFY.mp4 was infringed upon by a computer at IP address 205.209.85.212 on 2014-02-10 15

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8


Infringement Source: Torrent
Timestamp: 2014-02-10 15:50:33.0 GMT
Infringers IP Address: 205.209.85.212
Infringers Port: 13782

Listing of infringement(s) (Title /Filename/Timestamp/Hash): 300 | 300.2006.BluRay.1080p.x264.YIFY.mp4 | 2014-02-10 15:50:33.0 | B1DB84BF

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-00af1

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8</Ref_URL>

```
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 15:50:33.0 GMT</TimeStamp>
<IP_Address>205.209.85.212</IP_Address>
<Port>13782</Port>
<DNS_Name>205.209.85.212:13782</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8</URL_Base>
<UserName>TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-00af1c59-002c-4d1b-a24e-b882fec6bdb8" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 15:50:33.0 GMT</TimeStamp>
<Title>300</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>300.2006.BluRay.1080p.x264.YIFY.mp4</FileName>
<FileSize>1.49 GB (1,606,500,292 bytes)</FileSize>
<Hash Type="Hash">B1DB84BF4442D8A3A1A666D8AEF6786D43FCE427</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <857278873.298059.1392051251155.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf 2014-02-10 16:35:19.0 GMT

Dear Sir or Madam:

    Your ISP has forwarded you this notice.

    This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

    Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Supernatural.S09E13.720p.HDTV.X264-DIMENSION.mkv was infringed upon by a computer at IP address 205.209.95.185 on

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonabl

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf

Infringement Source: Torrent
Timestamp: 2014-02-10 16:35:19.0 GMT
Infringers IP Address: 205.209.95.185
Infringers Port: 62654

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Supernatural S09E13 | Supernatural.S09E13.720p.HDTV.X264-DIMENSION.mkv | 201

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-9191b

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 16:35:19.0 GMT</TimeStamp>
<IP_Address>205.209.95.185</IP_Address>
<Port>62654</Port>
<DNS_Name>205.209.95.185:62654</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf</URL_Base>
<UserName>TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9191bd18-3a0c-45ad-8076-5a4a392b74cf" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 16:35:19.0 GMT</TimeStamp>
<Title>Supernatural S09E13</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Supernatural.S09E13.720p.HDTV.X264-DIMENSION.mkv</FileName>
<FileSize>819 MB (859,049,560 bytes)</FileSize>
<Hash Type="Hash">4219800F85A7DE25B49BBA94BFC54FDF03C72A8B</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1896641157.298180.1392052556335.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a 2014-02-10 17:00:17.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of our

Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-1

Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a

Infringement Source: Torrent
Timestamp: 2014-02-10 17:00:17.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-02-10 17:00:17

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-aef3f

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-10 17:00:17.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.66.162&lt;/IP_Address&gt;
&lt;Port&gt;6881&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.66.162:6881&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a&lt;/URL_Base&gt;
&lt;UserName&gt;TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-aef3f882-d6cf-40ff-bca0-69c6cd57287a" Password="" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;

```
<TimeStamp>2014-02-10 17:00:17.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>
```

```
 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1432405928.5429.1392072130079.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b 2014-02-10 22:07:56.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-10 22:07:56.

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b

Infringement Source: Torrent
Timestamp: 2014-02-10 22:07:56.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-02-10 22:07:56.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-63f25

If you need immediate assistance or if you have general questions please call the number listed above.

 --Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-10 22:07:56.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b</URL_Base>
<UserName>TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63f25fd6-981b-4573-a9e2-41ec6ae4dc9b" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-10 22:07:56.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Dump text with one or more case numbers and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ Go get them ]

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1866501934.498752.1392210989452.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee 2014-02-11 01:33:48.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3  was infringed upon by a computer at IP Address 216.195

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Dillon Francis musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ebb594f4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

```
Timestamp: 2014-02-11 01:33:48.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Without You | Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Withou

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 01:33:48.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee</URL_Base>
<UserName>TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ebb594f4-ea23-404e-9d2c-3d524eac86ee" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 01:33:48.0 GMT</TimeStamp>
<Title>Without You</Title>
<Artist>Dillon Francis</Artist>
<FileName>Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3</FileName>
<FileSize>9.46 MB (9,922,408 bytes)</FileSize>
<Hash Type="Hash">EE760066D2B97E00CD84FCA1227DD7F1653CA358</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1011819934.614792.1392224807864.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e 2014-02-11 05:18:20.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 Eric Church - Jack Daniels.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 05:18:20.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eric Church musical compositions, including the musical compositions listed below. It has c
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-4adf0139-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 05:18:20.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Jack Daniels | 12 Eric Church - Jack Daniels.mp3 | 2014-02-11 05:18:20.0 | SHA

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 05:18:20.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e</URL_Base>
<UserName>TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-4adf0139-32fa-4143-a3e5-f41cc55b1c5e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 05:18:20.0 GMT</TimeStamp>
<Title>Jack Daniels</Title>
<Artist>Eric Church</Artist>
<FileName>12 Eric Church - Jack Daniels.mp3</FileName>
<FileSize>10973432</FileSize>
<Hash Type="Hash">34F32A7D91B9C437AA39DDD465F288BCF1D66979</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <252381834.614793.1392224808059.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468 2014-02-11 05:18:20.0

Dear Sir or Madam:

>     Your ISP has forwarded you this notice.
>     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
>     Your ISP service could be suspended if this matter is not resolved.
>     You could be liable for up to $150,000 per infringement in civil penalties.

The file 17 Eric Church - Springsteen.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 05:18:20.0 GMT.

>     We represent the copyright owner.
>     This notice is an offer of settlement.
>     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

>     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Eric Church musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-beb7f039-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 05:18:20.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Springsteen | 17 Eric Church - Springsteen.mp3 | 2014-02-11 05:18:20.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 05:18:20.0 GMT</TimeStamp>

<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468</URL_Base>
<UserName>TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-beb7f039-9ee9-4a92-a7dc-e53d2d8e4468" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 05:18:20.0 GMT</TimeStamp>
<Title>Springsteen</Title>
<Artist>Eric Church</Artist>
<FileName>17 Eric Church - Springsteen.mp3</FileName>
<FileSize>21916646</FileSize>
<Hash Type="Hash">34F32A7D91B9C437AA39DDD465F288BCF1D66979</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <76744978.617950.1392225298570.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86 2014-02-11 05:31:50.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-11 05

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df4c233a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 05:31:50.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 05:31:50.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86</URL_Base>
<UserName>TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df4c233a-cd7a-43ff-8e24-103d4efc4c86" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 05:31:50.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacree (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <797932553.647403.1392230017741.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-acd0010e-3aae-4926-b03b-4ed760e66c2b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-acd0010e-3aae-4926-b03b-4ed760e66c2b 2014-02-11 07:16:42.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 0

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-acd0010e-3aae-4926-b03b-4ed760e66c2b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-acd0010e-3aae-4926-b03b-4ed760e66c2b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-acd0010e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-acd0010e-3aae-4926-b03b-4ed760e66c2b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-acd0010e-3aae-4926-b03b-4ed760e66c2b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-acd0010e-3aae-4926-b03b-4ed760e66c2b</URL_Base>
<UserName>TC-acd0010e-3aae-4926-b03b-4ed760e66c2b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-acd0010e-3aae-4926-b03b-4ed760e66c2b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <234182596.647404.1392230017798.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-972a56f8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't Wh

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>

```
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d</URL_Base>
<UserName>TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-972a56f8-2310-4f6c-8bc6-9164e5d4c56d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1502088984.647405.1392230017868.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-10c0dd73-c207-40bf-8b53-e9c0457d657b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-10c0dd73-c207-40bf-8b53-e9c0457d657b 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-10c0dd73-c207-40bf-8b53-e9c0457d657b


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-10c0dd73-c207-40bf-8b53-e9c0457d657b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-10c0dd73-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-10c0dd73-c207-40bf-8b53-e9c0457d657b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-10c0dd73-c207-40bf-8b53-e9c0457d657b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-10c0dd73-c207-40bf-8b53-e9c0457d657b</URL_Base>
<UserName>TC-10c0dd73-c207-40bf-8b53-e9c0457d657b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-10c0dd73-c207-40bf-8b53-e9c0457d657b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1180205102.647406.1392230017937.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:42.0 G

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a5b594d9-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-02-11 07:16:42.0

   --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39</URL_Base>
<UserName>TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a5b594d9-f9ae-4ba6-81f1-a6369b7b0e39" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

   --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1443881902.647407.1392230017993.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-6d826df5-9318-4069-9a2c-0cb4df9b9932
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6d826df5-9318-4069-9a2c-0cb4df9b9932 2014-02-11 07:16:42.0

Dear Sir or Madam:

> Your ISP has forwarded you this notice.
> Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
> Your ISP service could be suspended if this matter is not resolved.
> You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:42.0 GMT

> We represent the copyright owner.
> This notice is an offer of settlement.
> If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

> Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6d826df5-9318-4069-9a2c-0cb4df9b9932


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6d826df5-9318-4069-9a2c-0cb4df9b9932


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6d826df5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-02-11 07:16:42.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6d826df5-9318-4069-9a2c-0cb4df9b9932</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6d826df5-9318-4069-9a2c-0cb4df9b9932</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6d826df5-9318-4069-9a2c-0cb4df9b9932</URL_Base>
<UserName>TC-6d826df5-9318-4069-9a2c-0cb4df9b9932</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6d826df5-9318-4069-9a2c-0cb4df9b9932" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1565575541.647408.1392230018049.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE to ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:42.0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e2f8aafe-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-02-11 07:16:42

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3</URL_Base>
<UserName>TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e2f8aafe-809f-4bed-ac19-a91a012b4cc3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <167435976.647409.1392230018110.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0d1c3910-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 | 

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c</URL_Base>
<UserName>TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0d1c3910-0201-445d-a70c-2d2c7e16ff8c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2015697445.647410.1392230018166.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-55e346f6-fe7b-4480-b263-119e34730742
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-55e346f6-fe7b-4480-b263-119e34730742 2014-02-11 07:16:42.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:1

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-55e346f6-fe7b-4480-b263-119e34730742


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-55e346f6-fe7b-4480-b263-119e34730742


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-55e346f6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-02-11

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-55e346f6-fe7b-4480-b263-119e34730742</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-55e346f6-fe7b-4480-b263-119e34730742</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

&lt;TimeStamp&gt;2014-02-11 07:16:42.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.85.159&lt;/IP_Address&gt;
&lt;Port&gt;44444&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.85.159:44444&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-55e346f6-fe7b-4480-b263-119e34730742&lt;/URL_Base&gt;
&lt;UserName&gt;TC-55e346f6-fe7b-4480-b263-119e34730742&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-55e346f6-fe7b-4480-b263-119e34730742" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-11 07:16:42.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Fly Over States&lt;/Title&gt;
&lt;Artist&gt;Jason Aldean&lt;/Artist&gt;
&lt;FileName&gt;2010 My Kinda Party (L)05. Fly Over States.mp3&lt;/FileName&gt;
&lt;FileSize&gt;8843258&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: &lt;496966177.647411.1392230018222.JavaMail.root@svn&gt;
Subject: Unauthorized Use of Copyrights RE:
 TC-20de2fac-d916-4a06-a050-c955c523fab6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-20de2fac-d916-4a06-a050-c955c523fab6 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-20de2fac-d916-4a06-a050-c955c523fab6


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-20de2fac-d916-4a06-a050-c955c523fab6


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-20de2fac-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-20de2fac-d916-4a06-a050-c955c523fab6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-20de2fac-d916-4a06-a050-c955c523fab6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-20de2fac-d916-4a06-a050-c955c523fab6</URL_Base>
<UserName>TC-20de2fac-d916-4a06-a050-c955c523fab6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-20de2fac-d916-4a06-a050-c955c523fab6" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <627320585.647412.1392220018281.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-922e0900-2dfb-417c-9489-17efa455d815
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-922e0900-2dfb-417c-9489-17efa455d815 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-922e0900-2dfb-417c-9489-17efa455d815


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-922e0900-2dfb-417c-9489-17efa455d815


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-922e0900-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-02-11 07:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-922e0900-2dfb-417c-9489-17efa455d815</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-922e0900-2dfb-417c-9489-17efa455d815</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-922e0900-2dfb-417c-9489-17efa455d815</URL_Base>
<UserName>TC-922e0900-2dfb-417c-9489-17efa455d815</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-922e0900-2dfb-417c-9489-17efa455d815" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>It Ain't Easy</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)08. It Ain't Easy.mp3</FileName>
<FileSize>7375173</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <445768451.647413.1392230018349.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cde3b980-21c1-4d56-8781-8392081566c3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cde3b980-21c1-4d56-8781-8392081566c3 2014-02-11 07:16:42.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cde3b980-21c1-4d56-8781-8392081566c3


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cde3b980-21c1-4d56-8781-8392081566c3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cde3b980-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cde3b980-21c1-4d56-8781-8392081566c3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cde3b980-21c1-4d56-8781-8392081566c3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cde3b980-21c1-4d56-8781-8392081566c3</URL_Base>
<UserName>TC-cde3b980-21c1-4d56-8781-8392081566c3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cde3b980-21c1-4d56-8392081566c3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <90700865.647414.1392230018415.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5234aa5b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-02-11 07:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753</URL_Base>
<UserName>TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5234aa5b-979c-4c0d-a72b-431a2a0dc753" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <353845008.647415.1392230018471.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1f3f5c93-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f</URL_Base>
<UserName>TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1f3f5c93-2fdb-4aeb-97bc-86498b3a853f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1498559109.647416.1392230018526.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-07258d94-32bc-44a2-871b-bbcceeb7453e
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-07258d94-32bc-44a2-871b-bbcceeb7453e 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-07258d94-32bc-44a2-871b-bbcceeb7453e


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-07258d94-32bc-44a2-871b-bbcceeb7453e


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-07258d94-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-02-11

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-07258d94-32bc-44a2-871b-bbcceeb7453e</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-07258d94-32bc-44a2-871b-bbcceeb7453e</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-07258d94-32bc-44a2-871b-bbcceeb7453e</URL_Base>
<UserName>TC-07258d94-32bc-44a2-871b-bbcceeb7453e</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-07258d94-32bc-44a2-871b-bbcceeb7453e" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1287747091.647417.1392230018583.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c97dac54-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626</URL_Base>
<UserName>TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c97dac54-2bd0-4fae-a3d8-3c4b2cbdf626" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <81468271.647418.1392230018654.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6986e129-643c-4034-8d0d-f2e40695ba0d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6986e129-643c-4034-8d0d-f2e40695ba0d 2014-02-11 07:16:42.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6986e129-643c-4034-8d0d-f2e40695ba0d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6986e129-643c-4034-8d0d-f2e40695ba0d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6986e129-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-02-1

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6986e129-643c-4034-8d0d-f2e40695ba0d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6986e129-643c-4034-8d0d-f2e40695ba0d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6986e129-643c-4034-8d0d-f2e40695ba0d</URL_Base>
<UserName>TC-6986e129-643c-4034-8d0d-f2e40695ba0d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6986e129-643c-4034-8d0d-f2e40695ba0d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <338502010.647419.1392230018719.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525
MIME-Version: 1.0

```
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 07:16:42

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f11c2c56-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-02-11 07:1

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
```

```
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525</URL_Base>
<UserName>TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f11c2c56-a419-4ecb-ab0b-c9a34fb0a525" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1559430640.647420.1392230018784.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3a625247-dcb0-4231-9d57-28582d6acde2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3a625247-dcb0-4231-9d57-28582d6acde2 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-11 

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3a625247-dcb0-4231-9d57-28582d6acde2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has 

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3a625247-dcb0-4231-9d57-28582d6acde2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3a625247-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L) 08. I Don't Do Lonely Well.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3a625247-dcb0-4231-9d57-28582d6acde2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3a625247-dcb0-4231-9d57-28582d6acde2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3a625247-dcb0-4231-9d57-28582d6acde2</URL_Base>
<UserName>TC-3a625247-dcb0-4231-9d57-28582d6acde2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3a625247-dcb0-4231-9d57-28582d6acde2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L) 08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <318433481.647421.1392230018842.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c 2014-02-11 07:16:42.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-10657cdb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 07:16:42.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c</URL_Base>
<UserName>TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-10657cdb-7c6b-42c6-b7f3-4ce27a61623c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 07:16:42.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1390480614.667076.1392232594785.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)01 End of the Beginning.mp3  was infringed upon by a computer at IP Address 205.209.66

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bbfb0bd5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): End of the Beginning | 1. Studio Albums2013 - 13 (Deluxe Version)01 End of th

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381</URL_Base>
<UserName>TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bbfb0bd5-9cd3-44a9-a3fe-f01fcb4d6381" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>End of the Beginning</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)01 End of the Beginning.mp3</FileName>
<FileSize>19553051</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <103291313.667077.1392232594845.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ee092d20-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3 | 2014-02-11 0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5</URL_Base>
<UserName>TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ee092d20-66bb-4fe5-88e8-8c51046baeb5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Loner</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3</FileName>
<FileSize>12115468</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2050206745.667078.1392232594908.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f22707f6-5475-46de-b0f4-a123212c445b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f22707f6-5475-46de-b0f4-a123212c445b 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 201

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f22707f6-5475-46de-b0f4-a123212c445b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f22707f6-5475-46de-b0f4-a123212c445b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f22707f6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Zeitgeist | 1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3 | 2014

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f22707f6-5475-46de-b0f4-a123212c445b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f22707f6-5475-46de-b0f4-a123212c445b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f22707f6-5475-46de-b0f4-a123212c445b</URL_Base>
<UserName>TC-f22707f6-5475-46de-b0f4-a123212c445b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f22707f6-5475-46de-b0f4-a123212c445b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Zeitgeist</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3</FileName>
<FileSize>11229394</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1016834485.667079.1392232594981.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3ba340f7-bbf0-4214-ad80-f8134756c656

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3ba340f7-bbf0-4214-ad80-f8134756c656 2014-02-11 08:41:02.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3ba340f7-bbf0-4214-ad80-f8134756c656


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3ba340f7-bbf0-4214-ad80-f8134756c656


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3ba340f7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Age of Reason | 1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3ba340f7-bbf0-4214-ad80-f8134756c656</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3ba340f7-bbf0-4214-ad80-f8134756c656</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3ba340f7-bbf0-4214-ad80-f8134756c656</URL_Base>
<UserName>TC-3ba340f7-bbf0-4214-ad80-f8134756c656</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3ba340f7-bbf0-4214-ad80-f8134756c656" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Age of Reason</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp3</FileName>
<FileSize>16960660</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1480824440.667080.1392232595050.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2b870924-6150-4b23-84c5-ef6da3a66a5a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2b870924-6150-4b23-84c5-ef6da3a66a5a 2014-02-11 08:41:02.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on :

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2b870924-6150-4b23-84c5-ef6da3a66a5a


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2b870924-6150-4b23-84c5-ef6da3a66a5a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2b870924-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Live Forever | 1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2b870924-6150-4b23-84c5-ef6da3a66a5a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2b870924-6150-4b23-84c5-ef6da3a66a5a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2b870924-6150-4b23-84c5-ef6da3a66a5a</URL_Base>
<UserName>TC-2b870924-6150-4b23-84c5-ef6da3a66a5a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2b870924-6150-4b23-84c5-ef6da3a66a5a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Live Forever</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3</FileName>
<FileSize>11578390</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <412933112.667081.1392232595123.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e9f1b770-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Damaged Soul | 1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318</URL_Base>
<UserName>TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e9f1b770-c310-40d0-95b0-f0d4b9f59318" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Damaged Soul</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3</FileName>
<FileSize>18984627</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <437129612.667082.1392232595186.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-0726a961-fb36-45b7-bb93-0ac2014322ff
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-0726a961-fb36-45b7-bb93-0ac2014322ff 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0726a961-fb36-45b7-bb93-0ac2014322ff


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0726a961-fb36-45b7-bb93-0ac2014322ff


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-0726a961-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dear Father | 1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0726a961-fb36-45b7-bb93-0ac2014322ff</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0726a961-fb36-45b7-bb93-0ac2014322ff</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0726a961-fb36-45b7-bb93-0ac2014322ff</URL_Base>
<UserName>TC-0726a961-fb36-45b7-bb93-0ac2014322ff</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0726a961-fb36-45b7-bb93-0ac2014322ff" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Dear Father</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3</FileName>
<FileSize>17721345</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <632134274.667083.1392232595243.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-34524eab-a08e-4f19-9a06-c9201dfe29ef
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-34524eab-a08e-4f19-9a06-c9201dfe29ef 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 20

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-34524eab-a08e-4f19-9a06-c9201dfe29ef


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-34524eab-a08e-4f19-9a06-c9201dfe29ef


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-34524eab-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Methademic | 1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3 | 20

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-34524eab-a08e-4f19-9a06-c9201dfe29ef</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-34524eab-a08e-4f19-9a06-c9201dfe29ef</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-34524eab-a08e-4f19-9a06-c9201dfe29ef</URL_Base>
<UserName>TC-34524eab-a08e-4f19-9a06-c9201dfe29ef</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-34524eab-a08e-4f19-9a06-c9201dfe29ef" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Methademic</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3</FileName>
<FileSize>14433051</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <454077258.667084.1392232595301.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8fc2cea4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Peace of Mind | 1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4</URL_Base>
<UserName>TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8fc2cea4-ffea-4338-9c0b-1dd609e275a4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Peace of Mind</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp3</FileName>
<FileSize>8948382</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <350971496.667085.1392232595358.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2014-0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-519f7a7c-.

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pariah | 1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3 | 2014-02-11

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8</URL_Base>
<UserName>TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-519f7a7c-afa3-475d-9f08-e3047ccbd0e8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Pariah</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3</FileName>
<FileSize>13499958</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <612329446.667086.1392232595415.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)1Live... Gathered In Their Masses (DVD Rip)04.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8d38ea6f-…

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (C

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5</URL_Base>
<UserName>TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8d38ea6f-aa1a-4724-85fa-6237d0d0e4a5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Loner</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)1Live... Gathered In Their Masses (DVD Rip)04</FileName>
<FileSize>14616165</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2022436434.667087.1392232595472.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-f0201b64-1302-418c-9c17-fcdfff44378b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f0201b64-1302-418c-9c17-fcdfff44378b 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)1Live... Gathered In Their Masses (DVD Rip)09.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f0201b64-1302-418c-9c17-fcdfff44378b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f0201b64-1302-418c-9c17-fcdfff44378b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f0201b64-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Methademic | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masse

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f0201b64-1302-418c-9c17-fcdfff44378b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f0201b64-1302-418c-9c17-fcdfff44378b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f0201b64-1302-418c-9c17-fcdfff44378b</URL_Base>
<UserName>TC-f0201b64-1302-418c-9c17-fcdfff44378b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f0201b64-1302-418c-9c17-fcdfff44378b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Methademic</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)1Live... Gathered In Their Masses (DVD Rip)09
<FileSize>13213615</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <711985431.667088.1392232595541.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-88352813-edc0-4f1e-9886-62df78c5c159
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-88352813-edc0-4f1e-9886-62df78c5c159 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)02 Loner.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-88352813-edc0-4f1e-9886-62df78c5c159


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-88352813-edc0-4f1e-9886-62df78c5c159


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-88352813-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (C

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-88352813-edc0-4f1e-9886-62df78c5c159</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-88352813-edc0-4f1e-9886-62df78c5c159</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-88352813-edc0-4f1e-9886-62df78c5c159</URL_Base>
<UserName>TC-88352813-edc0-4f1e-9886-62df78c5c159</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-88352813-edc0-4f1e-9886-62df78c5c159" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Loner</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)02 Loner
<FileSize>11930315</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1683410083.667089.1392232595597.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)04 Methad

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-375eac6c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Methademic | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Mass

    --Start ACNS XML

    <?xml version="1.0" encoding="iso-8859-1"?>
    <Infringement>
    <Case>
    <ID>TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6</ID>
    <Ref_URL>https://secure.digitalrightscorp.com/settle/TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6</Ref_URL>
    <Status>Pending</Status>
    </Case>
    <Complainant>
    <Entity>Rightscorp, Inc.</Entity>
    <Contact>Rightscorp Manager</Contact>
    <Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
    <Phone>(310) 751-7510</Phone>
    <Email>contact@digitalrightscorp.com</Email>
    </Complainant>
    <Service_Provider>
    <Entity>Great Works Internet</Entity>
    <Email>legal@gwi.net</Email>
    </Service_Provider>
    <Source>
    <TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
    <IP_Address>205.209.66.185</IP_Address>
    <Port>58156</Port>
    <DNS_Name>205.209.66.185:58156</DNS_Name>
    <Type>Torrent</Type>
    <URL_Base>https://secure.digitalrightscorp.com/settle/TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6</URL_Base>
    <UserName>TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6</UserName>
    <Number_Files>1</Number_Files>
    <Login Username="TC-375eac6c-8741-4310-b3b0-a3ecf5b045d6" />
    </Source>
    <Content>
    <Item>
    <TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
    <Title>Methademic</Title>
    <Artist>Black Sabbath</Artist>
    <FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)04 Metha
    <FileSize>12616822</FileSize>
    <Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
    </Item>
    </Content>
    </Infringement>

    --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <325521213.667090.1392232595653.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7681db0e-9f36-4c2e-85cb-c0329f16577b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7681db0e-9f36-4c2e-85cb-c0329f16577b 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)07 End Of

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7681db0e-9f36-4c2e-85cb-c0329f16577b

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7681db0e-9f36-4c2e-85cb-c0329f16577b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7681db0e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): End Of The Beginning | 2. Live Albums - Live Bootlegs2013 - Live Gathered In

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7681db0e-9f36-4c2e-85cb-c0329f16577b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7681db0e-9f36-4c2e-85cb-c0329f16577b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7681db0e-9f36-4c2e-85cb-c0329f16577b</URL_Base>
<UserName>TC-7681db0e-9f36-4c2e-85cb-c0329f16577b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7681db0e-9f36-4c2e-85cb-c0329f16577b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>End Of The Beginning</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live Gathered In Their Masses (CDRip)07 End O
<FileSize>19564369</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <755271057.667091.1392232595709.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live... Gathered In Their Masses (DVD Rip)04 L

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-159fc891-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (C

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7</URL_Base>
<UserName>TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-159fc891-6a97-40d0-91ec-51c6bd7c98d7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Loner</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live... Gathered In Their Masses (DVD Rip)04 ...
<FileSize>14614144</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <614891645.667092.1392232595765.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3d823052-5284-471e-8011-2cc0f438a060
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3d823052-5284-471e-8011-2cc0f438a060 2014-02-11 08:41:02.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live... Gathered In Their Masses (DVD Rip)09 M

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3d823052-5284-471e-8011-2cc0f438a060


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3d823052-5284-471e-8011-2cc0f438a060


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3d823052-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 08:41:02.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Methademic | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Mass

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3d823052-5284-471e-8011-2cc0f438a060</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3d823052-5284-471e-8011-2cc0f438a060</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3d823052-5284-471e-8011-2cc0f438a060</URL_Base>
<UserName>TC-3d823052-5284-471e-8011-2cc0f438a060</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3d823052-5284-471e-8011-2cc0f438a060" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 08:41:02.0 GMT</TimeStamp>
<Title>Methademic</Title>
<Artist>Black Sabbath</Artist>
<FileName>2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)Live... Gathered In Their Masses (DVD Rip)09 I
<FileSize>13211584</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <157769518.759826.1392244132900.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-09bb500c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc</URL_Base>
<UserName>TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-09bb500c-435f-48af-a0ba-c2f6e992c0fc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <932294491.759827.1392244132956.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-fdb5799e-f0bb-4297-a59c-5e6316d81363
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-fdb5799e-f0bb-4297-a59c-5e6316d81363 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-fdb5799e-f0bb-4297-a59c-5e6316d81363


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-fdb5799e-f0bb-4297-a59c-5e6316d81363


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-fdb5799e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial_velocity-fih.mp3 | 2014-02-11 19:13:08.0

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-fdb5799e-f0bb-4297-a59c-5e6316d81363</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-fdb5799e-f0bb-4297-a59c-5e6316d81363</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-fdb5799e-f0bb-4297-a59c-5e6316d81363</URL_Base>
<UserName>TC-fdb5799e-f0bb-4297-a59c-5e6316d81363</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-fdb5799e-f0bb-4297-a59c-5e6316d81363" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <524413374.759828.1392244133011.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c9ea172b-7839-4414-9b1d-4e12e4783508
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c9ea172b-7839-4414-9b1d-4e12e4783508 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c9ea172b-7839-4414-9b1d-4e12e4783508


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c9ea172b-7839-4414-9b1d-4e12e4783508


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c9ea172b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1 |

    --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c9ea172b-7839-4414-9b1d-4e12e4783508</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c9ea172b-7839-4414-9b1d-4e12e4783508</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c9ea172b-7839-4414-9b1d-4e12e4783508</URL_Base>
<UserName>TC-c9ea172b-7839-4414-9b1d-4e12e4783508</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c9ea172b-7839-4414-9b1d-4e12e4783508" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

    --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <619881901.759829.1392244133324.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6d8ca828-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-02-11 19:13:08.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5</URL_Base>
<UserName>TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6d8ca828-d57b-458b-ab1f-c4ccec7a47d5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <359748931.759830.1392244133395.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
 TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2ce063e8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-02-11 19:13:08.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>

&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-11 19:13:08.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.66.218&lt;/IP_Address&gt;
&lt;Port&gt;36079&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.66.218:36079&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22&lt;/URL_Base&gt;
&lt;UserName&gt;TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-2ce063e8-a8ab-4650-9ed2-0bd596de4f22" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-11 19:13:08.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;Unto The Breach&lt;/Title&gt;
&lt;Artist&gt;CLUTCH&lt;/Artist&gt;
&lt;FileName&gt;05_clutch-unto_the_breach-fih.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7.39 MB (7,754,794 bytes)&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;18B2F7AB69832EEF8E6825A93559851426C2B57E&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: &lt;1440120853.759831.1392244133695.JavaMail.root@svn&gt;
Subject: Unauthorized Use of Copyrights RE:
 TC-36c04f3e-1392-4e40-9d43-526f70b56f1c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-36c04f3e-1392-4e40-9d43-526f70b56f1c 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-36c04f3e-1392-4e40-9d43-526f70b56f1c


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-36c04f3e-1392-4e40-9d43-526f70b56f1c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-36c04f3e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-36c04f3e-1392-4e40-9d43-526f70b56f1c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-36c04f3e-1392-4e40-9d43-526f70b56f1c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-36c04f3e-1392-4e40-9d43-526f70b56f1c</URL_Base>
<UserName>TC-36c04f3e-1392-4e40-9d43-526f70b56f1c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-36c04f3e-1392-4e40-9d43-526f70b56f1c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1422643180.759832.1392244133775.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-412a86c2-ba9d-436c-914d-731c71ae3922
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-412a86c2-ba9d-436c-914d-731c71ae3922 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-412a86c2-ba9d-436c-914d-731c71ae3922

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-412a86c2-ba9d-436c-914d-731c71ae3922


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-412a86c2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-412a86c2-ba9d-436c-914d-731c71ae3922</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-412a86c2-ba9d-436c-914d-731c71ae3922</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-412a86c2-ba9d-436c-914d-731c71ae3922</URL_Base>
<UserName>TC-412a86c2-ba9d-436c-914d-731c71ae3922</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-412a86c2-ba9d-436c-914d-731c71ae3922" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

```
Message-ID: <459905781.759833.1392244133839.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-087b6203-c448-46f7-a696-689664489696
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-087b6203-c448-46f7-a696-689664489696 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-087b6203-c448-46f7-a696-689664489696


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-087b6203-c448-46f7-a696-689664489696


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-087b6203-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-02-11 19:13:

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-087b6203-c448-46f7-a696-689664489696</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-087b6203-c448-46f7-a696-689664489696</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
```

```
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-087b6203-c448-46f7-a696-689664489696</URL_Base>
<UserName>TC-087b6203-c448-46f7-a696-689664489696</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-087b6203-c448-46f7-a696-689664489696" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <401569586.759834.1392244133900.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-866da8ec-l

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7</URL_Base>
<UserName>TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-866da8ec-bf7b-4945-8651-57ed0c3ea4e7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Cyborg Beetle</Title>
<Artist>CLUTCH</Artist>
<FileName>09_clutch-cyborg_bette-fih.mp3</FileName>
<FileSize>7.01 MB (7,354,048 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <274892889.759835.1392244133962.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9be1db19-ac58-41b6-a561-509b79471f69
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9be1db19-ac58-41b6-a561-509b79471f69 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:13:08.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9be1db19-ac58-41b6-a561-509b79471f69

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9be1db19-ac58-41b6-a561-509b79471f69


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9be1db19-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-02-11 19:13:08.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9be1db19-ac58-41b6-a561-509b79471f69</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9be1db19-ac58-41b6-a561-509b79471f69</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9be1db19-ac58-41b6-a561-509b79471f69</URL_Base>
<UserName>TC-9be1db19-ac58-41b6-a561-509b79471f69</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9be1db19-ac58-41b6-a561-509b79471f69" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

Message-ID: <1728011589.759836.1392244134018.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-352f80da-78ee-4b25-a2bf-61a43e671393
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-352f80da-78ee-4b25-a2bf-61a43e671393 2014-02-11 19:13:08.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-11 19:1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-352f80da-78ee-4b25-a2bf-61a43e671393


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-352f80da-78ee-4b25-a2bf-61a43e671393


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-352f80da-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-11 19:13:08.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-352f80da-78ee-4b25-a2bf-61a43e671393</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-352f80da-78ee-4b25-a2bf-61a43e671393</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>

```
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-352f80da-78ee-4b25-a2bf-61a43e671393</URL_Base>
<UserName>TC-352f80da-78ee-4b25-a2bf-61a43e671393</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-352f80da-78ee-4b25-a2bf-61a43e671393" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 19:13:08.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1624536947.38880.1392154897504.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-40996bfd-a78c-4a38-ae88-3fc0ad763722
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-40996bfd-a78c-4a38-ae88-3fc0ad763722 2014-02-11 21:08:34.0 GMT

Dear Sir or Madam:

       Your ISP has forwarded you this notice.

       This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

       Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-1

              Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40996bfd-a78c-4a38-ae88-3fc0ad763722

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40996bfd-a78c-4a38-ae88-3fc0ad763722

Infringement Source: Torrent
Timestamp: 2014-02-11 21:08:34.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-02-11 21:08:34

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-40996

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40996bfd-a78c-4a38-ae88-3fc0ad763722</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40996bfd-a78c-4a38-ae88-3fc0ad763722</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 21:08:34.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40996bfd-a78c-4a38-ae88-3fc0ad763722</URL_Base>
<UserName>TC-40996bfd-a78c-4a38-ae88-3fc0ad763722</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40996bfd-a78c-4a38-ae88-3fc0ad763722" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 21:08:34.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1408818862.86951.1392161421050.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2414365c-6fac-4996-8259-a5b4f26b7300
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-2414365c-6fac-4996-8259-a5b4f26b7300 2014-02-11 22:53:58.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-11 22:53:58.

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2414365c-6fac-4996-8259-a5b4f26b7300

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2414365c-6fac-4996-8259-a5b4f26b7300


Infringement Source: Torrent
Timestamp: 2014-02-11 22:53:58.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-02-11 22:53:58.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-24143

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2414365c-6fac-4996-8259-a5b4f26b7300</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2414365c-6fac-4996-8259-a5b4f26b7300</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-11 22:53:58.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2414365c-6fac-4996-8259-a5b4f26b7300</URL_Base>
<UserName>TC-2414365c-6fac-4996-8259-a5b4f26b7300</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2414365c-6fac-4996-8259-a5b4f26b7300" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-11 22:53:58.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1491161944.146604.1392168592565.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778 2014-02-12 01:10:19.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-1

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778


Infringement Source: Torrent
Timestamp: 2014-02-12 01:10:19.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-02-12 01:10:19

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-0ddd8

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:10:19.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778</URL_Base>
<UserName>TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-0ddd87b3-7b99-47ed-84d0-ba4c5c118778" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:10:19.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1285667060.876915.1392258286189.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01_clutch-earth_rocker-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8b7aed1e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Earth Rocker | 01_clutch-earth_rocker-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff</URL_Base>
<UserName>TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8b7aed1e-b601-45cf-b3f4-0a19da3b69ff" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Earth Rocker</Title>
<Artist>CLUTCH</Artist>
<FileName>01_clutch-earth_rocker-fih.mp3</FileName>
<FileSize>7.65 MB (8,028,810 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <775085693.876916.1392258286245.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-661bb89b-f6db-4a9f-a641-47f88c0c3736
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-661bb89b-f6db-4a9f-a641-47f88c0c3736 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 02_clutch-crucial_velocity-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-661bb89b-f6db-4a9f-a641-47f88c0c3736


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-661bb89b-f6db-4a9f-a641-47f88c0c3736


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-661bb89b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Crucial Velocity | 02_clutch-crucial-velocity-fih.mp3 | 2014-02-12 01:39:49.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-661bb89b-f6db-4a9f-a641-47f88c0c3736</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-661bb89b-f6db-4a9f-a641-47f88c0c3736</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-661bb89b-f6db-4a9f-a641-47f88c0c3736</URL_Base>
<UserName>TC-661bb89b-f6db-4a9f-a641-47f88c0c3736</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-661bb89b-f6db-4a9f-a641-47f88c0c3736" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Crucial Velocity</Title>
<Artist>CLUTCH</Artist>
<FileName>02_clutch-crucial_velocity-fih.mp3</FileName>
<FileSize>8.40 MB (8,817,879 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1457353678.876917.1392258286302.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92 2014-02-12 01:39:49.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 03_clutch-mr_freedom-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ce38f04f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Mr. Freedom | 03_clutch-mr_freedom-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92</URL_Base>
<UserName>TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ce38f04f-4bc3-49df-9ce0-7f0dfadfac92" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Mr. Freedom</Title>
<Artist>CLUTCH</Artist>
<FileName>03_clutch-mr_freedom-fih.mp3</FileName>
<FileSize>5.84 MB (6,126,706 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <743948709.876918.1392258286361.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1697ec43-7021-4748-a6d5-13741c82a138
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1697ec43-7021-4748-a6d5-13741c82a138 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 04_clutch-dc_sound_attack-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1697ec43-7021-4748-a6d5-13741c82a138


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1697ec43-7021-4748-a6d5-13741c82a138


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1697ec43-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): D.C. Sound Attack! | 04_clutch-dc_sound_attack-fih.mp3 | 2014-02-12 01:39:49.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1697ec43-7021-4748-a6d5-13741c82a138</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1697ec43-7021-4748-a6d5-13741c82a138</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1697ec43-7021-4748-a6d5-13741c82a138</URL_Base>
<UserName>TC-1697ec43-7021-4748-a6d5-13741c82a138</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1697ec43-7021-4748-a6d5-13741c82a138" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>D.C. Sound Attack!</Title>
<Artist>CLUTCH</Artist>
<FileName>04_clutch-dc_sound_attack-fih.mp3</FileName>
<FileSize>9.75 MB (10,231,613 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1447026092.876919.1392258286417.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e84c4737-863d-490d-8943-bee3eead04c9

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e84c4737-863d-490d-8943-bee3eead04c9 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05_clutch-unto_the_breach-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e84c4737-863d-490d-8943-bee3eead04c9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e84c4737-863d-490d-8943-bee3eead04c9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e84c4737-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Unto The Breach | 05_clutch-unto_the_breach-fih.mp3 | 2014-02-12 01:39:49.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e84c4737-863d-490d-8943-bee3eead04c9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e84c4737-863d-490d-8943-bee3eead04c9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e84c4737-863d-490d-8943-bee3eead04c9</URL_Base>
<UserName>TC-e84c4737-863d-490d-8943-bee3eead04c9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e84c4737-863d-490d-8943-bee3eead04c9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Unto The Breach</Title>
<Artist>CLUTCH</Artist>
<FileName>05_clutch-unto_the_breach.mp3</FileName>
<FileSize>7.39 MB (7,754,794 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1132002591.876920.1392258286472.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed 2014-02-12 01:39:49.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 06_clutch-gone_cold-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3ed546e5-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Gone Cold | 06_clutch-gone_cold-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed</URL_Base>
<UserName>TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3ed546e5-5ca0-44a1-bce0-0daa1b5cafed" />
</Source>
<Content>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Item>
<Title>Gone Cold</Title>
<Artist>CLUTCH</Artist>
<FileName>06_clutch-gone_cold-fih.mp3</FileName>
<FileSize>8.07 MB (8,464,107 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2131320107.876921.1392258286794.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07_clutch-the_face-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its agen

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a8b67eb3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Face | 07_clutch-the_face-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1 |

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595</URL_Base>
<UserName>TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a8b67eb3-ece7-41e9-9d7d-f8a55d942595" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>The Face</Title>
<Artist>CLUTCH</Artist>
<FileName>07_clutch-the_face-fih.mp3</FileName>
<FileSize>9.17 MB (9,617,570 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <323169859.876922.1392258286865.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
   TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08_clutch-book_saddle_and_go-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-00d2ca0c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Book, Saddle, & Go | 08_clutch-book_saddle_and_go-fih.mp3 | 2014-02-12 01:39:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3</URL_Base>
<UserName>TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-00d2ca0c-02b2-4f50-b891-ef0537f1baa3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Book, Saddle, & Go</Title>
<Artist>CLUTCH</Artist>
<FileName>08_clutch-book_saddle_and_go-fih.mp3</FileName>
<FileSize>7.84 MB (8,230,999 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <930759052.876923.1392258286929.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3 2014-02-12 01:39:49.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 09_clutch-cyborg_bette-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-60c2c979-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Cyborg Beetle | 09_clutch-cyborg_bette-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3</URL_Base>
<UserName>TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-60c2c979-6e6f-47d0-8788-c2b29f36bfc3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Cyborg Beetle</Title>
<Artist>CLUTCH</Artist>
<FileName>09_clutch-cyborg_bette-fih.mp3</FileName>
<FileSize>7.01 MB (7,354,048 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2135265006.876924.1392258286991.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63bb6912-0828-43f0-b903-3b46817e5de2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63bb6912-0828-43f0-b903-3b46817e5de2 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 10_clutch-oh_isabella-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:39:49.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63bb6912-0828-43f0-b903-3b46817e5de2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63bb6912-0828-43f0-b903-3b46817e5de2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63bb6912-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Oh, Isabella | 10_clutch-oh_isabella-fih.mp3 | 2014-02-12 01:39:49.0 | SHA1 |

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63bb6912-0828-43f0-b903-3b46817e5de2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63bb6912-0828-43f0-b903-3b46817e5de2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63bb6912-0828-43f0-b903-3b46817e5de2</URL_Base>
<UserName>TC-63bb6912-0828-43f0-b903-3b46817e5de2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63bb6912-0828-43f0-b903-3b46817e5de2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>Oh, Isabella</Title>
<Artist>CLUTCH</Artist>
<FileName>10_clutch-oh_isabella-fih.mp3</FileName>
<FileSize>10.7 MB (11,286,760 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2123312849.876925.1392258287050.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
    TC-40a676e0-189d-49db-91f5-433dfdf48051

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-40a676e0-189d-49db-91f5-433dfdf48051 2014-02-12 01:39:49.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 11_clutch-the_wolf_man_kindly_requests-fih.mp3  was infringed upon by a computer at IP Address 205.209.66.218 on 2014-02-12 01:3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-40a676e0-189d-49db-91f5-433dfdf48051


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for CLUTCH musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-40a676e0-189d-49db-91f5-433dfdf48051


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-40a676e0-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:39:49.0 GMT

Infringers IP Address: 205.209.66.218

Infringers Port: 36079

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Wolf Man Kindly Requests | 11_clutch-the_wolf_man_kindly_requests-fih.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-40a676e0-189d-49db-91f5-433dfdf48051</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-40a676e0-189d-49db-91f5-433dfdf48051</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<IP_Address>205.209.66.218</IP_Address>
<Port>36079</Port>
<DNS_Name>205.209.66.218:36079</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-40a676e0-189d-49db-91f5-433dfdf48051</URL_Base>
<UserName>TC-40a676e0-189d-49db-91f5-433dfdf48051</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-40a676e0-189d-49db-91f5-433dfdf48051" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:39:49.0 GMT</TimeStamp>
<Title>The Wolf Man Kindly Requests</Title>
<Artist>CLUTCH</Artist>
<FileName>11_clutch-the_wolf_man_kindly_requests-fih.mp3</FileName>
<FileSize>10.7 MB (11,268,334 bytes)</FileSize>
<Hash Type="Hash">18B2F7AB69832EEF8E6825A93559851426C2B57E</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <657166385.878384.1392258450980.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b 2014-02-12 01:44:25.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08.The Man Who Stole A Leopard.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-12 01:44:25.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other remedy which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3f0da724-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-02-12 01:44:25.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Man Who Stole A Leopard | 08.The Man Who Stole A Leopard.mp3 | 2014-02-12

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:44:25.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b</URL_Base>
<UserName>TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3f0da724-a759-4bb1-acb0-9a10f6aa591b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:44:25.0 GMT</TimeStamp>
<Title>The Man Who Stole A Leopard</Title>
<Artist>Duran Duran</Artist>
<FileName>08.The Man Who Stole A Leopard.mp3</FileName>
<FileSize>15344453</FileSize>
<Hash Type="Hash">E14B17179809DE6187E4278FF68F5798C612BDCA</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1556797701.878385.1392258451036.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de 2014-02-12 01:44:25.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 14.Before The Rain.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-12 01:44:25.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-57427233-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 01:44:25.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Before The Rain | 14.Before The Rain.mp3 | 2014-02-12 01:44:25.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 01:44:25.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de</URL_Base>
<UserName>TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-57427233-71a7-4ae9-9110-bf5f8cf5d6de" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 01:44:25.0 GMT</TimeStamp>
<Title>Before The Rain</Title>
<Artist>Duran Duran</Artist>
<FileName>14.Before The Rain.mp3</FileName>
<FileSize>11372796</FileSize>
<Hash Type="Hash">E14B17179809DE6187E4278FF68F5798C612BDCA</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <924001131.940417.1392265724928.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-a7e6ff5c-107e-4f08-957d-72c377609eef

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a7e6ff5c-107e-4f08-957d-72c377609eef 2014-02-12 03:25:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-12 03

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a7e6ff5c-107e-4f08-957d-72c377609eef


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a7e6ff5c-107e-4f08-957d-72c377609eef


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a7e6ff5c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 03:25:26.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a7e6ff5c-107e-4f08-957d-72c377609eef</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a7e6ff5c-107e-4f08-957d-72c377609eef</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 03:25:26.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a7e6ff5c-107e-4f08-957d-72c377609eef</URL_Base>
<UserName>TC-a7e6ff5c-107e-4f08-957d-72c377609eef</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a7e6ff5c-107e-4f08-957d-72c377609eef" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 03:25:26.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacree (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <162119125.53357.1392343653247.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8 2014-02-12 10:36:21.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3  was infringed upon by a computer at IP Address 216.195

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Dillon Francis musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e4096828-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-02-12 10:36:21.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Without You | Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Withou

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 10:36:21.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8</URL_Base>
<UserName>TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e4096828-2c52-42ba-85dc-9b5a2c9a5ef8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 10:36:21.0 GMT</TimeStamp>
<Title>Without You</Title>
<Artist>Dillon Francis</Artist>
<FileName>Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3</FileName>
<FileSize>9.46 MB (9,922,408 bytes)</FileSize>
<Hash Type="Hash">EE760066D2B97E00CD84FCA1227DD7F1653CA358</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
```

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <937979308.557997.1392217832028.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cb9c4393-620b-4c13-894d-160a6950168a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-cb9c4393-620b-4c13-894d-160a6950168a 2014-02-12 14:48:00.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Pretty.Little.Liars.S04E03.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.95.31 on 2014-

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cb9c4393-620b-4c13-894d-160a6950168a

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cb9c4393-620b-4c13-894d-160a6950168a


Infringement Source: Torrent
Timestamp: 2014-02-12 14:48:00.0 GMT
Infringers IP Address: 205.209.95.31
Infringers Port: 20939

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Pretty Little Liars S04E03 | Pretty.Little.Liars.S04E03.HDTV.x264-LOL.mp4 | .

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-cb9c4

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cb9c4393-620b-4c13-894d-160a6950168a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cb9c4393-620b-4c13-894d-160a6950168a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 14:48:00.0 GMT</TimeStamp>
<IP_Address>205.209.95.31</IP_Address>
<Port>20939</Port>
<DNS_Name>205.209.95.31:20939</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cb9c4393-620b-4c13-894d-160a6950168a</URL_Base>
<UserName>TC-cb9c4393-620b-4c13-894d-160a6950168a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cb9c4393-620b-4c13-894d-160a6950168a" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 14:48:00.0 GMT</TimeStamp>
<Title>Pretty Little Liars S04E03</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Pretty.Little.Liars.S04E03.HDTV.x264-LOL.mp4</FileName>
<FileSize>250 MB (263,159,880 bytes)</FileSize>
<Hash Type="Hash">9DDB93F04B074A0DC4233D8AC3013CFCC7029F7F</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1905782628.560272.1392218105242.JavaMail.root@svn>

Subject: Unauthorized Use of Copyrights RE:
  TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1 2014-02-12 14:53:54.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Pretty.Little.Liars.S04E06.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.95.31 on 2014-

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1


Infringement Source: Torrent
Timestamp: 2014-02-12 14:53:54.0 GMT
Infringers IP Address: 205.209.95.31
Infringers Port: 20939

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Pretty Little Liars S04E06 | Pretty.Little.Liars.S04E06.HDTV.x264-LOL.mp4 |

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-c581d

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>

```
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 14:53:54.0 GMT</TimeStamp>
<IP_Address>205.209.95.31</IP_Address>
<Port>20939</Port>
<DNS_Name>205.209.95.31:20939</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1</URL_Base>
<UserName>TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c581d38d-8ed3-4cc5-91b5-97416b0e42f1" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 14:53:54.0 GMT</TimeStamp>
<Title>Pretty Little Liars S04E06</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Pretty.Little.Liars.S04E06.HDTV.x264-LOL.mp4</FileName>
<FileSize>279 MB (293,595,366 bytes)</FileSize>
<Hash Type="Hash">CB964983D782D49BF0C69DE181547F9887CAFF40</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1783989388.567067.1392218997206.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b418d021-7b11-4c9a-8836-40ef5156dfd8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-b418d021-7b11-4c9a-8836-40ef5156dfd8 2014-02-12 15:11:42.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.95.31 on 2014-

            Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b418d021-7b11-4c9a-8836-40ef5156dfd8

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright o

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b418d021-7b11-4c9a-8836-40ef5156dfd8


Infringement Source: Torrent
Timestamp: 2014-02-12 15:11:42.0 GMT
Infringers IP Address: 205.209.95.31
Infringers Port: 20939

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Pretty Little Liars S04E10 | Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4 |
```

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-b418d

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b418d021-7b11-4c9a-8836-40ef5156dfd8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b418d021-7b11-4c9a-8836-40ef5156dfd8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 15:11:42.0 GMT</TimeStamp>
<IP_Address>205.209.95.31</IP_Address>
<Port>20939</Port>
<DNS_Name>205.209.95.31:20939</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b418d021-7b11-4c9a-8836-40ef5156dfd8</URL_Base>
<UserName>TC-b418d021-7b11-4c9a-8836-40ef5156dfd8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b418d021-7b11-4c9a-8836-40ef5156dfd8" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 15:11:42.0 GMT</TimeStamp>
<Title>Pretty Little Liars S04E10</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4</FileName>
<FileSize>234 MB (245,414,900 bytes)</FileSize>
<Hash Type="Hash">F2EB657830335D65EA66AE24F588A049751FF5DE</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1074023497.123798.1392350805035.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c 2014-02-12 18:55:15.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 14-akon-rush_(ft._kardinal_offishall)-osc.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-12 18:55

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Akon musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8db5da45-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-12 18:55:15.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rush | 14-akon-rush_(ft._kardinal_offishall)-osc.mp3 | 2014-02-12 18:55:15.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-12 18:55:15.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c</URL_Base>
<UserName>TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8db5da45-2d53-46a0-80fa-bb63ebb2406c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-12 18:55:15.0 GMT</TimeStamp>
<Title>Rush</Title>
<Artist>Akon</Artist>
<FileName>14-akon-rush_(ft._kardinal_offishall)-osc.mp3</FileName>
<FileSize>5317050</FileSize>
<Hash Type="Hash">E09AE78398F7F9AA12646E4C0350A733D913838B</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ ]

Go get them

Email

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <432998822.819437.1392251712646.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b 2014-02-13 00:07:36.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-1

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b

Infringement Source: Torrent
Timestamp: 2014-02-13 00:07:36.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-02-13 00:07:36

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adr

Very Truly Yours,

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-e5e55c

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 00:07:36.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b</URL_Base>
<UserName>TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e5e55d39-c42c-4918-ad0f-6c2900d6cb7b" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 00:07:36.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1767825429.176762.1392356333456.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef 2014-02-13 00:42:26.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-13 00

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f4a71f7d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 00:42:26.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 00:42:26.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef</URL_Base>
<UserName>TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f4a71f7d-2b5d-477b-9004-50403bf6f6ef" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 00:42:26.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacre (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1714689076.285241.1392369310122.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-833e6147-108d-46ad-9860-2ce12be11729

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-833e6147-108d-46ad-9860-2ce12be11729 2014-02-13 05:37:59.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Juicy J Feat Wale & Trey Songz - Bounce It.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-13 05:3

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-833e6147-108d-46ad-9860-2ce12be11729


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Juicy J musical compositions, including the musical compositions listed below. It has come t

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-833e6147-108d-46ad-9860-2ce12be11729


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-833e6147-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 05:37:59.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bounce It | Juicy J Feat Wale & Trey Songz - Bounce It.mp3 | 2014-02-13 05:37

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-833e6147-108d-46ad-9860-2ce12be11729</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-833e6147-108d-46ad-9860-2ce12be11729</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 05:37:59.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-833e6147-108d-46ad-9860-2ce12be11729</URL_Base>
<UserName>TC-833e6147-108d-46ad-9860-2ce12be11729</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-833e6147-108d-46ad-9860-2ce12be11729" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 05:37:59.0 GMT</TimeStamp>
<Title>Bounce It</Title>
<Artist>Juicy J</Artist>
<FileName>Juicy J Feat Wale & Trey Songz - Bounce It.mp3</FileName>
<FileSize>10666026</FileSize>
<Hash Type="Hash">9FB51F7C96DF35B88D03B0B5D3833638B2D28DBB</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1518132964.350583.1392377086995.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a6772055-c8cd-4d47-aff5-d535a7934f7d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a6772055-c8cd-4d47-aff5-d535a7934f7d 2014-02-13 11:31:59.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L) 02. Laughed Until We Cried.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 1

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a6772055-c8cd-4d47-aff5-d535a7934f7d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a6772055-c8cd-4d47-aff5-d535a7934f7d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a6772055-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Laughed Until We Cried | 2007 Relentless (L)02. Laughed Until We Cried.mp3 | :

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a6772055-c8cd-4d47-aff5-d535a7934f7d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a6772055-c8cd-4d47-aff5-d535a7934f7d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a6772055-c8cd-4d47-aff5-d535a7934f7d</URL_Base>
<UserName>TC-a6772055-c8cd-4d47-aff5-d535a7934f7d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a6772055-c8cd-4d47-aff5-d535a7934f7d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Laughed Until We Cried</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)02. Laughed Until We Cried.mp3</FileName>
<FileSize>8173286</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <411863792.350584.1392377087052.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a596ec17-6001-4ba7-be2c-243ccf30764f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a596ec17-6001-4ba7-be2c-243ccf30764f 2014-02-13 11:31:59.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on :

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a596ec17-6001-4ba7-be2c-243ccf30764f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has ...

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(...

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a...

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age...

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso...

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a596ec17-6001-4ba7-be2c-243ccf30764f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a596ec17-...

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): My Memory Ain't What It Used To Be | 2007 Relentless (L)07. My Memory Ain't W...

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a596ec17-6001-4ba7-be2c-243ccf30764f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a596ec17-6001-4ba7-be2c-243ccf30764f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a596ec17-6001-4ba7-be2c-243ccf30764f</URL_Base>
<UserName>TC-a596ec17-6001-4ba7-be2c-243ccf30764f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a596ec17-6001-4ba7-be2c-243ccf30764f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>My Memory Ain't What It Used To Be</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)07. My Memory Ain't What It Used To Be.mp3</FileName>
<FileSize>10230714</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <463721364.350585.1392377087107.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
TC-f4b375eb-4f80-480b-999e-7c872d12602d

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f4b375eb-4f80-480b-999e-7c872d12602d 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)09. Back In This Cigarette.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 1

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f4b375eb-4f80-480b-999e-7c872d12602d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f4b375eb-4f80-480b-999e-7c872d12602d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f4b375eb-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Back In This Cigarette | 2007 Relentless (L)09. Back In This Cigarette.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f4b375eb-4f80-480b-999e-7c872d12602d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f4b375eb-4f80-480b-999e-7c872d12602d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f4b375eb-4f80-480b-999e-7c872d12602d</URL_Base>
<UserName>TC-f4b375eb-4f80-480b-999e-7c872d12602d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f4b375eb-4f80-480b-999e-7c872d12602d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Back In This Cigarette</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)09. Back In This Cigarette.mp3</FileName>
<FileSize>11072878</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1149530982.350586.1392377087164.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6d8b2824-1203-4bc1-b60e-30953dafa82d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6d8b2824-1203-4bc1-b60e-30953dafa82d 2014-02-13 11:31:59.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file 2007 Relentless (L)10. Grown Woman.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:59.0 Gl

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6d8b2824-1203-4bc1-b60e-30953dafa82d


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6d8b2824-1203-4bc1-b60e-30953dafa82d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6d8b2824-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Grown Woman | 2007 Relentless (L)10. Grown Woman.mp3 | 2014-02-13 11:31:59.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6d8b2824-1203-4bc1-b60e-30953dafa82d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6d8b2824-1203-4bc1-b60e-30953dafa82d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6d8b2824-1203-4bc1-b60e-30953dafa82d</URL_Base>
<UserName>TC-6d8b2824-1203-4bc1-b60e-30953dafa82d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6d8b2824-1203-4bc1-b60e-30953dafa82d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Grown Woman</Title>
<Artist>Jason Aldean</Artist>
<FileName>2007 Relentless (L)10. Grown Woman.mp3</FileName>
<FileSize>9594325</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1169073364.350587.1392377087671.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6571c96f-ef41-4dce-be9c-c356958cf0ab
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6571c96f-ef41-4dce-be9c-c356958cf0ab 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)01. Wide Open .mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:59.0 GMT

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6571c96f-ef41-4dce-be9c-c356958cf0ab


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6571c96f-ef41-4dce-be9c-c356958cf0ab


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6571c96f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wide Open | 2009 Wide Open (L)01. Wide Open .mp3 | 2014-02-13 11:31:59.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6571c96f-ef41-4dce-be9c-c356958cf0ab</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6571c96f-ef41-4dce-be9c-c356958cf0ab</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6571c96f-ef41-4dce-be9c-c356958cf0ab</URL_Base>
<UserName>TC-6571c96f-ef41-4dce-be9c-c356958cf0ab</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6571c96f-ef41-4dce-be9c-c356958cf0ab" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Wide Open</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L)01. Wide Open .mp3</FileName>
<FileSize>9681277</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1025747008.350588.1392377087725.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e7e78ba8-214c-4290-bb16-66b965a68d69

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e7e78ba8-214c-4290-bb16-66b965a68d69 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2009 Wide Open (L)08. Keep The Girl.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:59.0 (

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e7e78ba8-214c-4290-bb16-66b965a68d69


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e7e78ba8-214c-4290-bb16-66b965a68d69


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e7e78ba8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Keep The Girl | 2009 Wide Open (L)08. Keep The Girl.mp3 | 2014-02-13 11:31:59

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e7e78ba8-214c-4290-bb16-66b965a68d69</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e7e78ba8-214c-4290-bb16-66b965a68d69</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e7e78ba8-214c-4290-bb16-66b965a68d69</URL_Base>
<UserName>TC-e7e78ba8-214c-4290-bb16-66b965a68d69</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e7e78ba8-214c-4290-bb16-66b965a68d69" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Keep The Girl</Title>
<Artist>Jason Aldean</Artist>
<FileName>2009 Wide Open (L) 08. Keep The Girl.mp3</FileName>
<FileSize>10867242</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1346022668.350589.1392377087781.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e10f282b-83a0-412a-8894-d38f1eae87b4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e10f282b-83a0-412a-8894-d38f1eae87b4 2014-02-13 11:31:59.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L) 01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e10f282b-83a0-412a-8894-d38f1eae87b4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e10f282b-83a0-412a-8894-d38f1eae87b4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e10f282b-

If you need immediate assistance or if you have general questions please call the number listed above.

```
Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2010 My Kinda Party (L)01. Tattoos On This Town.mp3 | :

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e10f282b-83a0-412a-8894-d38f1eae87b4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e10f282b-83a0-412a-8894-d38f1eae87b4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e10f282b-83a0-412a-8894-d38f1eae87b4</URL_Base>
<UserName>TC-e10f282b-83a0-412a-8894-d38f1eae87b4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e10f282b-83a0-412a-8894-d38f1eae87b4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)01. Tattoos On This Town.mp3</FileName>
<FileSize>8214240</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1580458287.350590.1392377087843.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1a0da7e2-161b-4e0d-a71d-233a039c8652
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1a0da7e2-161b-4e0d-a71d-233a039c8652 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)05. Fly Over States.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1a0da7e2-161b-4e0d-a71d-233a039c8652


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1a0da7e2-161b-4e0d-a71d-233a039c8652


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1a0da7e2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Fly Over States | 2010 My Kinda Party (L)05. Fly Over States.mp3 | 2014-02-13

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1a0da7e2-161b-4e0d-a71d-233a039c8652</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1a0da7e2-161b-4e0d-a71d-233a039c8652</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1a0da7e2-161b-4e0d-a71d-233a039c8652</URL_Base>
<UserName>TC-1a0da7e2-161b-4e0d-a71d-233a039c8652</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1a0da7e2-161b-4e0d-a71d-233a039c8652" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Fly Over States</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)05. Fly Over States.mp3</FileName>
<FileSize>8843258</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1786832399.350591.1392377087900.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-df382762-c506-420b-878c-fed060b5d97b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df382762-c506-420b-878c-fed060b5d97b 2014-02-13 11:31:59.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-0

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df382762-c506-420b-878c-fed060b5d97b


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df382762-c506-420b-878c-fed060b5d97b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df382762-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Ain't Ready To Quit | 2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3

 --Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df382762-c506-420b-878c-fed060b5d97b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df382762-c506-420b-878c-fed060b5d97b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df382762-c506-420b-878c-fed060b5d97b</URL_Base>
<UserName>TC-df382762-c506-420b-878c-fed060b5d97b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df382762-c506-420b-878c-fed060b5d97b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>I Ain't Ready To Quit</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)07. I Ain't Ready To Quit.mp3</FileName>
<FileSize>8664593</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1174689644.350592.1392377087957.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7 2014-02-13 11:31:59.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)08. It Ain't Easy.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-977a19ed-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): It Ain't Easy | 2010 My Kinda Party (L)08. It Ain't Easy.mp3 | 2014-02-13 11:

  --Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-13 11:31:59.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;205.209.85.159&lt;/IP_Address&gt;
&lt;Port&gt;44444&lt;/Port&gt;
&lt;DNS_Name&gt;205.209.85.159:44444&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7&lt;/URL_Base&gt;
&lt;UserName&gt;TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-977a19ed-5f8a-4289-b2e0-600c4b7cf0c7" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-13 11:31:59.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;It Ain't Easy&lt;/Title&gt;
&lt;Artist&gt;Jason Aldean&lt;/Artist&gt;
&lt;FileName&gt;2010 My Kinda Party (L)08. It Ain't Easy.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7375173&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <407398432.350593.1392377088014.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b 2014-02-13 11:31:59.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3  was infringed upon by a computer at IP Address 205.209.85.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6ab84d08-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Heartache That Don't Stop Hurting | 2010 My Kinda Party (L)10. The Hearta

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b</URL_Base>
<UserName>TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6ab84d08-b516-4fa4-84f0-3ea653bc7c0b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>The Heartache That Don't Stop Hurting</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)10. The Heartache That Don't Stop Hurting.mp3</FileName>
<FileSize>9514127</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1370683232.350594.1392377088072.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)11. Texas Was You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ebbef9bf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Texas Was You | 2010 My Kinda Party (L)11. Texas Was You.mp3 | 2014-02-13 11:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c</URL_Base>
<UserName>TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ebbef9bf-31df-4abc-a0d0-3d70fb087c7c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Texas Was You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)11. Texas Was You.mp3</FileName>
<FileSize>8323940</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1250278688.350595.1392377088127.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)13. See You When I See You.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-63c85f33-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): See You When I See You | 2010 My Kinda Party (L)13. See You When I See You.mp

  --Start ACNS XML

  <?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce</URL_Base>
<UserName>TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63c85f33-1c2b-4111-8b54-1dc68268d7ce" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>See You When I See You</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)13. See You When I See You.mp3</FileName>
<FileSize>9244513</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <390970541.350596.1392377088184.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e985347c-184b-45cc-98a4-1cb5e1af0d19
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e985347c-184b-45cc-98a4-1cb5e1af0d19 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2010 My Kinda Party (L)15. Days Like These.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:3

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e985347c-184b-45cc-98a4-1cb5e1af0d19

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e985347c-184b-45cc-98a4-1cb5e1af0d19


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e985347c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Days Like These | 2010 My Kinda Party (L)15. Days Like These.mp3 | 2014-02-13

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e985347c-184b-45cc-98a4-1cb5e1af0d19</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e985347c-184b-45cc-98a4-1cb5e1af0d19</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e985347c-184b-45cc-98a4-1cb5e1af0d19</URL_Base>
<UserName>TC-e985347c-184b-45cc-98a4-1cb5e1af0d19</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e985347c-184b-45cc-98a4-1cb5e1af0d19" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Days Like These</Title>
<Artist>Jason Aldean</Artist>
<FileName>2010 My Kinda Party (L)15. Days Like These.mp3</FileName>
<FileSize>9692760</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <446316548.350597.1392377088241.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c 2014-02-13 11:31:59.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3  was infringed upon by a computer at IP Address 205.209.85.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-93da3b82-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Tattoos On This Town | 2011 Tattoos On This Town (Single) (320)01. Tattoos On

 --Start ACNS XML

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c</URL_Base>
<UserName>TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-93da3b82-cc0b-4daa-8bef-a23d73ed2e8c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Tattoos On This Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2011 Tattoos On This Town (Single) (320)01. Tattoos On This Town.mp3</FileName>
<FileSize>8183665</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1150220775.350598.1392377088298.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-34478199-db66-4718-81d2-c39bf16e44fa
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-34478199-db66-4718-81d2-c39bf16e44fa 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)01. This Nothin' Town.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-34478199-db66-4718-81d2-c39bf16e44fa


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-34478199-db66-4718-81d2-c39bf16e44fa


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-34478199-
```

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): This Nothing Town | 2012 Night Train (L)01. This Nothin' Town.mp3 | 2014-02-1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-34478199-db66-4718-81d2-c39bf16e44fa</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-34478199-db66-4718-81d2-c39bf16e44fa</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-34478199-db66-4718-81d2-c39bf16e44fa</URL_Base>
<UserName>TC-34478199-db66-4718-81d2-c39bf16e44fa</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-34478199-db66-4718-81d2-c39bf16e44fa" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>This Nothing Town</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)01. This Nothin' Town.mp3</FileName>
<FileSize>7675111</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1331050063.350599.1392377088354.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c2c226dc-d949-48fc-a307-7f61fc70798a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c2c226dc-d949-48fc-a307-7f61fc70798a 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)04. Wheels Rollin'.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13 11:31:59

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c2c226dc-d949-48fc-a307-7f61fc70798a

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c2c226dc-d949-48fc-a307-7f61fc70798a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c2c226dc-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Wheels Rollin' | 2012 Night Train (L)04. Wheels Rollin'.mp3 | 2014-02-13 11:3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c2c226dc-d949-48fc-a307-7f61fc70798a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c2c226dc-d949-48fc-a307-7f61fc70798a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c2c226dc-d949-48fc-a307-7f61fc70798a</URL_Base>
<UserName>TC-c2c226dc-d949-48fc-a307-7f61fc70798a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c2c226dc-d949-48fc-a307-7f61fc70798a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Wheels Rollin'</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L) 04. Wheels Rollin'.mp3</FileName>
<FileSize>11204771</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <418420180.350600.1392377088411.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
   TC-ab11f42c-7fd1-41d4-a14e-563e471486de
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ab11f42c-7fd1-41d4-a14e-563e471486de 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Night Train (L)08. I Don't Do Lonely Well.mp3  was infringed upon by a computer at IP Address 205.209.85.159 on 2014-02-13

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ab11f42c-7fd1-41d4-a14e-563e471486de


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ab11f42c-7fd1-41d4-a14e-563e471486de


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ab11f42c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I Don't Do Lonely Well | 2012 Night Train (L)08. I Don't Do Lonely Well.mp3 |

 --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ab11f42c-7fd1-41d4-a14e-563e471486de</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ab11f42c-7fd1-41d4-a14e-563e471486de</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ab11f42c-7fd1-41d4-a14e-563e471486de</URL_Base>
<UserName>TC-ab11f42c-7fd1-41d4-a14e-563e471486de</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ab11f42c-7fd1-41d4-a14e-563e471486de" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>I Don't Do Lonely Well</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Night Train (L)08. I Don't Do Lonely Well.mp3</FileName>
<FileSize>8193391</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2129585412.350601.1392377088467.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-55fd1c41-3a20-42f9-ab66-775398c4272b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-55fd1c41-3a20-42f9-ab66-775398c4272b 2014-02-13 11:31:59.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3  was infringed upon by a computer at IP Address 205.209.85.159

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-55fd1c41-3a20-42f9-ab66-775398c4272b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Jason Aldean musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-55fd1c41-3a20-42f9-ab66-775398c4272b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-55fd1c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-13 11:31:59.0 GMT

Infringers IP Address: 205.209.85.159

Infringers Port: 44444

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Take A Little Ride | 2012 Take a Little Ride (Single) (320)01. Take a Little

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-55fd1c41-3a20-42f9-ab66-775398c4272b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-55fd1c41-3a20-42f9-ab66-775398c4272b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<IP_Address>205.209.85.159</IP_Address>
<Port>44444</Port>
<DNS_Name>205.209.85.159:44444</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-55fd1c41-3a20-42f9-ab66-775398c4272b</URL_Base>
<UserName>TC-55fd1c41-3a20-42f9-ab66-775398c4272b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-55fd1c41-3a20-42f9-ab66-775398c4272b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 11:31:59.0 GMT</TimeStamp>
<Title>Take A Little Ride</Title>
<Artist>Jason Aldean</Artist>
<FileName>2012 Take a Little Ride (Single) (320)01. Take a Little Ride.mp3</FileName>
<FileSize>7663260</FileSize>
<Hash Type="Hash">1E47577AEEAF0FBD5E6AD8F180ACD184DD8B68C4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <510679684.4416.1392339155169.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-9eaa9445-a822-4dfa-93e0-47fe101466e5
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-9eaa9445-a822-4dfa-93e0-47fe101466e5 2014-02-13 15:11:52.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file The.Big.Bang.Theory.S07E14.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 216.195.180.99 on 2014

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/isp/getemail.jsp

https://secure.digitalrightscorp.com/settle/TC-9eaa9445-a822-4dfa-93e0-47fe101466e5

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9eaa9445-a822-4dfa-93e0-47fe101466e5


Infringement Source: Torrent
Timestamp: 2014-02-13 15:11:52.0 GMT
Infringers IP Address: 216.195.180.99
Infringers Port: 57030

Listing of infringement(s) (Title /Filename/Timestamp/Hash): The Big Bang Theory S07E14 | The.Big.Bang.Theory.S07E14.HDTV.x264-LOL.mp4 | .

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-9eaa9

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9eaa9445-a822-4dfa-93e0-47fe101466e5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9eaa9445-a822-4dfa-93e0-47fe101466e5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 15:11:52.0 GMT</TimeStamp>
<IP_Address>216.195.180.99</IP_Address>
<Port>57030</Port>
<DNS_Name>216.195.180.99:57030</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9eaa9445-a822-4dfa-93e0-47fe101466e5</URL_Base>
<UserName>TC-9eaa9445-a822-4dfa-93e0-47fe101466e5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9eaa9445-a822-4dfa-93e0-47fe101466e5" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 15:11:52.0 GMT</TimeStamp>
<Title>The Big Bang Theory S07E14</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>The.Big.Bang.Theory.S07E14.HDTV.x264-LOL.mp4</FileName>
<FileSize>142 MB (149,483,924 bytes)</FileSize>
<Hash Type="Hash">80EAF9762143DF636B4E785DE18C3355B8C551A3</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net

```
Message-ID: <2037596584.4906.1392339173206.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6 2014-02-13 16:27:35.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4 was infringed upon by a computer at IP address 205.209.95.31 on 2014-

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive a

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6


Infringement Source: Torrent
Timestamp: 2014-02-13 16:27:35.0 GMT
Infringers IP Address: 205.209.95.31
Infringers Port: 20939

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Pretty Little Liars S04E10 | Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4 | 

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,


Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-63d86

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML
```

```xml
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
```

```
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-13 16:27:35.0 GMT</TimeStamp>
<IP_Address>205.209.95.31</IP_Address>
<Port>20939</Port>
<DNS_Name>205.209.95.31:20939</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6</URL_Base>
<UserName>TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-63d863ef-3a25-41b5-990a-e3aa87bc57a6" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-13 16:27:35.0 GMT</TimeStamp>
<Title>Pretty Little Liars S04E10</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Pretty.Little.Liars.S04E10.HDTV.x264-LOL.mp4</FileName>
<FileSize>234 MB (245,414,900 bytes)</FileSize>
<Hash Type="Hash">F2EB657830335D65EA66AE24F588A049751FF5DE</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[text area]

Go get them

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1766828398.19242.1392340280562.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b 2014-02-14 00:50:28.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved.  You could also be liable for substantial civil penalties for

Specifically, the file We're the Millers (2013).avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-14 00:50:28.

                Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ow

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b


Infringement Source: Torrent
Timestamp: 2014-02-14 00:50:28.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): We're The Millers | We're the Millers (2013).avi | 2014-02-14 00:50:28.0 | 3

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and ad

Very Truly Yours,
```

Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to contact@DigitalRightsCorp.com and refer to Notice ID: TC-1a708

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 00:50:28.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b</URL_Base>
<UserName>TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1a7088a1-0102-4b06-b4eb-ad29b8872b5b" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 00:50:28.0 GMT</TimeStamp>
<Title>We're The Millers</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>We're the Millers (2013).avi</FileName>
<FileSize>1.45 GB (1,566,150,656 bytes)</FileSize>
<Hash Type="Hash">35686040C5F6E332AAF9B663111E73777D0BB4E2</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <375690658.32356.1392341651634.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-73193ed9-4a12-43f3-a144-e0069e8f9d47
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE**

Re: Unauthorized Use of Copyrights Owned by Warner Bros. Entertainment Inc.

Reference#: TC-73193ed9-4a12-43f3-a144-e0069e8f9d47 2014-02-14 00:58:35.0 GMT

Dear Sir or Madam:

        Your ISP has forwarded you this notice.

        This is not spam.

Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the rights of ou

        Your ISP service could be suspended if this matter is not resolved. You could also be liable for substantial civil penalties for

Specifically, the file Man Of Steel [2013] BRRip XviD-ETRG.avi was infringed upon by a computer at IP address 205.209.66.162 on 2014-02-1

              Rightscorp Inc. represents WB with respect to this incident and this notice is an offer of settlement.

If you click on the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will receive

Click on this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-73193ed9-4a12-43f3-a144-e0069e8f9d47

Further Information and Legal Basis for this Notification:

Rightscorp, Inc. represents the copyright owner Warner Bros. Entertainment Inc ('WB').

WB is an owner of copyrights for motion picture and television entertainment, including the filmed entertainment listed below.  It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act.  Pursuant to 17 U.S.C. 512

We hereby demand you immediately and permanently cease and desist the unauthorized copying and/or distribution (including, but not limite

Rightscorp, Inc. has a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright ov

In order to help you avoid further legal action from WB, we have been authorized to offer settlement solution that we believe is reasonab

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-73193ed9-4a12-43f3-a144-e0069e8f9d47


Infringement Source: Torrent
Timestamp: 2014-02-14 00:58:35.0 GMT
Infringers IP Address: 205.209.66.162
Infringers Port: 6881

Listing of infringement(s) (Title /Filename/Timestamp/Hash): Man Of Steel | Man Of Steel [2013] BRRip XviD-ETRG.avi | 2014-02-14 00:58:35

Nothing contained or omitted from this letter is, or shall be deemed to be either a full statement of the facts or applicable law, and adm

Very Truly Yours,



Christopher Sabec
CEO
Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA  90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to  contact@DigitalRightsCorp.com and refer to Notice ID: TC-73193

If you need immediate assistance or if you have general questions please call the number listed above.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-73193ed9-4a12-43f3-a144-e0069e8f9d47</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-73193ed9-4a12-43f3-a144-e0069e8f9d47</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 00:58:35.0 GMT</TimeStamp>
<IP_Address>205.209.66.162</IP_Address>
<Port>6881</Port>
<DNS_Name>205.209.66.162:6881</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-73193ed9-4a12-43f3-a144-e0069e8f9d47</URL_Base>
<UserName>TC-73193ed9-4a12-43f3-a144-e0069e8f9d47</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-73193ed9-4a12-43f3-a144-e0069e8f9d47" Password="" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 00:58:35.0 GMT</TimeStamp>
<Title>Man Of Steel</Title>
<Artist>WARNER BROS. ENTERTAINMENT</Artist>
<FileName>Man Of Steel [2013] BRRip XviD-ETRG.avi</FileName>
<FileSize>698 MB (732,796,162 bytes)</FileSize>
<Hash Type="Hash">498A9E5FB803DC31B82E06FCA48453F0682F6578</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1968299629.504188.1392393279725.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1 2014-02-14 01:06:48.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-14 01

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6b280ecf-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 01:06:48.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 01:06:48.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1</URL_Base>
<UserName>TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6b280ecf-eef1-446f-bc7d-9dcb8195ade1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 01:06:48.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacree (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <873962031.570530.1392401027386.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9 2014-02-14 02:53:11.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 14-akon-rush_(ft._kardinal_offishall)-osc.mp3  was infringed upon by a computer at IP Address 216.195.168.33 on 2014-02-14 02:53

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Akon musical compositions, including the musical compositions listed below. It has come to

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-08f6e9f5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 02:53:11.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Rush | 14-akon-rush_(ft._kardinal_offishall)-osc.mp3 | 2014-02-14 02:53:11.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 02:53:11.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9</URL_Base>
<UserName>TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-08f6e9f5-fc89-4d2b-a095-1b2d7ef8a5e9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 02:53:11.0 GMT</TimeStamp>
<Title>Rush</Title>
<Artist>Akon</Artist>
<FileName>14-akon-rush_(ft._kardinal_offishall)-osc.mp3</FileName>
<FileSize>5317050</FileSize>
<Hash Type="Hash">E09AE78398F7F9AA12646E4C0350A733D913838B</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1090637679.592044.1392403660332.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-23665812-b80d-4db6-b07b-e0016f4f197f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-23665812-b80d-4db6-b07b-e0016f4f197f 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - (Reach Up for the) Sunrise.mp3  was infringed upon by a computer at IP Address 216.19

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-23665812-b80d-4db6-b07b-e0016f4f197f

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-23665812-b80d-4db6-b07b-e0016f4f197f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-23665812-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): (Reach Up For The) Sunrise | Duran Duran Greatest Hits Cd1Duran Duran - (Reach

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-23665812-b80d-4db6-b07b-e0016f4f197f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-23665812-b80d-4db6-b07b-e0016f4f197f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-23665812-b80d-4db6-b07b-e0016f4f197f</URL_Base>
<UserName>TC-23665812-b80d-4db6-b07b-e0016f4f197f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-23665812-b80d-4db6-b07b-e0016f4f197f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>(Reach Up For The) Sunrise</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - (Reach Up for the) Sunrise.mp3</FileName>
<FileSize>8287129</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2064282722.592045.1392403660390.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

TC-83e4e809-ba93-4971-93ae-3738bdc1c172
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-83e4e809-ba93-4971-93ae-3738bdc1c172 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 201

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-83e4e809-ba93-4971-93ae-3738bdc1c172


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-83e4e809-ba93-4971-93ae-3738bdc1c172


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-83e4e809-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Come Undone | Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3 | 20

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-83e4e809-ba93-4971-93ae-3738bdc1c172</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-83e4e809-ba93-4971-93ae-3738bdc1c172</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-83e4e809-ba93-4971-93ae-3738bdc1c172</URL_Base>
<UserName>TC-83e4e809-ba93-4971-93ae-3738bdc1c172</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-83e4e809-ba93-4971-93ae-3738bdc1c172" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Come Undone</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3</FileName>
<FileSize>11236876</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <760283377.592046.1392403660449.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-abd91a32-2819-4a69-ba01-e7a10130c0a3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-abd91a32-2819-4a69-ba01-e7a10130c0a3 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Electric Barbarella.mp3  was infringed upon by a computer at IP Address 216.195.134.4

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-abd91a32-2819-4a69-ba01-e7a10130c0a3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-abd91a32-2819-4a69-ba01-e7a10130c0a3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-abd91a3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Electric Barbarella | Duran Duran Greatest Hits CdlDuran Duran - Electric Barl

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-abd91a32-2819-4a69-ba01-e7a10130c0a3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-abd91a32-2819-4a69-ba01-e7a10130c0a3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-abd91a32-2819-4a69-ba01-e7a10130c0a3</URL_Base>
<UserName>TC-abd91a32-2819-4a69-ba01-e7a10130c0a3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-abd91a32-2819-4a69-ba01-e7a10130c0a3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Electric Barbarella</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits CdlDuran Duran - Electric Barbarella.mp3</FileName>
<FileSize>12694508</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <890528732.592047.1392403660766.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4 2014-02-14 03:34:09.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits CdlDuran Duran - Falling Down Feat Justin Timberlake.mp3  was infringed upon by a computer at IP Addre

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ceb6d63c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Falling Down | Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat J

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4</URL_Base>
<UserName>TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ceb6d63c-3859-4b40-9d85-434bd575d3e4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Falling Down</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat Justin Timberlake.mp3</FileName>
<FileSize>13675668</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <912493654.592048.1392403661104.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1df794c3-d112-4783-8de2-166420b28903

```
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1df794c3-d112-4783-8de2-166420b28903 2014-02-14 03:34:09.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1df794c3-d112-4783-8de2-166420b28903


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1df794c3-d112-4783-8de2-166420b28903


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1df794c3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Notorious | Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3 | 2014-0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1df794c3-d112-4783-8de2-166420b28903</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1df794c3-d112-4783-8de2-166420b28903</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1df794c3-d112-4783-8de2-166420b28903</URL_Base>
<UserName>TC-1df794c3-d112-4783-8de2-166420b28903</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1df794c3-d112-4783-8de2-166420b28903" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Notorious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3</FileName>
<FileSize>10371700</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1688803234.592049.1392403661177.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3d85c080-

If you need immediate assistance or email if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Ordinary World | Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811</URL_Base>
<UserName>TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3d85c080-0ebc-4cb1-9b61-09aefe6d1811" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Ordinary World</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3</FileName>
<FileSize>13597300</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <20156292.592050.1392403661242.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-38cd9430-3e4f-461a-971d-97ad35b38dbf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-38cd9430-3e4f-461a-971d-97ad35b38dbf 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-38cd9430-3e4f-461a-971d-97ad35b38dbf

Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-38cd9430-3e4f-461a-971d-97ad35b38dbf


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-38cd9430-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Serious | Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3 | 2014-02-14

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-38cd9430-3e4f-461a-971d-97ad35b38dbf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-38cd9430-3e4f-461a-971d-97ad35b38dbf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-38cd9430-3e4f-461a-971d-97ad35b38dbf</URL_Base>
<UserName>TC-38cd9430-3e4f-461a-971d-97ad35b38dbf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-38cd9430-3e4f-461a-971d-97ad35b38dbf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Serious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3</FileName>
<FileSize>10411406</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <143554550.592051.1392403661305.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d 2014-02-14 03:34:09.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits CdlDuran Duran - Too Much Information.mp3  was infringed upon by a computer at IP Address 216.195.134.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-318cd1e1-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Too Much Information | Duran Duran Greatest Hits CdlDuran Duran - Too Much In

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d</URL_Base>
<UserName>TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-318cd1e1-c750-4aac-9f02-518dbd14ed5d" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Too Much Information</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Too Much Information.mp3</FileName>
<FileSize>11876353</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2115029941.592052.1392403661369.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - What Happens Tomorrow.mp3  was infringed upon by a computer at IP Address 216.195.134

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-198b8d74-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): What Happens Tomorrow | Duran Duran Greatest Hits Cd1Duran Duran - What Happe

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4</URL_Base>
<UserName>TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-198b8d74-17be-495d-ae8b-28c3e9d9b3f4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>What Happens Tomorrow</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - What Happens Tomorrow.mp3</FileName>
<FileSize>9832533</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <635035389.592053.1392403661425.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5ae51c6f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Zoom In | Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3 | 2014-02-14

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf</URL_Base>
<UserName>TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5ae51c6f-f6f8-4316-b155-05381b2eabdf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Zoom In</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3</FileName>
<FileSize>8324745</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <991482811.592054.1392403661482.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
   TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3  was infringed upon by a computer at IP Address 216.195.134.49 o

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1cdc2db7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): All She Wants Is | Duran Duran Greatest Hits Cd2Duran Duran - All She Wants I

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4</URL_Base>
<UserName>TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1cdc2db7-999a-430f-8c57-4b40dab2bdd4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>All She Wants Is</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3</FileName>
<FileSize>10826231</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2020586554.592055.1392403661538.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-5756c24e-2cea-409d-bfd9-a087851cd838
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-5756c24e-2cea-409d-bfd9-a087851cd838 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 20

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-5756c24e-2cea-409d-bfd9-a087851cd838


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-5756c24e-2cea-409d-bfd9-a087851cd838


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-5756c24e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bedroom Toys | Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3 | ...

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-5756c24e-2cea-409d-bfd9-a087851cd838</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-5756c24e-2cea-409d-bfd9-a087851cd838</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-5756c24e-2cea-409d-bfd9-a087851cd838</URL_Base>
<UserName>TC-5756c24e-2cea-409d-bfd9-a087851cd838</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-5756c24e-2cea-409d-bfd9-a087851cd838" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Bedroom Toys</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3</FileName>
<FileSize>9217088</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <139548504.592056.1392403661596.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f1ee237d-6794-4d01-bd05-1f3102555a42
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f1ee237d-6794-4d01-bd05-1f3102555a42 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ...
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-...

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re...

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f1ee237d-6794-4d01-bd05-1f3102555a42


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f1ee237d-6794-4d01-bd05-1f3102555a42


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f1ee237d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Big Thing | Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3 | 2014-0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f1ee237d-6794-4d01-bd05-1f3102555a42</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f1ee237d-6794-4d01-bd05-1f3102555a42</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f1ee237d-6794-4d01-bd05-1f3102555a42</URL_Base>
<UserName>TC-f1ee237d-6794-4d01-bd05-1f3102555a42</UserName>
<Login Username="TC-f1ee237d-6794-4d01-bd05-1f3102555a42" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Big Thing</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3</FileName>
<FileSize>8831521</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1191526549.592057.1392403661652.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-b4075527-f3c6-4ca9-b114-d5a8286900a2

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b4075527-f3c6-4ca9-b114-d5a8286900a2 2014-02-14 03:34:09.0

Dear Sir or Madam:

> Your ISP has forwarded you this notice.
> Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
> Your ISP service could be suspended if this matter is not resolved.
> You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

> We represent the copyright owner.
> This notice is an offer of settlement.
> If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

> Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b4075527-f3c6-4ca9-b114-d5a8286900a2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b4075527-f3c6-4ca9-b114-d5a8286900a2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b4075527-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Liberty | Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3 | 2014-02-14

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b4075527-f3c6-4ca9-b114-d5a8286900a2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b4075527-f3c6-4ca9-b114-d5a8286900a2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service Provider>

```
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b4075527-f3c6-4ca9-b114-d5a8286900a2</URL_Base>
<UserName>TC-b4075527-f3c6-4ca9-b114-d5a8286900a2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b4075527-f3c6-4ca9-b114-d5a8286900a2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Liberty</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3</FileName>
<FileSize>11927553</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1652102099.592058.1392403661708.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
    TC-78f70b2e-015f-457f-a9ad-cf9eba014d55
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-78f70b2e-015f-457f-a9ad-cf9eba014d55 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3  was infringed upon by a computer

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-78f70b2e-015f-457f-a9ad-cf9eba014d55


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other remedy which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-78f70b2e-015f-457f-a9ad-cf9eba014d55


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-78f70b2e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Nite-Runner | Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Tim

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-78f70b2e-015f-457f-a9ad-cf9eba014d55</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-78f70b2e-015f-457f-a9ad-cf9eba014d55</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-78f70b2e-015f-457f-a9ad-cf9eba014d55</URL_Base>
<UserName>TC-78f70b2e-015f-457f-a9ad-cf9eba014d55</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-78f70b2e-015f-457f-a9ad-cf9eba014d55" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Nite-Runner</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3</FileName>
<FileSize>9446966</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com

To: legal@gwi.net
Message-ID: <1909418466.592059.1392403661767.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-139a71ef-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Out Of My Mind | Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b</URL_Base>
<UserName>TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-139a71ef-2d86-442e-b1c7-9adee3ba5a1b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Out Of My Mind</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3</FileName>
<FileSize>10112566</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <704310571.592060.1392403661824.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f1522ed4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pop Trash Movie | Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b</URL_Base>
<UserName>TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f1522ed4-b2e1-48f5-b5d6-6b780fdd694b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Pop Trash Movie</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.mp3</FileName>
<FileSize>11723798</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1449960441.592061.1392403661890.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8137ebed-b456-4bb1-9e26-81be3a4347a2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8137ebed-b456-4bb1-9e26-81be3a4347a2 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Timbaland.mp3  was infringed upon by a computer at IP Address 216.19

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8137ebed-b456-4bb1-9e26-81be3a4347a2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8137ebed-b456-4bb1-9e26-81be3a4347a2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8137ebed-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Skin Divers | Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Tim

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8137ebed-b456-4bb1-9e26-81be3a4347a2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8137ebed-b456-4bb1-9e26-81be3a4347a2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8137ebed-b456-4bb1-9e26-81be3a4347a2</URL_Base>
<UserName>TC-8137ebed-b456-4bb1-9e26-81be3a4347a2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8137ebed-b456-4bb1-9e26-81be3a4347a2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Skin Divers</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Timbaland.mp3</FileName>
<FileSize>10550378</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <653328726.592062.1392403661946.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-74b4b30b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Skin Trade | Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3 | 2014

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7</URL_Base>
<UserName>TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-74b4b30b-8825-4189-aae0-c53aafdfd6f7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Skin Trade</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3</FileName>
<FileSize>14246182</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1284043888.592063.1392403662264.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f 2014-02-14 03:34:09.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Someone Else Not Me.mp3  was infringed upon by a computer at IP Address 216.195.134.4

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1b2b03e4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 03:34:09.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Someone Else Not Me | Duran Duran Greatest Hits Cd2Duran Duran - Someone Else

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Peer</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f</URL_Base>
<UserName>TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1b2b03e4-13d6-4c6d-b635-678ecbf56a0f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 03:34:09.0 GMT</TimeStamp>
<Title>Someone Else Not Me</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Someone Else Not Me.mp3</FileName>
<FileSize>11454215</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <73826037.627554.1392408344936.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-d60075ee-5991-416f-a5b9-d28d286fe5bd
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-d60075ee-5991-416f-a5b9-d28d286fe5bd 2014-02-14 04:47:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08.The Man Who Stole A Leopard.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 04:47:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-d60075ee-5991-416f-a5b9-d28d286fe5bd


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-d60075ee-5991-416f-a5b9-d28d286fe5bd


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-d60075ee-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 04:47:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers IP Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): The Man Who Stole A Leopard | 08.The Man Who Stole A Leopard.mp3 | 2014-02-14

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-d60075ee-5991-416f-a5b9-d28d286fe5bd</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-d60075ee-5991-416f-a5b9-d28d286fe5bd</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 04:47:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-d60075ee-5991-416f-a5b9-d28d286fe5bd</URL_Base>
<UserName>TC-d60075ee-5991-416f-a5b9-d28d286fe5bd</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-d60075ee-5991-416f-a5b9-d28d286fe5bd" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 04:47:22.0 GMT</TimeStamp>
<Title>The Man Who Stole A Leopard</Title>
<Artist>Duran Duran</Artist>
<FileName>08.The Man Who Stole A Leopard.mp3</FileName>
<FileSize>15344453</FileSize>
<Hash Type="Hash">E14B17179809DE6187E4278FF68F5798C612BDCA</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1319318502.627555.1392408344993.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-308ef575-5a5b-40ef-913d-428d3fed7beb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-308ef575-5a5b-40ef-913d-428d3fed7beb 2014-02-14 04:47:22.0


Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 14.Before The Rain.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 04:47:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-308ef575-5a5b-40ef-913d-428d3fed7beb


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has a

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-308ef575-5a5b-40ef-913d-428d3fed7beb


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-308ef575-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 04:47:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Before The Rain | 14.Before The Rain.mp3 | 2014-02-14 04:47:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-308ef575-5a5b-40ef-913d-428d3fed7beb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-308ef575-5a5b-40ef-913d-428d3fed7beb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 04:47:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-308ef575-5a5b-40ef-913d-428d3fed7beb</URL_Base>
<UserName>TC-308ef575-5a5b-40ef-913d-428d3fed7beb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-308ef575-5a5b-40ef-913d-428d3fed7beb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 04:47:22.0 GMT</TimeStamp>
<Title>Before The Rain</Title>
<Artist>Duran Duran</Artist>
<FileName>14.Before The Rain.mp3</FileName>
<FileSize>11372796</FileSize>
<Hash Type="Hash">E14B17179809DE6187E4278FF68F5798C612BDCA</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <987082034.654441.1392413224265.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9 2014-02-14 06:00:34.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3  was infringed upon by a computer at IP Address 216.195

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Dillon Francis musical compositions, including the musical compositions listed below. It ha

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-90a5194e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 06:00:34.0 GMT

Infringers IP Address: 216.195.168.33

Infringers Port: 43611

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Without You | Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Withou

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-14 06:00:34.0 GMT</TimeStamp>
<IP_Address>216.195.168.33</IP_Address>
<Port>43611</Port>
<DNS_Name>216.195.168.33:43611</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9</URL_Base>
<UserName>TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-90a5194e-ad9e-44bc-8ad5-bd10a53fb4f9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 06:00:34.0 GMT</TimeStamp>
<Title>Without You</Title>
<Artist>Dillon Francis</Artist>
<FileName>Dillon Francis Feat Totally Enormous Extinct Dinosaurs - Without You.mp3</FileName>
<FileSize>9.46 MB (9,922,408 bytes)</FileSize>
<Hash Type="Hash">EE760066D2B97E00CD84FCA1227DD7F1653CA358</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <276295385.701584.1392419607741.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-df35e091-a202-4ae5-b7c1-b923d51727b8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df35e091-a202-4ae5-b7c1-b923d51727b8 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 05 I Walk The Line.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df35e091-a202-4ae5-b7c1-b923d51727b8


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df35e091-a202-4ae5-b7c1-b923d51727b8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df35e091-

If you need immediate assistance or if you have general questions please call the number listed above.
```

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I WALK THE LINE | 05 I Walk The Line.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-df35e091-a202-4ae5-b7c1-b923d51727b8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-df35e091-a202-4ae5-b7c1-b923d51727b8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df35e091-a202-4ae5-b7c1-b923d51727b8</URL_Base>
<UserName>TC-df35e091-a202-4ae5-b7c1-b923d51727b8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df35e091-a202-4ae5-b7c1-b923d51727b8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>I WALK THE LINE</Title>
<Artist>Johnny Cash</Artist>
<FileName>05 I Walk The Line.mp3</FileName>
<FileSize>7,660,563 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1754632764.701585.1392419607798.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-adf63bb1-4433-475b-8d31-a86f103d92e9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-adf63bb1-4433-475b-8d31-a86f103d92e9 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 07 I Still Miss Someone.mp3 was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-adf63bb1-4433-475b-8d31-a86f103d92e9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reason

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-adf63bb1-4433-475b-8d31-a86f103d92e9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-adf63bb1-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I STILL MISS SOMEONE | 07 I Still Miss Someone.mp3 | 2014-02-14 08:56:22.0 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-adf63bb1-4433-475b-8d31-a86f103d92e9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-adf63bb1-4433-475b-8d31-a86f103d92e9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-adf63bb1-4433-475b-8d31-a86f103d92e9</URL_Base>
<UserName>TC-adf63bb1-4433-475b-8d31-a86f103d92e9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-adf63bb1-4433-475b-8d31-a86f103d92e9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>I STILL MISS SOMEONE</Title>
<Artist>Johnny Cash</Artist>
<FileName>07 I Still Miss Someone.mp3</FileName>
<FileSize>7,264,547 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2096334234.701586.1392419607854.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-b154c333-fd8d-49da-838b-4094fc628e5f
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b154c333-fd8d-49da-838b-4094fc628e5f 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 08 I Got Stripes.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b154c333-fd8d-49da-838b-4094fc628e5f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b154c333-fd8d-49da-838b-4094fc628e5f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b154c333-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): I GOT STRIPES | 08 I Got Stripes.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b154c333-fd8d-49da-838b-4094fc628e5f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b154c333-fd8d-49da-838b-4094fc628e5f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b154c333-fd8d-49da-838b-4094fc628e5f</URL_Base>
<UserName>TC-b154c333-fd8d-49da-838b-4094fc628e5f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b154c333-fd8d-49da-838b-4094fc628e5f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>I GOT STRIPES</Title>
<Artist>Johnny Cash</Artist>
<FileName>08 I Got Stripes.mp3</FileName>
<FileSize>6,029,477 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <665823394.701587.1392419607916.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 09 Wayfaring Stranger.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-add7ac09-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): WAYFARING STRANGER | 09 Wayfaring Stranger.mp3 | 2014-02-14 08:56:22.0 | SHA1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8</URL_Base>
<UserName>TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-add7ac09-6b2e-4fa3-a01b-95c5aa05ffd8" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>WAYFARING STRANGER</Title>
<Artist>Johnny Cash</Artist>
<FileName>09 Wayfaring Stranger.mp3</FileName>
<FileSize>9,153,722 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1161221514.701588.1392419607972.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 12 Folsom Prison Blues [Live].mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e7f205d6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): FOLSOM DAYCARE BLUES | 12 Folsom Prison Blues [Live].mp3 | 2014-02-14 08:56:2

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2</URL_Base>
<UserName>TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e7f205d6-4c05-4192-a6f1-5ba9b1e4e2f2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>FOLSOM DAYCARE BLUES</Title>
<Artist>Johnny Cash</Artist>
<FileName>12 Folsom Prison Blues [Live].mp3</FileName>
<FileSize>7,638,620 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1064762663.701589.1392419608035.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a 2014-02-14 08:56:22.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 14 Flesh And Blood.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7f9dd3a2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): FLESH AND BLOOD | 14 Flesh And Blood.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

&lt;TimeStamp&gt;2014-02-14 08:56:22.0 GMT&lt;/TimeStamp&gt;
&lt;IP_Address&gt;216.195.134.49&lt;/IP_Address&gt;
&lt;Port&gt;51413&lt;/Port&gt;
&lt;DNS_Name&gt;216.195.134.49:51413&lt;/DNS_Name&gt;
&lt;Type&gt;Torrent&lt;/Type&gt;
&lt;URL_Base&gt;https://secure.digitalrightscorp.com/settle/TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a&lt;/URL_Base&gt;
&lt;UserName&gt;TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a&lt;/UserName&gt;
&lt;Number_Files&gt;1&lt;/Number_Files&gt;
&lt;Login Username="TC-7f9dd3a2-5b11-423f-a8b8-ddcbc59a569a" /&gt;
&lt;/Source&gt;
&lt;Content&gt;
&lt;Item&gt;
&lt;TimeStamp&gt;2014-02-14 08:56:22.0 GMT&lt;/TimeStamp&gt;
&lt;Title&gt;FLESH AND BLOOD&lt;/Title&gt;
&lt;Artist&gt;Johnny Cash&lt;/Artist&gt;
&lt;FileName&gt;14 Flesh And Blood.mp3&lt;/FileName&gt;
&lt;FileSize&gt;7,363,812 bytes&lt;/FileSize&gt;
&lt;Hash Type="Hash"&gt;8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5&lt;/Hash&gt;
&lt;/Item&gt;
&lt;/Content&gt;
&lt;/Infringement&gt;

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1263681412.701590.1392419608091.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a6304fac-e693-43d7-8085-8c3ffffd536a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***


Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a6304fac-e693-43d7-8085-8c3ffffd536a 2014-02-14 08:56:22.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file 15 Five Feet High And Rising.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a6304fac-e693-43d7-8085-8c3ffffd536a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a6304fac-e693-43d7-8085-8c3ffffd536a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a6304fac-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers IP Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): FIVE FEET HIGH AND RISING | 15 Five Feet High And Rising.mp3 | 2014-02-14 08:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a6304fac-e693-43d7-8085-8c3ffffd536a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a6304fac-e693-43d7-8085-8c3ffffd536a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a6304fac-e693-43d7-8085-8c3ffffd536a</URL_Base>
<UserName>TC-a6304fac-e693-43d7-8085-8c3ffffd536a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a6304fac-e693-43d7-8085-8c3ffffd536a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>FIVE FEET HIGH AND RISING</Title>
<Artist>Johnny Cash</Artist>
<FileName>15 Five Feet High And Rising.mp3</FileName>
<FileSize>5,328,351 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4B42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1001016276.701591.1392419608152.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-de927544-92ac-45d3-aadb-bdcb78eae6ba
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-de927544-92ac-45d3-aadb-bdcb78eae6ba 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 17 What On Earth Will You Do.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-de927544-92ac-45d3-aadb-bdcb78eae6ba


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-de927544-92ac-45d3-aadb-bdcb78eae6ba


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-de927544-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): WHAT ON EARTH WILL YOU DO (FOR HEAVEN'S SAKE) | 17 What On Earth Will You Do.

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-de927544-92ac-45d3-aadb-bdcb78eae6ba</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-de927544-92ac-45d3-aadb-bdcb78eae6ba</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-de927544-92ac-45d3-aadb-bdcb78eae6ba</URL_Base>
<UserName>TC-de927544-92ac-45d3-aadb-bdcb78eae6ba</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-de927544-92ac-45d3-aadb-bdcb78eae6ba" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>WHAT ON EARTH WILL YOU DO (FOR HEAVEN'S SAKE)</Title>
<Artist>Johnny Cash</Artist>
<FileName>17 What On Earth Will You Do.mp3</FileName>
<FileSize>6,144,416 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1804636222.701592.1392419608209.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

Content Transfer Encoding: 7Bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 18 Dont Take Your Guns To Town.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ec82c5de-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): DON'T TAKE YOUR GUNS | 18 Dont Take Your Guns To Town.mp3 | 2014-02-14 08:56:

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>

```
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb</URL_Base>
<UserName>TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ec82c5de-00e6-4467-9c5f-87f671b1a9eb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>

<Title>DON'T TAKE YOUR GUNS</Title>
<Artist>Johnny Cash</Artist>
<FileName>18 Dont Take Your Guns To Town.mp3</FileName>
<FileSize>8,379,453 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4B42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <96464799.701593.1392419608264.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 27 Wanted Man.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1029e720-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): WANTED MAN | 27 Wanted Man.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70</URL_Base>
<UserName>TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1029e720-4bdc-4eb7-a0e9-4c8d25600c70" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>WANTED MAN</Title>
<Artist>Johnny Cash</Artist>
<FileName>27 Wanted Man.mp3</FileName>
<FileSize>7,917,608 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <631650349.701594.1392419608322.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-c4687848-3446-4949-b867-824b6d1d3043
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-c4687848-3446-4949-b867-824b6d1d3043 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 28 Get Rhythm.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-c4687848-3446-4949-b867-824b6d1d3043


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has co

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-c4687848-3446-4949-b867-824b6d1d3043


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-c4687848-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): GET RHYTHM | 28 Get Rhythm.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-c4687848-3446-4949-b867-824b6d1d3043</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-c4687848-3446-4949-b867-824b6d1d3043</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-c4687848-3446-4949-b867-824b6d1d3043</URL_Base>
<UserName>TC-c4687848-3446-4949-b867-824b6d1d3043</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-c4687848-3446-4949-b867-824b6d1d3043" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>GET RHYTHM</Title>
<Artist>Johnny Cash</Artist>
<FileName>28 Get Rhythm.mp3</FileName>
<FileSize>6,377,428 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1690754718.701595.1392419608377.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-df3b0311-c543-445a-b163-fcf141caae63
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-df3b0311-c543-445a-b163-fcf141caae63 2014-02-14 08:56:22.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file 29 San Quentin [Live].mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-df3b0311-c543-445a-b163-fcf141caae63


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-df3b0311-c543-445a-b163-fcf141caae63



Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-df3b0311-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): SAN QUENTIN | 29 San Quentin [Live].mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-df3b0311-c543-445a-b163-fcf141caae63&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-df3b0311-c543-445a-b163-fcf141caae63&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;
&lt;TimeStamp&gt;2014-02-14 08:56:22.0 GMT&lt;/TimeStamp&gt;

```
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-df3b0311-c543-445a-b163-fcf141caae63</URL_Base>
<UserName>TC-df3b0311-c543-445a-b163-fcf141caae63</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-df3b0311-c543-445a-b163-fcf141caae63" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>SAN QUENTIN</Title>
<Artist>Johnny Cash</Artist>
<FileName>29 San Quentin [Live].mp3</FileName>
<FileSize>8,067,028 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <989762966.701596.1392419608432.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 31 Daddy Sang Bass.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-a75620c3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): DADDY SANG BASS | 31 Daddy Sang Bass.mp3 | 2014-02-14 08:56:22.0 | SHA1 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51</URL_Base>
<UserName>TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-a75620c3-dfe8-439d-a0fe-b39062dc1a51" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>DADDY SANG BASS</Title>
<Artist>Johnny Cash</Artist>
<FileName>31 Daddy Sang Bass.mp3</FileName>
<FileSize>6,691,943 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <716529077.701597.1392419608487.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-69280262-4389-4c52-95e1-5847b093852b
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-69280262-4389-4c52-95e1-5847b093852b 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 32 Tennesse Flat Top Box.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-69280262-4389-4c52-95e1-5847b093852b


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-69280262-4389-4c52-95e1-5847b093852b


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-69280262-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): TENNESSEE FLAT TOP BOX | 32 Tennesee Flat Top Box.mp3 | 2014-02-14 08:56:22.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-69280262-4389-4c52-95e1-5847b093852b</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-69280262-4389-4c52-95e1-5847b093852b</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-69280262-4389-4c52-95e1-5847b093852b</URL_Base>
<UserName>TC-69280262-4389-4c52-95e1-5847b093852b</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-69280262-4389-4c52-95e1-5847b093852b" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>TENNESSEE FLAT TOP BOX</Title>
<Artist>Johnny Cash</Artist>
<FileName>32 Tennesee Flat Top Box.mp3</FileName>
<FileSize>8,232,122 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1488286381.701598.1392419608549.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1a11183a-2109-4f4f-b9c1-88579052ebd9
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

\*\*NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE\*\*\*

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1a11183a-2109-4f4f-b9c1-88579052ebd9 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 33 A Boy Named Sue [Live].mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1a11183a-2109-4f4f-b9c1-88579052ebd9


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1a11183a-2109-4f4f-b9c1-88579052ebd9


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

\*\* For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1a11183a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): A BOY NAMED SUE | 33 A Boy Named Sue [Live].mp3 | 2014-02-14 08:56:22.0 | SHA

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1a11183a-2109-4f4f-b9c1-88579052ebd9</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1a11183a-2109-4f4f-b9c1-88579052ebd9</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0</TimeStamp>


```
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1a11183a-2109-4f4f-b9c1-88579052ebd9</URL_Base>
<UserName>TC-1a11183a-2109-4f4f-b9c1-88579052ebd9</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1a11183a-2109-4f4f-b9c1-88579052ebd9" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>A BOY NAMED SUE</Title>
<Artist>Johnny Cash</Artist>
<FileName>33 A Boy Named Sue [Live].mp3</FileName>
<FileSize>10,032,482 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1461013863.701599.1392419608605.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca 2014-02-14 08:56:22.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 34 Understand Your Man.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02-14 08:56:22.0 GMT.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Johnny Cash musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6fcb2f1a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-14 08:56:22.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): UNDERSTAND YOUR MAN | 34 Understand Your Man.mp3 | 2014-02-14 08:56:22.0 | SH.

--Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca</URL_Base>
<UserName>TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6fcb2f1a-977c-4cab-af74-c96fe6c482ca" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-14 08:56:22.0 GMT</TimeStamp>
<Title>UNDERSTAND YOUR MAN</Title>
<Artist>Johnny Cash</Artist>
<FileName>34 Understand Your Man.mp3</FileName>
<FileSize>7,610,408 bytes</FileSize>
<Hash Type="Hash">8B739C07B0EC2BC6CE3B302BFB4AB42EC6E44CC5</Hash>
</Item>
</Content>
</Infringement>

--End ACNS XML

Dump text with one or more case numbers in it and we will get them for you. You do not need to scrub for the text number

If the emails do not show up. They maybe queued to be sent. But not sent as of yet!

[ Go get them ]

Email

```
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1197816844.108808.1392441697683.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-fb1c7346-6a81-4b06-af83-c4c847bf0507
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-fb1c7346-6a81-4b06-af83-c4c847bf0507 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - (Reach Up for the) Sunrise.mp3  was infringed upon by a computer at IP Address 216.19

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-fb1c7346-6a81-4b06-af83-c4c847bf0507


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-fb1c7346-6a81-4b06-af83-c4c847bf0507


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-fb1c7346-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

```
Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): (Reach Up For The) Sunrise | Duran Duran Greatest Hits Cd1Duran Duran - (Reach

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-fb1c7346-6a81-4b06-af83-c4c847bf0507</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-fb1c7346-6a81-4b06-af83-c4c847bf0507</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-fb1c7346-6a81-4b06-af83-c4c847bf0507</URL_Base>
<UserName>TC-fb1c7346-6a81-4b06-af83-c4c847bf0507</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-fb1c7346-6a81-4b06-af83-c4c847bf0507" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>(Reach Up For The) Sunrise</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - (Reach Up for the) Sunrise.mp3</FileName>
<FileSize>8287129</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <559178990.108809.1392441697738.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f 2014-02-15 01:11:32.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 201

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-bdb0a64f-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Come Undone | Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3 | 20

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f</URL_Base>
<UserName>TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-bdb0a64f-8c8f-4117-bac1-34e4978f3b5f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Come Undone</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Come Undone.mp3</FileName>
<FileSize>11236876</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1118258461.108810.1392441697794.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

\*\*NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE\*\*\*

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed 2014-02-15 01:11:32.0

Dear Sir or Madam:

       Your ISP has forwarded you this notice.
       Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
       Your ISP service could be suspended if this matter is not resolved.
       You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Electric Barbarella.mp3  was infringed upon by a computer at IP Address 216.195.134.4

       We represent the copyright owner.
       This notice is an offer of settlement.
       If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

       Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

\*\* For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9e8dd427-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Electric Barbarella | Duran Duran Greatest Hits Cd1Duran Duran - Electric Bar

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>

```
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed</URL_Base>
<UserName>TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9e8dd427-f327-47b6-90f7-e92078e3b0ed" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Electric Barbarella</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Electric Barbarella.mp3</FileName>
<FileSize Type="Hash">12694508</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1143150921.108811.1392441697851.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-920e921d-ec0b-4728-9548-8fa0c81f3f23
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-920e921d-ec0b-4728-9548-8fa0c81f3f23 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat Justin Timberlake.mp3  was infringed upon by a computer at IP Addre

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-920e921d-ec0b-4728-9548-8fa0c81f3f23


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-920e921d-ec0b-4728-9548-8fa0c81f3f23


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-920e921d-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Falling Down | Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat J

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-920e921d-ec0b-4728-9548-8fa0c81f3f23</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-920e921d-ec0b-4728-9548-8fa0c81f3f23</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-920e921d-ec0b-4728-9548-8fa0c81f3f23</URL_Base>
<UserName>TC-920e921d-ec0b-4728-9548-8fa0c81f3f23</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-920e921d-ec0b-4728-9548-8fa0c81f3f23" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Falling Down</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Falling Down Feat Justin Timberlake.mp3</FileName>
<FileSize>13675668</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2104005640.108812.1392441697910.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6e2d504b-588a-42d6-a88a-8c365b743863
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6e2d504b-588a-42d6-a88a-8c365b743863 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6e2d504b-588a-42d6-a88a-8c365b743863


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6e2d504b-588a-42d6-a88a-8c365b743863


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6e2d504b-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Notorious | Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3 | 2014-0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6e2d504b-588a-42d6-a88a-8c365b743863</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6e2d504b-588a-42d6-a88a-8c365b743863</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6e2d504b-588a-42d6-a88a-8c365b743863</URL_Base>
<UserName>TC-6e2d504b-588a-42d6-a88a-8c365b743863</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6e2d504b-588a-42d6-a88a-8c365b743863" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Notorious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Notorious.mp3</FileName>
<FileSize>10371700</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML


From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <271327904.108813.1392441697966.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac 2014-02-15 01:11:32.0

Dear Sir or Madam:

      Your ISP has forwarded you this notice.
      Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
      Your ISP service could be suspended if this matter is not resolved.
      You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

      We represent the copyright owner.
      This notice is an offer of settlement.
      If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

      Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac

Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac

Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-38aaddd4-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Ordinary World | Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>

```
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac</URL_Base>
<UserName>TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-38aaddd4-aa49-4d30-b617-b04ecb0210ac" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Ordinary World</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Ordinary World.mp3</FileName>
<FileSize>13597300</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <759524912.108814.1392441698023.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-cf920839-c496-4791-8426-89829f149e85
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-cf920839-c496-4791-8426-89829f149e85 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-cf920839-c496-4791-8426-89829f149e85


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-cf920839-c496-4791-8426-89829f149e85


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-cf920839-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

```
Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Serious | Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3 | 2014-02-15

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-cf920839-c496-4791-8426-89829f149e85</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-cf920839-c496-4791-8426-89829f149e85</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-cf920839-c496-4791-8426-89829f149e85</URL_Base>
<UserName>TC-cf920839-c496-4791-8426-89829f149e85</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-cf920839-c496-4791-8426-89829f149e85" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Serious</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Serious.mp3</FileName>
<FileSize>10411406</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2070416866.108815.1392441698091.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f50d4e08-810d-4119-a239-20381f2adb03
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f50d4e08-810d-4119-a239-20381f2adb03 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - Too Much Information.mp3  was infringed upon by a computer at IP Address 216.195.134.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f50d4e08-810d-4119-a239-20381f2adb03


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has co
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f50d4e08-810d-4119-a239-20381f2adb03


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f50d4e08-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Too Much Information | Duran Duran Greatest Hits CdlDuran Duran - Too Much In

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f50d4e08-810d-4119-a239-20381f2adb03</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f50d4e08-810d-4119-a239-20381f2adb03</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f50d4e08-810d-4119-a239-20381f2adb03</URL_Base>
<UserName>TC-f50d4e08-810d-4119-a239-20381f2adb03</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f50d4e08-810d-4119-a239-20381f2adb03" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Too Much Information</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits CdlDuran Duran - Too Much Information.mp3</FileName>
<FileSize>11876353</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <188863049.108816.1392441698157.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd1Duran Duran - What Happens Tomorrow.mp3  was infringed upon by a computer at IP Address 216.195.134

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-ebe62ec3-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): What Happens Tomorrow | Duran Duran Greatest Hits Cd1Duran Duran - What Happe

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf</URL_Base>
<UserName>TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-ebe62ec3-5ab2-43fc-be8d-595fa0de24bf" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>What Happens Tomorrow</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits CdlDuran Duran - What Happens Tomorrow.mp3</FileName>
<FileSize>9832533</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

```
 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1562153532.108817.1392441698213.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits CdlDuran Duran - Zoom In.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-693d408e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Zoom In | Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3 | 2014-02-15

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7</URL_Base>
<UserName>TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-693d408e-dd44-41ac-9e4e-5dfbec545fa7" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Zoom In</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd1Duran Duran - Zoom In.mp3</FileName>
<FileSize>8324745</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <728673128.108818.1392441698269.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3  was infringed upon by a computer at IP Address 216.195.134.49 o

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-7ac631c8-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): All She Wants Is | Duran Duran Greatest Hits Cd2Duran Duran - All She Wants I

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10</URL_Base>
<UserName>TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-7ac631c8-4f5b-4005-a0ae-546df60f4f10" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>All She Wants Is</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - All She Wants Is.mp3</FileName>
<FileSize>10826231</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <614765402.108819.1392441698324.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f7075d32-5e5c-4164-a630-851932e2449f
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f7075d32-5e5c-4164-a630-851932e2449f 2014-02-15 01:11:32.0

Dear Sir or Madam:

     Your ISP has forwarded you this notice.
     Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
     Your ISP service could be suspended if this matter is not resolved.
     You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 20

     We represent the copyright owner.
     This notice is an offer of settlement.
     If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

     Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f7075d32-5e5c-4164-a630-851932e2449f


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f7075d32-5e5c-4164-a630-851932e2449f


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f7075d32-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Bedroom Toys | Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3 |

 --Start ACNS XML

&lt;?xml version="1.0" encoding="iso-8859-1"?&gt;
&lt;Infringement&gt;
&lt;Case&gt;
&lt;ID&gt;TC-f7075d32-5e5c-4164-a630-851932e2449f&lt;/ID&gt;
&lt;Ref_URL&gt;https://secure.digitalrightscorp.com/settle/TC-f7075d32-5e5c-4164-a630-851932e2449f&lt;/Ref_URL&gt;
&lt;Status&gt;Pending&lt;/Status&gt;
&lt;/Case&gt;
&lt;Complainant&gt;
&lt;Entity&gt;Rightscorp, Inc.&lt;/Entity&gt;
&lt;Contact&gt;Rightscorp Manager&lt;/Contact&gt;
&lt;Address&gt;3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES&lt;/Address&gt;
&lt;Phone&gt;(310) 751-7510&lt;/Phone&gt;
&lt;Email&gt;contact@digitalrightscorp.com&lt;/Email&gt;
&lt;/Complainant&gt;
&lt;Service_Provider&gt;
&lt;Entity&gt;Great Works Internet&lt;/Entity&gt;
&lt;Email&gt;legal@gwi.net&lt;/Email&gt;
&lt;/Service_Provider&gt;
&lt;Source&gt;

```
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f7075d32-5e5c-4164-a630-851932e2449f</URL_Base>
<UserName>TC-f7075d32-5e5c-4164-a630-851932e2449f</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f7075d32-5e5c-4164-a630-851932e2449f" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Bedroom Toys</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Bedroom Toys.mp3</FileName>
<FileSize>9217088</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <442434091.108820.1392441698379.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-01b0cb27-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

```
Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Big Thing | Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3 | 2014-0

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89</URL_Base>
<UserName>TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-01b0cb27-c7dc-4a21-8ee4-b2b8b09c7c89" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Big Thing</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Big Thing.mp3</FileName>
<FileSize>8831521</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <439335140.108821.1392441698451.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-616e6039-7fbe-426e-9761-40511b4f7df1
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-616e6039-7fbe-426e-9761-40511b4f7df1 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-616e6039-7fbe-426e-9761-40511b4f7df1


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-616e6039-7fbe-426e-9761-40511b4f7df1


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-616e6039-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Liberty | Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3 | 2014-02-15

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-616e6039-7fbe-426e-9761-40511b4f7df1</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-616e6039-7fbe-426e-9761-40511b4f7df1</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-616e6039-7fbe-426e-9761-40511b4f7df1</URL_Base>
<UserName>TC-616e6039-7fbe-426e-9761-40511b4f7df1</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-616e6039-7fbe-426e-9761-40511b4f7df1" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Liberty</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Liberty.mp3</FileName>
<FileSize>11927553</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <24266630.108822.1392441698509.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii

Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3  was infringed upon by a computer

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-231b396a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Nite-Runner | Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timb

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>

```
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df</URL_Base>
<UserName>TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-231b396a-cfa5-43bc-9bfc-c5357d28c9df" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Nite-Runner</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Nite-Runner Feat Timbaland & Justin Timberlake.mp3</FileName>
<FileSize>9446966</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>


 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1795057104.108823.1392441698574.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-2d7209b7-c701-4c57-a021-91af0984347c
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-2d7209b7-c701-4c57-a021-91af0984347c 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-2d7209b7-c701-4c57-a021-91af0984347c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-2d7209b7-c701-4c57-a021-91af0984347c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-2d7209b7-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent
```

```
Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Out Of My Mind | Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-2d7209b7-c701-4c57-a021-91af0984347c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-2d7209b7-c701-4c57-a021-91af0984347c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-2d7209b7-c701-4c57-a021-91af0984347c</URL_Base>
<UserName>TC-2d7209b7-c701-4c57-a021-91af0984347c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-2d7209b7-c701-4c57-a021-91af0984347c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Out Of My Mind</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Out of My Mind.mp3</FileName>
<FileSize>10112566</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <109172769.108824.1392441698629.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-1a9cda78-c2f1-492b-826c-63a67c93c216
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-1a9cda78-c2f1-492b-826c-63a67c93c216 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-1a9cda78-c2f1-492b-826c-63a67c93c216


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c
```

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-1a9cda78-c2f1-492b-826c-63a67c93c216


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-1a9cda78-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pop Trash Movie | Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-1a9cda78-c2f1-492b-826c-63a67c93c216</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-1a9cda78-c2f1-492b-826c-63a67c93c216</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-1a9cda78-c2f1-492b-826c-63a67c93c216</URL_Base>
<UserName>TC-1a9cda78-c2f1-492b-826c-63a67c93c216</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-1a9cda78-c2f1-492b-826c-63a67c93c216" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Pop Trash Movie</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Pop Trash Movie.mp3</FileName>
<FileSize>11723798</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1201999913.108825.1392441698685.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Timbaland.mp3  was infringed upon by a computer at IP Address 216.19

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-eead37ad-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Skin Divers | Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Tim

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5</URL_Base>
<UserName>TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-eead37ad-9cfa-402f-b7a7-23a229dd71f5" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Skin Divers</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Skin Divers Feat Timbaland.mp3</FileName>
<FileSize>10550378</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1941965714.108826.1392441698740.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0 2014-02-15 01:11:32.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3  was infringed upon by a computer at IP Address 216.195.134.49 on 2014

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-9808a178-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Skin Trade | Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3 | 2014

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0</URL_Base>
<UserName>TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-9808a178-1f9e-4df0-8d9c-5f67c0e0e2c0" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Skin Trade</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Skin Trade.mp3</FileName>
<FileSize>14246182</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1437578308.108827.1392441698796.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6c085659-19b7-486f-938f-91cc96a040d3
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6c085659-19b7-486f-938f-91cc96a040d3 2014-02-15 01:11:32.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Duran Duran Greatest Hits Cd2Duran Duran - Someone Else Not Me.mp3  was infringed upon by a computer at IP Address 216.195.134.4

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6c085659-19b7-486f-938f-91cc96a040d3


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Duran Duran musical compositions, including the musical compositions listed below. It has c

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6c085659-19b7-486f-938f-91cc96a040d3


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6c085659-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 01:11:32.0 GMT

Infringers IP Address: 216.195.134.49

Infringers Port: 51413

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Someone Else Not Me | Duran Duran Greatest Hits Cd2Duran Duran - Someone Else

  --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6c085659-19b7-486f-938f-91cc96a040d3</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6c085659-19b7-486f-938f-91cc96a040d3</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<IP_Address>216.195.134.49</IP_Address>
<Port>51413</Port>
<DNS_Name>216.195.134.49:51413</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6c085659-19b7-486f-938f-91cc96a040d3</URL_Base>
<UserName>TC-6c085659-19b7-486f-938f-91cc96a040d3</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6c085659-19b7-486f-938f-91cc96a040d3" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 01:11:32.0 GMT</TimeStamp>
<Title>Someone Else Not Me</Title>
<Artist>Duran Duran</Artist>
<FileName>Duran Duran Greatest Hits Cd2Duran Duran - Someone Else Not Me.mp3</FileName>
<FileSize>11454215</FileSize>
<Hash Type="Hash">88D20B3A51D605371C371414BFA45B6DE7A28A5D</Hash>
</Item>
</Content>
</Infringement>
```

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <336580134.218057.1392456383889.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-e478ee14-30e5-485a-9b59-740c6691e1f2
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by Miramax Films NY LLC

Reference#: TC-e478ee14-30e5-485a-9b59-740c6691e1f2 2014-02-15 05:40:33.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file Jackie.Brown.1997.720p.BrRip.x264.YIFY  was infringed upon by a computer at IP Address 216.195.184.246 on 2014-02-15 05:40:33.0 (

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-e478ee14-30e5-485a-9b59-740c6691e1f2


Rightscorp, Inc. represents the following 'copyright owner(s)' Miramax Films NY LLC ('MMF').

MMF is the exclusive owners of copyrights for Miramax Films NY LLC musical compositions, including the musical compositions listed below.

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

MMF will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from MMF, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-e478ee14-30e5-485a-9b59-740c6691e1f2


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-e478ee14-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 05:40:33.0 GMT

Infringers IP Address: 216.195.184.246

Infringers Port: 12394

Listing of infringement(s) (Title/Filename/Timestamp/Hash): JACKIE BROWN | Jackie.Brown.1997.720p.BrRip.x264.YIFY | 2014-02-15 05:40:33.0

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-e478ee14-30e5-485a-9b59-740c6691e1f2</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-e478ee14-30e5-485a-9b59-740c6691e1f2</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-15 05:40:33.0 GMT</TimeStamp>
<IP_Address>216.195.184.246</IP_Address>
<Port>12394</Port>
<DNS_Name>216.195.184.246:12394</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-e478ee14-30e5-485a-9b59-740c6691e1f2</URL_Base>
<UserName>TC-e478ee14-30e5-485a-9b59-740c6691e1f2</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-e478ee14-30e5-485a-9b59-740c6691e1f2" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 05:40:33.0 GMT</TimeStamp>
<Title>JACKIE BROWN</Title>
<Artist>Miramax Films NY LLC</Artist>
<FileName>Jackie.Brown.1997.720p.BrRip.x264.YIFY</FileName>
<FileSize>698 MB (732,213,876 bytes)</FileSize>
<Hash Type="Hash">8128450AB5374FC4CD257FBC591614D2B0781093</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <894381747.258147.1392460790821.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-6160e48a-c18a-4ac1-859a-cc14643d37bc
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-6160e48a-c18a-4ac1-859a-cc14643d37bc 2014-02-15 08:02:54.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 01.Alice's Restaurant Massacree (LP Version).mp3  was infringed upon by a computer at IP Address 205.209.93.169 on 2014-02-15 08

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-6160e48a-c18a-4ac1-859a-cc14643d37bc


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Arlo Guthrie musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-6160e48a-c18a-4ac1-859a-cc14643d37bc


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-6160e48a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 08:02:54.0 GMT

Infringers IP Address: 205.209.93.169

Infringers Port: 35848

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Alice's Restaurant Massacre | 01.Alice's Restaurant Massacree (LP Version).mp

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-6160e48a-c18a-4ac1-859a-cc14643d37bc</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-6160e48a-c18a-4ac1-859a-cc14643d37bc</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 08:02:54.0 GMT</TimeStamp>
<IP_Address>205.209.93.169</IP_Address>
<Port>35848</Port>
<DNS_Name>205.209.93.169:35848</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-6160e48a-c18a-4ac1-859a-cc14643d37bc</URL_Base>
<UserName>TC-6160e48a-c18a-4ac1-859a-cc14643d37bc</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-6160e48a-c18a-4ac1-859a-cc14643d37bc" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 08:02:54.0 GMT</TimeStamp>
<Title>Alice's Restaurant Massacre</Title>
<Artist>Arlo Guthrie</Artist>
<FileName>01.Alice's Restaurant Massacree (LP Version).mp3</FileName>
<FileSize>44911719</FileSize>
<Hash Type="Hash">CD3168CD3ACF87AF82730A07FABBAFF368623AC4</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1607662389.291545.1392469064206.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-f3f06a6a-136a-4382-bf5d-f11b59e98349
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-f3f06a6a-136a-4382-bf5d-f11b59e98349 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)01 End of the Beginning.mp3  was infringed upon by a computer at IP Address 205.209.66

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-f3f06a6a-136a-4382-bf5d-f11b59e98349


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-f3f06a6a-136a-4382-bf5d-f11b59e98349


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-f3f06a6a-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): End of the Beginning | 1. Studio Albums2013 - 13 (Deluxe Version)01 End of the

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-f3f06a6a-136a-4382-bf5d-f11b59e98349</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-f3f06a6a-136a-4382-bf5d-f11b59e98349</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-f3f06a6a-136a-4382-bf5d-f11b59e98349</URL_Base>
<UserName>TC-f3f06a6a-136a-4382-bf5d-f11b59e98349</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-f3f06a6a-136a-4382-bf5d-f11b59e98349" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>End of the Beginning</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)01 End of the Beginning.mp3</FileName>
<FileSize>19553051</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1567702823.291546.1392469064268.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-490ce664-1b8e-4deb-a8e1-697014f9635c
MIME-Version: 1.0

Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-490ce664-1b8e-4deb-a8e1-697014f9635c 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2014-02

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-490ce664-1b8e-4deb-a8e1-697014f9635c


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-490ce664-1b8e-4deb-a8e1-697014f9635c


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-490ce664-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3 | 2014-02-15 1

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-490ce664-1b8e-4deb-a8e1-697014f9635c</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-490ce664-1b8e-4deb-a8e1-697014f9635c</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>

```
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-490ce664-1b8e-4deb-a8e1-697014f9635c</URL_Base>
<UserName>TC-490ce664-1b8e-4deb-a8e1-697014f9635c</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-490ce664-1b8e-4deb-a8e1-697014f9635c" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Loner</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)03 Loner.mp3</FileName>
<FileSize>12115468</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
```

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1458094467.291547.1392469064330.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 201

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-3bd4e48e-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Zeitgeist | 1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3 | 2014

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a</URL_Base>
<UserName>TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-3bd4e48e-9132-4016-8112-7cf79fb23f5a" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Zeitgeist</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)04 Zeitgeist.mp3</FileName>
<FileSize>11229394</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <199649196.291548.1392469064389.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
  TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-b015d749-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Age of Reason | 1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac</URL_Base>
<UserName>TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-b015d749-2f85-4e22-bc54-7f9b7f3db8ac" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Age of Reason</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)05 Age of Reason.mp3</FileName>
<FileSize>16960660</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1388136593.291549.1392469064447.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-92583704-7f64-4734-96ab-91fed8885043

MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-92583704-7f64-4734-96ab-91fed8885043 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-92583704-7f64-4734-96ab-91fed8885043


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-92583704-7f64-4734-96ab-91fed8885043


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-92583704-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Live Forever | 1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-92583704-7f64-4734-96ab-91fed8885043</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-92583704-7f64-4734-96ab-91fed8885043</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
```

```
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-92583704-7f64-4734-96ab-91fed8885043</URL_Base>
<UserName>TC-92583704-7f64-4734-96ab-91fed8885043</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-92583704-7f64-4734-96ab-91fed8885043" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Live Forever</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)06 Live Forever.mp3</FileName>
<FileSize>11578390</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <179981858.291550.1392469064504.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-524e61c8-122a-4e03-9b16-3a590310e599
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-524e61c8-122a-4e03-9b16-3a590310e599 2014-02-15 12:37:39.0

Dear Sir or Madam:

    Your ISP has forwarded you this notice.
    Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
    Your ISP service could be suspended if this matter is not resolved.
    You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

    We represent the copyright owner.
    This notice is an offer of settlement.
    If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

    Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-524e61c8-122a-4e03-9b16-3a590310e599


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-524e61c8-122a-4e03-9b16-3a590310e599


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-524e61c8-

If you need immediate assistance or if you have general questions please call the number listed above.
```

```
Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Damaged Soul | 1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-524e61c8-122a-4e03-9b16-3a590310e599</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-524e61c8-122a-4e03-9b16-3a590310e599</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-524e61c8-122a-4e03-9b16-3a590310e599</URL_Base>
<UserName>TC-524e61c8-122a-4e03-9b16-3a590310e599</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-524e61c8-122a-4e03-9b16-3a590310e599" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Damaged Soul</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)07 Damaged Soul.mp3</FileName>
<FileSize>18984627</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <1725182531.291551.1392469064562.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-671f6bf6-7be2-499f-9ff4-20a925833aeb
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-671f6bf6-7be2-499f-9ff4-20a925833aeb 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-671f6bf6-7be2-499f-9ff4-20a925833aeb


Rightscorp, Inc. represents the following 'copyright owner(s) BMG Rights Management (US) LLC ('BMG').
```

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-671f6bf6-7be2-499f-9ff4-20a925833aeb


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-671f6bf6-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Dear Father | 1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3 |

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-671f6bf6-7be2-499f-9ff4-20a925833aeb</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-671f6bf6-7be2-499f-9ff4-20a925833aeb</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-671f6bf6-7be2-499f-9ff4-20a925833aeb</URL_Base>
<UserName>TC-671f6bf6-7be2-499f-9ff4-20a925833aeb</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-671f6bf6-7be2-499f-9ff4-20a925833aeb" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Dear Father</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)08 Dear Father.mp3</FileName>
<FileSize>17721345</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <934542233.291552.1392469064624.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-fcfd62d2-a316-49f7-ba78-82939966c4f4
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

\*\*NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE\*\*\*

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-fcfd62d2-a316-49f7-ba78-82939966c4f4 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 20

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-fcfd62d2-a316-49f7-ba78-82939966c4f4


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-fcfd62d2-a316-49f7-ba78-82939966c4f4


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

\*\* For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-fcfd62d2-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Methademic | 1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3 | 20

 --Start ACNS XML

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-fcfd62d2-a316-49f7-ba78-82939966c4f4</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-fcfd62d2-a316-49f7-ba78-82939966c4f4</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```

```
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-fcfd62d2-a316-49f7-ba78-82939966c4f4</URL_Base>
<UserName>TC-fcfd62d2-a316-49f7-ba78-82939966c4f4</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-fcfd62d2-a316-49f7-ba78-82939966c4f4" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Methademic</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)09 Methademic.mp3</FileName>
<FileSize>14433051</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML
From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <548028171.291553.1392469064682.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-8052a678-1507-461c-9b3c-580511ceef96
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
```

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-8052a678-1507-461c-9b3c-580511ceef96 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the right
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-8052a678-1507-461c-9b3c-580511ceef96


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-8052a678-1507-461c-9b3c-580511ceef96


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-8052a678-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Peace of Mind | 1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp

  --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-8052a678-1507-461c-9b3c-580511ceef96</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-8052a678-1507-461c-9b3c-580511ceef96</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-8052a678-1507-461c-9b3c-580511ceef96</URL_Base>
<UserName>TC-8052a678-1507-461c-9b3c-580511ceef96</UserName>
<Number_Files>1</Number_Files>
<Login Username="TC-8052a678-1507-461c-9b3c-580511ceef96" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Peace of Mind</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)10 Peace of Mind.mp3</FileName>
<FileSize>8948382</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

  --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <973851368.291554.1392469064758.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:
 TC-da115c8c-e5b9-429b-8a3b-64800c374748
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-da115c8c-e5b9-429b-8a3b-64800c374748 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3  was infringed upon by a computer at IP Address 205.209.66.185 on 2014-0

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will re

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-da115c8c-e5b9-429b-8a3b-64800c374748


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-da115c8c-e5b9-429b-8a3b-64800c374748


Very truly yours,

Christopher Sabec

CEO


Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-da115c8c-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Pariah | 1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3 | 2014-02-15

 --Start ACNS XML

<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-da115c8c-e5b9-429b-8a3b-64800c374748</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-da115c8c-e5b9-429b-8a3b-64800c374748</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
<Email>legal@gwi.net</Email>
</Service_Provider>
<Source>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<IP_Address>205.209.66.185</IP_Address>
<Port>58156</Port>
<DNS_Name>205.209.66.185:58156</DNS_Name>
<Type>Torrent</Type>
<URL_Base>https://secure.digitalrightscorp.com/settle/TC-da115c8c-e5b9-429b-8a3b-64800c374748</URL_Base>
<UserName>TC-da115c8c-e5b9-429b-8a3b-64800c374748</UserName>
<Login Username="TC-da115c8c-e5b9-429b-8a3b-64800c374748" />
</Source>
<Content>
<Item>
<TimeStamp>2014-02-15 12:37:39.0 GMT</TimeStamp>
<Title>Pariah</Title>
<Artist>Black Sabbath</Artist>
<FileName>1. Studio Albums2013 - 13 (Deluxe Version)11 Pariah.mp3</FileName>
<FileSize>13499958</FileSize>
<Hash Type="Hash">F86F5745C594797CC5244AD3CE3B6F006F66E383</Hash>
</Item>
</Content>
</Infringement>

 --End ACNS XML

From: DMCA@DigitalRightsCorp.com
To: legal@gwi.net
Message-ID: <2103292246.291555.1392469064823.JavaMail.root@svn>
Subject: Unauthorized Use of Copyrights RE:

```
TC-068638a5-795b-4810-aa38-355ed6409dff
MIME-Version: 1.0
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

**NOTE TO ISP: PLEASE FORWARD THE ENTIRE NOTICE***

Re: Unauthorized Use of Copyrights Owned Exclusively by BMG Rights Management (US) LLC

Reference#: TC-068638a5-795b-4810-aa38-355ed6409dff 2014-02-15 12:37:39.0

Dear Sir or Madam:

        Your ISP has forwarded you this notice.
        Your ISP account has been used to download, upload or offer for upload copyrighted content in a manner that infringes on the righ
        Your ISP service could be suspended if this matter is not resolved.
        You could be liable for up to $150,000 per infringement in civil penalties.

The file 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (CD - DVD Rips)1Live... Gathered In Their Masses (DVD Rip)04.

        We represent the copyright owner.
        This notice is an offer of settlement.
        If you follow the link below and login to the Rightscorp, Inc. automated settlement system, for $20 per infringement, you will rec

        Follow this link or copy and paste into your browser:

https://secure.digitalrightscorp.com/settle/TC-068638a5-795b-4810-aa38-355ed6409dff


Rightscorp, Inc. represents the following 'copyright owner(s)' BMG Rights Management (US) LLC ('BMG').

BMG is the exclusive owners of copyrights for Black Sabbath musical compositions, including the musical compositions listed below. It has

This unauthorized copying and/or distribution constitutes copyright infringement under the U.S. Copyright Act. Pursuant to 17 U.S.C. 512(

BMG will pursue every available remedy including injunctions and recovery of attorney's fees, costs and any and all other damages which a

We have a good faith belief that use of the material in the manner complained of herein is not authorized by the copyright owner, its age

In order to help you avoid further legal action from BMG, we have been authorized to offer a settlement solution that we believe is reaso

To access this settlement offer, please copy and paste the URL below into a browser and follow the instructions for the settlement offer:

https://secure.digitalrightscorp.com/settle/TC-068638a5-795b-4810-aa38-355ed6409dff


Very truly yours,

Christopher Sabec

CEO

Rightscorp, Inc.
3100 Donald Douglas Loop, North,
Santa Monica, CA 90405
Telephone: (310) 751-7510

** For any correspondence regarding this case, please send your emails to DMCA@DigitalRightsCorp.com and refer to Notice ID: TC-068638a5-

If you need immediate assistance or if you have general questions please call the number listed above.

Infringement Source: Torrent

Timestamp: 2014-02-15 12:37:39.0 GMT

Infringers IP Address: 205.209.66.185

Infringers Port: 58156

Listing of infringement(s) (Title/Filename/Timestamp/Hash): Loner | 2. Live Albums - Live Bootlegs2013 - Live Gathered In Their Masses (C

  --Start ACNS XML
```

```
<?xml version="1.0" encoding="iso-8859-1"?>
<Infringement>
<Case>
<ID>TC-068638a5-795b-4810-aa38-355ed6409dff</ID>
<Ref_URL>https://secure.digitalrightscorp.com/settle/TC-068638a5-795b-4810-aa38-355ed6409dff</Ref_URL>
<Status>Pending</Status>
</Case>
<Complainant>
<Entity>Rightscorp, Inc.</Entity>
<Contact>Rightscorp Manager</Contact>
<Address>3100 Donald Douglas Loop, North, Santa Monica, CA 90405 UNITED STATES</Address>
<Phone>(310) 751-7510</Phone>
<Email>contact@digitalrightscorp.com</Email>
</Complainant>
<Service_Provider>
<Entity>Great Works Internet</Entity>
```